UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J. MARK LANE and JAMES SEARS

        Plaintiffs,

v.

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York;
STEVEN A. NIGRELLI, in his official capacity as
Superintendent of the New York State Police; and
MIRIAM E. ROCAH, in her official capacity as
District Attorney for the County of Westchester, New York

        Defendants.

---

Civ. 7:22-cv-10989-KMK-JCM

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Adam J. Kraut, Esq., for admission to practice *pro hac vice* in the above captioned action is granted.

Mr. Kraut has declared that he is a member in good standing of the bar of the Commonwealth of Pennsylvania; and that his contact information is as follows:

    Name: Adam J. Kraut

    Firm Name: Second Amendment Foundation

    Address: 12500 NE 10th PL

    City/State/Zip: Bellevue, WA 98005

    Telephone/Fax: 425-454-7012

Mr. Kraut having requested admission *pro hac vice* to appear for all purposes as counsel for plaintiffs J. Mark Lane and James Sears in the above captioned action;

**IT IS HEREBY ORDERED** that Mr. Kraut is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District

of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing discipline of attorneys.

Dated: __1/10__, 2023         _____
                              United States District/~~Magistrate~~ Judge