UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
J. MARK LANE, and                                  Civil Action No.
JAMES SEARS                                        7:22-cv-10989(KMK)

                        Plaintiffs,

           -Against-                                **NOTICE OF APPEARANCE**

LETITIA JAMES, in her official capacity as Attorney
General of the State of New York, STEVEN A. NIGRELLI,
in his official capacity as Superintendent of the New York
State Police, and MIRIAM E. ROCAH, in her official
capacity as District Attorney for the County of Westchester,
New York

                        Defendants.
------------------------------------------------------------------------x


      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester, New York in the above-captioned case. This Notice of Appearance is submitted without waiving the right to raise jurisdictional defenses. I certify that I am admitted to practice before this Court.


Dated:   January 25, 2023
             White Plains, New York


                                                           Respectfully Submitted,

                                                           *John M. Nonna*
                                                           John M. Nonna, Esq.
                                                           County Attorney
                                                           148 Martine Avenue, Suite 600
                                                           White Plains, NY 10601
                                                           (914) 995-2690
                                                           JNonna@westchestergov.com