UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
J. MARK LANE, and
JAMES SEARS

                                                                     **NOTICE OF APPEARANCE**

                Plaintiffs,                                        Civil Action No.
                                                                         7:22-cv-10989(KMK)

   - against -

LETITIA JAMES, in her official capacity as Attorney
General of the State of New York, STEVEN A.
NIGRELLI, in his official capacity as Superintendent of
the New York State Police, and MIRIAM E. ROCAH,
in her official capacity as District Attorney for the
County of Westchester, New York

                              Defendants.
-------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester, New York in the above-captioned case. This Notice of Appearance is submitted without waiving the right to raise jurisdictional or procedural defenses, and is not a waiver or acknowledgment of service. I certify that I am admitted to practice before this Court.

Dated: January 26, 2023                            Respectfully submitted,
       White Plains, New York

                                                      *Phoenix Marino*

                                                      Phoenix Marino, Esq.
                                                      Assistant County Attorney
                                                          of Counsel
                                                      Michaelian Office Building
                                                     148 Martine Avenue, 6th Floor
                                                   White Plains, New York 10601
                                                   (914) 995-5103
                                                   pqmr@westchestergov.com