UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

J. MARK LANE, et al.,

                Plaintiffs,

     -against-                                Case No. 22 Civ. 10989 (KMK)

LETITIA JAMES, in her official capacity as        **NOTICE OF APPEARANCE**
Attorney General of the State of New York, et al.

                Defendants.
------------------------------------------------------------------X

       PLEASE TAKE NOTICE that JAMES M. THOMPSON, Special Counsel for Second Amendment Litigation in the Office of LETITIA JAMES, Attorney General of the State of New York, certifies that he is admitted to practice before this Court and hereby appears as counsel of record for Defendants LETITIA JAMES and STEVEN A. NIGRELLI, in their official capacities, in the above-referenced action.

Dated:   New York, New York
            March 14, 2023

                                                 LETITIA JAMES
                                                 Attorney General of the State of New York
                                                 <u>Attorney for the State Defendants</u>

                                                 By: _/s/ James M. Thompson_____
                                                   James M. Thompson
                                                   Special Counsel
                                                   28 Liberty Street
                                                   New York, New York 10005
                                                   (212) 416-6556
                                                   <u>james.thompson@ag.ny.gov</u>

CC:    All counsel of record (via ECF)