UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. MARK LANE, et al.

                    Plaintiffs,                              No. 22-cv-10989 (KMK)


             - against -                                    **NOTICE OF APPEARANCE**

LETITIA JAMES, in her official capacity as Attorney
General of the State of New York, et al.

                    Defendants.


      **PLEASE TAKE NOTICE** that Yuval Rubinstein, Special Litigation Counsel in the Office of

LETITIA JAMES, Attorney General of the State of New York, duly admitted to practice in this Court,

hereby appears on behalf of defendants LETITIA JAMES and STEVEN A. NIGRELLI, in their official

capacities, in the above-referenced action.

Dated: New York, New York
      March 15, 2023

                                    LETITIA JAMES
                                    Attorney General
                                    State of New York
                                    *Attorney for State Defendants*
                                    By:
                                    */s/*_____
                                    Yuval Rubinstein
                                    Special Litigation Counsel
                                    28 Liberty Street
                                    New York, NY 10005
                                    Tel: (212) 416-8673
                                    yuval.rubinstein@ag.ny.gov

cc:     All counsel of record (via ECF)