UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. MARK LANE and JAMES SEARS,

Plaintiffs,

- vs -

LETITIA JAMES, in her official capacity as Attorney
General of the State of New York; STEVEN A.
NIGRELLI, in his official capacity as Superintendent of
the New York State Police; and MIRIAM E. ROCAH, in
her official capacity as District Attorney for the County of
Westchester, New York

Defendants.

**NOTICE OF SUBSTITUTION
OF COUNSEL**

22 Civ. 10989(KMK)

**PLEASE TAKE NOTICE** that the following attorney is hereby substituted in place of

Phoenix Marino, Esq., as counsel of record on behalf of, **JOHN M. NONNA**, Westchester County

Attorney, attorney for Defendant, District Attorney Miriam E. Rocah, in this case:

MaryBeth C. Allen-Knecht
Senior Assistant County Attorney
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, New York 10601
(914) 995-4796

Gianfranco Arlia
Assistant County Attorney, of Counsel
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, NY 10601
(914) 995-2696

From this date forward, please serve all pleadings and papers related to this case on the attorney

at the address set forth above, and please remove Phoenix Marino, Esq., as counsel of record.

DATED:   White Plains, New York
         April 12, 2023

**JOHN M. NONNA**
Westchester County Attorney
*Attorney for Defendant Racah*

By: _____
     MaryBeth C. Allen-Knecht, Esq.
     Senior Assistant County Attorney
     Michaelian Office Building
     148 Martine Avenue, Room 600
     White Plains, New York 10601

By: _____
     Gianfranco Arlia, Esq.
     Assistant County Attorney
     Michaelian Office Building
     148 Martine Avenue, Room 600
     White Plains, New York 10601

CC:   Adam Kraut, Esq. (*via ECF*)
      Second Amendment Foundation
      *Attorney for Plaintiffs*
      12500 N.E Tenth Place
      Bellevue, Washington 98005

      Cody Wisniewski, Esq. (*via ECF*)
      Firearms Policy Coalition
      *Attorney for Plaintiffs*
      5550 Painted Mirage Road
      Las Vegas, Nevada 89149

      Nicolas Rotsko, Esq.
      Phillips Lytle LLP
      *Attorney for Plaintiffs*
      One Canalside
      125 Main Street
      Buffalo, New York 14203

      Suzanna Publicker Mettham, Esq.
      James Martin Thompson, Esq.
      Yuval Rubinstein, Esq.
      New York State Office of the Attorney General
      *Attorneys for Defendants James and Nigrelli*
      Litigation Bureau
      28 Liberty Street, 15th Floor
      New York, New York 10005

SO ORDERED:

_____
                              U.S.D.J.

4/13/23

2