UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
J. MARK LANE, et al.,

                 Plaintiffs,      **STIPULATION OF VOLUNTARY**
                                     **DISMISSAL PURSUANT TO**
      - against -      **FED. R. CIV. P. 41(a)(1)(A)(ii)**

LETITIA JAMES, in her official capacity as
Attorney General of the State of New York, et      Case No. 22 Civ. 10989 (KMK)
al.,

                 Defendants.      X
------------------------------------------------------------

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed against defendant Letitia James only, in her official capacity, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without fees or costs to any party to this action.

Dated: April 13, 2023

| | |
|---|---|
| /s/ Nicolas J. Rotsko | /s/ Yuval Rubinstein |
| Nicolas J. Rotsko, Esq. | Yuval Rubinstein |
| Attorney for Plaintiffs | Attorney for Defendants Letitia James |
| Phillips Lytle LLP | and Steven A. Nigrelli |
| One Canalside | NYS Office of the Attorney General |
| 125 Main Street | 28 Liberty Street- 17th Floor |
| Buffalo, NY 14203-2887 | New York, NY 10005 |
| (716) 847-8400 | (212) 416-8673 |
| | |
| | /s/ Gianfranco Arlia |
| | Gianfranco Arlia |
| | Attorney for Defendant Miriam E. Rocah |
| | Office of the Westchester County Attorney |
| | 148 Martine Avenue, 6th Floor |
| | White Plains, NY 10601 |
| | (914) 995-5103 |