UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
J. MARK LANE, et al., :
 :
                         Plaintiffs, : **STIPULATION OF VOLUNTARY**
 : **DISMISSAL PURSUANT TO**
           - against - : **FED. R. CIV. P. 41(a)(1)(A)(ii)**
 :
LETITIA JAMES, in her official capacity as :
Attorney General of the State of New York, et : Case No. 22 Civ. 10989 (KMK)
al., :
 :
                     Defendants. X
------------------------------------------------------------

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed against defendant Letitia James only, in her official capacity, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without fees or costs to any party to this action.

Dated: April 14, 2023

_____
Nicolas J. Rotsko, Esq.
Attorney for Plaintiffs
Phillips Lytle LLP
One Canalside
125 Main Street
Buffalo, NY 14203-2887
(716) 847-8400

_____
Yuval Rubinstein
Attorney for Defendants Letitia James
and Steven A. Nigrelli
NYS Office of the Attorney General
28 Liberty Street- 17th Floor
New York, NY 10005
(212) 416-8673

_____
Gianfranco Arlia
Attorney for Defendant Miriam E. Rocah
Office of the Westchester County Attorney
148 Martine Avenue, 6th Floor
White Plains, NY 10601
(914) 995-5103