UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. MARK LANE and JAMES SEARS,

                        Plaintiffs,

- vs -

LETITIA JAMES, in her official capacity as Attorney General of the State of New York; STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police; and MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester, New York

                        Defendants.

**NOTICE OF APPEARANCE**

Civil Action No.
22 Civ. 10989(KMK)

**PLEASE TAKE NOTICE** that **JOHN M. NONNA**, Westchester County Attorney, by MaryBeth C. Allen-Knecht, Senior Assistant County Attorney, hereby appears as counsel to Defendant, MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester in the above-captioned action. All future correspondence and papers in connection with this action are to be directed to MaryBeth Allen-Knecht, at the address listed below.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is submitted without waiving the right to raise jurisdictional or procedural defenses, and is not a waiver or acknowledgment of service.

I certify that I am admitted to practice before this Court.

DATED:  White Plains, New York
             May 3, 2023

**JOHN M. NONNA**
Westchester County Attorney
*Attorney for Defendant Rocah*

By: _____
     MaryBeth C. Allen-Knecht
     Senior Assistant County Attorney
     Michaelian Office Building
     148 Martine Avenue, Room 600
     White Plains, New York 10601
     mabn@westchestergov.com

CC:     Adam Kraut, Esq. (*via ECF*)
Second Amendment Foundation
*Attorney for Plaintiffs*
12500 N.E Tenth Place
Bellevue, Washington 98005

Cody Wisniewski, Esq. (*via ECF*)
Firearms Policy Coalition
*Attorney for Plaintiffs*
5550 Painted Mirage Road
Las Vegas, Nevada 89149

Nicolas Rotsko, Esq.
Phillips Lytle LLP
*Attorney for Plaintiffs*
One Canalside
125 Main Street
Buffalo, New York 14203

Suzanna Publicker Mettham, Esq.
James Martin Thompson, Esq.
Yuval Rubinstein, Esq.
New York State Office of the Attorney General
*Attorneys for Defendants James and Nigrelli*
Litigation Bureau
28 Liberty Street, 15th Floor
New York, New York 10005