UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J. MARK LANE and JAMES SEARS,<br><br>           Plaintiffs,<br><br>-against -<br><br>LETITIA JAMES, in her official capacity as Attorney General of the State of New York, STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, and MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester, New York,<br><br>           Defendants. | **NOTICE OF DISTRICT ATTORNEY MIRIAM E. ROCAH'S MOTION TO DISMISS**<br><br>Civil Action No.<br>22 Civ. 10989 (KMK) |

    **PLEASE TAKE NOTICE** that upon the Declaration of Senior Assistant County Attorney MaryBeth Allen-Knecht and Assistant County Attorney Gianfranco Arlia dated May 3, 2023, the exhibits annexed thereto, the accompanying Memorandum of Law dated May 3, 2023; and upon all prior pleadings and proceeding had herein, Defendant District Attorney MIRIAM E. ROCAH (hereinafter, "D.A. Rocah"), will move this Court before the Honorable Kenneth M. Karas, United States District Judge, Southern District of New York, at The Hon. Charles L. Brieant Jr. Federal Building and Courthouse, located at 300 Quarropas Street, White Plains, NY 10601, at a date and time to be determined by the Court, for a decision and order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure dismissing the Complaint as against D.A. Rocah, with prejudice, and for such other and further relief as this Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's Order of April 12, 2023, Plaintiff's opposition to the instant motion is due on June 5, 2023; and Defendants' reply, if any, is due on June 19, 2023.

    **PLEASE TAKE FURTHER NOTICE** that failure to respond to this motion may result in dismissal of the Complaint and termination of this action.

|  |  |
|---|---|
| Dated: White Plains, New York<br>May 3, 2023 | **JOHN M. NONNA**<br>Westchester County Attorney<br>*Attorney for District Attorney Miriam E. Rocah* |

By: _____
MaryBeth Allen-Knecht, Esq.
Senior Assistant County Attorney
Office of the Westchester County Attorney
148 Martine Avenue, 6th Floor
White Plains, New York 10601
Tel. No.: (914) 995-4796

By: _____
Gianfranco Arlia, Esq.
Assistant County Attorney
Michaelian Office Building
148 Martine Avenue, Room 600
White Plains, NY 10601
Tel. No.: (914) 995-2696

To:    Adam Kraut, Esq. (*via ECF*)
       Second Amendment Foundation
       *Attorney for Plaintiffs*
       12500 N.E Tenth Place
       Bellevue, Washington 98005

       Cody Wisniewski, Esq. (*via ECF*)
       Firearms Policy Coalition
       *Attorney for Plaintiffs*
       5550 Painted Mirage Road
       Las Vegas, Nevada 89149

       Nicolas Rotsko, Esq. (*via ECF*)
       Phillips Lytle LLP
       *Attorney for Plaintiffs*
       One Canalside
       125 Main Street
       Buffalo, New York 14203

Suzanna Publicker Mettham, Esq. (*via ECF*)
James Martin Thompson, Esq. (*via ECF*)
Yuval Rubinstein, Esq. (*via ECF*)
New York State Office of the Attorney General
*Attorneys for Defendants James and Nigrelli*
Litigation Bureau
28 Liberty Street, 15th Floor
New York, New York 10005