UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
J. MARK LANE, et al.

                          Plaintiffs,

          - against -

Steven A. Nigrelli, in his official capacity as Acting Superintendent of the New York State Police, et al.

                        Defendants.
--------------------------------------------------------------

22 Civ. 10989 (KMK)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Acting Superintendent Steven A. Nigrelli's Motion to Dismiss, dated May 4, 2023, the Declaration of Michael W. Deyo, dated May 3, 2023, and all other prior pleadings and proceedings herein, defendant Steven A. Nigrelli, by his attorney, Letitia James, Attorney General of the State of New York, hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge, with oral argument on a date and at a time designated by the Court, for an Order pursuant to Rules 12(b)(1) of the Federal Rules of Civil Procedure, dismissing with prejudice the Complaint (ECF No. 1), and for such further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's April 13, 2023 Order, any opposition papers must be served no later than June 5, 2023, and the reply served no later than June 19, 2023.

Dated: May 4, 2023
       New York, New York

                    LETITIA JAMES
                    Attorney General
                    State of New York
                    *Attorney for Superintendent Nigrelli*

                    By:

                    */s/ S. Mettham*
                    Suzanna Publicker Mettham
                    *Section Chief*
                    Brenda Cooke
                    *Deputy Bureau Chief*
                    James M. Thompson
                    *Special Counsel for Second Amendment Litigation*
                    Yuval Rubinstein
                    *Special Litigation Counsel*
                    28 Liberty Street
                    New York, New York 10005
                    suzanna.mettham@ag.ny.gov
                    brenda.cooke@ag.ny.gov
                    james.thompson@ag.ny.gov
                    yuval.rubinstein@ag.ny.gov