UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
J. MARK LANE and JAMES SEARS,

                Plaintiffs,

      - against -

LETITIA JAMES, Attorney General of the State of New York, in her official capacity; STEVEN A. NIGRELLI, Superintendent of the New York State Police, in his official capacity; and MIRIAM E. ROCAH, District Attorney for the County of Westchester, in her official capacity,

                Defendants.
--------------------------------------------------------- X

Case No. 22 Civ. 10989 (KMK)

**DECLARATION OF MICHAEL W. DEYO IN FURTHER SUPPORT OF DEFENDANT NIGRELLI'S MOTION TO DISMISS**

MICHAEL W. DEYO, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am Deputy Counsel for the New York State Police ("NYSP"). This Declaration is based upon my personal knowledge and my review of documents and databases maintained by the NYSP in the normal course of business.

2. The NYSP maintains a database that contains records submitted by firearm licensing officers throughout the State of New York of individuals who have been issued licenses for the possession of pistols, revolvers, and/or semiautomatic rifles (the "statewide database").

3. The firearm license issued to Plaintiff Sears by the County of Westchester, on April 10, 2023, was not received by NYSP and entered into the statewide database until May 10, 2023.

4. I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: New York, NY
       June 15, 2023

                                              MICHAEL W. DEYO