UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
J. MARK LANE and JAMES SEARS,

               Plaintiffs,

    -against-

MIRIAM E. ROCAH, in her official capacity as District
Attorney for the County of Westchester, New York, and
DOMINICK L. CHIUMENTO, in his official capacity as
Acting Superintendent of the New York State Police

               Defendants.
------------------------------------------------------------------------X

**NOTICE OF
APPEARANCE**

22 Civ. 10989 (KMK)

      PLEASE TAKE NOTICE that FRANCESCA L. MOUNTAIN, Senior Assistant County

Attorney, of counsel to John M. Nonna, Westchester County Attorney, hereby appears as counsel

for Defendant MIRIAM E. ROCAH in the above-captioned action.

      I certify that I am admitted to practice in this Court.

Dated:  White Plains, New York
       January 18, 2024

                                 Yours, etc.

                                 JOHN M. NONNA
                                 Westchester County Attorney
                                 Attorney for Defendant
                                 MIRIAM E. ROCAH

                                 By:_____
                                   Francesca L. Mountain (FM9023)
                                 Senior Assistant County Attorney
                                 of Counsel
                                 148 Martine Avenue
                                 White Plains, New York 10601
                                 (914) 995-3596
                                 frmt@westchestercountyny.gov

TO:     Attorneys of Record (*via ECF*)