

# Phillips Lytle LLP

Hon. Kenneth M. Karas  
United States District Court  
for the Southern District of New York  
The Hon. Charles L. Brieant Jr. Federal Building  
and United States Courthouse  
300 Quarropas St.  
White Plains, NY 10601-4150

February 2, 2024

Re: *Lane, et al. v. James, et al.*, Case No.: 7:22-cv-10989 (Karas, J.)

Dear Judge Karas:

    We represent Plaintiffs J. Mark Lane and James Sears in this action. This letter responds to Defendants' January 30, 2024 letter concerning streamlined discovery and a proposed summary judgment briefing schedule (Dkt. 65). Plaintiffs agree that the proposed briefing schedule allows for streamlined parallel discovery, and affords Plaintiffs an opportunity to depose the State's expert(s) if needed. We do not oppose Defendants' intention to depose Messrs. Lane and Sears, but we request that those depositions be limited to the "relatively simple facts" "this case arises out of." January 4, 2024 Decision and Order (Dkt. 57), at 2. Thank you for your consideration.

Respectfully submitted,

Phillips Lytle LLP

By *[signature]*

Nicolas J. Rotsko

Enclosure/Doc #101534

cc: Counsel of record (via CMECF)

If Defendants have a different view, they can submit a letter by 2/7/24.

So Ordered.  
2/2/24  
*[signature]*

ATTORNEYS AT LAW

NICOLAS J. ROTSKO  PARTNER  DIRECT 716 847 5467  NROTSKO@PHILLIPSLYTLE.COM

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM  
NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION