UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J. MARK LANE, et al.,

        Plaintiffs,

    v.

MIRIAM E. ROCAH, in her official capacity as District Attorney for the County of Westchester, New York, and DOMINICK L. CHIUMENTO, in his official capacity as Acting Superintendent of the New York State Police,

        Defendants.

---

**NOTICE OF MOTION**

Civil Action No.:
7:22-cv-10989-KMK

**PLEASE TAKE NOTICE** that, upon the accompanying (a) Memorandum of Law in Support of Plaintiffs' Motion for Summary Judgment, dated March 15, 2024, (b) Plaintiffs' Statement of Undisputed Material Facts, dated March 15, 2024, and all other prior pleadings and proceedings herein, Plaintiff J. Mark Lane and Plaintiff James Sears, through undersigned counsel, hereby move this Court before the Honorable Kenneth M. Karas, United States District Judge, with oral argument on a date and at a time designated by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to Plaintiffs on the relief requested in the Complaint; including without limitation permanently enjoining each Defendant, and Defendants' respective employees, officers, agents, representatives, and all those acting in concert or participation with them, from enforcing New York's ban on semiautomatic firearms and all related regulations, policies, and/or customs designed to enforce or implement the same; and any and all other and further legal and equitable relief as the Court deems just and proper.

Dated: March 15, 2024                                         Respectfully Submitted,

Cody J. Wisniewski, Esq.*                                     **FLUET**
**FPC ACTION FOUNDATION**                                     By: /s/ *Nicolas J. Rotsko*
Attorneys for Plaintiffs                                      Nicolas J. Rotsko, Esq.
*J. Mark Lane and James Sears*                                Attorneys for Plaintiffs
5550 Painted Mirage Road, Suite 320                           *J. Mark Lane and James Sears*
Las Vegas, Nevada 89149                                       1751 Pinnacle Drive, Suite 1000
(916) 517-1665                                                Tysons, Virginia 22102
cwi@fpchq.org                                                 T: (703) 590-1234
                                                              F: (703) 590-0366
                                                              nrotsko@fluet.law
Adam J. Kraut, Esq.*                                          e-file@fluet.law
**SECOND AMENDMENT
FOUNDATION**
Attorneys for Plaintiffs
*J. Mark Lane and James Sears*
12500 NE 10th Place
Bellevue, Washington 98005
(800) 426-4302
akraut@saf.org

*Admitted *pro hac vice*