STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8673

May 6, 2024

**By ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:   *Lane v. Rocah, et al.*, No. 22 Civ. 10989 (KMK)

Dear Judge Karas:

The Office of the Attorney General represents Steven G. James (the "Superintendent"), in his official capacity as Superintendent of the New York State Police, in the above-referenced action. We write jointly with Defendant Miriam Rocah, and with the consent of Plaintiffs, to respectfully request permission to each file a single memorandum of law up to fifty-pages in length, both in opposition to Plaintiffs' motion for summary judgment and in support of each Defendants' own motion for summary judgment, instead of two separate twenty-five-page briefs.

We understand that the Court encourages and appreciates brevity, but due to the seriousness and legal complexity of Plaintiffs' action, and because the briefs will include an opposition and a memorandum of law in support of each Defendants' own motion, additional pages are required. This is the first request for a page limit extension by any party.

We thank the Court for its attention to this matter.

Denied. The Court is at a loss to understand how the arguments in opposition to Plaintiffs' Summary Judgment Motion differ in kind from the arguments in favor of Defendants' putative Summary Judgment Motion. Accordingly, a single 25-page brief from each Defendant should suffice for both, especially because each Defendant will be submitting a reply brief in support of the Defense Motion. If Defendants feel otherwise, they can explain in a more detailed letter.

So Ordered.
5/6/24

Respectfully submitted,

/s/ *Suzanna Publicker Mettham*
Suzanna Publicker Mettham
Brenda Cooke
James M. Thompson
Yuval Rubinstein
Assistant Attorneys General
28 Liberty Street
New York, NY 10005
suzanna.mettham@ag.ny.gov

28 Liberty Street, New York, New York 10005 ● Tel.: (212) 416-8610 ● www.ag.ny.gov

The Honorable Kenneth M. Karas
May 6, 2024

brenda.cooke@ag.ny.gov
james.thompson@ag.ny.gov
yuval.rubinstein@ag.ny.gov

cc: All counsel of record (via ECF)