UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J. MARK LANE and JAMES SEARS,

                Plaintiffs,

        - against -

STEVEN G. JAMES, in his official capacity as
Acting Superintendent of the New York State
Police, and MIRIAM E. ROCAH, in her official
capacity as District Attorney for the County of
Westchester, New York,

                Defendants.

No. 22-cv-10989 (KMK)

**DECLARATION OF SUZANNA
PUBLICKER METTHAM IN SUPPORT
OF SUPERINTENDENT JAMES'
CROSS-MOTION FOR SUMMARY
JUDGMENT**

      **SUZANNA PUBLICKER METTHAM**, pursuant to 28 U.S.C. § 1746, declares under

penalty of perjury that the following is true and correct to the best of my knowledge:

      1.      I am an Assistant Attorney General at the New York State Office of the Attorney

General, counsel for Defendant Steven G. James, Superintendent of the New York State Police in this

action. I submit this declaration in support of Superintendent James' motion for summary judgment.

      2.      Annexed hereto as Exhibit A is a transcript of the May 1, 2024 deposition of Plaintiff

James Sears.

      3.      Annexed hereto as Exhibit B is a transcript of the May 1, 2024 deposition of Plaintiff

J. Mark Lane.

      4.      Annexed hereto as Exhibit C is a copy of Plaintiffs' Objections and Responses to

Defendant Steven G. James' First Set of Interrogatories, dated April 5, 2024.

      5.      Annexed hereto as Exhibit D are excerpts from Sir William Blackstone, Commentaries

on the Laws of England (16th ed. 1825).

      6.      Annexed hereto as Exhibit E is the Statute of Northampton, 2 Edw. 3.

      7.      Annexed hereto as Exhibit F is an excerpt from The Works of the Honourable James

Wilson, L.L.D. (Lorenzo Press 1804).

8.      Annexed hereto as Exhibit G is a copy of 1786 Va. Laws 35.

9.      Annexed hereto as Exhibit H is a copy of 1795 Mass. Acts & Laws 436.

10.     Annexed hereto as Exhibit I is a copy of 1801 Tenn. Acts 260-61.

11.     Annexed hereto as Exhibit J is a copy of 1383 7 Rich. 2, ch. 13 (1383).

12.     Annexed hereto as Exhibit K is a copy of 1396 20 Rich. 2, ch. 1 (1396).

13.     Annexed hereto as Exhibit L is a copy of 1541 33 Hen. 8, ch. 6 §§ 1, 18 (1541).

14.     Annexed hereto as Exhibit M is a copy of 1606 4 Jac. I, ch. 1 (1606).

15.     Annexed hereto as Exhibit N is a copy of 2000 N.Y. Laws Ch. 189.

Dated:  May 15, 2024
        New York, New York

                                LETITIA JAMES
                                Attorney General
                                State of New York
                                *Attorney for Superintendent Steven G. James*

                                By:

                                *Suzanna Publicker Mettham*
                                Suzanna Publicker Mettham
                                *Section Chief*
                                Brenda Cooke
                                *Deputy Bureau Chief*
                                James M. Thompson
                                *Special Counsel for Second Amendment Litigation*
                                Yuval Rubinstein
                                *Special Litigation Counsel*
                                28 Liberty Street
                                New York, New York 10005
                                suzanna.mettham@ag.ny.gov
                                brenda.cooke@ag.ny.gov
                                james.thompson@ag.ny.gov
                                yuval.rubinstein@ag.ny.gov