# EXHIBIT A

Page 1

1    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

2    ----------------------------------------------X

3    J. MARK LANE, et al.,

4                          Plaintiffs,

5                                        Civil Action No:

          - against -              7:11-cv-10989-KMK

6

     MIRIAME E. ROCAH, in her capacity as District

7    Attorney for the County of Westchester, New York

     and STEVEN G. JAMES, in his official capacity as

8    Acting Superintendent of the New York State Police,

9                          Defendants.

10   ----------------------------------------------X

11                       28 Liberty Street

                         New York, New York

12

                         May 1, 2024

13                       2:01  p.m.

14

15

16

17

18

19       DEPOSITION OF JAMES TIPPER SEARS, a Plaintiff,

20

21      pursuant to Notice, taken at the above place, date

22

23      and time, before MARIA ACOCELLA, a Notary Public

24

25      within and for the State of New York.

Page 2

```
 1         A P P E A R A N C E S:

 2

           FLUET
 3              Attorneys for Plaintiffs
                1751 Pinnacle Drive
 4              Suite 1000
                Tysons, Virginia 22102
 5         BY:  NICHOLAS J. ROTSKO, ESQ.

 6

 7         WESTCHESTER COUNTY LAW DEPARTMENT
 8              Attorney for Defendant
 9              MIRIAME E. ROCAH
10              148 Martine Avenue
11              White Plains, New York 10601
12         BY:  FRANCESCA L. MOUNTAIN, ESQ.

13

14

15

16         STATE OF NEW YORK
17         OFFICE OF THE ATTORNEY GENERAL
18         LETITIA JAMES
19              Attorney for Defendant
20              STEVEN G. JAMES
21              28 Liberty Street
22              New York, New York 10005
23         BY:  YUVAL RUBINSTEIN, ESQ.
24              SUZANNA PUBLICKER METTHAM, ESQ.
25              JAMES THOMPSON, ESQ.
```

```
                                         Page 3
 1                    J. Sears
 2     J A M E S    T I P P E R    S E A R S, a
 3     Plaintiff herein, having been first duly
 4     sworn by a Notary Public within and for the
 5     State of New York, was examined and
 6     testified as follows:
 7     EXAMINATION BY
 8     MR. THOMPSON:
 9         Q.       Will you state your name and
10     address for the record, please.
11         A.       James Tipper Sears, ███████████
12     ████████████████████████████Dobbs Ferry,
13     New York ████████
14         Q.       Thank you very much, Mr. Sears,
15     for coming.
16                  My name is James Thompson.  I am
17     an attorney here at the Office of the
18     Attorney General, and I represent Steven
19     James, the Superintendent of the State Police
20     in this litigation.
21                  Thank you very much for coming
22     down and speaking with us today.
23                  So do you understand that you are
24     under oath?
25         A.       Yes.
```

```
                                    Page 4
 1                    J. Sears
 2      Q.      And do you understand that means
 3  you need to give truthful answers to each
 4  question that I ask?
 5      A.      Yes.
 6      Q.      Is there any reason why you
 7  couldn't testify truthfully today?
 8      A.      No.
 9      Q.      Do you have any reservation about
10  doing so?
11      A.      No.
12      Q.      So can I ask, who have you
13  discussed your testimony here today with?
14      A.      My legal team.
15      Q.      Anyone outside your legal team?
16      A.      No.
17      Q.      And have you reviewed any
18  documents in connection with your testimony
19  today?
20      A.      Only the items that we filed thus
21  far.
22      Q.      And could you specify which
23  specific items?
24      A.      The initial complaint that was
25  filed, the responses that we gave for the
```

```
                                    Page 5
 1                   J. Sears
 2    documents you are looking for.  I forget the
 3    name of that legal document.
 4        Q.     Do you remember, does that
 5    include the interrogatories?
 6        A.     Yes.
 7        Q.     Does that include any of the
 8    briefing on the motion to dismiss?
 9        A.     Yes.
10        Q.     Does that include your
11    declaration in connection with the motion to
12    dismiss?
13        A.     It does.
14        Q.     Any other documents on top of
15    those, that you can think of?
16        A.     That is it.
17        Q.     Mr. Sears, can you tell me a
18    little bit about your background?
19               Where did you grow up?
20        A.     Sure.  Grew up in Westchester,
21    New York.  Went to college in Connecticut and
22    came back to Westchester after.  Worked in
23    the city for a few years.
24               And I have been back in
25    Westchester for probably the last seven or
```

```
                                        Page 6
 1                     J. Sears
 2    eight years, professionally and residing.
 3         Q.     Let me figure out how to go
 4    through that.
 5                 So why don't we start with
 6    education.
 7                 You said you went to college in
 8    Connecticut.
 9                 Where did you go?
10         A.     Trinity College, in Hartford.
11         Q.     And when did you attend?
12         A.     From 2009 to 2013.
13         Q.     Did you have a major or field of
14    study?
15         A.     I was a history major and Italian
16    studies minor.
17         Q.     Is that the highest level of
18    education that you have completed?
19         A.     Yes.
20         Q.     Where did you go high school?
21         A.     I went to Irvington High School
22    in Westchester.
23         Q.     Have you taken any other courses
24    or certificates any other education outside
25    of those two schools?
```

```
                                            Page 7
1                       J. Sears
2         A.        Sure.  I am in the process of
3    obtaining my CFP, so I am -- I mean, that
4    course work essentially equates to half of a
5    graduate degree in finance through the Boston
6    Institute of Finance and Bryant University.
7                   Bryant University, they partner
8    somehow with, I believe it is the Boston
9    Institute of Finance, to administer that
10   course work.
11        Q.        Just for my information, CFP?
12        A.        Certified Financial Professional
13   designation.
14        Q.        What does the CFP allow you to
15   do?
16        A.        Act as a fiduciary in dealing
17   with my clients.
18                  I am a financial advisor, so
19   outside of the scope, legally, where we
20   aren't required to act as a fiduciary for
21   clients.
22                  If you obtain the CFP
23   designation, you are required to act as a
24   fiduciary, advanced training and course work,
25   estate planning, tax needs, cost benefit
```

Page 8

```
 1                        J. Sears
 2    analysis, really everything to build a
 3    financial plan, you know, to clients in that
 4    regard.
 5          Q.     Is there a specific career path
 6    that you are gearing towards with getting
 7    that CFP?
 8          A.     I am currently a financial
 9    advisor.
10                 I work with my mother.  We have
11    our own franchise, our own financial planning
12    business, so I am essentially in the career
13    that I will likely retire in.
14          Q.     Got it.
15                 So what is your current
16    employment?
17          A.     A financial advisor and chief
18    operating officer for Sears Advisory Group.
19          Q.     Is that the firm that you have
20    with your mother?
21          A.     Yes.
22          Q.     And you said it is a franchise.
23                 Is it a franchise of a larger
24    entity?
25          A.     Via Ameriprise.
```

                        J. Sears

1

2       Q.      How long have you worked with

3   Cedars [sic]?

4       A.      With?

5       Q.      With Cedars [sic] Advisory?

6       A.      Sears, my last name.

7       Q.      Sears.  Oh, I am sorry.

8               That makes a lot more sense.

9       A.      I believe we are coming on three

10  years.

11              I think our start date -- I would

12  have to look at my Linkedin.  Either 2000 or

13  2001 we started -- left our previous firms to

14  start up together.

15      Q.      And what kind of business

16  organization is it?  Is it an LLP, LLC, or

17  something else?

18      A.      We are set up as an LLC.

19      Q.      And so are you and your mother

20  the two members of the LLC?

21      A.      I am not a member.  She runs it

22  solely in her name.

23              I am the, I guess you say

24  secondary member, I believe, the way it is

25  set up.

```
                                         Page 10
 1                        J. Sears
 2                  Essentially, if something were to
 3      happen to her, you know, I would have the
 4      first right to purchase the franchise from
 5      her.
 6                  I currently have a five percent
 7      equity stake in the business, but she is
 8      essentially a sole proprietor in the eyes of
 9      Ameriprise.
10                  So I am paid a salary and
11      commissions through her, salary through her,
12      commissions through Ameriprise.
13           Q.    Had she been doing this prior to
14      you joining the firm three years ago?
15           A.    She was at a different --
16                  She had a franchise of Edward
17      Jones in the same town that I grew up in,
18      that they live in, that our current office
19      there is in.
20                  So she left there, was working
21      for a different practice of Ameriprise, based
22      out of Connecticut, previously.
23           Q.    Got it.
24                  And so in your words, what is it
25      that you do for your clients?
```

```
                                        Page 11
 1                      J. Sears
 2         A.      We help folks -- help, you know,
 3    their financial goals, make it a reality, put
 4    a plan in place.
 5                  Everything from investment
 6    management on a brokerage account or a 401K
 7    through complex financial planning, working
 8    with third-parties like their CPA's, their
 9    attorneys, to put together an estate plan for
10    them, you know; and really, everything in
11    between that, so investment management and
12    financial planning.
13         Q.      And prior to joining the Sears
14    LLC three years ago, what did you do?
15         A.      I was a financial advisor for a
16    firm called R. Miller & Associates.  It was a
17    different franchise, also through Ameriprise.
18         Q.      And was it essentially the same
19    work?
20         A.      Same work.
21         Q.      And prior to that?
22         A.      I was the financial advisor for a
23    brokerage firm called Cuso Financial
24    Services.
25                  I was the financial advisor that
```

```
                              Page 12
 1                  J. Sears
 2   oversaw the branch relationships for seven or
 3   eight branches in New York, New Jersey and
 4   Connecticut.
 5        Q.      And prior to that?
 6        A.      Financial advisor with Edward
 7   Jones.
 8        Q.      Prior to that?
 9        A.      I was a recruiter for a company
10   call Michael Paige, in the city that
11   specialized in hedge funds and private equity
12   clients.
13        Q.      Was that your first job out of
14   college, or was there one before that?
15        A.      One before that.
16                I was a residential real estate
17   broker for two years.
18        Q.      And was that your first job?
19        A.      That was my post collegiate job,
20   yes.
21        Q.      And, Mr. Sears, have you ever
22   served in the military?
23        A.      No.
24        Q.      I am going to ask you a couple of
25   questions, and I will warn you, they are
```

```
                                          Page 13
 1                    J. Sears
 2   slightly awkward.
 3              Have you ever been arrested?
 4      A.    No.
 5      Q.    To your knowledge, have you ever
 6   been investigated by law enforcement?
 7      A.    No.
 8      Q.    Have you ever been charged with a
 9   crime?
10      A.    No.
11      Q.    Have you ever been convicted of a
12   crime, including misdemeanor or violations?
13      A.    No.
14      Q.    Have you ever had the police
15   called?
16      A.    No.
17      Q.    Have you ever called the police?
18      A.    No.
19      Q.    Have you ever been subject to a
20   restraining order, or anything similar to
21   that?
22      A.    No.
23      Q.    Do you drink alcohol?
24      A.    Yes.
25      Q.    About how often?
```

```
                                              Page 14
 1                        J. Sears
 2        A.       Socially, a couple of times a
 3    month.
 4        Q.       And how many drinks per time?
 5        A.       Depends on the event; one to
 6    three.
 7        Q.       Do you use any illegal drugs?
 8        A.       No.
 9        Q.       Have you ever been treated for
10    mental illness?
11        A.       No.
12        Q.       Have you ever been treated at a
13    mental health or substance abuse facility?
14        A.       No.
15        Q.       Have you ever had driver's or
16    other licenses suspended or revoked?
17        A.       No.
18        Q.       Have you ever been subject to any
19    professional discipline in your field?
20        A.       No.
21        Q.       Have you ever applied for a
22    federal firearms license?
23        A.       No.
24        Q.       Have you ever applied for a
25    New York State gunsmith license?
```

```
                                         Page 15
  1                    J. Sears
  2        A.      No.
  3        Q.      Have you ever been a plaintiff in
  4   any other lawsuit besides this one?
  5        A.      No.
  6        Q.      Have you ever been a defendant in
  7   any other lawsuit?
  8        A.      No.
  9        Q.      Have you ever been a party in any
 10   criminal case, or administrative or other
 11   legal proceeding?
 12        A.      No.
 13        Q.      Have you ever provided testimony
 14   under oath before?
 15        A.      No.
 16        Q.      Ever been deposed before?
 17        A.      No.
 18        Q.      So, Mr. Sears, do you own any
 19   firearms?
 20        A.      I do.
 21        Q.      And which firearms?
 22               MR. ROTSKO:  If I may, for
 23         clarification, are we using firearms
 24         under the statute penal law, or a
 25         broader definition of guns?
```

```
                                                Page 16

 1                    J. Sears

 2                    MR. THOMPSON:  I would say under

 3          the broader definition of guns; any

 4          weapon used to expel a projectile by

 5          means of an explosive.

 6          Q.    Do you own any, sir?

 7          A.    I do.

 8          Q.    Can you tell me what kinds?

 9          A.    I have pistols, shotguns and

10   rifles.

11          Q.    How many?

12          A.    Over 20.

13          Q.    Over 20 of each, or over 20?

14          A.    Over 20, total.

15          Q.    About how many pistols?

16          A.    Around ten.

17          Q.    How many shotguns?

18          A.    Three or four.

19          Q.    And how many rifles?

20          A.    Fifteen or so.

21          Q.    So can you describe -- which of

22   the pistols do you use the most?

23          A.    My SIG Sauer P-320, which is my

24   primary competition shooting pistol.

25          Q.    Do you shoot competitively?
```

```
                                    Page 17
 1                    J. Sears
 2        A.      I do.
 3        Q.      In what kind of league?
 4        A.      Mostly USPSA, United States
 5   Practical Shooting Association.
 6                And then I shoot with a variety
 7   of different clubs in non-nationally, you
 8   know, organized matches.
 9        Q.      And I don't know how to ask this
10   question any better.
11                How good are you?  How highly
12   rated are you?
13        A.      I am pretty good.  I got my
14   pistol permit from Westchester probably right
15   around a year ago last year, so I am doing
16   very well for shooting pistols for a year.
17                There is a class system with
18   USPSA.  I have a match this coming weekend
19   where hopefully I will be rated in like A
20   class, you know, A, B, C, D, with master
21   class above it.
22        Q.      Let's take a step back.
23                You applied for a Westchester
24   County pistol permit?
25        A.      Yes.
```

```
                                      Page 18
1                    J. Sears
2        Q.      Can you walk me through how that
3    process went?
4        A.      I tried a number of years ago to
5    obtain one.  I called the clerk's office, you
6    know, when I decided to look at the
7    application, figured out what it entailed
8    and, called.
9                And they told me that they were
10   full up on appointments to apply for a pistol
11   permit, and to try back in the January of the
12   following year.
13               Things came up.  You know, I was
14   playing other sports in other leagues.  It
15   wasn't that high on the priority list.
16               A couple of years lapsed, same
17   thing.
18               I got the whim probably in 2018,
19   '19.  Probably 2018, called again, was told
20   the same thing, call back in January.  And I
21   believe it was 2021, you know, I called them.
22               I finally called them, and I
23   actually got an appointment in January.  They
24   set it for, you know, November of that year.
25               So I called in January.  They
```

```
                                        Page 19
 1                      J. Sears
 2   told me my meeting is 11 months later.
 3                I went with my application,
 4   submitted it, got fingerprinted.  They sat on
 5   it for six months.
 6                And then I get a letter from the
 7   judge saying I was approved, and have to go
 8   meet with -- I forget her name, but one of
 9   the judges, to essentially grant my pistol
10   permit.
11        Q.    So there was a meeting or
12   interview with a judge?
13        A.    Yes.
14        Q.    Do you remember which judge?
15        A.    Susan --
16        Q.    Cacais (phonetic)?
17        A.    That sounds right.  But I am not
18   positive, but sounds right.
19        Q.    And what do you use your pistol
20   for?
21        A.    Competition shooting, primarily,
22   and personal defense, home defense, as well.
23        Q.    Do you generally carry it with
24   you in public?
25        A.    I do, you know, in places that I
```

```
                                              Page 20
 1                     J. Sears
 2   am allowed to.
 3        Q.      How do you decide when to carry
 4   and when not to carry?
 5        A.      If I am legally allowed to carry
 6   it somewhere, I will carry it.
 7        Q.      Do you carry to it work?
 8        A.      Yes.
 9        Q.      I hesitate to ask:  Did you carry
10   it here today?
11        A.      Of course not.
12        Q.      And so your shotguns, what do you
13   use your shotguns for?
14        A.      Various types of target shooting.
15   Competition for that, as well as trap, skeet
16   and sporting clays, and some shotgun matches
17   that are similar in format to the pistol
18   matches, where it is, you know, shooting
19   steel from a variety of distances, you know,
20   behind targets and such.
21        Q.      And same question -- or actually,
22   what make and model of shotgun do you use the
23   most?
24        A.      Mossberg 5-90 pump action
25   shotgun.
```

Page 21

1              J. Sears

2      Q.      What about that makes it

3  particularly well suited for you?

4      A.      It is the most reliable, in the

5  sense that the pump action shotgun, I think

6  has the least -- it is the least prone to

7  failure.

8      Q.      So same question for rifles.

9              And you said -- correct me if I

10  am wrong -- you said you have about 15 of

11  them; is that right?

12     A.      Yeah, roughly.

13     Q.      What do you use your rifles for?

14     A.      Competition shooting, target

15  shooting, rifle matches, home defense.

16     Q.      And what variety of make and

17  model rifle would you say you use the most?

18     A.      Probably an M&P 15 sport.

19     Q.      And can you describe the

20  characteristics of that rifle for me?

21     A.      Sure.  It was the first New York

22  compliant AR pattern rifle that I got, in the

23  sense that it does not have any of the banned

24  features under the Safe Act, so it is able to

25  accept a detachable magazine.

```
                                    Page 22

 1                    J. Sears
 2        Q.      So is it correct to say, this is
 3   a semiautomatic rifle with a detachable
 4   magazine, but none of the other features that
 5   have been enumerated in the statute?
 6        A.      Correct.
 7        Q.      When you say AR compatible, what
 8   does that mean?
 9        A.      The ArmaLite pattern rifle was
10   created by Eugene Stoner in 1956.  It is a
11   simplistic semiautomatic rifle platform that
12   has a wide variety of aftermarket support,
13   commonly have used common parts compatible
14   across different manufacturer types, so it is
15   easy to kind of customized barrel length,
16   hand guards things like that that are
17   permitted under New York State law.
18        Q.      So what is the difference
19   between -- I apologize.
20              What is the name of the make and
21   model that you use?
22        A.      M&P Sport 15.
23        Q.      What is the difference between an
24   M&P Sport 15 and what is commonly known as an
25   AR-15?
```

```
                                        Page 23
 1                   J. Sears
 2       A.       The version I have, or M&P --
 3  like an M&P Sport 15, in general?
 4       Q.       The version you have?
 5       A.       The version I have is the
 6  New York compliant, and I guess therefore
 7  California compliant model, you know, that
 8  they made in response to New York and
 9  California laws.
10                 There are no threads on the
11  barrel to accept a muzzle device.  It does
12  not have a pistol grip.  It has either --
13  through New York State law, I can have either
14  a fin grip, that doesn't let me wrap my thumb
15  around the stock, or it can have a spur grip,
16  which doesn't protrude conspicuously below
17  the action of the gun, and it is a fixed
18  stock.
19                 Whereas, you know, any other
20  rifle, the stock can telescope on the buffer
21  tube to customize adjustability, depending on
22  the user's size.
23                 There is a pistol grip for, I
24  think, essentially better safety and
25  deploying the safety on the gun.
```

```
                                        Page 24
 1                    J. Sears
 2              And it would accept threads, and
 3   it could also support a forward hand grip.
 4        Q.     And so what kind of grip or stock
 5   does your rifle have?
 6        A.     My rifle has a fin grip.
 7        Q.     And do you use that rifle for
 8   home defense or self defense?
 9        A.     I do.
10        Q.     And of the rifles that you own,
11   would you say that that is the rifle that you
12   use for self defense?
13        A.     It is.
14        Q.     I am trying to get a sense of,
15   you know, there is the term AR-15, as it is
16   understood.
17        A.     Sure.
18        Q.     I know it refers to a class of
19   rifle.
20              And is the rifle that you have, a
21   version of that?
22        A.     Yes.
23        Q.     Let's see.  Have you ever used
24   any of these firearms personally, in self
25   defense --
```

```
                                          Page 25
 1                    J. Sears
 2       A.       No.
 3       Q.       -- or defense of others?
 4       A.       No.
 5       Q.       And have you ever been in a
 6  situation where you need to use a gun in
 7  defense of yourself or others?
 8       A.       No.
 9       Q.       Do you anticipate being in a
10  situation where you need to use a gun in
11  defense of yourself or others?
12       A.       I hope not.
13       Q.       I hope not, too.
14                So there is no particular threat
15  or situation where you are exposed to threats
16  that you are thinking of when you want to
17  have a gun; is that correct?
18       A.       Not above and beyond any other
19  person, no.
20       Q.       You said you applied for a
21  Westchester County pistol permit.
22                Did you also apply for a
23  Westchester County semiautomatic rifle
24  permit?
25       A.       When I initially called to make
```

```
                                    Page 26
 1                    J. Sears
 2    my appointment, the semiautomatic rifle
 3    permit wasn't a thing yet.
 4              Between when I scheduled my
 5    appointment and I submitted paperwork, I
 6    believe two months prior, the Bruen case
 7    results came out.  New York State passed the
 8    concealed carry improvement act.
 9              And the gun instructors that I am
10    friendly with, everyone was scrambling to
11    figure out what the prerequisites were going
12    to be for the change in the handgun issuance,
13    and what else needed to be done,
14    application-wise, for the semiautomatic rifle
15    permit.
16              At that point, the application
17    had changed slightly, so when I did go to
18    submit, I did submit for a semiautomatic
19    rifle permit, as well, on the same
20    application.
21         Q.    Was that application approved?
22         A.    Yes.
23         Q.    Was it the same process as for
24    the pistol, or a separate process?
25         A.    It was the same process, except
```

```
                                    Page 27
 1                    J. Sears
 2    for a couple of additional boxes to check.
 3         Q.     And was there an interview?
 4         A.     I believe it was one in the same,
 5    with the pistol application.
 6         Q.     And are your Westchester County
 7    pistol and semiautomatic licenses currently
 8    active?
 9         A.     Yes.
10         Q.     Do you hold any other
11    firearms-related licenses?
12         A.     I have licenses to conceal,
13    carry, in Utah and Pennsylvania.
14         Q.     And can you tell me, when did
15    you --
16                Start with the Utah license.
17                When did you seek the Utah
18    license?
19         A.     Prior to the approval of my
20    New York license, the organization that did
21    my New York required an 18-hour pistol
22    course, also offered a Utah class so, you
23    know, it basically knocked out both of the
24    requirements at once.
25         Q.     So when was this, approximately?
```

```
                                    Page 28
 1                     J. Sears
 2       A.       It would have been probably
 3   September or October of the year in which I
 4   filed for my Westchester license.
 5       Q.       Was that 2020, 2021?
 6       A.       I believe it was 2022.
 7       Q.       So why get a Utah license?
 8       A.       Because New York State doesn't
 9   honor reciprocity with other states,
10   concealed carry licenses.
11               You know, no one from outside
12   New York can come and carry a gun here.
13               States that require some type of
14   permit to carry that aren't constitutional
15   carry states don't honor New York's license.
16               So by having a nonresident
17   New York license, certain states will grant
18   me reciprocity.  If I were to go on vacation,
19   or travel for work, I would be able to carry
20   my gun in that state under my Utah license.
21       Q.       And what are the requirements to
22   get a Utah license?
23       A.       A classroom portion on gun
24   safety, handling, storage, education
25   generally on laws nationally, when self
```

```
                                          Page 29
 1                      J. Sears
 2   defense is warranted or justified, and
 3   filling out an application, submitting to a
 4   background check.
 5        Q.      And about how long -- how many
 6   hours is the class?
 7        A.      I think it was six to eight.
 8        Q.      And did that overlap with the
 9   class that you took in New York?
10        A.      It was separate.
11                So essentially, with the
12   concealed carry improvement act coming into
13   effect, and the short timeline I had with the
14   passing of that, and my November application,
15   submit my application, the organization I
16   found that would get me an 18-hour New York
17   class in time, they were only accepting
18   students who had taken the Utah or a
19   different class with them.
20                So I essentially had to take the
21   Utah class to be eligible to take the
22   New York class with them.  So it was a
23   different curriculum, but it gained me
24   eligibility in the eyes of that organization
25   to sit for that New York class.
```

```
 1                    J. Sears
 2      Q.      And what was the organization
 3  that you took the New York State --
 4      A.      I believe it is Westchester
 5  Firearms Safety.
 6      Q.      And you mentioned a Pennsylvania
 7  license; is that right?
 8      A.      Yes.
 9      Q.      When did you get that?
10      A.      I can tell you when it was
11  issued.  I have it in my wallet, if you would
12  like me to give you a date.
13              But it was probably sometime in
14  2023, in the spring.
15      Q.      And so why did you seek a
16  Pennsylvania license?
17      A.      It is nearby.  Every now and
18  then, you drive through, you know,
19  Pennsylvania to -- you know, to get
20  somewhere.
21              I intend to compete in different
22  pistol and rifle shooting competitions, so it
23  made sense for me.
24      Q.      Would your New York or Utah
25  license entitle you to do that in
```

```
                                    Page 31
 1                    J. Sears
 2   Pennsylvania?
 3       A.      To my understanding -- I am
 4   honestly not sure.  I didn't look that
 5   closely at the reciprocity laws.
 6       Q.      What was involved in getting the
 7   Pennsylvania license?
 8       A.      Submitting a consent to
 9   background check on myself, an application
10   online.
11               I am not sure if I had to
12   upload -- I don't know if I had to upload any
13   of the safety courses I had taken, and go to
14   meet with someone at the county sheriff's
15   office to obtain the license.
16       Q.      Other than the types of training
17   that you described in connection with the two
18   New York State licenses, the Utah and
19   Pennsylvania licenses, have you had any
20   specific firearms training, or gone through
21   any specific firearms courses?
22       A.      Yes.
23       Q.      What?
24       A.      I have trained with a couple of
25   different organizations and a variety of a
```

```
                                    Page 32
 1                     J. Sears
 2   different classes; you know, different
 3   shotgun specific classes, rifle-specific
 4   classes, pistol, both defensive and
 5   competition-oriented classes.
 6        Q.     Can I ask which organizations?
 7        A.       Predominantly Onsite Firearms
 8   Training, and then as well, Westchester
 9   Firearms Safety, which is the company who did
10   my New York State and Utah training.
11        Q.     Got it.
12               And I apologize if you already
13   mentioned this:
14               Was this in connection with your
15   competitive shooting, or regarding self
16   defense, more generally?
17        A.     A little bit of both.
18               You know, depending on the
19   classes offered, and my schedule, you know, I
20   think it is important to be proficient, if I
21   am to own these weapons.
22        Q.     All right.  Let me take a
23   slightly different tact.
24               So why did you bring this
25   lawsuit, Mr. Sears?
```

```
 1                    J. Sears
 2        A.      I would like to be able to own,
 3    and I should be able to own, rifles that are
 4    in common use in other parts of the country,
 5    that have the ability to accept a detachable
 6    magazine, and have features.
 7        Q.      When you say in common use, what
 8    do you mean by that?
 9        A.      The tens of millions of other AR
10    weapons that are use in other states by
11    Americans.
12        Q.      And what does it mean to be in
13    common use?
14        A.      Owned, competed with, used for
15    self defense; you know, possessed for sale.
16        Q.      And what is the basis of your
17    belief that assault weapons, as they are
18    defined in New York Law, are in common use?
19        A.      If you stop in any gun shop, you
20    go to any shooting range in America, you
21    gonna see AR rifles.  They are out there.
22    People have them in their homes.
23               I believe the survey that we
24    submitted in our initial complaint references
25    the sheer number of AR's in common use by
```

```
                                    Page 34
 1                    J. Sears
 2    Americans.
 3         Q.      And which survey is this?
 4         A.      The names listed in the
 5    complaint.
 6                 I am not positive, off the top of
 7    my head.
 8         Q.      Where did you find this survey?
 9         A.      I had come across it in the past,
10    prior to the filing this application, or this
11    suit.
12         Q.      So how did you decide to sue?
13    Can you walk me through how you went from
14    being a competitive shooter to being a
15    plaintiff in a federal lawsuit?
16         A.      Sure.  I had come across the
17    Firearms Policy Coalition at some point in
18    the gun world, you know, shooting long guns,
19    prior to handgun ownership.
20                 I liked the type of work that
21    they did.  I donated to them in the past.
22                 At some point I came across some
23    type of post from them that was looking for
24    folks in New York who were in good legal
25    standing, who had essentially owned AR style
```

```
                                      Page 35
 1                    J. Sears
 2   rifles, that would be interested in being a
 3   part of a lawsuit to change and challenge the
 4   Safe Act.
 5        Q.      When was this?
 6        A.      Sometime probably in the six to
 7   nine months prior to us bringing the suit.
 8        Q.      And so summer/fall of 2022?
 9        A.      I would imagine.
10        Q.      And what was this post on?  Was
11   this on social media?
12        A.      It was probably on Facebook.
13        Q.      And so they were looking for
14   plaintiffs?
15        A.      They were looking for plaintiffs.
16                I submitted my information, you
17   know, phone number, name, e-mail.
18        Q.      And how did you -- so did the
19   Firearms Policy Coalition contact you back?
20                MR. ROTSKO:  Objection.
21                I am going to object to
22        attorney-client privileged
23        communications after Mr. Sears formed
24        the client relationship with the
25        Firearms Policy Coalition.
```

```
                                        Page 36
  1              J. Sears
  2         Go ahead.
  3              MR. THOMPSON:  No, no.  Let me
  4      try and rephrase the question.
  5         Q.    So you are represented by
  6  Mr. Kraut from the Firearms Policy Coalition,
  7  is that right, or is it Mr. Wisniewski?
  8              MR. ROTSKO:  The latter.
  9         Q.    So other than your conversations
 10  with Mr. Wisniewski as your attorney, what
 11  discussions have you had with Firearms Policy
 12  Coalition about this?
 13         A.    None.  It was really handing it
 14  over to work with Nick.
 15         Q.    Did you comment on the Facebook
 16  post that you mentioned from the Firearms
 17  Policy Coalition?
 18         A.    It was a direct link through
 19  their website that allowed me to enter my
 20  contact information.
 21         Q.    So it was like a form?
 22         A.    Yeah.  Hyperlink on Facebook, you
 23  click it, and it brings me to their site.
 24         Q.    And let me ask the same question
 25  regarding the Second Amendment Foundation.
```

```
                                    Page 37
 1                    J. Sears
 2              Other than conversations with
 3    Mr. Kraut relating to the case, what
 4    conversations had you had with Second
 5    Amendment Foundation?
 6         A.    I don't believe, any.
 7              I was primarily through Firearms
 8    Policy Coalition.
 9         Q.    Got it.
10              How long have you been involved
11    with the Firearms Policy Coalition?
12         A.    I am not sure when my first
13    donation was.  It was probably three or four
14    years ago.
15         Q.    Are you a member?
16         A.    I believe so.
17         Q.    You said you like them.
18              What was it that you liked about
19    the organization?
20         A.    That they challenge
21    unconstitutional gun laws.
22         Q.    And can you explain that a little
23    further?
24         A.    Laws that prohibit Americans from
25    possessing weapons; basically, you know, any
```

```
                                          Page 38
 1                      J. Sears
 2    law that is in opposition of peoples'
 3    fundamental rights to own weapons.
 4         Q.      And do you believe that people
 5    have a fundamental right to own any weapon?
 6         A.      Yes.
 7         Q.      Any weapon at all?
 8         A.      Yes.
 9         Q.      So including the assault weapons?
10         A.      As New York defines them, sure.
11                 I didn't think assault weapons
12    are a thing.  It is a marketing term.
13         Q.      Can you explain to me what you
14    mean by that?
15         A.      An assault weapon, as New York
16    labels it, is a semiautomatic rifle or
17    shotgun.
18                 So yes, you know, there is not a
19    class that is an assault weapon.
20         Q.      But New York doesn't prohibit all
21    semiautomatic rifles and shotguns, correct?
22         A.      Ones with detachable magazines,
23    yes, or additional features, which I would
24    argue makes that the true weapon, not a
25    watered down form of it.
```

```
                                    Page 39
  1                   J. Sears
  2        Q.      So you think a New York compliant
  3   gun of the sort that you have is not a true
  4   semiautomatic rifle?
  5        A.      It is a semiautomatic rifle, but
  6   it doesn't possess the features that make it
  7   as desirable or, you know, able to use the
  8   way it was intended.
  9        Q.      And intended how, and by whom?
 10        A.      Intended by the manufacturer,
 11   ArmaLite; Eugene Stoner, who designed it.
 12             You know, there is two types of
 13   compliant semiautomatic rifles in New York,
 14   right?  There is the version that I have,
 15   that I explained that I use more often, the
 16   M&P, that has the capability to accept a
 17   detachable magazine, because it doesn't have
 18   features.
 19             The other way you can have a
 20   semiautomatic rifle in New York of an AR
 21   variation is if you pin the magazine into the
 22   gun so it can't accept a detachable magazine.
 23             You can then have your pistol
 24   grip, stock, muzzle device.  But to do that,
 25   you then need to break the gun open via the
```

```
                                    Page 40

 1                    J. Sears

 2    rear hinge pin, flip the gun open and load it

 3    through the receiver of the gun.

 4              So neither one of these types

 5    that I can own in New York are ideal for

 6    either competition or home defense.

 7              I made the decision that I would

 8    opt for the detachable magazine variation,

 9    because if a load fails to -- if a round

10    fails to load into the gun, you can't clear

11    out a malfunction if you can't release the

12    magazine.

13              So, you know, therefore, if there

14    is a magazine lock, and something happens

15    with the gun, you know, you are going to have

16    to take it to the gunsmith to fix the gun.

17              With a featureless rifle, I can

18    drop the magazine out, I can probably split

19    the gun apart, and I can fix that relatively

20    quickly, you know, in a competition or a

21    defense scenario.

22         Q.    If you have a detachable

23    magazine, couldn't it have the same jam with

24    the next magazine?

25         A.    It could.
```

```
                                          Page 41

 1                      J. Sears

 2        Q.      So you discussed the purpose for

 3   which the rifle was originally designed by,

 4   was it Eugene Stoner?

 5        A.      Uh-huh.

 6        Q.      And the ArmaLite Corporation.

 7                Can you walk us through your

 8   understanding of what the AR rifle was

 9   designed for, and how it came about?

10        A.      Sure.

11                The most prevalent round at the

12   time was 30-06, which huge bullet mostly

13   these days is used like a deer rifle

14   cartridge.   Ammunition was heavy to carry.

15                They wanted to create something

16   that was a more modern weapon, that would

17   have ammunition that was smaller and easier

18   to carry.

19                And they came up with this

20   platform:  Very simple, easy to use, easy to

21   clean, and they created the AR platform.

22        Q.      And what is the relationship

23   between the AR-15 and the M-16?

24        A.      The AR-15 is a civilian version

25   of the M-16.
```

```
                                        Page 42
 1                    J. Sears
 2               The M-16 has select fire, so when
 3     you operate the safety, the safety is on, you
 4     flip it, it goes to a semiautomatic rifle.
 5               You pull the trigger.  One
 6     trigger pull, one bullet comes out.
 7               M-16 has the select fire option
 8     which essentially lets you pull the trigger,
 9     once bullets keep coming out, until you let
10     the trigger go.
11         Q.    Automatic fire?
12         A.    Yes.
13         Q.    Do you know if members of the
14     military will use automatic, semiautomatic
15     fire, or both?
16         A.    In their day-to-day like roles in
17     war zones?
18         Q.    In combat.
19         A.    It depends on what they are
20     coming up against.
21               If they need suppression fire,
22     they will probably go with the automatic
23     option.
24         Q.    Would they go with the
25     semiautomatic option, in certain
```

```
                                            Page 43
 1                        J. Sears
 2    circumstances?
 3          A.      In certain circumstances, likely,
 4    sure.
 5          Q.      What circumstances would those
 6    be?
 7                  MR. ROTSKO:  Objection, calls for
 8          speculation.
 9          Q.      But you can answer.
10          A.      If you needed, you know, one or
11    two more precise shots, you would opt for the
12    semiautomatic fire, versus something that is
13    more a burst, and harder to control.
14          Q.      And do you know whether members
15    of the military do, in fact, use
16    semiautomatic fire in their M-16's?
17          A.      I would imagine, from interviews
18    and things I read.
19          Q.      And do you believe that it is
20    unconstitutional to ban the M-16?
21          A.      Yes.
22          Q.      Including the automatic fire
23    aspect of it?
24          A.      Yes.
25          Q.      Why?
```

```
                                    Page 44
 1                    J. Sears
 2              MR. ROTSKO:  Objection, calls for
 3        a legal contusion.
 4              But go ahead and answer, if you
 5        would like.
 6        A.      In my belief -- I mean, in my
 7   belief, the Second Amendment, if we are
 8   looking at what the militia means, in terms
 9   of words that were used in the framing and
10   that period of time, yeah, the militia is
11   everyone, you know, in this room, in this
12   city and state, of age to fight.
13              It was about having people well
14   trained.  When they mean regulated, they mean
15   people who were equipped, who were able to
16   drill and practice with their weaponry.  And
17   it was about having a citizenry who was ready
18   to essentially became army, and have the arms
19   available to a standing army, as we didn't
20   have a standing army at that time.
21              So if we are reading it the way
22   the framers intended it, every citizen should
23   have access to use a weapon that our military
24   has.
25        Q.      I mean, our military has a lot of
```

```
                                      Page 45
 1                    J. Sears
 2    weapons.   Our military has Apache
 3    helicopters.
 4               Should citizens have those?
 5        A.       Yeah.
 6        Q.       Our military has drones that fire
 7    Hellfire missiles, those?
 8        A.       If you can afford it.
 9        Q.       Our military has intercontinental
10    ballistic missiles that can destroy cities
11    all the way on the other side of the world.
12               Should private citizens have
13    those?
14        A.       If you can.
15        Q.       Why?
16        A.       Why not?
17               MR. THOMPSON:  You guys want to
18        take a quick break?
19               MR. ROTSKO:  Sure.
20               (Whereupon, a short recess was
21        taken at 2:38 p.m., and testimony
22        resumed at 2:47 p.m.)
23        Q.       Mr. Sears, thank you again.
24               Just a couple of quick questions
25    before we get back into the substance.
```

```
                                      Page 46
 1                  J. Sears
 2                  During the break, did you speak
 3       with anyone about the substance of your
 4       testimony?
 5            A.      My team.
 6            Q.      Did you review any documents
 7       during the break?
 8            A.      No.
 9            Q.      And going back, we talked about
10       your conversations with Firearms Policy
11       Coalition in the run up to this case.
12                  Outside of conversations with
13       counsel, did you speak to anybody else about
14       bringing this case?
15            A.      No.
16            Q.      Did you ask anybody's advice, or
17       discuss it?
18            A.      No.
19            Q.      Have you discussed it with
20       coworkers?
21            A.      No.
22            Q.      Family members?
23            A.      With my wife.
24            Q.      And during the course of this
25       case, have you talked to anybody about case
```

```
                                              Page 47

 1                    J. Sears

 2   development?

 3        A.       No.

 4        Q.       Have you posted at all on social

 5   media, or sent any e-mails about this case?

 6        A.       No.

 7        Q.       Are you on social media?

 8        A.       Yes.

 9        Q.       What social media sites are you

10   on?

11        A.       Linkedin, Facebook and Instagram.

12        Q.       And can I ask, what is your

13   Instagram account name?

14        A.       It is at keeping realtor.  I made

15   it when I was a real estate agent, and use it

16   mostly to stay in touch with old friends.

17        Q.       I like the pun.

18                 And your Linkedin and Facebook,

19   are those in your name?

20        A.       My name.

21        Q.       And no other social media

22   accounts?

23        A.       I manage a Linkedin and a

24   Facebook for our company, Sears Advisory

25   Group.
```

```
                                         Page 48
 1                      J. Sears
 2      Q.      Do you post on any online forum?
 3      A.      No.
 4      Q.      So why don't we move to
 5   documents.
 6              I am going to show you a document
 7   which --
 8              MR. THOMPSON:  And, Maria, this
 9        is not the same as what was Exhibit A in
10        Mr. Lane's deposition.
11      Q.      Do you recognize this document?
12      A.      I do.
13      Q.      What is this document?
14      A.      The Declaration of James Sears In
15   Opposition to Defendants' Motion to Dismiss.
16      Q.      And is that your signature on
17   page 3 of this document?
18      A.      It is.
19              MR. THOMPSON:  Can I ask that it
20        be marked as Defendant's Exhibit 1.
21              (Whereupon, a document was marked
22        as Defendant's Exhibit 1 for
23        identification, as of this date.)
24      Q.      So this the same document that we
25   previously discussed; is that correct,
```

```
                                           Page 49
 1                      J. Sears
 2     Mr. Sears?
 3          A.       Yes.
 4          Q.       So if I can direct your attention
 5     to paragraph 4, you mentioned an LMT MARS-L
 6     rifle.
 7                   What is that rifle?
 8          A.       It is an AR patterned rifle,
 9     chambered and 5-5-6 NATO, that I would like
10     to own.
11          Q.       And what does LMT stand for?
12          A.       I couldn't tell you.  It is the
13     company name that makes it.
14                   Oh, I do know, actually:  Louis
15     Machine Tools.
16          Q.       And what about MARS?
17          A.       I assume the M stands for
18     something.  I would imagine the A-R-S in MARS
19     stands for the ArmaLite.  I think the AR
20     pattern that would be my best guess.
21          Q.       Does the L indicate anything?
22          A.       Not that I am aware of.
23          Q.       Why do you intend to purchase
24     this rifle in particular?
25          A.       I like the features that it comes
```

```
                                        Page 50
 1                    J. Sears
 2    with out of the box.
 3              It has an ergonomically friendly
 4    pistol grip.  It has, I think, one of the
 5    better telescoping stocks already on the gun.
 6              And it has what they call a
 7    monolithic upper receiver, whereas the hand
 8    guard and the upper receiver is all one
 9    piece.  So if you were to mount an -- you can
10    mount an optic further up on it, on the hand
11    guard, and you can mount, you know, a laser
12    or illumination device on there without
13    worrying that the hand guard is going to move
14    in any way, compared to most other AR
15    platforms, where the hand guard is attached
16    to the upper receiver via some type of lug
17    nut or clamp.
18         Q.    And is the monolithic upper
19    receiving prohibited under New York law?
20         A.    It is not.
21         Q.    So let me ask, the LMT company --
22    I am sorry, Lawrence Machine Tools?
23         A.    I believe it is Louis.  I am not
24    positive on that, though.
25         Q.    Is there something specific that
```

```
                                    Page 51
 1                     J. Sears
 2   you like about that company?
 3        A.      They have a reputation for making
 4   very high quality and durable weapons.
 5        Q.      Is that a representation based on
 6   anything specific?
 7        A.      Reviews that I have read for them
 8   online.
 9               I believe, you know, certain
10   special forces groups use them when they are
11   able to use their own weapons.  And the few
12   that I have seen and come in contact with
13   appear to be very well made.
14        Q.      And do you know, do special
15   forces group use rifles -- do they use the
16   LMT MARS-L rifle?
17        A.      I don't know.
18        Q.      So how did you choose this
19   particular type of rifle as the one put in
20   issue here?
21        A.      They have a great reputation.
22               Again out, of the box, if I were
23   to get a different variation of a similar, I
24   would have to spend additional to put the
25   pistol grip and the stock on it.
```

```
                                    Page 52
 1                    J. Sears
 2              Theirs comes with -- they are one
 3    of the few companies that makes the
 4    monolithic upper receiver where the hand
 5    guard is, you know, the same piece as the
 6    upper receiver.
 7         Q.    Did you seek them out online?
 8         A.    I did research online.
 9         Q.    And where did you go to do that
10    research?
11         A.    Google.  You know, best AR's out
12    there for accuracy, reliability.
13         Q.    Do you remember any sites in
14    specific that you went to?
15         A.    I went to their direct site and
16    looked at various retailers online, as well,
17    that carried it.
18         Q.    Do you recall which retailers?
19         A.    There is a marketplace called Gun
20    Broker, where various FFLs or federal
21    firearms licensees, basically gun dealers,
22    post their guns for sale.  It is like an
23    eBay, if you will, for firearms.
24              And if you do purchase it, you
25    provide them with the information for your
```

```
                                        Page 53
 1                    J. Sears
 2   local gun dealer, and they transfer it to the
 3   gun dealer, and you go there to pick it up
 4   and run your background check.
 5        Q.      If you purchase this rifle, that
 6   is how you would purchase it, through a local
 7   gun dealer?
 8        A.      I can't purchase this rifle,
 9   because no one will sell it New York, because
10   it is not compliant.
11        Q.      If, hypothetically, you could,
12   would you purchase it that way, through a
13   local gun dealer?
14        A.      I would have to go to a local gun
15   dealer to purchase it, yes.
16        Q.      Do you know, which local gun
17   dealer would you use?
18        A.      I have two different ones that I
19   like.
20               You want their names.
21        Q.      Sure.
22        A.      New England Sportswear in White
23   Plains, New York, and A&G Firearms in
24   Bardonia, New York.
25        Q.      And so can you compare and
```

```
 1                    J. Sears
 2  contrast this rifle, the LMT MARS-L, with the
 3  rifle that we discussed earlier, the rifle
 4  that you currently use the most?
 5        A.     This rifle, if I were to possess
 6  it, let's say, in a free state, like Texas,
 7  where I can just buy the gun from my FFL, to
 8  the one that I have like the New York
 9  compliant version that I own?
10        Q.     Yes, correct.
11               I am not sure how I feel about
12  the term free state.  Comparing and
13  contrasting this rifle that you would like to
14  own with the rifle that we previously
15  discussed that you use the most?
16        A.     Sure.  Whereas my rifle has a fin
17  grip, where I can't wrap my hand all the way
18  around the gun, this one has a traditional
19  pistol grip stock, a pistol grip, which would
20  allow me to reach the safety and deploy it
21  with, you know, more ease and reapply it with
22  more ease.
23               It has a telescoping stock, which
24  means it can slide in and out.
25               So my rifle has a fixed stock, so
```

```
                                          Page 55
 1                    J. Sears
 2    it is at a length that is comfortable for me.
 3               It is uncomfortable for my wife
 4    to shoot it.
 5               With the LMT MARS, we would both
 6    be able to take share that gun.  She could
 7    push a little hinge and slide it forward to
 8    fit, you know, what they call your length of
 9    pole, really the distance that it takes from
10    your shoulder pocket, you know, to your hand.
11         Q.    So at risk of derailing the
12    conversation, does your wife also own
13    weapons?
14         A.    She does.
15         Q.    In addition to the ones that we
16    previously discussed, when I asked you --
17               MR. ROTSKO:  Objection, that
18         Mr. Sears' wife's weapons are not at
19         issue in the case.
20               You may answer, though.
21         A.    She does.  She owns several
22    weapons, several of which, I guess, since we
23    have been married, we co-own, that are on
24    both of our permits.
25         Q.    So when earlier in the deposition
```

```
                                     Page 56
 1                    J. Sears
 2   I asked you how many rifles, how many
 3   shotguns, how many pistols, were you counting
 4   your wife's weapons in those totals, or are
 5   those separate?
 6        A.     I was including those.
 7        Q.     And do you have any children?
 8        A.     No.
 9        Q.     And do you and your wife live in
10   the same place?
11        A.     Yes.
12        Q.     So in your declaration you talk
13   about telescoping stock, pistol grip and
14   muzzle device, as well as a detachable
15   magazine.
16               So what is a detachable magazine?
17        A.     A detachable magazine is a
18   magazine that if you push the magazine
19   release button on the right side of an AR
20   platform, the magazine will eject.  There is
21   basically a spring retention that keeps the
22   clamp into the well of the gun.
23               Compare that to the other way you
24   can make a New York rifle compliant, which is
25   what they commonly referring to as pinning
```

```
                                    Page 57
 1                    J. Sears
 2    the magazine.
 3              So to my knowledge, there is
 4    couple of ways to do it:  Basically buy an
 5    aftermarket magazine release button or kit,
 6    and you basically put a screw in it, so you
 7    can't depress the spring; or there is a model
 8    where there is no spring at all, so once the
 9    magazine is in there, it is in there.  I
10    think you have to go to a gunsmith to drill
11    it out.
12              So once the magazine is in there,
13    the magazine is in there.
14              If the magazine fails, you know,
15    somehow, if it is a plastic or metal
16    magazine, if any part of it breaks, you are
17    going to have to drill out the gun to remove
18    the magazine.
19       Q.     And do you know, are there rifles
20    that are sold that have just a fixed
21    magazine, without that kind of pin?
22       A.     I have seen them sold.
23              Sorry.  Can you repeat?
24       Q.     Are there rifles that are sold
25    that have a fixed magazine, where the
```

```
                                    Page 58
 1                    J. Sears
 2   magazine is built into the gun, without that
 3   sort of pin that you just described?
 4        A.      In New York?
 5        Q.      In New York, or anywhere?
 6        A.      I don't think there is any other
 7   way to affix a magazine.  I don't think they
 8   are making a lower receiver that has a
 9   magazine built into it.  It is just -- no.
10               They don't sell like a magazine
11   that is being one piece of the gun.
12        Q.      So let me ask, why do you prefer
13   a detachable magazine to a fixed magazine?
14               You had mentioned a potential jam
15   situation.
16               Any other reason in addition to
17   that?
18        A.      The jam is the biggest one.
19               For whatever reason, you know,
20   the way the bolt and the cycling of the gun
21   works, if two rounds, what we call a double
22   feed, if the bolt carrier group drags the top
23   round off of the magazine and the gun, and it
24   catches the second one, you have two bullets
25   trying to get into the chamber of the gun.
```

```
                                        Page 59

 1                  J. Sears

 2               This essentially creates an issue

 3      that on a regular, you know, non-New York

 4      compliant magazine, a commonly used AR, you

 5      could drop the magazine, and you can pull the

 6      charging handle, and it gives you the

 7      opportunity to get in and try to fish out the

 8      two magazines or two rounds that are stuck in

 9      there.

10               If your magazine is locked, you

11      really can't do anything, 'cause you are not

12      going to be able to drag the bolt open.  It

13      is stuck in place, you know, the metal on

14      metal friction, depending on how hard the

15      bolt dropped.

16               You know, you are probably going

17      to go and have the gunsmith bang out the pins

18      and take it apart.

19               So for reliability standpoint,

20      you would never use a mag locked gun in self

21      defense.

22          Q.    Is it also true to say that a

23      detachable magazine just makes it faster to

24      reload?

25          A.    You could say that, although
```

```
                                        Page 60
 1                      J. Sears
 2    there are different reloading solutions that
 3    are available for pinned magazines.
 4         Q.      Can you tell me a little bit more
 5    about that?
 6         A.      I don't know what they are
 7    called.  It is something there where you go
 8    through the ejection port on the right side
 9    of the guns, and I think they call them speed
10    clips.
11              Where you can load it that way,
12    you know, if you are trained with it, someone
13    could probably get pretty fast with that.
14         Q.      Outside of the potential jam
15    issue that we have discussed, is a detachable
16    magazine better for self defense than a fixed
17    magazine?
18         A.      Yes.
19         Q.      Why?
20         A.      Besides the lack of, you know,
21    jamming and fixing malfunctions, you have the
22    ability to easily carry more ammunition, if
23    you need it.
24              And in New York, being limited to
25    ten rounds of ammunition, you know, ten
```

```
                                    Page 61
 1                    J. Sears
 2   rounds in a gun isn't a lot, if there were,
 3   you know, numerous people that you needed to
 4   defend yourself from.
 5              Or in a competitive shooting
 6   scenario, if you, you know, needed to shoot
 7   ten or more targets, you would want to have
 8   extra magazines, to reload your gun quickly.
 9        Q.    Let's stick to the self defense
10   scenario.
11              Why would you need more than ten
12   rounds?
13        A.    What if there is more than ten
14   people you need to protect yourself from?
15        Q.    I mean, is there a scenario where
16   you are under attack by more than ten people?
17        A.    I have never been in one, but you
18   read about it.
19        Q.    Can I ask where you read have
20   about it, and what kind of scenario?
21        A.    Violent home invasions, where
22   there are, you know, multiple attackers.
23              And, you know, I don't know.
24   Under duress, I don't know if someone is
25   hitting every shot that they take.
```

```
                                        Page 62
 1              J. Sears
 2              You know, if there is five home
 3  intruders, and you don't stop them, you might
 4  need more than ten rounds.
 5      Q.      Are you aware of any situation
 6  like that?
 7      A.      I have read a couple in the past
 8  year or two.
 9              I don't know any off the top of
10  my head.
11      Q.      Can I ask what you have read?
12      A.      You see stories every couple of
13  months, a mother with an AR-15 defends her
14  child from two or three or four, you know,
15  home intruders.
16      Q.      Is there a specific situation
17  that you are thinking of?
18      A.      I can picture articles.  I
19  couldn't tell you the states, you know, or
20  people involved.
21      Q.      So sitting here today, you
22  couldn't tell me of any situation where
23  someone has needed more than ten rounds to
24  defend themselves?
25      A.      Off the top of my head, no.
```

```
                                                Page 63
 1                   J. Sears
 2              But, you know, I am sure we can
 3   easily find several cases.
 4        Q.     Is a detachable magazine
 5   necessary for a Springfield, or sorry, LMT
 6   MARS rifle?
 7        A.     Yes.
 8        Q.     Why?
 9        A.     For the gun to operate the way
10   you would want it to, you need a magazine, in
11   order to get rounds into the chamber of the
12   gun.
13        Q.     Could you have an LMT MARS rifle
14   with a pinned magazine or fixed magazine?
15        A.     No.  They don't sell it like
16   that.
17        Q.     You also mentioned three
18   ergomanic safety features:  Telescoping
19   stock, pistol grip and muzzle device.
20              Can you describe a telescoping
21   stock for me?
22        A.     Sure.  The buffer tube at the
23   rear of the gun, which is basically a hollow
24   tube with which the bolt carrier group rides
25   on the spring, you know, it takes the gas
```

```
                                    Page 64
 1                    J. Sears
 2    system from the round that is fired, runs it
 3    back off the spring.  And when it goes
 4    forward, that is what strips the round into
 5    the chamber, you know, the next round.  That
 6    is how it reloads itself.
 7                On that, you have the ability to
 8    affix a piece of plastic that is the stock,
 9    generally a triangle.
10                On the bottom of the buffer tube
11    there is several notches where you pull
12    basically a spring loaded clamp.
13                You can adjust the length of the
14    pole, as I mentioned earlier, basically how
15    long or short the back of the gun is.
16                And when you have the ability to
17    add a telescoping stock, you can change --
18    outside of the length of the pole, you can
19    change the size of that stock.  You can have
20    a bigger piece of plastic on the top to get
21    what we call a cheek weld, where you put your
22    gun to better see your sights.
23                There is really endless ways you
24    can customize it with the aftermarket parts
25    out there.
```

```
                                              Page 65
 1                     J. Sears
 2        Q.        Is telescoping stock a necessary
 3   part of the LMT MARS-L rifle?  Do they all
 4   come with telescoping stocks?
 5        A.        They do.
 6        Q.        Could you have one without a
 7   telescoping stock?
 8        A.        You could if, you know, you were
 9   able to obtain one and make modifications to
10   it on your own.
11        Q.        And is a telescoping stock -- how
12   does a telescoping stock play into a self
13   defense scenario?
14        A.        For ease of storage in a gun
15   safe, it is easier to have it fully, you
16   know, shortest length possible, as opposed to
17   fully elongated, taking up more room.
18                  The fully shortened version,
19   where I would easily store it, isn't
20   naturally the most comfortable for me.
21                  So there quickly, if I were to
22   shoot it in a self defense competition, I
23   would elongate the stock, make it comfortable
24   for me.
25                  Conversely, if I am not home, I
```

Page 66

1                            J. Sears
2    am not able to use the weapon.  You know, my
3    wife, different size than me, would be able
4    to use the gun and fit it to herself, for
5    maximum accuracy.
6          Q.      So would it be correct to say
7    that the telescoping stock is more about
8    storage and customization than about self
9    defense?
10         A.      I would disagree.
11                 I think the storage is a benefit
12   of it.  I think the self defense aspect in
13   fitting the gun to the person is the primary
14   benefit of it.
15         Q.      Couldn't you have a solid or
16   fixed stock that is well fitted to you?
17         A.      Well fitted to me, but then I
18   lose adoptability for my wife to use it as
19   well.
20         Q.      Are you aware of any of situation
21   in which a telescoping stock has been
22   necessary for self defense?
23         A.      Outside of the news, where you
24   see people, you know, grabbing their husband
25   or their spouse's, you know, rifles and

```
                                    Page 67
 1                  J. Sears
 2   fitting to it to themselves, no, not
 3   firsthand.
 4        Q.     Can I ask, is there any specific
 5   scenario or incident that you are thinking
 6   of, when you talk about the news?
 7        A.     Same thing.  Just, you know,
 8   articles that I have read in the past year or
 9   so, but nothing, you know, I can name:
10   State, you know, defendants.
11        Q.     When you say articles, where are
12   you getting this news that you are referring
13   to?
14        A.     My Apple News app.  Generally
15   Linkedin.  People share articles there as
16   well.
17        Q.     Can you think of any specific
18   news sources on which you have read this
19   articles?
20        A.     As in like the publishers and
21   organizations?
22        Q.     Yeah.  Authors, you know,
23   anything that would identify the articles
24   that you are talking about?
25        A.     I would say, I don't know:  New
```

```
                                      Page 68
 1                    J. Sears
 2   York Times articles, Washington Post,
 3   New York Post, major publications, smaller
 4   regional ones that get picked up by larger
 5   publications.
 6        Q.      Sitting here today, can you think
 7   of any specific article or specific incidents
 8   where a telescoping stock has played into a
 9   self defense situation?
10        A.      Not that I would be able to name,
11   you know, again the state, the case, you
12   know, who the defendant party was.
13        Q.      When you say earlier you talked
14   about how a telescoping stock can make a
15   weapon more comfortable for use in a self
16   defense situation, can you tell me a little
17   bit more about that?
18        A.      Sure.  You know, if you have a
19   fixed stock, you have to shoulder the gun,
20   right, and a grip is where the grip is.
21             For me, it is going to be longer,
22   right, because the distance between my hand
23   and my shoulder where I am going up to aim is
24   a certain length.
25             My wife, she is going to be
```

```
                                        Page 69
  1                     J. Sears
  2   reaching -- she might not have the same
  3   control over the trigger.  She might not have
  4   the same ability to employ or deploy the
  5   safety.
  6              So ii becomes a safety issue, if
  7   she can't adequately reach the controls of
  8   the gun because we limited in the stock's
  9   ability to telescope.
 10      Q.     But in that scenario, wouldn't
 11   she need to adjust the stock herself?
 12      A.     If she has a telescoping stock,
 13   sure.
 14              But if it was fixed, she would be
 15   unable to do that.  She would be left with
 16   the length of the gun as it stood.
 17      Q.     How long does it take to adjust
 18   the telescoping stock?
 19      A.     Under a second.
 20      Q.     And is it possible to adjust the
 21   telescoping stock wrong?
 22      A.     No.  You can have it set
 23   differently than you might have intended.
 24              But again, you know, if you get
 25   up here, and let's say it is in between the
```

```
                                        Page 70
 1                    J. Sears
 2   grooves on the bottom of the gun, you would
 3   go to apply force to it, would click down, do
 4   whatever, you know, the smaller size is.
 5              If it is in between the two, in
 6   which case, if it is not comfortable, she
 7   can't see the sights, reach the controls,
 8   what have you, you know, quickly depress the
 9   level, you side it back out to where you need
10   it.
11        Q.    Couldn't you over shoot and end
12   up with it being shorter than you wanted?
13        A.    You could.
14              Better shorter than too long,
15   though.
16        Q.    Wouldn't that all just take extra
17   time?
18        A.    It would.
19        Q.    So you mentioned also a pistol
20   grip.
21              Can you talk to me about the role
22   that the pistol grip plays?
23        A.    Ergonomically, it is your main
24   point of contact to both support the weapon
25   and to deploy the safety, or employ the
```

```
                                      Page 71
 1                        J. Sears
 2   safety as well as press the trigger; so
 3   ergonomics and stability and, you know,
 4   safety and accuracy.
 5        Q.       So does the pistol grip make the
 6   rifle more accurate?
 7        A.       Yes.
 8        Q.       And when you --
 9        A.       It makes it safer, as well.
10        Q.       Can you explain to me how safer?
11        A.       If this is the pistol grip, you
12   know, or this is just a bottle of water, it
13   is easier to hold the water like this, or
14   with a fin grip.
15                 Do you want to hold your bottle
16   like that (indicating)?
17                 You don't have the same stability
18   that you have with a New York compliant grip,
19   holding something like this, versus going all
20   the way around.
21                 And on top of that, if the, you
22   know, Evian side is were the safety is locked
23   on a traditional AR rifle, you have to use
24   your other hand here to get to the safety, to
25   deploy, it versus with a pistol grip, your
```

```
                                    Page 72
 1                 J. Sears
 2   hand is already here so you can -- you know,
 3   if you need to use the weapon, you use it,
 4   you are done with it.  You put the safety
 5   right back on the pistol.
 6             Taking your hand off now the gun
 7   is wobbly, because you are holding the gun
 8   like this.  You have to come around and
 9   depress it that way.
10        Q.    So when you shoot competitively,
11   when you shoot rifles competitively, do the
12   rifles that you shoot have pistol grips?
13        A.    Yes, because I shoot the New York
14   one, that doesn't have any features on it
15   and, you know, I am here struggling, because
16   you need the detachability of the magazine,
17   because most of the rounds are longer than
18   10 -- most of the stages are longer than ten
19   rounds of fire.
20        Q.    So lastly, the muzzle device, can
21   you explain what the muzzle device is?
22        A.    Sure.  A muzzle device is just a
23   general term to talk about anything that you
24   put on to the end of the barrel of the gun on
25   the muzzle end.
```

```
                                    Page 73
 1                    J. Sears
 2              Typically, semiautomatic rifles
 3    come with what you call an A-2 flash hider,
 4    for like a birdcage flash hider.
 5              Essentially what it is, it is
 6    just a little valve at the end.  There is
 7    generally three cuts in the metal.
 8              And in theory, what that does is
 9    it allows the gas, as the pressure builds and
10    the round comes out, to travel up, and it
11    mitigates some of the flash.
12              So if you were in a self defense
13    shooting at night, or in the dark, you are
14    not going to get blinded by a huge fireball
15    that comes out of the front of the barrel.
16    It is going to kind of dissipate itself a
17    little bit more naturally.
18              Alternatively, there are
19    compensators, which instead of blasting the
20    gas kind of up, you know, it will shoot -- in
21    addition to up, it will shoot it sideways, as
22    well, which helps you keep the muzzle
23    flatter.
24              So naturally, the gun wants to go
25    up when you shoot it.  This helps tame, you
```

```
                                    Page 74
 1                   J. Sears
 2    know, some of the recoil in the muzzle rise,
 3    which is beneficial for long distance
 4    targeting shooting.  It keeps you steadier,
 5    and you can get the second round off quicker.
 6         Q.     And so the flash suppressor, and
 7    I am sorry, the second one?
 8         A.     Compensator.
 9         Q.     The compensator, those are the
10    two muzzle devices that you would like to
11    have?
12         A.     I would like to have a suppressor
13    or, you know, commonly referred to as a
14    silencer.
15                 But New York doesn't allow me to
16    possess, you know, form one, I guess ATF
17    regulated items.
18         Q.     And why do you want a suppressor?
19         A.     God forbid I ever needed to, you
20    know, have a self defense instance in my
21    home.  I would go deaf, the way the law
22    currently stands.  The sound in a small room
23    would really impair my hearing.
24                 What a suppressor does, it is a
25    series of baffles on the inside, like a car
```

Page 75

```
 1                    J. Sears
 2   muffler, so it absorbs the gases.  It makes
 3   it a little bit more quieter to shoot.
 4              My ears would still be ringing,
 5   but I probably, you know, wouldn't be
 6   bleeding out of my ears.
 7        Q.    And the case -- the volume of the
 8   shot, is that going to be different for
 9   different kinds of guns?
10        A.    Sure.  Depending on the length of
11   the barrel and the caliber of the rounds,
12   yes.
13        Q.    So is the LMT Mars-L that we are
14   discussing, is that going to be louder or
15   softer than other guns?
16        A.    All 16-inch barrel AR rifles
17   shooting the same ammunition would be, give
18   or take, the same sound.
19        Q.    So would it be correct to say
20   that the LMT Mars-L would be just as loud as
21   the gun that you currently have --
22        A.    Correct.
23        Q.    -- that you currently use the
24   most?
25              Would it be louder or softer than
```

```
                                    Page 76
 1                  J. Sears
 2   a handgun, pistol, revolver?
 3        A.      Depends on the type of ammo used
 4   and the handgun.
 5        Q.      Do you know, in terms of
 6   suppressor, is that part of the relief that
 7   you are seeking in this case, the declaration
 8   that suppressors are protected by the Second
 9   Amendment, and that prohibitions on them are
10   unconstitutional?
11        A.      I don't believe that is in the
12   relief that we were seeking initially, and I
13   don't think we can act it on now, but that is
14   more of me wishfully thinking.
15        Q.      So let me ask the similar
16   questions on each of these, each of these
17   muzzle attachments.
18               So let's start with a suppressor.
19               Other than muffling the sound of
20   it in order to spare your ears, is there --
21   how is a suppressor necessary for self
22   defense?
23        A.      You know, the main reason is to
24   spare, you know, my hearing.
25               They make them basically in two
```

```
                                    Page 77
 1                    J. Sears
 2    different formats, you know, the range in
 3    between them.
 4               The maximum is, you know, they
 5    are really quiet suppressors.  Some of them
 6    give off more flash.
 7               The other side of the spectrum,
 8    you know, what they call a signature
 9    mitigation, where it might not have the same
10    flash, or the unburnt gunpowder illuminating
11    at the end of the gun.  And you try to find a
12    happy medium for what your needs are.
13               If I were to get this gun, I
14    could own a suppressor.  I want the one that
15    suppresses the most sound and makes it the
16    quietest for me, you know, to deploy.
17        Q.     And are you aware of any
18    situation in which anyone has used a
19    suppressor for self defense?
20        A.     Personally, no.
21               But again, you know, it happens
22    every year.  People use suppressed guns for
23    self defense.
24        Q.     But sitting here today, are you
25    aware of any specific situation?
```

Page 78

```
 1                    J. Sears
 2      A.      Anyone by name?  No.
 3      Q.      Or any -- or the description of a
 4  specific situation that happened?
 5      A.      No.  I am sure I can find them,
 6  but no.
 7      Q.      Same question for a flash
 8  suppressor.
 9              What role does a flash suppressor
10  play in self defense?
11      A.      It doesn't do much.
12              You know, if we are comparing the
13  LMT Mars rifle with a flash suppressor to my
14  New York compliant gun that just has a bare
15  barrel, and nothing on it, is going to be
16  less of a fireball effect than the just, you
17  know, capped barrel or crowned barrel,
18  because it allows some of gas to escape
19  sideways, and it is not just a huge fireball
20  coming out.
21      Q.      And how does that enhance your
22  ability for self defense?
23      A.      If it was a no light or low light
24  situation, I wouldn't be blinded by -- I
25  would be less likely to be blinded by the
```

Page 79

```
 1                    J. Sears
 2   initial shock.
 3        Q.     Would the flash from your rifle,
 4   and similarly, the sound of the rifle,
 5   wouldn't that also have an effect on, you
 6   know, whatever aggressor there is in this
 7   scenario?
 8        A.     It depends on their location, you
 9   know, relative to the firearm, and wherever I
10   am.
11        Q.     And these attachments that we
12   have discussed:  The pistol grip, the muzzle
13   devices, have you had the opportunity to use
14   any of these accessories?
15        A.     I have.
16        Q.     When, and where?
17        A.     Several times over the past three
18   to four years in New Jersey, there is a range
19   that rents firearms.  Rules are similar to
20   New York, but they have guns with the
21   features on them.
22             And then in Vermont, where my
23   wife's family is, from my brother-in-law has,
24   you know, a standard common use AR-15.
25        Q.     So you also mentioned in your
```

```
                                    Page 80
 1                    J. Sears
 2   declaration that the rifle that you want is a
 3   small caliber weapon, chambered for the 5.56
 4   by 45 millimeter NATO cartridge.
 5               Can you explain what caliber
 6   means?
 7       A.     Can I explain what?  Sorry.
 8       Q.     What caliber means?
 9       A.     Caliber is, I guess, commonly
10   used in reference to the diameter of the
11   bullet.
12       Q.     And so when we say small caliber,
13   what does that mean?
14       A.     I think generally the delineation
15   between a small and a large caliber rifle
16   would be probably at, you know, the 23 mark,
17   you know, so a 30 round would be a large
18   caliber.  So a 30-06, 3-0-8 would fall in the
19   large caliber.
20               You know, a 5-5-6 or, you know,
21   more commonly interchangable with a point
22   2-2-3 round, you know, closer to a 22 long
23   rifle, you know, smaller shell or smaller
24   bullet in diameter, it is on the smaller end
25   of the spectrum.
```

```
                                        Page 81
 1                     J. Sears
 2        Q.      Why do you want a small caliber
 3   rifle?
 4        A.      It is more ideal for home
 5   defense.
 6                 I guess primary, right, if we are
 7   talking about my day-to-day use, it is
 8   cheaper to buy than a 3-0-8 rifle.
 9                 So if I am going to shoot
10   competition, I am expending a large amount of
11   rounds, I want to use the cheaper of the two
12   ammunitions.
13                 There is less recoil than a large
14   caliber rifle.  The small size of the bullet
15   means that it is less likely to over
16   penetrate, you know, should I have an errant
17   shot in a home defense scenario, where a
18   handgun round, a shotgun round, higher mass,
19   that mass isn't imparted as well, dissipated,
20   when it goes through, you know, a wall, a
21   door, a ceiling, what have you.
22        Q.      Would a larger caliber round gun
23   that fires larger caliber rounds be better
24   for self defense than the Mars rifle?
25        A.      If you had 100 percent accuracy,
```

```
                                         Page 82
 1                    J. Sears
 2    right, yeah.
 3        Q.      Can you explain to me why?
 4        A.      If you had one person that was
 5    threatening your life, a larger bullet would
 6    impart more power into them, and more likely
 7    stop them from aggressing upon you, than a
 8    smaller round.
 9              The trade off is if you need more
10    than one trigger press, the larger bullets
11    can have more recoil and more flash and more
12    sound, so it is going to disorient you more,
13    if you are inside.  The gun is going to kick
14    you more.  It is going to be harder to get
15    you back on sights, and on top of the, you
16    know, fact that the cost for self defense
17    round is probably triple what a 2-2-3 or
18    5-5-6 round is.
19        Q.      So let me ask you the same
20    question the other way.
21              Would you be better off for self
22    defense with a rifle that fires smaller
23    caliber bullets?
24        A.      No, because one, you get to the
25    5-5-6 or 2-2-3.
```

Page 83

```
 1                    J. Sears
 2             I would argue anything below
 3   that, you lose the power that you get from
 4   that round.  You lose some of the velocity,
 5   and it doesn't make it as ideal.
 6        Q.    And so when you talk about the
 7   NATO cartridge, can you explain to me what
 8   that means?
 9        A.    You know, it is like an inches or
10   centimeters thing.  It is U.S. versus the
11   rest of world with, you know, how we want to
12   talk about measurement.
13             5-5-6 NATO is just that kind of
14   the international arms community came up with
15   measuring you, know, millimeters.
16             I don't know, versus a standard
17   2-2-3, if it is the same size.
18             They are slightly different
19   pressure, as far as the gunpowder and the
20   round goes.
21        Q.    Why it is called NATO?
22        A.    After NATO, North American Trade
23   Organization.
24             I think they standardized that
25   for, you know, their use of the rounds.
```

```
                                    Page 84

  1                    J. Sears
  2        Q.      These are the weapons -- these
  3   are the rounds that are used in typical
  4   battle rifles by militaries within the NATO
  5   treaty; is that correct?
  6        A.      Sure, for the ones that are
  7   running, you know, M-17 style weapon.
  8        Q.      And I am sorry, I am not familiar
  9   with the M-17.
 10               So is the M-17 a further
 11   iteration --
 12        A.      I am sorry, the M-16.
 13        Q.      So you say on paragraph 5, I have
 14   determined that this model rifle best fits my
 15   needs to defend myself and my loved ones, if
 16   necessary, as well as for use in other lawful
 17   purposes.
 18               Can you tell me a little bit more
 19   what -- how you came to that conclusion?
 20        A.      Everything I have said prior:
 21   The pistol grip, the telescoping stock, the
 22   ability to accept a muzzle device.
 23               If the Safe Act didn't exist, I
 24   would have a -- I would have a vertical grip
 25   on the front for better control of the
```

```
                                    Page 85
 1                 J. Sears
 2    weapon.
 3              The monolithic upper receiver
 4    that I mentioned earlier is a big factor of
 5    it.
 6              Traditional guns, you know, you
 7    have the lower receiver.  You have the upper
 8    receiver, where the chamber is on the barrel
 9    screws in, you have a hand guard over it.
10              The part that you hold, you can
11    mount flashlights, whatever.
12              The monolithic upper receiver is
13    attractive because it doesn't rotate.  There
14    is no risk of whatever mechanism that you are
15    attaching the hand guard to, and failing.
16              Because of that, you can run your
17    optic up there, and not worry about it
18    losing, you know, what we call zero making,
19    you know, sure the point of aim is where you
20    are impacting.
21              So the monolithic upper receiver
22    is probably the main thing as to why I like
23    this AR variation.
24         Q.    So how would you use, as a
25    practical matter, if you were able to buy
```

```
                                    Page 86
  1                     J. Sears
  2    this MARS rifle, how would you use it to
  3    defend yourself and your loved ones?
  4         A.      It would likely sit by a bedside
  5    safer.  If there was someone that broke into
  6    my house, I would lock the door and call the
  7    police, you know, tell them to get out of
  8    here, I am calling the police.
  9                 It is there if you need it, the
 10    same way I would have a fire extinguisher, if
 11    I had a fire.
 12         Q.      So you would keep it in your room
 13    in a safe; is that correct?
 14         A.      Correct.
 15         Q.      Would you carry it with you
 16    outside the home?
 17         A.      As far as I am aware, that is
 18    illegal to do, so no, unless it is in
 19    transportation, locked up, not ready to be
 20    deployed, separate from the ammo.
 21         Q.      Assuming that this weapon were
 22    legal, and you were going to the grocery
 23    store, would you carry it with you?
 24         A.      No.
 25         Q.      What would you carry instead?
```

```
                                           Page 87
 1                    J. Sears
 2        A.      I would carry a pistol.
 3        Q.      Why?
 4        A.      I think there is something to be
 5   said, psychologically and socially, about the
 6   guy who is toting a rifle on his back.
 7                 If, God forbid, anything
 8   happened, a rifle is the best tool for the
 9   job, right?
10                 The pistol is a tool for
11   convenience.  It is easily concealed while
12   you have it.
13                 But you don't want a rifle on
14   your back.  You don't want a rifle in the
15   car.  God forbid, someone breaks into your
16   car and steals it, you know, it is a
17   liability.
18        Q.      And again, forgive me for going
19   down there.
20                 Why don't you want the rifle on
21   your back?  Why not -- when we are here in
22   New York, why not walk down Broadway with a
23   rifle on your back?
24        A.      Because you are going to have the
25   police called on you, because no one knows
```

Page 88

```
 1                    J. Sears
 2   what your intentions are.
 3                You know, it doesn't look good in
 4   the community that we live in.
 5        Q.      Would it scare people?
 6        A.      If I was rancher, you know, out
 7   somewhere in rural New York, and I had
 8   coyotes and livestock, yeah, I would have it
 9   on my back.
10                But I don't think necessarily the
11   risk, reward and the utility of the tool is
12   needed for me to have it on my back.
13        Q.      If you did you carry it on your
14   back, would it scare people?
15        A.      It would.
16                I would argue, it also makes some
17   people feel safer, you know, if I am not, you
18   know, crazy looking, you know, and whatever,
19   you know, whatever that means to certain
20   individuals.
21        Q.      Do you know anyone who has -- I
22   know we asked a version of this.
23                Do you know anyone who has used
24   an assault rifle inside the home to defend
25   themselves or their family?
```

```
                                            Page 89
 1                    J. Sears
 2        A.      No.
 3        Q.      Do you know any anyone who has
 4   used an assault rifle in public to defend
 5   themselves or their family?
 6        A.      No.
 7        Q.      Do you know of any specific
 8   situation where anyone has ever used an
 9   assault rifle to defend themselves or their
10   family?
11        A.      Personally?
12        Q.      Yes.
13        A.      No.
14        Q.      Do you know anyone residing in
15   New York who possesses the LMT MARS-L or
16   similar firearm?
17        A.      No.
18        Q.      Do you know whether assault
19   rifles are held by people in law enforcement?
20        A.      Yes.
21        Q.      And are they?
22        A.      Yeah.
23                Does law enforcement like use
24   AR-15 pattern rifles?
25        Q.      Yes.
```

```
                                          Page 90
 1                    J. Sears
 2       A.       Yes.
 3       Q.       And do you know whether there
 4   are -- what rifles that meet the definition
 5   of an assault rifle that were owned prior to
 6   the Safe Act, and prior to the federal
 7   assault weapons ban, that are held by people
 8   in New York?
 9       A.       Do I know anyone personally that
10   has one that is like a pre-ban rifle?
11       Q.       Yes.
12       A.       No.
13                I would imagine most of my gun
14   dealers have them, but I have never seen them
15   or shot with them.
16       Q.       Do you know whether there are
17   such things as pre-ban rifles --
18       A.       Yes.
19       Q.       -- that are held by New Yorkers?
20       A.       Sure.
21       Q.       And are there?
22       A.       Yeah.
23                MR. THOMPSON:  You want to take a
24       quick five-minute break?
25                MR. ROTSKO:  No objections on
```

```
                                        Page 91
 1                      J. Sears
 2         this side.
 3                  THE WITNESS:  Sure.
 4                  (Whereupon, a short recess was
 5         taken at 3:31 p.m., and testimony
 6         resumed at 3:41 p.m.)
 7         Q.     Mr. Sears, do you recognize this
 8   document?
 9         A.     I do.
10         Q.     And what is this document?
11         A.     This is the complaint that we
12   brought forward.
13         Q.     And can I ask that this document
14   which was previously marked -- and actually,
15   does this document have a marking on it?
16         A.     Is it this little sticker?
17         Q.     Yes.
18         A.     Yes.
19         Q.     And is it marked James Exhibit C?
20         A.     Yes.
21         Q.     I will represent to you, that was
22   from the deposition of Mr. Lane this morning.
23         A.     Okay.
24                  MR. THOMPSON:  Can we also mark
25         it as Exhibit 2 for this deposition?
```

Page 92

```
 1                    J. Sears
 2      Q.      So if I can ask you to take a
 3  look at Paragraph 14.
 4              Do you see paragraph 14?
 5      A.      I do.
 6      Q.      And what does paragraph 14
 7  discuss?
 8      A.      It is the features in which
 9  New York defines an assault weapon.
10      Q.      And I will direct you to
11  subparagraph A there, which talks about
12  semiautomatic rifles.  Do you see that?
13      A.      Yes.
14      Q.      And is it correct that this is
15  the part of the definition that discusses
16  assault rifles?
17      A.      Yes.
18      Q.      And are you challenging the other
19  parts of this definition that discuss
20  shotguns or pistols?
21      A.      Directly, I don't believe so.
22              But I would argue, you know, the
23  same conversation we are having as to the
24  features of rifles would pertain to the
25  shotguns as well, and to the frankly certain,
```

```
                                        Page 93
 1                    J. Sears
 2   you know, the way you can employ
 3   semiautomatic pistols.
 4        Q.    Let me ask the question another
 5   way.
 6              Are you, in this case, seeking to
 7   have those other portions of the statute
 8   struck down?
 9              I would ask you not to
10   communicate with your counsel --
11        A.    Sure.
12        Q.    -- unless it is a question of
13   privilege, which it shouldn't be.
14        A.    I would say yes.  Everything we
15   have been talking about with regard to
16   features of, you know, quote, unquote,
17   assault weapons, I don't think these
18   limitations should be placed on shotguns or
19   pistols as well.
20        Q.    And are you seeking to overturn
21   each and every one of the accessories listed
22   under subparagraph A?
23        A.    Yes.
24        Q.    Let's move on to paragraph 18.
25              You discuss how rifles built on
```

```
                                    Page 94
 1                      J. Sears
 2    an AR style platform are the paradigmatic
 3    example of the type of arm New York bans; is
 4    that correct?
 5         A.      Yes.
 6         Q.      But as we discussed earlier,
 7    isn't it true that one can buy AR style
 8    rifles at New York gun stores right now?
 9         A.      Style, yes.
10         Q.      Let me ask the question another
11    way.
12                 At a New York gun store today,
13    couldn't you buy a rifle built on an AR style
14    platform?
15         A.      Built on a platform, yes, not an
16    AR rifle as it is defined in the way it is
17    intended to be used.
18         Q.      In the way you think it is
19    intended to be used?
20         A.      That it was built to be used, the
21    way it was created and filed patently to be
22    used with a telescoping stock and with a
23    pistol grip and a muzzle device.
24         Q.      So let me ask a little further on
25    that.
```

```
                                           Page 95
 1                    J. Sears
 2              When you say it was intended to
 3    be used with these features, can you explain
 4    why you think that?
 5        A.      At some point in the past I have
 6    seen the original sketches and the blueprints
 7    of the weapon and the way it is designed.
 8              It is designed to have a pistol
 9    grip, it is designed to have a muzzle device,
10    and it is designed to accept a telescoping
11    stock.
12        Q.      And that is because of its
13    original military use?
14        A.      It is because it gives the end
15    user the customization ability to employ it
16    however they would like.
17              I can't speak to, you know, what
18    the inventor, you know, did in the '50s.
19        Q.      But he invented it for military
20    use; is that correct?
21        A.      For -- I believe it was an entry
22    into a government contracting contest, you
23    know, widely adopted for civilian use as
24    well.
25        Q.      What is the government
```

```
                                    Page 96
 1              J. Sears
 2   contracting contest?
 3        A.    I am not an expert on military
 4   contracts, but when they look for a new
 5   design for, you know, a car or a gun, you
 6   know, uniforms, they bid it out to whoever
 7   the suppliers are, you know, and they pitch
 8   them back, you know, what the government is
 9   looking for, and they choose between, you
10   know, everyone who submits.
11        Q.    Because it was for a military
12   contract?
13        A.    I believe so.
14        Q.    So let's move to paragraph 19.
15              You discuss how AR-15 rifles are
16   among the most popular firearms in the
17   nation, owned by millions of Americans.  And
18   you discuss a survey by William English.
19              Have you read the survey?
20        A.    At some point in the past.
21        Q.    Do you remember when?
22        A.    I first came across it probably a
23   couple of years ago, prior to the filing of
24   this, I think when it first came out.
25              And then, you know, I skimmed it
```

```
                                      Page 97
 1                    J. Sears
 2   again at some point in the last year or so.
 3        Q.      And do you know who William
 4   English is?
 5        A.      I do not.
 6        Q.      And have you ever spoken to
 7   Mr. English?
 8        A.      I have not.
 9        Q.      Do you know anything about how
10   the survey was conducted?
11        A.      I don't remember the criteria
12   they used.
13        Q.      And other than communications
14   with counsel, have you ever spoken to anyone
15   about Mr. English's survey?
16        A.      I have not.
17        Q.      Do you have any personal
18   knowledge about the number of Americans who
19   have these guns?
20        A.      I do not, besides, you know,
21   similar polls and estimates that I have seen
22   like this.
23        Q.      And what polls and estimates are
24   you referring to?
25        A.      Polls similar to this one that,
```

Page 98

```
 1                    J. Sears
 2   you know, estimate American gun ownership.
 3        Q.     And did you conduct any of these
 4   polls?
 5        A.     I did not.
 6        Q.     So these are things that you have
 7   read?
 8        A.     Yes.
 9        Q.     Can you think of any specific
10   polls or things that you have read right now?
11        A.     Reports from the ATF, what their
12   estimates of gun ownership; probably results
13   from crime statistics section from the FBI,
14   as well.
15        Q.     And are you an expert about gun
16   ownership in the United States or any other
17   topic relevant to this case?
18        A.     I am not.
19        Q.     Are you an expert witness in this
20   case?
21        A.     I am not.
22        Q.     Are you referring an expert
23   opinion in this case?
24        A.     I am not.
25        Q.     All right.  If you take a look at
```

```
                                    Page 99
 1                   J. Sears
 2   paragraph 20, you will see there is a
 3   reference to a survey by a -- a couple of
 4   surveys by the National Shooting Sports
 5   Foundation Incorporated.
 6                Have you seen these surveys?
 7        A.      At some point in the past, yes.
 8        Q.      Do you remember when?
 9        A.      Same thing.  I probably saw the
10   graphic when this one came out, probably
11   around the time it came out originally.
12                And then I reviewed it again
13   briefly, you know, after, you know, in the
14   process of putting this together with our
15   team.
16        Q.      And do you know what the National
17   Shootings Sports Foundation, Inc. is?
18        A.      Loosely.  It is a collection of
19   different sporting shooting organizations,
20   and tracks membership data across the various
21   organizations.
22        Q.      Have you had any communications
23   with the National Shooting Sports Foundation?
24        A.      I have not.
25        Q.      Or any of its affiliates?
```

Page 100

```
                              J. Sears
 1
 2        A.      No.
 3        Q.      Can I ask you to take a look at
 4   and quickly read paragraphs 21 through 23.
 5               (Witness is perusing the
 6        exhibit.)
 7        A.      Okay.
 8        Q.      So what is your understanding of
 9   what a machine gun is?
10        A.      I would define a machine gun as
11   an automatic fire weapon where you pull the
12   trigger once, and it continues firing until
13   the ammo is spent, or you release the
14   trigger.
15        Q.      And how does that differ from the
16   weapon that you are looking to buy?
17        A.      The weapon I am looking to buy is
18   a semiautomatic weapon, so if I pull the
19   trigger once, one bullet comes out.
20        Q.      Are there devices that would
21   modify the semiautomatic weapon to fire
22   automatically, or at greater speed?
23        A.      Not that would be legal for me to
24   own.
25        Q.      Are you familiar with a bump
```

1             J. Sears

2    stock?

3         A.     I am.

4         Q.     Could you put a bump stock on the

5    rifle that you are intending to buy?

6         A.     I could.

7                It still would only fire one

8    bullet, if I press the trigger once.

9         Q.     And if you continued pushing the

10   trigger, would it continue to fire?

11        A.     It would, and it would remain a

12   semiautomatic gun.

13        Q.     So can you explain to me what you

14   mean by that?

15        A.     I feel like there is like the

16   misnomer or misbranding of a bump stock, that

17   it turns it into a machine gun.

18                I have seen whoever congress had

19   as their expert witness, and expert testimony

20   on the bump stock from the ATF.

21                Essentially what people think it

22   does, it uses the recoil of the gun bouncing

23   against your shoulder, so that you keep

24   depressing the trigger with the bump of it.

25                You can have bump stock, and

```
 1                    J. Sears
 2    actually get a good grip on the gun and use
 3    it as a semiautomatic weapon.  It is still
 4    one trigger press and one bullet comes out.
 5    It is still a semiautomatic.
 6         Q.      Okay.
 7         A.      If you train very quick to have a
 8    very quick trigger finger, you can shoot at
 9    the same rate of speed.
10         Q.      Really the same rate of speed?
11         A.      Yeah.
12         Q.      Have you ever fired a machine
13    gun?
14         A.      I have not.
15         Q.      Would you purchase a machine gun,
16    if it was lawful?
17         A.      Yes.
18         Q.      And what purpose would you use it
19    for?
20         A.      Just going to the range.
21                 It would be fun to shoot.
22         Q.      Would you use it for self
23    defense?
24         A.      No.
25         Q.      Why not?
```

```
                                        Page 103
 1                      J. Sears
 2        A.      It would be overkill for anything
 3   that I could anticipate happening to me to
 4   need, you know, to defend myself from.
 5        Q.      Can you explain that to me a
 6   little further why would it be overkill?
 7        A.      I don't think -- the purpose of a
 8   machine gun is you have a hoard of people
 9   coming at you, or you are looking to lay down
10   suppressive fire in a manner to facilitate
11   either, you know, some type of movement or
12   people in a battlefield.
13              I don't think I need to do either
14   of those in my home.
15        Q.      So we discussed earlier in the
16   deposition a situation where ten or more
17   people were attacking, and how you might want
18   to use the MARS gun that you wish to buy for
19   that; is that correct?
20        A.      Yes.
21        Q.      And are you looking to change
22   your testimony?
23        A.      No.
24        Q.      So in that situation, would a
25   machine gun be better?
```

```
                                  Page 104
 1                    J. Sears
 2       A.      If I lived in a different
 3   residence than I do currently.
 4              I have a neighbor that I respect,
 5   that her unit is positioned behind my door,
 6   and I would seek accuracy over volume of fire
 7   for home defense situation with respect to
 8   her life and her animal through the wall.
 9       Q.      Can you explain to me -- you are
10   worried that a machine gun would fire through
11   her wall?
12       A.      I believe so, 'cause if we are
13   looking at what is in this complaint, most
14   effect machine guns of a higher caliber, so
15   we are going to have higher rates of
16   penetration.
17              And they are not precision
18   weapons, they are volume of fire weapons, and
19   I would value precision over volume of fire
20   in a self defense scenario.
21       Q.      Could the MARS rifle that you
22   want to buy also shoot into your neighbor's
23   apartment?
24       A.      With proper ammunition and the
25   material my walls are made out of, no.
```

```
 1                    J. Sears
 2       Q.      So would the machine gun fire a
 3  different kind of ammunition than the NATO
 4  round that you discussed?
 5       A.      Yeah.  It would likely fire a
 6  3-0-8 or 7-6-2.
 7       Q.      Are there machine guns that fire
 8  NATO rounds?
 9       A.      There are.
10       Q.      And the machine gun that you
11  would purchase, if you could, would it be of
12  a different caliber than the MARS weapon?
13       A.      Yeah.  It would be a 3-0-8.
14       Q.      If you could buy a bump stock,
15  would you do so?
16       A.      No.
17       Q.      Why not?
18       A.      It doesn't interest me.  I think
19  it is a gimmick.
20               You know, you can train yourself
21  to shoot faster.
22               And I think the inherent design
23  of the bump stock kind of encourages lack of
24  precision for, you know, a perceived gain in
25  speed of fire.
```

```
                                            Page 106
 1                      J. Sears
 2        Q.      If you were to prevail in this
 3    lawsuit, would people be able to have guns
 4    with bump stocks?
 5                 MR. ROTSKO:  Objection, calls for
 6           a legal conclusion.
 7        Q.      You can answer.
 8        A.      I believe the ATF didn't win
 9    their challenge against bump stocks.
10                 I believe New Yorkers can buy
11    bump stocks now, unless New York has some
12    rule that I am unaware of.
13        Q.      So is that correct?
14        A.      I am not sure.
15        Q.      The answer to the original
16    question, if you prevail in this lawsuit,
17    would people be able to buy assault weapons
18    with bump stocks -- do you believe the answer
19    to that to be yes?
20        A.      I don't see -- could people --
21    people could buy bump stocks now.
22                 If we prevail in this lawsuit,
23    people could buy semiautomatic weapons.
24                 Could people marry it somehow to
25    make a semiautomatic weapon with a bump
```

Page 107

```
 1                    J. Sears
 2   stock?
 3               Sure, if that was their
 4   prerogative.
 5        Q.     And are you familiar with the
 6   circumstances of the Las Vegas shooting?
 7        A.     I am.
 8               Are we talking about the country
 9   concert?
10        Q.     Yes, with iHeart Radio?
11        A.     Sure.
12        Q.     Can you describe the weapon used
13   there?
14        A.     I can't.
15               I am not an expert witness.
16        Q.     But was it semiautomatic rifle,
17   modified with a bump stock?
18        A.     Allegedly.
19        Q.     Do you have any reason to believe
20   that it wasn't?
21        A.     Yeah.
22        Q.     Why?
23        A.     I don't believe the official
24   narrative of that account.
25               And the videos that I have seen,
```

```
 1                    J. Sears
 2    I don't believe a bump stock could fire that
 3    fast, with a standard 30 or 40 round
 4    magazine, for the prolonged periods of time
 5    that were reported.
 6         Q.     And why not?
 7         A.     Because at some point, there has
 8    to be a break in reloading, and the sound
 9    signature of the flash signatures indicated
10    to me that it was a fully automatic weapon,
11    and not a bump stock.
12         Q.     And when you say the videos that
13    you have seen, what videos are these?
14         A.     Videos that circulated of that,
15    and after the time, from people in the crowd
16    that were being fired upon.
17         Q.     And where did you see the videos?
18         A.     News sources:  Your New York
19    Times, Washington Post, New York Post, social
20    media, you know, on the TV.
21         Q.     And so why don't you believe the
22    official narrative?
23              MR. ROTSKO:  I believe he
24         answered already.
25         Q.     I am asking a more general
```

```
 1                    J. Sears
 2   question.  I am going back through the
 3   various parts of answers that you gave.
 4                MR. ROTSKO:  So you are asking to
 5        summarize?
 6                MR. THOMPSON:  I am asking why he
 7        doesn't believe the official narrative
 8        of the Las Vegas shooting.
 9                MR. ROTSKO:  You can answer
10        again.
11        A.    I mean, there is no conclusive
12   follow-up or reinvestigation into the guy.
13                I don't believe the guy carried
14   all that stuff up to his hotel room
15   unobserved, and used a bump stock.  I just
16   don't think that is how it happened.
17        Q.    Do you think the narrative has
18   been falsified?
19        A.    Perhaps.
20                I haven't looked into this case
21   in years, since it happened.
22                I remember it being fishy when I
23   did look at it.
24        Q.    Do you know why someone would
25   falsify the narrative?
```

Page 110

```
 1                    J. Sears
 2        A.      I don't know.  The ATF doesn't
 3   like a lot of things so, you know, they want
 4   to ban bump stocks, because they are scary.
 5                 I have no idea.
 6        Q.      Do you think that the ATF
 7   falsified the narrative of the Las Vegas
 8   shooting?
 9        A.      I have no idea.
10                 I am not that familiar with this
11   case.
12        Q.      But you believe somebody did?
13        A.      Uh-huh.
14                 MR. ROTSKO:  Did you get the
15        answer to that last question?
16                 THE COURT REPORTER:  Yes, I got
17        an uh-huh.
18                 MR. THOMPSON:  I believe he said
19        somebody did.
20        A.      I would retract, take -- you
21   know, if we are using the term narrative, we
22   are not talking about facts.  I don't know
23   what the facts are.
24                 You know there is a narrative of,
25   you know, an incident that you are talking
```

Page 111

```
 1                     J. Sears
 2   about from years ago that I have no real
 3   knowledge.
 4              MR. THOMPSON:  What just happened
 5        strikes me as awfully close to coaching
 6        the witness in the middle of a
 7        deposition.
 8              MR. ROTSKO:  Actually, no; I
 9        asked if she had gotten his answer.
10              Because he went like this
11        (indicating), and so I wanted to make
12        sure that she got his answer.
13              MR. THOMPSON:  We will keep
14        going.
15              I will just say I find that
16        dubious.
17        Q.     Let's continue moving down to
18   paragraph 29.
19              Can I ask you to read the
20   paragraph quickly?
21        A.     Sure.
22        Q.     If you would like.
23              (Witness is perusing the
24        exhibit.)
25        A.     Okay.
```

```
 1                    J. Sears
 2       Q.      Do you see how paragraph 29
 3  references a study by Gary Kleck and Mark
 4  Gertz?
 5       A.      Yes.
 6       Q.      Have you read that study?
 7       A.      Not the full study.
 8       Q.      Have you read any part of the
 9  study?
10       A.      I have probably seen excerpts
11  from it, or things that reference it, yes.
12       Q.      And where have you seen those?
13       A.      Different articles on the
14  implementation of defensive gun uses.
15       Q.      And can you tell me which
16  articles?
17       A.      I couldn't, off the top of my
18  head, no.
19       Q.      Can you identify any source where
20  you have read those articles?
21       A.      Not with any confidence.
22               Just in general, you know,
23  browsing on, you know, gun laws and gun
24  policy.
25       Q.      So is it safe to say that your
```

```
 1                    J. Sears
 2   knowledge of that study is through those
 3   articles?
 4        A.     Sure.
 5        Q.     But you can't identify those
 6   articles right now?
 7        A.     I cannot.
 8        Q.     Have you ever spoken to Mr. Kleck
 9   or Mr. Gertz?
10        A.     I have not.
11        Q.     Have you ever spoken to anyone
12   about these articles?
13        A.     I have not.
14        Q.     Similarly, can we go to paragraph
15   33?  Let me know when you have read it.
16               (Witness is perusing the
17        exhibit.)
18        A.     Okay.
19        Q.     Do you see a reference to a study
20   by Christopher Kopel?
21        A.     Yes.
22        Q.     Have you read that study?
23        A.     I have not.
24               I might have seen instances
25   referenced, I don't know where.  I couldn't
```

Page 114

```
 1                    J. Sears
 2  say what articles.
 3       Q.      And have you ever spoken to
 4  Mr. Kopel?
 5       A.      I have not.
 6       Q.      Have you ever spoken with anyone
 7  else about Mr. Kopel's study?
 8       A.      I have not.
 9       Q.      And can I ask you to take a quick
10  look at paragraphs 35 through 38, and let me
11  know when you are good to go.
12               (Witness is perusing the
13          exhibit.)
14       A.      Okay.
15       Q.      And so there is a discussion in
16  here about rifles being -- and semiautomatic
17  firearms being commonly possessed and used
18  for lawful purposes.
19               Do you have personal knowledge
20  about the use of semiautomatic rifles of the
21  sort that are prohibited by New York's
22  assault weapons ban?
23       A.      Do I know that people hunt with
24  them outside of New York, yeah, or being used
25  for --
```

```
 1                    J. Sears
 2              I don't understand the question.
 3      Q.      Have you conducted any research
 4  into how they are used?
 5      A.      I have not.
 6              I have seen posts on forums and
 7  different channels of people using these
 8  weapons to hunt or target shoot or compete.
 9      Q.      But outside of these forums --
10  these posts and forums, do you have any
11  personal knowledge about statistical patterns
12  of use of these weapons?
13      A.      Statistical patterns, no.
14      Q.      Similarly, do you have any
15  personal knowledge about the patterns and
16  types of ways in which they are used, the
17  purposes for which they are used?
18      A.      I don't think -- no, I don't.
19      Q.      Do you know whether these weapons
20  are in common use in New York?
21      A.      The way that they are banned by
22  New York?
23      Q.      Yeah.  Do you know whether
24  assault weapons, as they are defined in the
25  penal law, are in common use in New York?
```

```
                                     Page 116
 1                      J. Sears
 2        A.      Yes, they are.
 3        Q.      They are?
 4        A.      Yeah.
 5        Q.      Can you explain to me why you
 6   think so?
 7        A.      Almost every law enforcement
 8   cruiser has an M16 in it, which would violate
 9   the Safe Act.
10        Q.      Fair point.
11                Do you know if they are in common
12   use by private citizens in New York?
13        A.      I wouldn't believe so.
14                I believe, you know, the Safe Act
15   would be a deterrent for that.
16        Q.      Do you know whether -- do you
17   know whether firearms that meet the
18   definition of an assault weapon are commonly
19   used in mass shootings?
20        A.      I couldn't speak to that level of
21   statistical analysis.
22        Q.      Do you know that they have been
23   used in mass shootings?
24        A.      Sure.
25        Q.      And do you think that a firearm
```

1                    J. Sears

2    that meets those characteristics would be

3    useful to someone seeking to carry out a mass

4    shooting?

5         A.      It could be.

6         Q.      Why?

7         A.      Anything -- you know, anything

8    can used to commit a mass act of violence.

9         Q.      Let me ask you a question.

10               Would the MARS rifle of the sort

11   that you have, that you are seeking in this

12   case, be more useful to a mass shooter than

13   the New York compatible rifle that you

14   generally use?

15        A.      I think it would be equal, in the

16   hands of someone who is untrained.

17        Q.      Are mass shooters always

18   untrained?

19        A.      Sometimes.

20               I feel like more often than not,

21   from what I have seen.

22        Q.      Would semiautomatic fire be more

23   useful for a mass shooter than, for instance,

24   a bold action rifle?

25        A.      I believe it would be more

```
 1                      J. Sears
 2   beneficial, yes.
 3        Q.      Would a detachable magazine be
 4   more useful for a mass shooter than a fixed
 5   magazine or a pinned magazine?
 6        A.      Sure.
 7        Q.      Why?
 8        A.      They can carry more ammunition.
 9                You know, if we are assuming that
10   this person who is breaking the law is going
11   to follow the law, you know, I think they
12   would rather have the 10 round -- detachable
13   10 round magazines.
14        Q.      Would accessories such as a
15   telescoping stock, muzzle device or a pistol
16   grip, make a weapon more useful for a mass
17   shooter than a gun without those accessories?
18                MR. ROTSKO:  Objection.  It calls
19        for speculation about what mass shooters
20        would prefer to use.
21        Q.      You can answer.
22        A.      It could.
23        Q.      Can you explain a little further?
24        A.      No.
25                I am not a mass shooter.  I don't
```

Page 119

```
 1                    J. Sears
 2   know what they would prefer.
 3        Q.    Are you aware of the
 4   circumstances of the mass shooting carried
 5   out in Buffalo about a year and a half ago?
 6        A.    Loosely.
 7        Q.    What is your understanding of
 8   what happened?
 9        A.    A person wearing body armor
10   obtained a rifle, because he wasn't -- his
11   information wasn't reported that he had
12   mental issues.  Should have been reported to
13   the NICS background check system.
14               He was able to go to
15   Pennsylvania.
16               New York hadn't logged his mental
17   illness.
18               He was able to obtain a gun
19   there, and he went and shot up a grocery
20   store.
21        Q.    Do you know where he bought his
22   gun?
23        A.    I have no idea.
24               I believe, somewhere in
25   Pennsylvania.
```

```
 1                    J. Sears
 2      Q.     But do you know whether he bought
 3  it from a gun store?  Do you know whether he
 4  bought it legally?
 5      A.     I believe he bought it legally,
 6  because New York failed to report his mental
 7  health issues through the system, you know,
 8  that is designed to catch things.
 9      Q.     Do you know whether he modified
10  his gun from the form in which he bought it?
11      A.     I do not know.
12      Q.     Do you know whether the gun that
13  he used met the definition of an assault
14  weapon?
15      A.     I don't know.
16      Q.     Let's move to the one last set of
17  documents.
18             If you would you can take that
19  exhibit and give it back to Maria, if you
20  would.
21             MS. MOUNTAIN:  I just have a call
22      with a client.  I just need a five
23      minute break.
24             If this is not a good time --
25             MR. THOMPSON:  I think I probably
```

```
 1                  J. Sears
 2      got only about ten minutes left, but we
 3      can break, if you want to.
 4              MS. MOUNTAIN:  I just need to
 5      call a client.
 6              We can go off the record.
 7              (Discussion off the record at
 8      4:10 p.m., and whereupon a short recess
 9      was taken and testimony resumed at 4:20
10      p.m.)
11              (Whereupon, two documents were
12      marked off the record as Defendant's
13      Exhibits 2 and 3 for identification, as
14      of this date.)
15      Q.     Mr. Sears, during the break did
16   you speak to anyone about the substance of
17   your testimony?
18      A.     No.
19      Q.     Did you look at any documents
20   during the break?
21      A.     No.
22      Q.     I am going to hand you a document
23   it is marked Exhibit 3, do you see that?
24      A.     Yes.
25      Q.     And do you recognize this
```

                                        Page 122

1                      J. Sears

2    document?

3          A.      Yes.

4          Q.      What is this document?

5          A.      Plaintiff's Responses and

6    Objections to Steven G. James' First Set of

7    Interrogatories.

8          Q.      If you go to age 15, is that your

9    signature?

10         A.      Yes.

11         Q.      And did you review this document

12   before signing?

13         A.      I did.

14         Q.      And do you have any reason to

15   think that this document is not still your

16   answers to these questions?

17         A.      No.

18         Q.      I would like to direct you to

19   page three and to interrogatory number five.

20   Do you want to read that response quickly?

21         A.      Sure.

22                 (Witness is perusing the

23         exhibit.)

24         A.      Okay.

25         Q.      So did you review this response

```
 1                    J. Sears
 2   before signing the interrogatory or the
 3   interrogatories?
 4        A.    I did.
 5        Q.    Did you write this list?
 6              MR. ROTSKO:  Objection, work
 7        product.
 8              MR. THOMPSON:  I think the
 9        question of whether he wrote the list is
10        not work product.
11              MR. ROTSKO:  No, it is.  How the
12        interrogatory responses are compiled,
13        who put together a list that is work
14        product.
15              MR. THOMPSON:  He knows what he
16        wrote.
17              MR. ROTSKO:  Uh-huh.
18              MR. THOMPSON:  I am asking about
19        what he wrote.
20              MR. ROTSKO:  I am objecting to
21        the -- I am objecting on the grounds of
22        work product and directing him not to
23        answer.
24              MR. THOMPSON:  You are directing
25        him not to answer whether he wrote this
```

```
                                    Page 124
 1                      J. Sears
 2       list?
 3               MR. ROTSKO:  Yes, correct.
 4               MR. THOMPSON:  Okay.  We will
 5       note that for the record.
 6       Q.    Let's go down each of these
 7  documents and I am going to ask you if you
 8  have read them.
 9               David Kopel, Rational Basis
10  Analysis of Assault Weapon Prohibition, have
11  you read that, sir?
12       A.    No.
13       Q.    NSSF, 2021, Firearms Retailer
14  Survey?
15       A.    Yes.
16       Q.    When did you read that?
17               MR. ROTSKO:  Asked and answered.
18       You asked about that one earlier.
19       Q.    Can you please summarize your
20  answer?
21       A.    Probably around the time it was
22  first released in 2021 and again at some
23  point, you know, during preparing this.
24       Q.    NSSF, Firearm Production in the
25  United States with Firearm Import and Export
```

1              J. Sears

2    Data?

3         A.     I don't recall.

4         Q.     NSSF, Firearm Production in the

5    United States With Firearm Import and Export

6    Data 2023?

7         A.     I don't recall.

8         Q.     Maybe I can safe us some time can

9    I ask you to go down this list and tell me

10   the ones on this list that you have read.

11        A.     NSSF 2021 Firearms Retailer

12   Survey Report.  NSSF Modern Sporting Rifle

13   Comprehensive Consumer Report.  The NSSF

14   Sport Shooting Participation in the U.S. in

15   2020, 2021.  Commonly Owned.  NSSF Releases

16   Most Recent Firearm Production Figures.  The

17   both works here by E. Gregory Wallace.  The

18   William English 2021 Firearms Safety Survey.

19   I likely seen the other William English.

20   This Washington Post poll.  First-Time Gun

21   Buyers Grow to Nearly Five Million.  Pregnant

22   Florida mon uses AR-15 to kill home intruder.

23   Santa Monica owner protects his store with

24   guns.  The Austin Miller from the Ocala Star

25   Banner.  Hannah Leone, gun instructor uses

```
 1                J. Sears
 2   AR-15 to stop attacker in Oswego.
 3   Homeowner's son shoots and kills three would
 4   be burglars.  15 year old son of deputy
 5   shoots burglary suspect.  Shooting deemed
 6   justifiable.  The Nancy Loo, man armed with
 7   AR-15 stops attack by neighbor in Oswego.
 8   The David French, Texas hero article.  The
 9   Garret Pelican article.  And the police
10   report on the Tallahassee homeowner article.
11       Q.     Did you read each of the items
12   that you just discussed in their entirety?
13       A.     Not all of them.  Some of the
14   studies in the lengthier earlier ones I
15   skimmed through.
16       Q.     Did you find these documents
17   yourself?  I am asking you the question don't
18   look at your counsel.
19       A.     I come across several of these
20   prior to this case, yes.
21       Q.     Several of these documents refer
22   to AR15's.  Do you know whether the AR15's
23   uses in any of these incidents meet the
24   definition of an assault weapon under New
25   York law?
```

```
 1                      J. Sears
 2       A.      I do not.
 3       Q.      Did you play any role in drafting
 4  any of these documents?
 5       A.      Publishing these articles?
 6       Q.      In writing or publishing any of
 7  these articles?
 8       A.      No.
 9       Q.      Have you communicated with any of
10  the people who wrote or published any of
11  these articles?
12       A.      No.
13       Q.      Do you have personal knowledge as
14  to the consequence -- as to the contents --
15  the truth of the contents in any of these
16  articles -- let me rephrase that.  I stumbled
17  all over myself.
18               Do you have personal knowledge as
19  to the truth of the contents of any of these
20  articles?
21       A.      I don't know.
22       Q.      Have you spoken to anyone else
23  other than that we have mentioned today about
24  this case?
25       A.      Just our legal team.
```

```
 1                    J. Sears
 2        Q.      And again I am not asking for
 3   conversations with your legal team.
 4        A.      Sure.  My wife knows I am here.
 5        Q.      Gotcha.  Have you spoken to
 6   anyone not mentioned so far today other than
 7   your legal team about assault weapons and the
 8   constitutionality of the prohibition on
 9   assault weapons?
10        A.      No.
11        Q.      Have you ever spoken to Mark
12   Smith?
13        A.      I don't know who that is.
14        Q.      Have you ever e-mailed with Mark
15   Smith?
16        A.      I don't know who that is.
17        Q.      And lastly what is your
18   understanding of the Second Amendment?
19        A.      My right to own guns shall not be
20   infringed and, you know, simple as that.  It
21   is a God given right and it is there to tell
22   the government not to infringe upon my
23   rights.
24        Q.      So a well regulated militia being
25   necessary to the security of a free state the
```

```
                                    Page 129
 1                    J. Sears
 2   right of the people to keep and bear arms
 3   shall not be infringe, is that right?
 4        A.      Yes.   Uh-huh.
 5        Q.      So let's -- if you don't mind
 6   let's break that down a little bit.
 7                When we talk about a well
 8   regulated militia what is your understanding
 9   of that phrase?
10        A.      A well trained population.
11        Q.      Does it refer to government
12   regulation?
13        A.      It does not.   That term was not
14   used at the time of that right writing.
15        Q.      Is any government regulation of
16   firearms constitutional?
17        A.      No.
18        Q.      Necessary of the security of the
19   free state, what is your understanding of
20   what is meant by a free statement?
21        A.      Tyranny both foreign and
22   domestic.   Threats foreign and domestic.
23        Q.      Can you explain to me what you
24   mean by threats?
25        A.      Self defense if we are talking as
```

```
                                    Page 130
 1                      J. Sears
 2     the framers of the Bill of Rights would have
 3     meant it.  Tyranny or opposition from a
 4     foreign power or in the event that the
 5     American government grows tyrannical in the
 6     nature of Britain who they were fighting,
 7     yeah, at the time when they drafted this
 8     after that war.
 9          Q.     Do you think that the American
10     government is tyrannical?
11          A.     The whole federal government, New
12     York State, I don't know.
13          Q.     Let's start with the federal
14     government.
15          A.     I don't know.  In areas.
16          Q.     Can you explain to me what areas?
17          A.     I might have convoluted my
18     Federal with New York.  I don't know I think
19     New York is being tyrannical with --
20          Q.     Let's start with the federal
21     government, if you would.  We will go down
22     the levels.
23                 Do you think the federal
24     government is tyrannical?
25                 MR. ROTSKO:  Objection.  This
```

```
 1                        J. Sears
 2        lawsuit is not against the federal
 3        firearms regulation.
 4                MR. THOMPSON:   I object to the
 5        speaking objections.
 6        Q.      Do you believe that the federal
 7   government is tyrannical?
 8        A.      I don't see how it is irrelevant.
 9   And my beliefs here on legislature matters I
10   just see how this ties with anything.
11        Q.      Okay.
12        A.      If we are looking at the Bruen
13   decision and the --
14        Q.      But I am asking you the question
15   you are under oath.
16        A.      Sure.
17        Q.      I would appreciate it if you
18   would answer.
19        A.      Sure.  No.  I think it has the
20   mechanisms with which to be tyrannical.  On a
21   day to day basis I don't think we are all
22   sitting here living under tyranny.  But, you
23   know, the government has the powers with
24   which to be tyrannical that is how I would
25   frame my answer.
```

```
                                      Page 132

 1                      J. Sears
 2        Q.      When you say the powers to be
 3   tyrannical or the mechanisms to being
 4   tyrannical, what are you referring to?
 5        A.      The different organizations and
 6   bodies that exist at the federal level to
 7   imprison people and to enforce laws,
 8   executive orders, mandates and so on.
 9        Q.      Any specific laws or executive
10   orders?
11        A.      I mean if we look back at how the
12   government reacted to COVID 19, you know, if
13   we see writing on the wall with how Canada
14   handled freezing out people financially I
15   think our government possesses those equal
16   capabilities.
17        Q.      Do you think the federal
18   government's response to COVID 19 was
19   tyrannical?
20        A.      Yes.
21        Q.      And why?
22        A.      I think they closed places of
23   worship.  They wouldn't let people go attend
24   churches, synagogues, mosques.  Hindering
25   free trade and commerce telling places when
```

```
                                    Page 133
 1                     J. Sears
 2   they would be allowed to open deeming things
 3   essential services.
 4        Q.      Do you think that using firearms
 5   to resist the federal government's response
 6   to COVID 19 is correct or constitutional?
 7                MR. ROTSKO:  Objection on
 8        relevance.
 9                MR. THOMPSON:  Relevance is not a
10        deposition objection.
11                MR. ROTSKO:  It is.  Rule 26B1 of
12        the Federal Rules of Evident limits
13        deposition questions to those that are
14        relevant to claims and defenses in the
15        matter in which we are talking about
16        firearms is appropriate.
17                MR. THOMPSON:  I would appreciate
18        it if the witness can answer the
19        question.
20                MR. ROTSKO:  I Objected.
21                MR. THOMPSON:  Okay.  It is on
22        the record.
23        Q.      I would appreciate if you would
24   answer the question.
25        A.      I don't see how it is relevant.
```

1                     J. Sears

2       Q.      Okay.  But I would appreciate it

3   if you would answer the question?

4       A.      I don't think using firearms

5   would have been inappropriate action to

6   during COVID 19, no, to the government's

7   treatment of.

8       Q.      So when is using firearms an

9   appropriate redaction to tyranny?

10      A.      Who is to say.

11      Q.      Well I am asking your opinion.

12      A.      I don't know.  It is a, you know,

13  it is a hypothetical scenario we can concoct

14  here like I don't know.  It is like a moral

15  and philosophical dilemma.

16      Q.      It is.  And I mean that is one of

17  the things about this area of the law, you

18  know, it interacts with our morality and our

19  philosophy.

20      A.      Sure.

21      Q.      And so I guess what I am trying

22  to get at is you have said that the federal

23  government part of -- the point of the Second

24  Amendment among other things to resist

25  tyranny.  That the federal government has

```
                                    Page 135
 1                    J. Sears
 2   been tyrannical and I guess the question is
 3   when should firearms be used to resist
 4   tyrannical government in this case?
 5              MR. ROTSKO:  Can I ask for
 6         clarity you mean in this case?  I am
 7         sorry.
 8              MR. THOMPSON:  In the case that
 9         he has discussed.
10              MR. ROTSKO:  Okay.
11     A.     I would say in a similar fashion
12   to how self defense is legal, right, when
13   your life that of a, you know, loved one,
14   family member so on if there life is
15   threatened in some way then at that point
16   self defense is warranted.
17     Q.     So do you think New York State is
18   tyrannical?
19     A.     Yes.
20     Q.     In what way?
21     A.     In the fact that they are not
22   letting me exercise my Second Amendment
23   right.
24     Q.     In terms of assault weapons or in
25   terms of anything else?
```

```
 1                    J. Sears
 2       A.     In terms of assault weapons.  In
 3  terms of NFA item such as short barrel
 4  shotguns and rifles and suppressors that I
 5  can't access.
 6       Q.     The NFA is a federal piece of
 7  legislation; is that correct?
 8       A.     It is.  But New York State
 9  outright bans all possession of NFA items.
10       Q.     Are there any other ways in which
11  New York State is tyrannical?
12       A.     Not that I can think of at this
13  time.
14       Q.     Is armed resistance to New York
15  State justified?
16       A.     No.  At this time, no.
17       Q.     What would make it justified?
18       A.     I don't know.  You know, we are
19  here -- arms are a last resort.  We are here
20  trying to do it civilly with words and with
21  the law and the tools we have available.
22       Q.     If you were to lose this case
23  would violence be appropriate?
24       A.     No.
25       Q.     Why not?
```

```
                                    Page 137
 1                    J. Sears
 2        A.      Because it is not a life and
 3   death matter.  It could be one day in the
 4   hypothetical world a home invasion I lose my
 5   life because I don't have the proper tool.
 6   But it is not worth upsetting the balance in
 7   society that I live in.  That we all live in.
 8        Q.      Is Westchester County tyrannical?
 9        A.      In the sense of them prosecuting,
10   you know, me if I were to step outside of the
11   Safe Act laws or rules.
12        Q.      In any other sense?
13        A.      Not that I can think of at this
14   time.
15        Q.      Is armed resistance to
16   Westchester County justified?
17        A.      No.
18        Q.      Let me ask about the second part
19   of the Second Amendment.  The right of the
20   people to keep and bear arms should not be
21   infringed.
22                Who is the people?
23        A.      If we are looking at it from the
24   people who drafted it anyone, you know, of a
25   military male age but I would commonly say
```

```
 1                    J. Sears
 2   any adult in the U.S.
 3        Q.     Any adult in the U.S.
 4        A.     If we want to talk about gun
 5   rights and carve out of the Second Amendment
 6   absolutely.  Like I don't know, you know, if
 7   you want to carve out violent criminals like
 8   sure.  Everyone else I think would fall into
 9   the people.  People who haven't had their
10   rights taken away due to their own offenses.
11        Q.     The mentally ill?
12        A.     Are they people who have had
13   their rights taken away through their own
14   hand or form, yeah, I would argue yes so I
15   don't think.
16        Q.     Noncitizen?
17        A.     I don't think noncitizens are
18   afforded the same rights as the Constitution
19   until they gain citizenship status or some
20   form of immigration, you know, I am not
21   expert in this.
22        Q.     People under 18?
23        A.     No.
24        Q.     And what is your understanding of
25   what keep and bear arms means?
```

```
                                    Page 139
 1                  J. Sears
 2        A.      To be able to purchase,
 3   construct, maintain, freely exercise with,
 4   train with.
 5        Q.      Does the term keep and bear arms
 6   cover any use of a weapon?
 7        A.      Within the confines of the law it
 8   doesn't mean you have a free license to, you
 9   know, kill things, people.  You still abide
10   by the other laws that exist on the books.
11        Q.      But not firearms laws?
12        A.      What do you mean by that?
13        Q.      Laws prohibiting the possession
14   of certain firearms, laws conditioning the
15   commercial sale of firearms you don't view
16   those as legitimate though; is that correct?
17        A.      If we are going under like a pure
18   Second Amendment absolutist like, no.  But I
19   think for the sake of society and moving on
20   like we need certain guardrails right I don't
21   think violent felons should have guns, no.  I
22   think certain rules are necessary.  I don't
23   think every one should just be able to walk
24   in to a Wal-Mart and walk out three minutes
25   later I think there should be some guardrails
```

1             J. Sears

2    in place.

3         Q.      And lastly to your understanding

4    what does it mean to the infringed?

5         A.      Limiting, prohibiting, you know,

6    banning the sale, purchase, possession,

7    construction of, you know, denying a certain

8    classification of weapon system from being

9    purchased or sold or manufactured.

10        Q.      Is any law that touches on

11   firearms possession an infringement?

12        A.      Not all of them.  If you are a

13   Second Amendment absolutist they would say

14   yes.

15        Q.      I am asking you.

16        A.      I wouldn't say so.  I think some

17   of them are reasonable.

18        Q.      Can I ask you what laws you view

19   as not an infringement?

20        A.      I think that 18 year old rule is

21   valid.  I think, you know, that is kind of

22   one of those milestones we set in our society

23   for certain things.  I don't think we need

24   people younger than that having these weapons

25   at that age.  That is fine.

1                    J. Sears

2      Q.      Did you think licensing laws are

3  an infringement?

4      A.      Yes.

5      Q.      Any licensing laws?

6      A.      Yes.

7      Q.      Do you think sensitive places

8  laws are infringement?

9      A.      Yes.

10      Q.      Any sensitive places laws?

11      A.      Yes.

12      Q.      Do you think background checks

13  are an infringement?

14      A.      Would I argue yes but I can see

15  the need for them.

16      Q.      Do you think waiting periods are

17  an infringement?

18      A.      Yes.

19      Q.      Is there anything in your

20  testimony that you can think of right now

21  that you want to go back and change?

22      A.      I don't think so.

23              MR. THOMPSON:  Let's take a quick

24      two minute break.

25              (Whereupon, a short recess was

```
                                    Page 142
 1                J. Sears

 2        taken at 4:40 p.m. and testimony resumed

 3        at 4:41 p.m.)

 4              MR. THOMPSON:  So no further

 5        questions for me on behalf of the

 6        superintendent.  I will pass the baton

 7        along to Westchester County.

 8  EXAMINATION BY

 9  MS. MOUNTAIN:

10        Q.     Good afternoon.  I will not be

11  very long.  My name is Francesca Mountain.  I

12  represent Miriame Rocah in her official

13  capacity as the District Attorney of

14  Westchester County.

15              So you are wanting to purchase

16  this LMT MARS it is called a MARS?

17        A.     Sure.

18        Q.     And that is an A-15 variant,

19  correct?

20        A.     AR-15.

21        Q.     I am sorry, I don't even know

22  what I said.

23        A.     It's been a long day.

24        Q.     AR-15 variant.

25              We spoke a little or actually you
```

```
 1                    J. Sears
 2   spoke a little earlier about the origin of
 3   the use of -- the intended use by the
 4   manufacturer and designer of AR-15 type
 5   firearms, correct?
 6         A.     Sure.
 7         Q.     Were they originally developed
 8   for military use?
 9         A.     Yes.  The AR-15 is the civilian
10   version of the M-16 which was developed for
11   military use.
12         Q.     But AR-15 the timing of it it was
13   post like World War II, right, it was around
14   that time for military use, correct?
15         A.     Yup.
16         Q.     Are you aware of any AR-15
17   variant used for home defense?
18         A.     Do I know people who use them for
19   home defense?
20         Q.     Do you know specific instances
21   where an AR-15 I will say variant --
22         A.     Sure.
23         Q.     -- has been used for home defense
24   and I mean not necessarily the trigger has
25   been pulled but has been either trigger has
```

```
                                    Page 144
 1                  J. Sears
 2  been pulled or has just been used?
 3        A.      To dissuade the situation?
 4        Q.      Correct?
 5        A.      Sure.  I mean the articles we
 6  listed in I think it was the interrogatory
 7  response I know those, you know, were cases
 8  that were used.
 9        Q.      There are specific instances in
10  those articles cited in the interrogatories
11  where AR15's have been used for self defense?
12        A.      Yeah.  I believe I whatever that
13  list we just went through a few minutes ago
14  had instances.
15        Q.      If I read all of those I would
16  find --
17        A.      Yes.
18        Q.      Are you aware of instances where
19  an AR-15 that has been used to protect
20  families the same type of question?
21        A.      Same question same kind of answer
22  in those articles.
23        Q.      Okay.  Are you aware of AR-15
24  variant used in mass shootings?
25        A.      Yes.
```

```
 1                    J. Sears
 2      Q.      You are?
 3      A.      Yes.  There were some articles in
 4  that list as well.
 5      Q.      Same list?
 6      A.      Yes.
 7      Q.      Would you agree that an AR-15
 8  weapon used in a mass shooting is dangerous?
 9      A.      Yeah.  I would agree any weapon
10  used in a mass casualty event is dangerous.
11              MS. MOUNTAIN:  I don't have
12      anything further for you right now.
13              I just need a minute to look
14      through some stuff.
15              I don't have anything else.  I
16      don't have anything further.
17              (Time noted:  4:42 p.m.)
18

19      _____
        JAMES TIPPER SEARS
20

    Subscribed and sworn to before me this
21
    _____day of _____, 2024.
22
    _____, Notary
23  Public.
24
25
```

Page 146

1
2                    INDEX TO TESTIMONY
3                                        Page        Line
4    Examination by              3           7
     Mr. Thompson
5
     Examination by             142          8
6    Ms. Mountain
7
8

                    INDEX TO EXHIBITS
9
            Description                Page        Line
10
     Exhibit 1   Motion to Dismiss        49          21
11
     Exhibit 2   Complaint               122          11
12
     Exhibit 3   Interrogatories         122          11
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 147

1

2                          CERTIFICATE

3

4        I, MARIA ACOCELLA, a Notary Public within

5     and for the State of New York, do hereby

6     certify:

7        That the witness whose deposition is

8     hereinbefore set forth, was duly sworn by me

9     and that the within transcript is a true

10    record of the testimony given by such

11    witness.

12       I further certify that I am not related to

13    any of the parties to this action by blood

14    or marriage and that I am in no way

15    interested in the outcome of this matter.

16       IN WITNESS WHEREOF, I have hereunto set my

17    hand this 8th day of May, 2024.

18

19

20

                 _____

21                     MARIA ACOCELLA

22

23

24

25

Page 148

1

2        **WITNESS'S CORRECTION SHEET**

3     **PAGE \ LINE \ CORRECTION**

4     _____

5     _____

6     _____

7     _____

8     _____

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20

              _____
21                **JAMES TIPPER SEARS**

22

23    Subscribed and sworn to before me

24    this _____ day of _____, 2024

25    _____, Notary Public.

# WITNESS'S CORRECTION SHEET

### (for deposition taken May 1, 2024)

**PAGE \ LINE \ CORRECTION**

| | |
|---|---|
| **28:16-17** | "a nonresident New York license" should be "a nonresident **Utah** license" |
| **49:14** | "Louis" should be "**Lewis**" |
| **50:23** | "Louis" should be "**Lewis**" |
| **55:8-9** | "length of pole" should be "length of **pull**" |
| **64:13-14** | "length of the pole" should be "length of the **pull**" |
| **64:18** | "length of the pole" should be "length of the **pull**" |
| **65:22** | "self defense competition" should be "self defense **situation**" |
| **69:6** | "So ii becomes" should be "So **it** becomes" |
| **71:21-22** | "you know, Evian side" should be "you know, **other** side" |
| **77:13-14** | "get this gun, I could" should be "get this gun, **and** I could" |
| **86:4-5** | "bedside safer" should be "bedside **safe**" |
| **134:5** | "would have been inappropriate action" should be "would have been **an appropriate** action" |

James Tipper Sears

Subscribed and sworn to before me

this 15th day of ____May____, 2024
_____, Notary Public.

ALEXA KATHRYN SEARS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02BL6434166
Qualified in Westchester County
Commission Expires May 31, 20___

| & |
|---|
| **&**   11:16 |

| 1 |
|---|
| **1**   1:12 48:20,22 |
| 146:10 |
| **10**   72:18 |
| 118:12,13 |
| **100**   81:25 |
| **1000**   2:4 |
| **10005**   2:22 |
| **10522**   3:13 |
| **10601**   2:11 |
| **10989**   1:5 |
| **10e**   3:12 |
| **11**   19:2 146:11 |
| 146:12 |
| **122**   146:11,12 |
| **14**   92:3,4,6 |
| **142**   146:5 |
| **148**   2:10 |
| **15**   21:10,18 |
| 22:22,24,25 |
| 23:3 24:15 |
| 41:23,24 62:13 |
| 79:24 89:24 |
| 96:15 122:8 |
| 125:22 126:2,4 |
| 126:7 142:18 |
| 142:20,24 |
| 143:4,9,12,16 |
| 143:21 144:19 |
| 144:23 145:7 |
| **16**   41:23,25 |
| 42:2,7 43:20 |
| 75:16 84:12 |

143:10
**16's**   43:16
**17**   84:7,9,10
**1751**   2:3
**18**   27:21 29:16
93:24 138:22
140:20
**19**   18:19 96:14
132:12,18
133:6 134:6
**1956**   22:10

| 2 |
|---|
| **2**   73:3 91:25 |
| 121:13 146:11 |
| **2-2-3**   80:22 |
| 82:17,25 83:17 |
| **20**   16:12,13,13 |
| 16:14 99:2 |
| **200**   3:11 |
| **2000**   9:12 |
| **2001**   9:13 |
| **2009**   6:12 |
| **2013**   6:12 |
| **2018**   18:18,19 |
| **2020**   28:5 |
| 125:15 |
| **2021**   18:21 |
| 28:5 124:13,22 |
| 125:11,15,18 |
| **2022**   28:6 35:8 |
| **2023**   30:14 |
| 125:6 |
| **2024**   1:12 |
| 145:21 147:17 |
| 148:24 |

**21**   100:4
146:10
**22**   80:22
**22102**   2:4
**23**   80:16 100:4
**26b1**   133:11
**28**   1:11 2:21
**29**   111:18
112:2
**2:01**   1:13
**2:38**   45:21
**2:47**   45:22

| 3 |
|---|
| **3**   48:17 121:13 |
| 121:23 146:4 |
| 146:12 |
| **3-0-8**   80:18 |
| 81:8 105:6,13 |
| **30**   80:17 108:3 |
| **30-06**   41:12 |
| 80:18 |
| **320**   16:23 |
| **33**   113:15 |
| **35**   114:10 |
| **38**   114:10 |
| **3865**   147:20 |
| **3:31**   91:5 |
| **3:41**   91:6 |

| 4 |
|---|
| **4**   49:5 |
| **40**   108:3 |
| **401k**   11:6 |
| **45**   80:4 |

**49**   146:10
**4:10**   121:8
**4:40**   142:2
**4:41**   142:3
**4:42**   145:17

| 5 |
|---|
| **5**   84:13 |
| **5-5-6**   49:9 |
| 80:20 82:18,25 |
| 83:13 |
| **5-90**   20:24 |
| **5.56**   80:3 |
| **50s**   95:18 |

| 7 |
|---|
| **7**   146:4 |
| **7-6-2**   105:6 |
| **7:11**   1:5 |

| 8 |
|---|
| **8**   146:5 |
| **8th**   147:17 |

| a |
|---|
| **a&g**   53:23 |
| **abide**   139:9 |
| **ability**   33:5 |
| 60:22 64:7,16 |
| 69:4,9 78:22 |
| 84:22 95:15 |
| **able**   21:24 |
| 28:19 33:2,3 |
| 39:7 44:15 |
| 51:11 55:6 |
| 59:12 65:9 |
| 66:2,3 68:10 |
| 85:25 106:3,17 |

119:14,18
139:2,23
**above** 1:21
17:21 25:18
**absolutely**
138:6
**absolutist**
139:18 140:13
**absorbs** 75:2
**abuse** 14:13
**accept** 21:25
23:11 24:2
33:5 39:16,22
84:22 95:10
**accepting**
29:17
**access** 44:23
136:5
**accessories**
79:14 93:21
118:14,17
**account** 11:6
47:13 107:24
**accounts** 47:22
**accuracy** 52:12
66:5 71:4
81:25 104:6
**accurate** 71:6
**acocella** 1:23
147:4,21
**act** 7:16,20,23
21:24 26:8
29:12 35:4
76:13 84:23
90:6 116:9,14

117:8 137:11
**acting** 1:8
**action** 1:5
20:24 21:5
23:17 117:24
134:5 147:13
**active** 27:8
**actually** 18:23
20:21 49:14
91:14 102:2
111:8 142:25
**add** 64:17
**addition** 55:15
58:16 73:21
**additional** 27:2
38:23 51:24
**address** 3:10
**adequately**
69:7
**adjust** 64:13
69:11,17,20
**adjustability**
23:21
**administer** 7:9
**administrative**
15:10
**adoptability**
66:18
**adopted** 95:23
**adult** 138:2,3
**advanced** 7:24
**advice** 46:16
**advisor** 7:18
8:9,17 11:15
11:22,25 12:6

**advisory** 8:18
9:5 47:24
**affiliates** 99:25
**affix** 58:7 64:8
**afford** 45:8
**afforded**
138:18
**aftermarket**
22:12 57:5
64:24
**afternoon**
142:10
**age** 44:12 122:8
137:25 140:25
**agent** 47:15
**aggressing** 82:7
**aggressor** 79:6
**ago** 10:14
11:14 17:15
18:4 37:14
96:23 111:2
119:5 144:13
**agree** 145:7,9
**ahead** 36:2
44:4
**aim** 68:23
85:19
**al** 1:3
**alcohol** 13:23
**allegedly**
107:18
**allow** 7:14
54:20 74:15
**allowed** 20:2,5
36:19 133:2

**allows** 73:9
78:18
**alternatively**
73:18
**amendment**
36:25 37:5
44:7 76:9
128:18 134:24
135:22 137:19
138:5 139:18
140:13
**america** 33:20
**american** 83:22
98:2 130:5,9
**americans**
33:11 34:2
37:24 96:17
97:18
**ameriprise**
8:25 10:9,12
10:21 11:17
**ammo** 76:3
86:20 100:13
**ammunition**
41:14,17 60:22
60:25 75:17
104:24 105:3
118:8
**ammunitions**
81:12
**amount** 81:10
**analysis** 8:2
116:21 124:10
**animal** 104:8

answer  43:9
44:4 55:20
106:7,15,18
109:9 110:15
111:9,12
118:21 123:23
123:25 124:20
131:18,25
133:18,24
134:3 144:21
answered
108:24 124:17
answers  4:3
109:3 122:16
anticipate  25:9
103:3
anybody  46:13
46:25
anybody's
46:16
apache  45:2
apart  40:19
59:18
apartment  3:12
104:23
apologize  22:19
32:12
app  67:14
appear  51:13
apple  67:14
application
18:7 19:3
26:14,16,20,21
27:5 29:3,14
29:15 31:9

34:10
applied  14:21
14:24 17:23
25:20
apply  18:10
25:22 70:3
appointment
18:23 26:2,5
appointments
18:10
appreciate
131:17 133:17
133:23 134:2
appropriate
133:16 134:9
136:23
approval  27:19
approved  19:7
26:21
approximately
27:25
ar  21:22 22:7
22:25 24:15
33:9,21 34:25
39:20 41:8,21
41:23,24 49:8
49:19 50:14
56:19 59:4
62:13 71:23
75:16 79:24
85:23 89:24
94:2,7,13,16
96:15 125:22
126:2,7 142:20
142:24 143:4,9

143:12,16,21
144:19,23
145:7
ar's  33:25
52:11
ar15's  126:22
126:22 144:11
area  134:17
areas  130:15,16
argue  38:24
83:2 88:16
92:22 138:14
141:14
arm  94:3
armalite  22:9
39:11 41:6
49:19
armed  126:6
136:14 137:15
armor  119:9
arms  44:18
83:14 129:2
136:19 137:20
138:25 139:5
army  44:18,19
44:20
arrested  13:3
article  68:7
126:8,9,10
articles  62:18
67:8,11,15,19
67:23 68:2
112:13,16,20
113:3,6,12
114:2 127:5,7

127:11,16,20
144:5,10,22
145:3
asked  55:16
56:2 88:22
111:9 124:17
124:18
asking  108:25
109:4,6 123:18
126:17 128:2
131:14 134:11
140:15
aspect  43:23
66:12
assault  33:17
38:9,11,15,19
88:24 89:4,9
89:18 90:5,7
92:9,16 93:17
106:17 114:22
115:24 116:18
120:13 124:10
126:24 128:7,9
135:24 136:2
associates
11:16
association
17:5
assume  49:17
assuming  86:21
118:9
atf  74:16 98:11
101:20 106:8
110:2,6

**attached**  50:15
**attaching**  85:15
**attachments**
  76:17 79:11
**attack**  61:16
  126:7
**attacker**  126:2
**attackers**  61:22
**attacking**
  103:17
**attend**  6:11
  132:23
**attention**  49:4
**attorney**  1:7
  2:8,17,19 3:17
  3:18 35:22
  36:10 142:13
**attorneys**  2:3
  11:9
**attractive**
  85:13
**austin**  125:24
**authors**  67:22
**automatic**
  42:11,14,22
  43:22 100:11
  108:10
**automatically**
  100:22
**available**  44:19
  60:3 136:21
**avenue**  2:10
**aware**  49:22
  62:5 66:20
  77:17,25 86:17

119:3 143:16
144:18,23
**awfully**  111:5
**awkward**  13:2

**b**

**b**  17:20
**back**  5:22,24
  17:22 18:11,20
  35:19 45:25
  46:9 64:3,15
  70:9 72:5
  82:15 87:6,14
  87:21,23 88:9
  88:12,14 96:8
  109:2 120:19
  132:11 141:21
**background**
  5:18 29:4 31:9
  53:4 119:13
  141:12
**baffles**  74:25
**balance**  137:6
**ballistic**  45:10
**ban**  43:20 90:7
  90:10,17 110:4
  114:22
**bang**  59:17
**banned**  21:23
  115:21
**banner**  125:25
**banning**  140:6
**bans**  94:3
  136:9
**bardonia**  53:24

**bare**  78:14
**barrel**  22:15
  23:11 72:24
  73:15 75:11,16
  78:15,17,17
  85:8 136:3
**based**  10:21
  51:5
**basically**  27:23
  37:25 52:21
  56:21 57:4,6
  63:23 64:12,14
  76:25
**basis**  33:16
  124:9 131:21
**baton**  142:6
**battle**  84:4
**battlefield**
  103:12
**beacon**  3:11
**bear**  129:2
  137:20 138:25
  139:5
**bedside**  86:4
**behalf**  142:5
**belief**  33:17
  44:6,7
**beliefs**  131:9
**believe**  7:8 9:9
  9:24 18:21
  26:6 27:4 28:6
  30:4 33:23
  37:6,16 38:4
  43:19 50:23
  51:9 76:11

92:21 95:21
96:13 104:12
106:8,10,18
107:19,23
108:2,21,23
109:7,13
110:12,18
116:13,14
117:25 119:24
120:5 131:6
144:12
**beneficial**  74:3
  118:2
**benefit**  7:25
  66:11,14
**best**  49:20
  52:11 84:14
  87:8
**better**  17:10
  23:24 50:5
  60:16 64:22
  70:14 81:23
  82:21 84:25
  103:25
**beyond**  25:18
**bid**  96:6
**big**  85:4
**bigger**  64:20
**biggest**  58:18
**bill**  130:2
**birdcage**  73:4
**bit**  5:18 32:17
  60:4 68:17
  73:17 75:3
  84:18 129:6

**blasting**  73:19
**bleeding**  75:6
**blinded**  73:14
  78:24,25
**blood**  147:13
**blueprints**  95:6
**bodies**  132:6
**body**  119:9
**bold**  117:24
**bolt**  58:20,22
  59:12,15 63:24
**books**  139:10
**boston**  7:5,8
**bottle**  71:12,15
**bottom**  64:10
  70:2
**bought**  119:21
  120:2,4,5,10
**bouncing**
  101:22
**box**  50:2 51:22
**boxes**  27:2
**branch**  12:2
**branches**  12:3
**break**  39:25
  45:18 46:2,7
  90:24 108:8
  120:23 121:3
  121:15,20
  129:6 141:24
**breaking**
  118:10
**breaks**  57:16
  87:15

**briefing**  5:8
**briefly**  99:13
**bring**  32:24
**bringing**  35:7
  46:14
**brings**  36:23
**britain**  130:6
**broader**  15:25
  16:3
**broadway**
  87:22
**broke**  86:5
**broker**  12:17
  52:20
**brokerage**  11:6
  11:23
**brother**  79:23
**brought**  91:12
**browsing**
  112:23
**bruen**  26:6
  131:12
**bryant**  7:6,7
**buffalo**  119:5
**buffer**  23:20
  63:22 64:10
**build**  8:2
**builds**  73:9
**built**  58:2,9
  93:25 94:13,15
  94:20
**bullet**  41:12
  42:6 80:11,24
  81:14 82:5
  100:19 101:8

  102:4
**bullets**  42:9
  58:24 82:10,23
**bump**  100:25
  101:4,16,20,24
  101:25 105:14
  105:23 106:4,9
  106:11,18,21
  106:25 107:17
  108:2,11
  109:15 110:4
**burglars**  126:4
**burglary**  126:5
**burst**  43:13
**business**  8:12
  9:15 10:7
**button**  56:19
  57:5
**buy**  54:7 57:4
  81:8 85:25
  94:7,13 100:16
  100:17 101:5
  103:18 104:22
  105:14 106:10
  106:17,21,23
**buyers**  125:21

**c**

**c**  2:1 17:20
  91:19
**cacais**  19:16
**caliber**  75:11
  80:3,5,8,9,12
  80:15,18,19
  81:2,14,22,23
  82:23 104:14

  105:12
**california**  23:7
  23:9
**call**  12:10
  18:20 50:6
  55:8 58:21
  60:9 64:21
  73:3 77:8
  85:18 86:6
  120:21 121:5
**called**  11:16,23
  13:15,17 18:5
  18:8,19,21,22
  18:25 25:25
  52:19 60:7
  83:21 87:25
  142:16
**calling**  86:8
**calls**  43:7 44:2
  106:5 118:18
**canada**  132:13
**capabilities**
  132:16
**capability**
  39:16
**capacity**  1:6,7
  142:13
**capped**  78:17
**car**  74:25 87:15
  87:16 96:5
**career**  8:5,12
**carried**  52:17
  109:13 119:4
**carrier**  58:22
  63:24

**carry** 19:23
20:3,4,5,6,7,9
26:8 27:13
28:10,12,14,15
28:19 29:12
41:14,18 60:22
86:15,23,25
87:2 88:13
117:3 118:8
**cartridge** 41:14
80:4 83:7
**carve** 138:5,7
**case** 15:10 26:6
37:3 46:11,14
46:25,25 47:5
55:19 68:11
70:6 75:7 76:7
93:6 98:17,20
98:23 109:20
110:11 117:12
126:20 127:24
135:4,6,8
136:22
**cases** 63:3
144:7
**casualty** 145:10
**catch** 120:8
**catches** 58:24
**cause** 59:11
104:12
**cedars** 9:3,5
**ceiling** 81:21
**centimeters**
83:10

**certain** 28:17
42:25 43:3
51:9 68:24
88:19 92:25
139:14,20,22
140:7,23
**certificate**
147:2
**certificates**
6:24
**certified** 7:12
**certify** 147:6,12
**cfp** 7:3,11,14
7:22 8:7
**challenge** 35:3
37:20 106:9
**challenging**
92:18
**chamber** 58:25
63:11 64:5
85:8
**chambered**
49:9 80:3
**change** 26:12
35:3 64:17,19
103:21 141:21
**changed** 26:17
**channels** 115:7
**characteristics**
21:20 117:2
**charged** 13:8
**charging** 59:6
**cheaper** 81:8
81:11

**check** 27:2 29:4
31:9 53:4
119:13
**checks** 141:12
**cheek** 64:21
**chief** 8:17
**child** 62:14
**children** 56:7
**choose** 51:18
96:9
**christopher**
113:20
**churches**
132:24
**circulated**
108:14
**circumstances**
43:2,3,5 107:6
119:4
**cited** 144:10
**cities** 45:10
**citizen** 44:22
**citizenry** 44:17
**citizens** 45:4,12
116:12
**citizenship**
138:19
**city** 5:23 12:10
44:12
**civil** 1:5
**civilian** 41:24
95:23 143:9
**civilly** 136:20
**claims** 133:14

**clamp** 50:17
56:22 64:12
**clarification**
15:23
**clarity** 135:6
**class** 17:17,20
17:21 24:18
27:22 29:6,9
29:17,19,21,22
29:25 38:19
**classes** 32:2,3,4
32:5,19
**classification**
140:8
**classroom**
28:23
**clays** 20:16
**clean** 41:21
**clear** 40:10
**clerk's** 18:5
**click** 36:23 70:3
**client** 35:22,24
120:22 121:5
**clients** 7:17,21
8:3 10:25
12:12
**clips** 60:10
**close** 111:5
**closed** 132:22
**closely** 31:5
**closer** 80:22
**clubs** 17:7
**coaching** 111:5
**coalition** 34:17
35:19,25 36:6

36:12,17 37:8
37:11 46:11
**collection**
99:18
**college**   5:21 6:7
6:10 12:14
**collegiate**   12:19
**combat**   42:18
**come**   28:12
34:9,16 51:12
65:4 72:8 73:3
126:19
**comes**   42:6
49:25 52:2
73:10,15
100:19 102:4
**comfortable**
55:2 65:20,23
68:15 70:6
**coming**   3:15,21
9:9 17:18
29:12 42:9,20
78:20 103:9
**comment**   36:15
**commerce**
132:25
**commercial**
139:15
**commissions**
10:11,12
**commit**   117:8
**common**   22:13
33:4,7,13,18,25
79:24 115:20
115:25 116:11

**commonly**
22:13,24 56:25
59:4 74:13
80:9,21 114:17
116:18 125:15
137:25
**communicate**
93:10
**communicated**
127:9
**communicati...**
35:23 97:13
99:22
**community**
83:14 88:4
**companies**   52:3
**company**   12:9
32:9 47:24
49:13 50:21
51:2
**compare**   53:25
56:23
**compared**
50:14
**comparing**
54:12 78:12
**compatible**
22:7,13 117:13
**compensator**
74:8,9
**compensators**
73:19
**compete**   30:21
115:8

**competed**
33:14
**competition**
16:24 19:21
20:15 21:14
32:5 40:6,20
65:22 81:10
**competitions**
30:22
**competitive**
32:15 34:14
61:5
**competitively**
16:25 72:10,11
**compiled**
123:12
**complaint**   4:24
33:24 34:5
91:11 104:13
146:11
**completed**   6:18
**complex**   11:7
**compliant**
21:22 23:6,7
39:2,13 53:10
54:9 56:24
59:4 71:18
78:14
**comprehensive**
125:13
**conceal**   27:12
**concealed**   26:8
28:10 29:12
87:11

**concert**   107:9
**conclusion**
84:19 106:6
**conclusive**
109:11
**concoct**   134:13
**conditioning**
139:14
**conduct**   98:3
**conducted**
97:10 115:3
**confidence**
112:21
**confines**   139:7
**congress**
101:18
**connecticut**
5:21 6:8 10:22
12:4
**connection**
4:18 5:11
31:17 32:14
**consent**   31:8
**consequence**
127:14
**conspicuously**
23:16
**constitution**
138:18
**constitutional**
28:14 129:16
133:6
**constitutional...**
128:8

**construct** 139:3
**construction**
  140:7
**consumer**
  125:13
**contact** 35:19
  36:20 51:12
  70:24
**contents**
  127:14,15,19
**contest** 95:22
  96:2
**continue**
  101:10 111:17
**continued**
  101:9
**continues**
  100:12
**contract** 96:12
**contracting**
  95:22 96:2
**contracts** 96:4
**contrast** 54:2
**contrasting**
  54:13
**control** 43:13
  69:3 84:25
**controls** 69:7
  70:7
**contusion** 44:3
**convenience**
  87:11
**conversation**
  55:12 92:23

**conversations**
  36:9 37:2,4
  46:10,12 128:3
**conversely**
  65:25
**convicted**
  13:11
**convoluted**
  130:17
**corporation**
  41:6
**correct** 21:9
  22:2,6 25:17
  38:21 48:25
  54:10 66:6
  75:19,22 84:5
  86:13,14 92:14
  94:4 95:20
  103:19 106:13
  124:3 133:6
  136:7 139:16
  142:19 143:5
  143:14 144:4
**correction**
  148:2,3
**cost** 7:25 82:16
**counsel** 46:13
  93:10 97:14
  126:18
**counting** 56:3
**country** 33:4
  107:8
**county** 1:7 2:7
  17:24 25:21,23
  27:6 31:14

137:8,16 142:7
  142:14
**couple** 12:24
  14:2 18:16
  27:2 31:24
  45:24 57:4
  62:7,12 96:23
  99:3
**course** 7:4,10
  7:24 20:11
  27:22 46:24
**courses** 6:23
  31:13,21
**court** 1:1
  110:16
**cover** 139:6
**covid** 132:12
  132:18 133:6
  134:6
**coworkers**
  46:20
**coyotes** 88:8
**cpa's** 11:8
**crazy** 88:18
**create** 41:15
**created** 22:10
  41:21 94:21
**creates** 59:2
**crime** 13:9,12
  98:13
**criminal** 15:10
**criminals** 138:7
**criteria** 97:11
**crowd** 108:15

**crowned** 78:17
**cruiser** 116:8
**current** 8:15
  10:18
**currently** 8:8
  10:6 27:7 54:4
  74:22 75:21,23
  104:3
**curriculum**
  29:23
**cuso** 11:23
**customization**
  66:8 95:15
**customize**
  23:21 64:24
**customized**
  22:15
**cuts** 73:7
**cv** 1:5
**cycling** 58:20

### d

**d** 17:20
**dangerous**
  145:8,10
**dark** 73:13
**data** 99:20
  125:2,6
**date** 1:21 9:11
  30:12 48:23
  121:14
**david** 124:9
  126:8
**day** 42:16,16
  81:7,7 131:21
  131:21 137:3

142:23 145:21
147:17 148:24
**days** 41:13
**deaf** 74:21
**dealer** 53:2,3,7
53:13,15,17
**dealers** 52:21
90:14
**dealing** 7:16
**death** 137:3
**decide** 20:3
34:12
**decided** 18:6
**decision** 40:7
131:13
**declaration**
5:11 48:14
56:12 76:7
80:2
**deemed** 126:5
**deeming** 133:2
**deer** 41:13
**defend** 61:4
62:24 84:15
86:3 88:24
89:4,9 103:4
**defendant** 2:8
2:19 15:6
68:12
**defendant's**
48:20,22
121:12
**defendants** 1:9
48:15 67:10

**defends** 62:13
**defense** 19:22
19:22 21:15
24:8,8,12,25
25:3,7,11 29:2
32:16 33:15
40:6,21 59:21
60:16 61:9
65:13,22 66:9
66:12,22 68:9
68:16 73:12
74:20 76:22
77:19,23 78:10
78:22 81:5,17
81:24 82:16,22
102:23 104:7
104:20 129:25
135:12,16
143:17,19,23
144:11
**defenses**
133:14
**defensive** 32:4
112:14
**define** 100:10
**defined** 33:18
94:16 115:24
**defines** 38:10
92:9
**definition**
15:25 16:3
90:4 92:15,19
116:18 120:13
126:24

**degree** 7:5
**delineation**
80:14
**denying** 140:7
**department** 2:7
**depending**
23:21 32:18
59:14 75:10
**depends** 14:5
42:19 76:3
79:8
**deploy** 54:20
69:4 70:25
71:25 77:16
**deployed** 86:20
**deploying**
23:25
**deposed** 15:16
**deposition** 1:19
48:10 55:25
91:22,25
103:16 111:7
133:10,13
147:7
**depress** 57:7
70:8 72:9
**depressing**
101:24
**deputy** 126:4
**derailing** 55:11
**describe** 16:21
21:19 63:20
107:12
**described**
31:17 58:3

**description**
78:3 146:9
**design** 96:5
105:22
**designation**
7:13,23
**designed** 39:11
41:3,9 95:7,8,9
95:10 120:8
**designer** 143:4
**desirable** 39:7
**destroy** 45:10
**detachability**
72:16
**detachable**
21:25 22:3
33:5 38:22
39:17,22 40:8
40:22 56:14,16
56:17 58:13
59:23 60:15
63:4 118:3,12
**determined**
84:14
**deterrent**
116:15
**developed**
143:7,10
**development**
47:2
**device** 23:11
39:24 50:12
56:14 63:19
72:20,21,22
84:22 94:23

95:9 118:15
**devices** 74:10
  79:13 100:20
**diameter** 80:10
  80:24
**differ** 100:15
**difference**
  22:18,23
**different** 10:15
  10:21 11:17
  17:7 22:14
  29:19,23 30:21
  31:25 32:2,2
  32:23 51:23
  53:18 60:2
  66:3 75:8,9
  77:2 83:18
  99:19 104:2
  105:3,12
  112:13 115:7
  132:5
**differently**
  69:23
**dilemma**
  134:15
**direct** 36:18
  49:4 52:15
  92:10 122:18
**directing**
  123:22,24
**directly** 92:21
**disagree** 66:10
**discipline**
  14:19

**discuss** 46:17
  92:7,19 93:25
  96:15,18
**discussed** 4:13
  41:2 46:19
  48:25 54:3,15
  55:16 60:15
  79:12 94:6
  103:15 105:4
  126:12 135:9
**discusses** 92:15
**discussing**
  75:14
**discussion**
  114:15 121:7
**discussions**
  36:11
**dismiss** 5:8,12
  48:15 146:10
**disorient** 82:12
**dissipate** 73:16
**dissipated**
  81:19
**dissuade** 144:3
**distance** 55:9
  68:22 74:3
**distances** 20:19
**district** 1:1,1,6
  142:13
**dobbs** 3:12
**document** 5:3
  48:6,11,13,17
  48:21,24 91:8
  91:10,13,15
  121:22 122:2,4

122:11,15
**documents**
  4:18 5:2,14
  46:6 48:5
  120:17 121:11
  121:19 124:7
  126:16,21
  127:4
**doing** 4:10
  10:13 17:15
**domestic**
  129:22,22
**donated** 34:21
**donation** 37:13
**door** 81:21
  86:6 104:5
**double** 58:21
**drafted** 130:7
  137:24
**drafting** 127:3
**drag** 59:12
**drags** 58:22
**drill** 44:16
  57:10,17
**drink** 13:23
**drinks** 14:4
**drive** 2:3 3:12
  30:18
**driver's** 14:15
**drones** 45:6
**drop** 40:18
  59:5
**dropped** 59:15
**drugs** 14:7

**dubious** 111:16
**due** 138:10
**duly** 3:3 147:8
**durable** 51:4
**duress** 61:24

|  e  |
|---|

**e** 1:6 2:1,1,9 3:2
  3:2,2 35:17
  47:5 125:17
  128:14
**earlier** 54:3
  55:25 64:14
  68:13 85:4
  94:6 103:15
  124:18 126:14
  143:2
**ears** 75:4,6
  76:20
**ease** 54:21,22
  65:14
**easier** 41:17
  65:15 71:13
**easily** 60:22
  63:3 65:19
  87:11
**easy** 22:15
  41:20,20
**ebay** 52:23
**education** 6:6
  6:18,24 28:24
**edward** 10:16
  12:6
**effect** 29:13
  78:16 79:5
  104:14

**eight** 6:2 12:3
   29:7
**either** 9:12
   23:12,13 40:6
   103:11,13
   143:25
**eject** 56:20
**ejection** 60:8
**eligibility** 29:24
**eligible** 29:21
**elongate** 65:23
**elongated**
   65:17
**employ** 69:4
   70:25 93:2
   95:15
**employment**
   8:16
**encourages**
   105:23
**endless** 64:23
**enforce** 132:7
**enforcement**
   13:6 89:19,23
   116:7
**england** 53:22
**english** 96:18
   97:4,7 125:18
   125:19
**english's** 97:15
**enhance** 78:21
**entailed** 18:7
**enter** 36:19
**entirety** 126:12

**entitle** 30:25
**entity** 8:24
**entry** 95:21
**enumerated**
   22:5
**equal** 117:15
   132:15
**equates** 7:4
**equipped** 44:15
**equity** 10:7
   12:11
**ergomanic**
   63:18
**ergonomically**
   50:3 70:23
**ergonomics**
   71:3
**errant** 81:16
**escape** 78:18
**esq** 2:5,12,23
   2:24,25
**essential** 133:3
**essentially** 7:4
   8:12 10:2,8
   11:18 19:9
   23:24 29:11,20
   34:25 42:8
   44:18 59:2
   73:5 101:21
**estate** 7:25 11:9
   12:16 47:15
**estimate** 98:2
**estimates** 97:21
   97:23 98:12

**et** 1:3
**eugene** 22:10
   39:11 41:4
**event** 14:5
   130:4 145:10
**evian** 71:22
**evident** 133:12
**examination**
   3:7 142:8
   146:4,5
**examined** 3:5
**example** 94:3
**except** 26:25
**excerpts**
   112:10
**executive** 132:8
   132:9
**exercise** 135:22
   139:3
**exhibit** 48:9,20
   48:22 91:19,25
   100:6 111:24
   113:17 114:13
   120:19 121:23
   122:23 146:10
   146:11,12
**exhibits** 121:13
   146:8
**exist** 84:23
   132:6 139:10
**expel** 16:4
**expending**
   81:10
**expert** 96:3
   98:15,19,22

   101:19,19
   107:15 138:21
**explain** 37:22
   38:13 71:10
   72:21 80:5,7
   82:3 83:7 95:3
   101:13 103:5
   104:9 116:5
   118:23 129:23
   130:16
**explained**
   39:15
**explosive** 16:5
**export** 124:25
   125:5
**exposed** 25:15
**extinguisher**
   86:10
**extra** 61:8
   70:16
**eyes** 10:8 29:24

**f**

**facebook** 35:12
   36:15,22 47:11
   47:18,24
**facilitate**
   103:10
**facility** 14:13
**fact** 43:15
   82:16 135:21
**factor** 85:4
**facts** 110:22,23
**failed** 120:6
**failing** 85:15

| | | | |
|---|---|---|---|
| **fails** 40:9,10 57:14 | 90:6 130:11,13 130:18,20,23 | 11:15,22,23,25 12:6 | 79:19 96:16 114:17 116:17 |
| **failure** 21:7 | 131:2,6 132:6 | **financially** | 124:13 125:11 |
| **fair** 116:10 | 132:17 133:5 | 132:14 | 125:18 129:16 |
| **fall** 35:8 80:18 138:8 | 133:12 134:22 134:25 136:6 | **find** 34:8 63:3 77:11 78:5 | 131:3 133:4,16 134:4,8 135:3 |
| **falsified** 109:18 110:7 | **feed** 58:22 | 111:15 126:16 144:16 | 139:11,14,15 140:11 143:5 |
| **falsify** 109:25 | **feel** 54:11 88:17 101:15 117:20 | **fine** 140:25 | **fireball** 73:14 78:16,19 |
| **familiar** 84:8 100:25 107:5 110:10 | **felons** 139:21 **ferry** 3:12 **ffl** 54:7 | **finger** 102:8 **fingerprinted** 19:4 | **fired** 64:2 102:12 108:16 |
| **families** 144:20 | **ffls** 52:20 | **fire** 42:2,7,11 | **fires** 81:23 82:22 |
| **family** 46:22 79:23 88:25 | **fiduciary** 7:16 7:20,24 | 42:15,21 43:12 43:16,22 45:6 | **firing** 100:12 |
| 89:5,10 135:14 | **field** 6:13 14:19 | 72:19 86:10,11 | **firm** 8:19 10:14 11:16,23 |
| **far** 4:21 83:19 86:17 128:6 | **fifteen** 16:20 **fight** 44:12 | 100:11,21 101:7,10 | **firms** 9:13 **first** 3:3 10:4 |
| **fashion** 135:11 | **fighting** 130:6 | 103:10 104:6 | 12:13,18 21:21 |
| **fast** 60:13 108:3 | **figure** 6:3 26:11 | 104:10,18,19 105:2,5,7,25 | 37:12 96:22,24 122:6 124:22 |
| **faster** 59:23 105:21 | **figured** 18:7 **figures** 125:16 | 108:2 117:22 **firearm** 79:9 | 125:20 **firsthand** 67:3 |
| **fbi** 98:13 | **filed** 4:20,25 | 89:16 116:25 | **fish** 59:7 |
| **featureless** 40:17 | 28:4 94:21 **filing** 34:10 | 124:24,25 125:4,5,16 | **fishy** 109:22 **fit** 55:8 66:4 |
| **features** 21:24 22:4 33:6 | 96:23 **filling** 29:3 | **firearms** 14:22 15:19,21,23 | **fits** 84:14 **fitted** 66:16,17 |
| 38:23 39:6,18 49:25 63:18 | **fin** 23:14 24:6 54:16 71:14 | 24:24 27:11 30:5 31:20,21 | **fitting** 66:13 67:2 |
| 72:14 79:21 92:8,24 93:16 | **finally** 18:22 **finance** 7:5,6,9 | 32:7,9 34:17 35:19,25 36:6 | **five** 10:6 62:2 90:24 120:22 |
| 95:3 **federal** 14:22 | **financial** 7:12 7:18 8:3,8,11 | 36:11,16 37:7 37:11 46:10 | 122:19 125:21 |
| 34:15 52:20 | 8:17 11:3,7,12 | 52:21,23 53:23 | |

**fix** 40:16,19
**fixed** 23:17
  54:25 57:20,25
  58:13 60:16
  63:14 66:16
  68:19 69:14
  118:4
**fixing** 60:21
**flash** 73:3,4,11
  74:6 77:6,10
  78:7,9,13 79:3
  82:11 108:9
**flashlights**
  85:11
**flatter** 73:23
**flip** 40:2 42:4
**florida** 125:22
**fluet** 2:2
**folks** 11:2
  34:24
**follow** 109:12
  118:11
**following** 18:12
**follows** 3:6
**forbid** 74:19
  87:7,15
**force** 70:3
**forces** 51:10,15
**foreign** 129:21
  129:22 130:4
**forget** 5:2 19:8
**forgive** 87:18
**form** 36:21
  38:25 74:16
  120:10 138:14

138:20
**format** 20:17
**formats** 77:2
**formed** 35:23
**forth** 147:8
**forum** 48:2
**forums** 115:6,9
  115:10
**forward** 24:3
  55:7 64:4
  91:12
**found** 29:16
**foundation**
  36:25 37:5
  99:5,17,23
**four** 16:18
  37:13 62:14
  79:18
**frame** 131:25
**framers** 44:22
  130:2
**framing** 44:9
**francesca** 2:12
  142:11
**franchise** 8:11
  8:22,23 10:4
  10:16 11:17
**frankly** 92:25
**free** 54:6,12
  128:25 129:19
  129:20 132:25
  139:8
**freely** 139:3
**freezing** 132:14

**french** 126:8
**friction** 59:14
**friendly** 26:10
  50:3
**friends** 47:16
**front** 73:15
  84:25
**full** 18:10 112:7
**fully** 65:15,17
  65:18 108:10
**fun** 102:21
**fundamental**
  38:3,5
**funds** 12:11
**further** 37:23
  50:10 84:10
  94:24 103:6
  118:23 142:4
  145:12,16
  147:12

**g**

**g** 1:7 2:20
  122:6
**gain** 105:24
  138:19
**gained** 29:23
**garret** 126:9
**gary** 112:3
**gas** 63:25 73:9
  73:20 78:18
**gases** 75:2
**gearing** 8:6
**general** 2:17
  3:18 23:3
  72:23 108:25

112:22
**generally** 19:23
  28:25 32:16
  64:9 67:14
  73:7 80:14
  117:14
**gertz** 112:4
  113:9
**getting** 8:6 31:6
  67:12
**gimmick**
  105:19
**give** 4:3 30:12
  75:17 77:6
  120:19
**given** 128:21
  147:10
**gives** 59:6
  95:14
**go** 6:3,9,20
  19:7 26:17
  28:18 31:13
  33:20 36:2
  42:10,22,24
  44:4 52:9 53:3
  53:14 57:10
  59:17 60:7
  70:3 73:24
  74:21 113:14
  114:11 119:14
  121:6 122:8
  124:6 125:9
  130:21 132:23
  141:21

**goals** 11:3
**god** 74:19 87:7
  87:15 128:21
**goes** 42:4 64:3
  81:20 83:20
**going** 12:24
  26:11 35:21
  40:15 46:9
  48:6 50:13
  57:17 59:12,16
  68:21,23,25
  71:19 73:14,16
  75:8,14 78:15
  81:9 82:12,13
  82:14 86:22
  87:18,24
  102:20 104:15
  109:2 111:14
  118:10 121:22
  124:7 139:17
**gonna** 33:21
**good** 17:11,13
  34:24 88:3
  102:2 114:11
  120:24 142:10
**google** 52:11
**gotcha** 128:5
**gotten** 111:9
**government**
  95:22,25 96:8
  128:22 129:11
  129:15 130:5
  130:10,11,14
  130:21,24
  131:7,23

132:12,15
  134:23,25
  135:4
**government's**
  132:18 133:5
  134:6
**grabbing** 66:24
**graduate** 7:5
**grant** 19:9
  28:17
**graphic** 99:10
**great** 51:21
**greater** 100:22
**gregory** 125:17
**grew** 5:20
  10:17
**grip** 23:12,14
  23:15,23 24:3
  24:4,6 39:24
  50:4 51:25
  54:17,19,19
  56:13 63:19
  68:20,20 70:20
  70:22 71:5,11
  71:14,18,25
  79:12 84:21,24
  94:23 95:9
  102:2 118:16
**grips** 72:12
**grocery** 86:22
  119:19
**grooves** 70:2
**grounds** 123:21
**group** 8:18
  47:25 51:15

58:22 63:24
**groups** 51:10
**grow** 5:19
  125:21
**grows** 130:5
**guard** 50:8,11
  50:13,15 52:5
  85:9,15
**guardrails**
  139:20,25
**guards** 22:16
**guess** 9:23 23:6
  49:20 55:22
  74:16 80:9
  81:6 134:21
  135:2
**gun** 23:17,25
  25:6,10,17
  26:9 28:12,20
  28:23 33:19
  34:18 37:21
  39:3,22,25
  40:2,3,10,15,16
  40:19 50:5
  52:19,21 53:2
  53:3,7,13,14,16
  54:7,18 55:6
  56:22 57:17
  58:2,11,20,23
  58:25 59:20
  61:2,8 63:9,12
  63:23 64:15,22
  65:14 66:4,13
  68:19 69:8,16
  70:2 72:6,7,24

73:24 75:21
  77:11,13 78:14
  81:22 82:13
  90:13 94:8,12
  96:5 98:2,12
  98:15 100:9,10
  101:12,17,22
  102:2,13,15
  103:8,18,25
  104:10 105:2
  105:10 112:14
  112:23,23
  118:17 119:18
  119:22 120:3
  120:10,12
  125:20,25
  138:4
**gunpowder**
  77:10 83:19
**guns** 15:25
  16:3 34:18
  52:22 60:9
  75:9,15 77:22
  79:20 85:6
  97:19 104:14
  105:7 106:3
  125:24 128:19
  139:21
**gunsmith** 14:25
  40:16 57:10
  59:17
**guy** 87:6
  109:12,13
**guys** 45:17

**[half - impart]** Page 15

| h | | | |
|---|---|---|---|

**half**  7:4 119:5
**hand**  22:16
  24:3 50:7,10
  50:13,15 52:4
  54:17 55:10
  68:22 71:24
  72:2,6 85:9,15
  121:22 138:14
  147:17
**handgun**  26:12
  34:19 76:2,4
  81:18
**handing**  36:13
**handle**  59:6
**handled**  132:14
**handling**  28:24
**hands**  117:16
**hannah**  125:25
**happen**  10:3
**happened**  78:4
  87:8 109:16,21
  111:4 119:8
**happening**
  103:3
**happens**  40:14
  77:21
**happy**  77:12
**hard**  59:14
**harder**  43:13
  82:14
**hartford**  6:10
**head**  34:7
  62:10,25
  112:18

**health**  14:13
  120:7
**hearing**  74:23
  76:24
**heavy**  41:14
**hedge**  12:11
**held**  89:19 90:7
  90:19
**helicopters**
  45:3
**hellfire**  45:7
**help**  11:2,2
**helps**  73:22,25
**hereinbefore**
  147:8
**hereunto**
  147:16
**hero**  126:8
**hesitate**  20:9
**hider**  73:3,4
**high**  6:20,21
  18:15 51:4
**higher**  81:18
  104:14,15
**highest**  6:17
**highly**  17:11
**hill**  3:12
**hindering**
  132:24
**hinge**  40:2 55:7
**history**  6:15
**hitting**  61:25
**hoard**  103:8
**hold**  27:10
  71:13,15 85:10

**holding**  71:19
  72:7
**hollow**  63:23
**home**  19:22
  21:15 24:8
  40:6 61:21
  62:2,15 65:25
  74:21 81:4,17
  86:16 88:24
  103:14 104:7
  125:22 137:4
  143:17,19,23
**homeowner**
  126:10
**homeowner's**
  126:3
**homes**  33:22
**honestly**  31:4
**honor**  28:9,15
**hope**  25:12,13
**hopefully**  17:19
**hotel**  109:14
**hour**  27:21
  29:16
**hours**  29:6
**house**  86:6
**huge**  41:12
  73:14 78:19
**huh**  41:5
  110:13,17
  123:17 129:4
**hunt**  114:23
  115:8
**husband**  66:24

**hyperlink**
  36:22
**hypothetical**
  134:13 137:4
**hypothetically**
  53:11

| i | | | |
|---|---|---|---|

**idea**  110:5,9
  119:23
**ideal**  40:5 81:4
  83:5
**identification**
  48:23 121:13
**identify**  67:23
  112:19 113:5
**iheart**  107:10
**ii**  69:6 143:13
**illegal**  14:7
  86:18
**illness**  14:10
  119:17
**illuminating**
  77:10
**illumination**
  50:12
**imagine**  35:9
  43:17 49:18
  90:13
**immigration**
  138:20
**impacting**
  85:20
**impair**  74:23
**impart**  82:6

imparted  81:19
implementati...
  112:14
import  124:25
  125:5
important
  32:20
imprison  132:7
improvement
  26:8 29:12
inappropriate
  134:5
inch  75:16
inches  83:9
incident  67:5
  110:25
incidents  68:7
  126:23
include  5:5,7
  5:10
including  13:12
  38:9 43:22
  56:6
incorporated
  99:5
index  146:2,8
indicate  49:21
indicated  108:9
indicating
  71:16 111:11
individuals
  88:20
information
  7:11 35:16
  36:20 52:25

119:11
infringe  128:22
  129:3
infringed
  128:20 137:21
  140:4
infringement
  140:11,19
  141:3,8,13,17
inherent
  105:22
initial  4:24
  33:24 79:2
initially  25:25
  76:12
inside  74:25
  82:13 88:24
instagram
  47:11,13
instance  74:20
  117:23
instances
  113:24 143:20
  144:9,14,18
institute  7:6,9
instructor
  125:25
instructors
  26:9
intend  30:21
  49:23
intended  39:8,9
  39:10 44:22
  69:23 94:17,19
  95:2 143:3

intending
  101:5
intentions  88:2
interacts
  134:18
interchangable
  80:21
intercontinen...
  45:9
interest  105:18
interested  35:2
  147:15
international
  83:14
interrogatories
  5:5 122:7
  123:3 144:10
  146:12
interrogatory
  122:19 123:2
  123:12 144:6
interview  19:12
  27:3
interviews
  43:17
intruder
  125:22
intruders  62:3
  62:15
invasion  137:4
invasions  61:21
invented  95:19
inventor  95:18
investigated
  13:6

investment
  11:5,11
involved  31:6
  37:10 62:20
irrelevant
  131:8
irvington  6:21
issuance  26:12
issue  51:20
  55:19 59:2
  60:15 69:6
issued  30:11
issues  119:12
  120:7
italian  6:15
item  136:3
items  4:20,23
  74:17 126:11
  136:9
iteration  84:11

## j

j  1:3 2:5 3:1,2
  4:1 5:1 6:1 7:1
  8:1 9:1 10:1
  11:1 12:1 13:1
  14:1 15:1 16:1
  17:1 18:1 19:1
  20:1 21:1 22:1
  23:1 24:1 25:1
  26:1 27:1 28:1
  29:1 30:1 31:1
  32:1 33:1 34:1
  35:1 36:1 37:1
  38:1 39:1 40:1
  41:1 42:1 43:1

**[j - know]**

| | | **k** | 35:17 37:25 |
|---|---|---|---|
| 44:1 45:1 46:1 | 132:1 133:1 | | 38:18 39:7,12 |
| 47:1 48:1 49:1 | 134:1 135:1 | **keep**  42:9 73:22 | 40:13,15,20 |
| 50:1 51:1 52:1 | 136:1 137:1 | 86:12 101:23 | 42:13 43:10,14 |
| 53:1 54:1 55:1 | 138:1 139:1 | 111:13 129:2 | 44:11 49:14 |
| 56:1 57:1 58:1 | 140:1 141:1 | 137:20 138:25 | 50:11 51:9,14 |
| 59:1 60:1 61:1 | 142:1 143:1 | 139:5 | 51:17 52:5,11 |
| 62:1 63:1 64:1 | 144:1 145:1 | **keeping**  47:14 | 53:16 54:21 |
| 65:1 66:1 67:1 | **jam**  40:23 | **keeps**  56:21 | 55:8,10 57:14 |
| 68:1 69:1 70:1 | 58:14,18 60:14 | 74:4 | 57:19 58:19 |
| 71:1 72:1 73:1 | **james**  1:7,19 | **kick**  82:13 | 59:3,13,16 |
| 74:1 75:1 76:1 | 2:18,20,25 | **kill**  125:22 | 60:6,12,20,25 |
| 77:1 78:1 79:1 | 3:11,16,19 | 139:9 | 61:3,6,22,23,23 |
| 80:1 81:1 82:1 | 48:14 91:19 | **kills**  126:3 | 61:24 62:2,9 |
| 83:1 84:1 85:1 | 122:6 145:19 | **kind**  9:15 17:3 | 62:14,19 63:2 |
| 86:1 87:1 88:1 | 148:21 | 22:15 24:4 | 63:25 64:5 |
| 89:1 90:1 91:1 | **jamming**  60:21 | 57:21 61:20 | 65:8,16 66:2 |
| 92:1 93:1 94:1 | **january**  18:11 | 73:16,20 83:13 | 66:24,25 67:7 |
| 95:1 96:1 97:1 | 18:20,23,25 | 105:3,23 | 67:9,10,22,25 |
| 98:1 99:1 | **jersey**  12:3 | 140:21 144:21 | 68:11,12,18 |
| 100:1 101:1 | 79:18 | **kinds**  16:8 75:9 | 69:24 70:4,8 |
| 102:1 103:1 | **job**  12:13,18,19 | **kit**  57:5 | 71:3,12,22 |
| 104:1 105:1 | 87:9 | **kleck**  112:3 | 72:2,15 73:20 |
| 106:1 107:1 | **joining**  10:14 | 113:8 | 74:2,13,16,20 |
| 108:1 109:1 | 11:13 | **kmk**  1:5 | 75:5 76:5,23 |
| 110:1 111:1 | **jones**  10:17 | **knocked**  27:23 | 76:24 77:2,4,8 |
| 112:1 113:1 | 12:7 | **know**  8:3 10:3 | 77:16,21 78:12 |
| 114:1 115:1 | **judge**  19:7,12 | 11:2,10 17:8,9 | 78:17 79:6,9 |
| 116:1 117:1 | 19:14 | 17:20 18:6,13 | 79:24 80:16,17 |
| 118:1 119:1 | **judges**  19:9 | 18:21,24 19:25 | 80:20,20,22,23 |
| 120:1 121:1 | **justifiable** | 20:18,19 23:7 | 81:16,20 82:16 |
| 122:1 123:1 | 126:6 | 23:19 24:15,18 | 83:9,11,15,16 |
| 124:1 125:1 | **justified**  29:2 | 27:23 28:11 | 83:25 84:7 |
| 126:1 127:1 | 136:15,17 | 30:18,19 31:12 | 85:6,18,19 |
| 128:1 129:1 | 137:16 | 32:2,18,19 | 86:7 87:16 |
| 130:1 131:1 | | 33:15 34:18 | |

88:3,6,17,18,18
88:19,21,22,23
89:3,7,14,18
90:3,9,16
92:22 93:2,16
95:17,18,23
96:5,6,7,8,10
96:25 97:3,9
97:20 98:2
99:13,13,16
103:4,11
105:20,24
108:20 109:24
110:2,3,21,22
110:24,25
112:22,23
113:15,25
114:11,23
115:19,23
116:11,14,16
116:17,22
117:7 118:9,11
119:2,21 120:2
120:3,7,9,11,12
120:15 124:23
126:22 127:21
128:13,16,20
130:12,15,18
131:23 132:12
134:12,12,14
134:18 135:13
136:18,18
137:10,24
138:6,6,20
139:9 140:5,7

140:21 142:21
143:18,20
144:7,7
**knowledge**
13:5 57:3
97:18 111:3
113:2 114:19
115:11,15
127:13,18
**known** 22:24
**knows** 87:25
123:15 128:4
**kopel** 113:20
114:4 124:9
**kopel's** 114:7
**kraut** 36:6 37:3

**l**

**l** 2:12 49:5,21
51:16 54:2
65:3 75:13,20
89:15
**labels** 38:16
**lack** 60:20
105:23
**lane** 1:3 91:22
**lane's** 48:10
**lapsed** 18:16
**large** 80:15,17
80:19 81:10,13
**larger** 8:23
68:4 81:22,23
82:5,10
**las** 107:6 109:8
110:7

**laser** 50:11
**lastly** 72:20
128:17 140:3
**law** 2:7 13:6
15:24 22:17
23:13 33:18
38:2 50:19
74:21 79:23
89:19,23
115:25 116:7
118:10,11
126:25 134:17
136:21 139:7
140:10
**lawful** 84:16
102:16 114:18
**lawrence** 50:22
**laws** 23:9 28:25
31:5 37:21,24
112:23 132:7,9
137:11 139:10
139:11,13,14
140:18 141:2,5
141:8,10
**lawsuit** 15:4,7
32:25 34:15
35:3 106:3,16
106:22 131:2
**lay** 103:9
**league** 17:3
**leagues** 18:14
**left** 9:13 10:20
69:15 121:2
**legal** 4:14,15
5:3 15:11

34:24 44:3
86:22 100:23
106:6 127:25
128:3,7 135:12
**legally** 7:19
20:5 120:4,5
**legislation**
136:7
**legislature**
131:9
**legitimate**
139:16
**length** 22:15
55:2,8 64:13
64:18 65:16
68:24 69:16
75:10
**lengthier**
126:14
**leone** 125:25
**letitia** 2:18
**letter** 19:6
**letting** 135:22
**level** 6:17 70:9
116:20 132:6
**levels** 130:22
**liability** 87:17
**liberty** 1:11
2:21
**license** 14:22
14:25 27:16,18
27:20 28:4,7
28:15,17,20,22
30:7,16,25
31:7,15 139:8

licensees  52:21
licenses  14:16
  27:7,11,12
  28:10 31:18,19
licensing  141:2
  141:5
life  82:5 104:8
  135:13,14
  137:2,5
light  78:23,23
liked  34:20
  37:18
likely  8:13 43:3
  78:25 81:15
  82:6 86:4
  105:5 125:19
limitations
  93:18
limited  60:24
  69:8
limiting  140:5
limits  133:12
line  146:3,9
  148:3
link  36:18
linkedin  9:12
  47:11,18,23
  67:15
list  18:15 123:5
  123:9,13 124:2
  125:9,10
  144:13 145:4,5
listed  34:4
  93:21 144:6

litigation  3:20
little  5:18 32:17
  37:22 55:7
  60:4 68:16
  73:6,17 75:3
  84:18 91:16
  94:24 103:6
  118:23 129:6
  142:25 143:2
live  10:18 56:9
  88:4 137:7,7
lived  104:2
livestock  88:8
living  131:22
llc  9:16,18,20
  11:14
llp  9:16
lmt  49:5,11
  50:21 51:16
  54:2 55:5 63:5
  63:13 65:3
  75:13,20 78:13
  89:15 142:16
load  40:2,9,10
  60:11
loaded  64:12
local  53:2,6,13
  53:14,16
location  79:8
lock  40:14 86:6
locked  59:10,20
  71:22 86:19
logged  119:16
long  9:2 29:5
  34:18 37:10

64:15 69:17
  70:14 74:3
  80:22 142:11
  142:23
longer  68:21
  72:17,18
loo  126:6
look  9:12 18:6
  31:4 88:3 92:3
  96:4 98:25
  100:3 109:23
  114:10 121:19
  126:18 132:11
  145:13
looked  52:16
  109:20
looking  5:2
  34:23 35:13,15
  44:8 88:18
  96:9 100:16,17
  103:9,21
  104:13 131:12
  137:23
loosely  99:18
  119:6
lose  66:18 83:3
  83:4 136:22
  137:4
losing  85:18
lot  9:8 44:25
  61:2 110:3
loud  75:20
louder  75:14,25
louis  49:14
  50:23

loved  84:15
  86:3 135:13
low  78:23
lower  58:8 85:7
lug  50:16

## m

m  3:2 41:23,25
  42:2,7 43:16
  43:20 49:17
  84:7,9,10,12
  143:10
m&p  21:18
  22:22,24 23:2
  23:3 39:16
m16  116:8
machine  49:15
  50:22 100:9,10
  101:17 102:12
  102:15 103:8
  103:25 104:10
  104:14 105:2,7
  105:10
made  23:8
  30:23 40:7
  47:14 51:13
  104:25
mag  59:20
magazine
  21:25 22:4
  33:6 39:17,21
  39:22 40:8,12
  40:14,18,23,24
  56:15,16,17,18
  56:18,20 57:2
  57:5,9,12,13,14

57:16,18,21,25
58:2,7,9,10,13
58:13,23 59:4
59:5,10,23
60:16,17 63:4
63:10,14,14
72:16 108:4
118:3,5,5
**magazines**
  38:22 59:8
  60:3 61:8
  118:13
**mail** 35:17
**mailed** 128:14
**mails** 47:5
**main** 70:23
  76:23 85:22
**maintain** 139:3
**major** 6:13,15
  68:3
**make** 11:3
  20:22 21:16
  22:20 25:25
  39:6 56:24
  65:9,23 68:14
  71:5 76:25
  83:5 106:25
  111:11 118:16
  136:17
**makes** 9:8 21:2
  38:24 49:13
  52:3 59:23
  71:9 75:2
  77:15 88:16

**making** 51:3
  58:8 85:18
**male** 137:25
**malfunction**
  40:11
**malfunctions**
  60:21
**man** 126:6
**manage** 47:23
**management**
  11:6,11
**mandates**
  132:8
**manner** 103:10
**manufactured**
  140:9
**manufacturer**
  22:14 39:10
  143:4
**maria** 1:23
  48:8 120:19
  147:4,21
**mark** 1:3 80:16
  91:24 112:3
  128:11,14
**marked** 48:20
  48:21 91:14,19
  121:12,23
**marketing**
  38:12
**marketplace**
  52:19
**marking** 91:15
**marriage**
  147:14

**married** 55:23
**marry** 106:24
**mars** 49:5,16
  49:18 51:16
  54:2 55:5 63:6
  63:13 65:3
  75:13,20 78:13
  81:24 86:2
  89:15 103:18
  104:21 105:12
  117:10 142:16
  142:16
**mart** 139:24
**martine** 2:10
**mass** 81:18,19
  116:19,23
  117:3,8,12,17
  117:23 118:4
  118:16,19,25
  119:4 144:24
  145:8,10
**master** 17:20
**match** 17:18
**matches** 17:8
  20:16,18 21:15
**material**
  104:25
**matter** 85:25
  133:15 137:3
  147:15
**matters** 131:9
**maximum** 66:5
  77:4
**mean** 7:3 22:8
  33:8,12 38:14

44:6,14,14,25
61:15 80:13
101:14 109:11
129:24 132:11
134:16 135:6
139:8,12 140:4
143:24 144:5
**means** 4:2 16:5
  44:8 54:24
  80:6,8 81:15
  83:8 88:19
  138:25
**meant** 129:20
  130:3
**measurement**
  83:12
**measuring**
  83:15
**mechanism**
  85:14
**mechanisms**
  131:20 132:3
**media** 35:11
  47:5,7,9,21
  108:20
**medium** 77:12
**meet** 19:8
  31:14 90:4
  116:17 126:23
**meeting** 19:2
  19:11
**meets** 117:2
**member** 9:21
  9:24 37:15
  135:14

**members** 9:20
42:13 43:14
46:22
**membership**
99:20
**mental** 14:10
14:13 119:12
119:16 120:6
**mentally**
138:11
**mentioned** 30:6
32:13 36:16
49:5 58:14
63:17 64:14
70:19 79:25
85:4 127:23
128:6
**met** 120:13
**metal** 57:15
59:13,14 73:7
**mettham** 2:24
**michael** 12:10
**middle** 111:6
**milestones**
140:22
**militaries** 84:4
**military** 12:22
42:14 43:15
44:23,25 45:2
45:6,9 95:13
95:19 96:3,11
137:25 143:8
143:11,14
**militia** 44:8,10
128:24 129:8

**miller** 11:16
125:24
**millimeter** 80:4
**millimeters**
83:15
**million** 125:21
**millions** 33:9
96:17
**mind** 129:5
**minor** 6:16
**minute** 90:24
120:23 141:24
145:13
**minutes** 121:2
139:24 144:13
**miriame** 1:6
2:9 142:12
**misbranding**
101:16
**misdemeanor**
13:12
**misnomer**
101:16
**missiles** 45:7,10
**mitigates** 73:11
**mitigation** 77:9
**model** 20:22
21:17 22:21
23:7 57:7
84:14
**modern** 41:16
125:12
**modifications**
65:9

**modified**
107:17 120:9
**modify** 100:21
**mon** 125:22
**monica** 125:23
**monolithic**
50:7,18 52:4
85:3,12,21
**month** 14:3
**months** 19:2,5
26:6 35:7
62:13
**moral** 134:14
**morality**
134:18
**morning** 91:22
**mosques**
132:24
**mossberg**
20:24
**mother** 8:10,20
9:19 62:13
**motion** 5:8,11
48:15 146:10
**mount** 50:9,10
50:11 85:11
**mountain** 2:12
120:21 121:4
142:9,11
145:11 146:6
**move** 48:4
50:13 93:24
96:14 120:16
**movement**
103:11

**moving** 111:17
139:19
**muffler** 75:2
**muffling** 76:19
**multiple** 61:22
**muzzle** 23:11
39:24 56:14
63:19 72:20,21
72:22,25 73:22
74:2,10 76:17
79:12 84:22
94:23 95:9
118:15

**n**

**n** 2:1
**name** 3:9,16
5:3 9:6,22 19:8
22:20 35:17
47:13,19,20
49:13 67:9
68:10 78:2
142:11
**names** 34:4
53:20
**nancy** 126:6
**narrative**
107:24 108:22
109:7,17,25
110:7,21,24
**nation** 96:17
**national** 99:4
99:16,23
**nationally** 17:7
28:25

**nato** 49:9 80:4 83:7,13,21,22 84:4 105:3,8
**naturally** 65:20 73:17,24
**nature** 130:6
**nearby** 30:17
**nearly** 125:21
**necessarily** 88:10 143:24
**necessary** 63:5 65:2 66:22 76:21 84:16 128:25 129:18 139:22
**need** 4:3 25:6 25:10 39:25 42:21 60:23 61:11,14 62:4 63:10 69:11 70:9 72:3,16 82:9 86:9 103:4,13 120:22 121:4 139:20 140:23 141:15 145:13
**needed** 26:13 43:10 61:3,6 62:23 74:19 88:12
**needs** 7:25 77:12 84:15
**neighbor** 104:4 126:7

**neighbor's** 104:22
**neither** 40:4
**never** 59:20 61:17 90:14
**new** 1:1,7,8,11 1:11,25 2:11 2:16,22,22 3:5 3:13 5:21 12:3 12:3 14:25 21:21 22:17 23:6,8,13 26:7 27:20,21 28:8 28:12,15,17 29:9,16,22,25 30:3,24 31:18 32:10 33:18 34:24 38:10,15 38:20 39:2,13 39:20 40:5 50:19 53:9,22 53:23,24 54:8 56:24 58:4,5 59:3 60:24 67:25 68:3 71:18 72:13 74:15 78:14 79:18,20 87:22 88:7 89:15 90:8,19 92:9 94:3,8,12 96:4 106:10,11 108:18,19 114:21,24 115:20,22,25

116:12 117:13 119:16 120:6 126:24 130:11 130:18,19 135:17 136:8 136:11,14 147:5
**news** 66:23 67:6,12,14,18 108:18
**nfa** 136:3,6,9
**nicholas** 2:5
**nick** 36:14
**nics** 119:13
**night** 73:13
**nine** 35:7
**non** 17:7 59:3
**noncitizen** 138:16
**noncitizens** 138:17
**nonresident** 28:16
**north** 83:22
**notary** 1:23 3:4 145:22 147:4 148:25
**notches** 64:11
**note** 124:5
**noted** 145:17
**notice** 1:21
**november** 18:24 29:14
**nssf** 124:13,24 125:4,11,12,13

125:15
**number** 18:4 33:25 35:17 97:18 122:19
**numerous** 61:3
**nut** 50:17

**o**

**oath** 3:24 15:14 131:15
**object** 35:21 131:4
**objected** 133:20
**objecting** 123:20,21
**objection** 35:20 43:7 44:2 55:17 106:5 118:18 123:6 130:25 133:7 133:10
**objections** 90:25 122:6 131:5
**obtain** 7:22 18:5 31:15 65:9 119:18
**obtained** 119:10
**obtaining** 7:3
**ocala** 125:24
**october** 28:3
**offenses** 138:10
**offered** 27:22 32:19

**office** 2:17 3:17
10:18 18:5
31:15
**officer** 8:18
**official** 1:7
107:23 108:22
109:7 142:12
**oh** 9:7 49:14
**okay** 91:23
100:7 102:6
111:25 113:18
114:14 122:24
124:4 131:11
133:21 134:2
135:10 144:23
**old** 47:16 126:4
140:20
**once** 27:24 42:9
57:8,12 100:12
100:19 101:8
**ones** 38:22
53:18 55:15
68:4 84:6,15
86:3 125:10
126:14
**online** 31:10
48:2 51:8 52:7
52:8,16
**onsite** 32:7
**open** 39:25
40:2 59:12
133:2
**operate** 42:3
63:9

**operating** 8:18
**opinion** 98:23
134:11
**opportunity**
59:7 79:13
**opposed** 65:16
**opposition** 38:2
48:15 130:3
**opt** 40:8 43:11
**optic** 50:10
85:17
**option** 42:7,23
42:25
**order** 13:20
63:11 76:20
**orders** 132:8,10
**organization**
9:16 27:20
29:15,24 30:2
37:19 83:23
**organizations**
31:25 32:6
67:21 99:19,21
132:5
**organized** 17:8
**oriented** 32:5
**origin** 143:2
**original** 95:6
95:13 106:15
**originally** 41:3
99:11 143:7
**oswego** 126:2,7
**outcome**
147:15

**outright** 136:9
**outside** 4:15
6:24 7:19
28:11 46:12
60:14 64:18
66:23 86:16
114:24 115:9
137:10
**overkill** 103:2,6
**overlap** 29:8
**oversaw** 12:2
**overturn** 93:20
**own** 8:11,11
15:18 16:6
24:10 32:21
33:2,3 38:3,5
40:5 49:10
51:11 54:9,14
55:12,23 65:10
77:14 100:24
128:19 138:10
138:13
**owned** 33:14
34:25 90:5
96:17 125:15
**owner** 125:23
**ownership**
34:19 98:2,12
98:16
**owns** 55:21

**p**

**p** 2:1,1 3:2,2
16:23
**p.m.** 1:13 45:21
45:22 91:5,6

121:8,10 142:2
142:3 145:17
**page** 48:17
122:19 146:3,9
148:3
**paid** 10:10
**paige** 12:10
**paperwork**
26:5
**paradigmatic**
94:2
**paragraph**
49:5 84:13
92:3,4,6 93:24
96:14 99:2
111:18,20
112:2 113:14
**paragraphs**
100:4 114:10
**part** 35:3 57:16
65:3 76:6
85:10 92:15
112:8 134:23
137:18
**participation**
125:14
**particular**
25:14 49:24
51:19
**particularly**
21:3
**parties** 11:8
147:13
**partner** 7:7

**parts** 22:13
33:4 64:24
92:19 109:3
**party** 15:9
68:12
**pass** 142:6
**passed** 26:7
**passing** 29:14
**past** 34:9,21
62:7 67:8
79:17 95:5
96:20 99:7
**patently** 94:21
**path** 8:5
**pattern** 21:22
22:9 49:20
89:24
**patterned** 49:8
**patterns**
115:11,13,15
**pelican** 126:9
**penal** 15:24
115:25
**penetrate**
81:16
**penetration**
104:16
**pennsylvania**
27:13 30:6,16
30:19 31:2,7
31:19 119:15
119:25
**people** 33:22
38:4 44:13,15
61:3,14,16

62:20 66:24
67:15 77:22
88:5,14,17
89:19 90:7
101:21 103:8
103:12,17
106:3,17,20,21
106:23,24
108:15 114:23
115:7 127:10
129:2 132:7,14
132:23 137:20
137:22,24
138:9,9,12,22
139:9 140:24
143:18
**peoples** 38:2
**perceived**
105:24
**percent** 10:6
81:25
**period** 44:10
**periods** 108:4
141:16
**permit** 17:14
17:24 18:11
19:10 25:21,24
26:3,15,19
28:14
**permits** 55:24
**permitted**
22:17
**person** 25:19
66:13 82:4
118:10 119:9

**personal** 19:22
97:17 114:19
115:11,15
127:13,18
**personally**
24:24 77:20
89:11 90:9
**pertain** 92:24
**perusing** 100:5
111:23 113:16
114:12 122:22
**philosophical**
134:15
**philosophy**
134:19
**phone** 35:17
**phonetic** 19:16
**phrase** 129:9
**pick** 53:3
**picked** 68:4
**picture** 62:18
**piece** 50:9 52:5
58:11 64:8,20
136:6
**pin** 39:21 40:2
57:21 58:3
**pinnacle** 2:3
**pinned** 60:3
63:14 118:5
**pinning** 56:25
**pins** 59:17
**pistol** 16:24
17:14,24 18:10
19:9,19 20:17
23:12,23 25:21

26:24 27:5,7
27:21 30:22
32:4 39:23
50:4 51:25
54:19,19 56:13
63:19 70:19,22
71:5,11,25
72:5,12 76:2
79:12 84:21
87:2,10 94:23
95:8 118:15
**pistols** 16:9,15
16:22 17:16
56:3 92:20
93:3,19
**pitch** 96:7
**place** 1:21 11:4
56:10 59:13
140:2
**placed** 93:18
**places** 19:25
132:22,25
141:7,10
**plains** 2:11
53:23
**plaintiff** 1:19
3:3 15:3 34:15
**plaintiff's**
122:5
**plaintiffs** 1:4
2:3 35:14,15
**plan** 8:3 11:4,9
**planning** 7:25
8:11 11:7,12

**plastic** 57:15
64:8,20
**platform** 22:11
41:20,21 56:20
94:2,14,15
**platforms**
50:15
**play** 65:12
78:10 127:3
**played** 68:8
**playing** 18:14
**plays** 70:22
**please** 3:10
124:19
**pocket** 55:10
**point** 26:16
34:17,22 70:24
80:21 85:19
95:5 96:20
97:2 99:7
108:7 116:10
124:23 134:23
135:15
**pole** 55:9 64:14
64:18
**police** 1:8 3:19
13:14,17 86:7
86:8 87:25
126:9
**policy** 34:17
35:19,25 36:6
36:11,17 37:8
37:11 46:10
112:24

**poll** 125:20
**polls** 97:21,23
97:25 98:4,10
**popular** 96:16
**population**
129:10
**port** 60:8
**portion** 28:23
**portions** 93:7
**positioned**
104:5
**positive** 19:18
34:6 50:24
**possess** 39:6
54:5 74:16
**possessed**
33:15 114:17
**possesses** 89:15
132:15
**possessing**
37:25
**possession**
136:9 139:13
140:6,11
**possible** 65:16
69:20
**post** 12:19
34:23 35:10
36:16 48:2
52:22 68:2,3
108:19,19
125:20 143:13
**posted** 47:4
**posts** 115:6,10

**potential** 58:14
60:14
**power** 82:6
83:3 130:4
**powers** 131:23
132:2
**practical** 17:5
85:25
**practice** 10:21
44:16
**pre** 90:10,17
**precise** 43:11
**precision**
104:17,19
105:24
**predominantly**
32:7
**prefer** 58:12
118:20 119:2
**pregnant**
125:21
**preparing**
124:23
**prerequisites**
26:11
**prerogative**
107:4
**press** 71:2
82:10 101:8
102:4
**pressure** 73:9
83:19
**pretty** 17:13
60:13

**prevail** 106:2
106:16,22
**prevalent**
41:11
**previous** 9:13
**previously**
10:22 48:25
54:14 55:16
91:14
**primarily**
19:21 37:7
**primary** 16:24
66:13 81:6
**prior** 10:13
11:13,21 12:5
12:8 26:6
27:19 34:10,19
35:7 84:20
90:5,6 96:23
126:20
**priority** 18:15
**private** 12:11
45:12 116:12
**privilege** 93:13
**privileged**
35:22
**probably** 5:25
17:14 18:18,19
21:18 28:2
30:13 35:6,12
37:13 40:18
42:22 59:16
60:13 75:5
80:16 82:17
85:22 96:22

98:12 99:9,10
112:10 120:25
124:21
**proceeding**
15:11
**process** 7:2
18:3 26:23,24
26:25 99:14
**product** 123:7
123:10,14,22
**production**
124:24 125:4
125:16
**professional**
7:12 14:19
**professionally**
6:2
**proficient**
32:20
**prohibit** 37:24
38:20
**prohibited**
50:19 114:21
**prohibiting**
139:13 140:5
**prohibition**
124:10 128:8
**prohibitions**
76:9
**projectile** 16:4
**prolonged**
108:4
**prone** 21:6
**proper** 104:24
137:5

**proprietor** 10:8
**prosecuting**
137:9
**protect** 61:14
144:19
**protected** 76:8
**protects** 125:23
**protrude** 23:16
**provide** 52:25
**provided** 15:13
**psychologica...**
87:5
**public** 1:23 3:4
19:24 89:4
145:23 147:4
148:25
**publications**
68:3,5
**publicker** 2:24
**published**
127:10
**publishers**
67:20
**publishing**
127:5,6
**pull** 42:5,6,8
59:5 64:11
100:11,18
**pulled** 143:25
144:2
**pump** 20:24
21:5
**pun** 47:17
**purchase** 10:4
49:23 52:24

53:5,6,8,12,15
102:15 105:11
139:2 140:6
142:15
**purchased**
140:9
**pure** 139:17
**purpose** 41:2
102:18 103:7
**purposes** 84:17
114:18 115:17
**pursuant** 1:21
**push** 55:7
56:18
**pushing** 101:9
**put** 11:3,9
51:19,24 57:6
64:21 72:4,24
101:4 123:13
**putting** 99:14

**q**

**quality** 51:4
**question** 4:4
17:10 20:21
21:8 36:4,24
78:7 82:20
93:4,12 94:10
106:16 109:2
110:15 115:2
117:9 123:9
126:17 131:14
133:19,24
134:3 135:2
144:20,21

**questions** 12:25
45:24 76:16
122:16 133:13
142:5
**quick** 45:18,24
90:24 102:7,8
114:9 141:23
**quicker** 74:5
**quickly** 40:20
61:8 65:21
70:8 100:4
111:20 122:20
**quiet** 77:5
**quieter** 75:3
**quietest** 77:16
**quote** 93:16

**r**

**r** 2:1 3:2,2
11:16 49:18
**radio** 107:10
**rancher** 88:6
**range** 33:20
77:2 79:18
102:20
**rate** 102:9,10
**rated** 17:12,19
**rates** 104:15
**rather** 118:12
**rational** 124:9
**reach** 54:20
69:7 70:7
**reaching** 69:2
**reacted** 132:12
**read** 43:18 51:7
61:18,19 62:7

62:11 67:8,18
96:19 98:7,10
100:4 111:19
112:6,8,20
113:15,22
122:20 124:8
124:11,16
125:10 126:11
144:15
**reading** 44:21
**ready** 44:17
86:19
**real** 12:16
47:15 111:2
**reality** 11:3
**really** 8:2 11:10
36:13 55:9
59:11 64:23
74:23 77:5
102:10
**realtor** 47:14
**reapply** 54:21
**rear** 40:2 63:23
**reason** 4:6
58:16,19 76:23
107:19 122:14
**reasonable**
140:17
**recall** 52:18
125:3,7
**receiver** 40:3
50:7,8,16 52:4
52:6 58:8 85:3
85:7,8,12,21

**receiving** 50:19
**recent** 125:16
**recess** 45:20
91:4 121:8
141:25
**reciprocity**
28:9,18 31:5
**recognize**
48:11 91:7
121:25
**recoil** 74:2
81:13 82:11
101:22
**record** 3:10
121:6,7,12
124:5 133:22
147:10
**recruiter** 12:9
**redaction**
134:9
**refer** 126:21
129:11
**reference** 80:10
99:3 112:11
113:19
**referenced**
113:25
**references**
33:24 112:3
**referred** 74:13
**referring** 56:25
67:12 97:24
98:22 132:4
**refers** 24:18

**regard** 8:4
93:15
**regarding**
32:15 36:25
**regional** 68:4
**regular** 59:3
**regulated**
44:14 74:17
128:24 129:8
**regulation**
129:12,15
131:3
**reinvestigation**
109:12
**related** 27:11
147:12
**relating** 37:3
**relationship**
35:24 41:22
**relationships**
12:2
**relative** 79:9
**relatively** 40:19
**release** 40:11
56:19 57:5
100:13
**released** 124:22
**releases** 125:15
**relevance**
133:8,9
**relevant** 98:17
133:14,25
**reliability**
52:12 59:19

**reliable** 21:4
**relief** 76:6,12
**reload** 59:24
61:8
**reloading** 60:2
108:8
**reloads** 64:6
**remain** 101:11
**remember** 5:4
19:14 52:13
96:21 97:11
99:8 109:22
**remove** 57:17
**rents** 79:19
**repeat** 57:23
**rephrase** 36:4
127:16
**report** 120:6
125:12,13
126:10
**reported** 108:5
119:11,12
**reporter**
110:16
**reports** 98:11
**represent** 3:18
91:21 142:12
**representation**
51:5
**represented**
36:5
**reputation** 51:3
51:21
**require** 28:13

| | | | |
|---|---|---|---|
| **required** 7:20 7:23 27:21 | **retailers** 52:16 52:18 | 87:14,20,23 88:24 89:4,9 | 143:13 145:12 |
| **requirements** 27:24 28:21 | **retention** 56:21 | 90:5,10 94:13 | **rights** 38:3 128:23 130:2 |
| **research** 52:8 52:10 115:3 | **retire** 8:13 | 94:16 101:5 104:21 107:16 | 138:5,10,13,18 |
| **reservation** 4:9 | **retract** 110:20 | 117:10,13,24 | **ringing** 75:4 |
| **residence** 104:3 | **review** 46:6 122:11,25 | 119:10 125:12 | **rise** 74:2 |
| **residential** 12:16 | **reviewed** 4:17 99:12 | **rifles** 16:10,19 21:8,13 24:10 | **risk** 55:11 85:14 88:11 |
| **residing** 6:2 89:14 | **reviews** 51:7 | 33:3,21 35:2 38:21 39:13 | **rocah** 1:6 2:9 142:12 |
| **resist** 133:5 134:24 135:3 | **revoked** 14:16 | 51:15 56:2 57:19,24 66:25 | **role** 70:21 78:9 127:3 |
| **resistance** 136:14 137:15 | **revolver** 76:2 | 72:11,12 73:2 | **roles** 42:16 |
| **resort** 136:19 | **reward** 88:11 | 75:16 84:4 | **room** 44:11 65:17 74:22 |
| **respect** 104:4,7 | **rides** 63:24 | 89:19,24 90:4 90:17 92:12,16 | 86:12 109:14 |
| **response** 23:8 122:20,25 | **rifle** 21:15,17 21:20,22 22:3 | 92:24 93:25 94:8 96:15 | **rotate** 85:13 |
| 132:18 133:5 144:7 | 22:9,11 23:20 24:5,6,7,11,19 | 114:16,20 136:4 | **rotsko** 2:5 15:22 35:20 |
| **responses** 4:25 122:5 123:12 | 24:20 25:23 26:2,14,19 | **right** 10:4 17:14 19:17,18 | 36:8 43:7 44:2 45:19 55:17 |
| **rest** 83:11 | 30:22 32:3 38:16 39:4,5 | 21:11 30:7 32:22 36:7 | 90:25 106:5 108:23 109:4,9 |
| **restraining** 13:20 | 39:20 40:17 41:3,8,13 42:4 | 38:5 39:14 56:19 60:8 | 110:14 111:8 118:18 123:6 |
| **results** 26:7 98:12 | 49:6,7,8,24 51:16,19 53:5 | 68:20,22 72:5 81:6 82:2 87:9 | 123:11,17,20 124:3,17 |
| **resumed** 45:22 91:6 121:9 | 53:8 54:2,3,3,5 54:13,14,16,25 | 94:8 98:10,25 113:6 128:19 | 130:25 133:7 133:11,20 |
| 142:2 | 56:24 63:6,13 65:3 71:6,23 | 128:21 129:2,3 129:14 135:12 | 135:5,10 |
| **retailer** 124:13 125:11 | 78:13 79:3,4 80:2,15,23 | 135:23 137:19 139:20 141:20 | **roughly** 21:12 |
| | 81:3,8,14,24 82:22 84:14 | | **round** 40:9 41:11 58:23 |
| | 86:2 87:6,8,13 | | 64:2,4,5 73:10 74:5 80:17,22 |

81:18,18,22
82:8,17,18
83:4,20 105:4
108:3 118:12
118:13
**rounds** 58:21
59:8 60:25
61:2,12 62:4
62:23 63:11
72:17,19 75:11
81:11,23 83:25
84:3 105:8
**rubinstein** 2:23
**rule** 106:12
133:11 140:20
**rules** 79:19
133:12 137:11
139:22
**run** 46:11 53:4
85:16
**running** 84:7
**runs** 9:21 64:2
**rural** 88:7

**s**

**s** 2:1 3:2,2,2
49:18
**safe** 21:24 35:4
65:15 84:23
86:13 90:6
112:25 116:9
116:14 125:8
137:11
**safer** 71:9,10
86:5 88:17

**safety** 23:24,25
28:24 30:5
31:13 32:9
42:3,3 54:20
63:18 69:5,6
70:25 71:2,4
71:22,24 72:4
125:18
**sake** 139:19
**salary** 10:10,11
**sale** 33:15
52:22 139:15
140:6
**santa** 125:23
**sat** 19:4
**sauer** 16:23
**saw** 99:9
**saying** 19:7
**scare** 88:5,14
**scary** 110:4
**scenario** 40:21
61:6,10,15,20
65:13 67:5
69:10 79:7
81:17 104:20
134:13
**schedule** 32:19
**scheduled** 26:4
**school** 6:20,21
**schools** 6:25
**scope** 7:19
**scrambling**
26:10
**screw** 57:6

**screws** 85:9
**sears** 1:19 3:1
3:11,14 4:1 5:1
5:17 6:1 7:1
8:1,18 9:1,6,7
10:1 11:1,13
12:1,21 13:1
14:1 15:1,18
16:1 17:1 18:1
19:1 20:1 21:1
22:1 23:1 24:1
25:1 26:1 27:1
28:1 29:1 30:1
31:1 32:1,25
33:1 34:1 35:1
35:23 36:1
37:1 38:1 39:1
40:1 41:1 42:1
43:1 44:1 45:1
45:23 46:1
47:1,24 48:1
48:14 49:1,2
50:1 51:1 52:1
53:1 54:1 55:1
55:18 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1

87:1 88:1 89:1
90:1 91:1,7
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1
100:1 101:1
102:1 103:1
104:1 105:1
106:1 107:1
108:1 109:1
110:1 111:1
112:1 113:1
114:1 115:1
116:1 117:1
118:1 119:1
120:1 121:1,15
122:1 123:1
124:1 125:1
126:1 127:1
128:1 129:1
130:1 131:1
132:1 133:1
134:1 135:1
136:1 137:1
138:1 139:1
140:1 141:1
142:1 143:1
144:1 145:1,19
148:21
**second** 36:25
37:4 44:7
58:24 69:19
74:5,7 76:8
128:18 134:23
135:22 137:18

137:19 138:5
139:18 140:13
**secondary**  9:24
**section**  98:13
**security**  128:25
129:18
**see**  24:23 33:21
62:12 64:22
66:24 70:7
92:4,12 99:2
106:20 108:17
112:2 113:19
121:23 131:8
131:10 132:13
133:25 141:14
**seek**  27:17
30:15 52:7
104:6
**seeking**  76:7,12
93:6,20 117:3
117:11
**seen**  51:12
57:22 90:14
95:6 97:21
99:6 101:18
107:25 108:13
112:10,12
113:24 115:6
117:21 125:19
**select**  42:2,7
**self**  24:8,12,24
28:25 32:15
33:15 59:20
60:16 61:9
65:12,22 66:8

66:12,22 68:9
68:15 73:12
74:20 76:21
77:19,23 78:10
78:22 81:24
82:16,21
102:22 104:20
129:25 135:12
135:16 144:11
**sell**  53:9 58:10
63:15
**semiautomatic**
22:3,11 25:23
26:2,14,18
27:7 38:16,21
39:4,5,13,20
42:4,14,25
43:12,16 73:2
92:12 93:3
100:18,21
101:12 102:3,5
106:23,25
107:16 114:16
114:20 117:22
**sense**  9:8 21:5
21:23 24:14
30:23 137:9,12
**sensitive**  141:7
141:10
**sent**  47:5
**separate**  26:24
29:10 56:5
86:20
**september**  28:3

**series**  74:25
**served**  12:22
**services**  11:24
133:3
**set**  9:18,25
18:24 69:22
120:16 122:6
140:22 147:8
147:16
**seven**  5:25 12:2
**several**  55:21
55:22 63:3
64:11 79:17
126:19,21
**share**  55:6
67:15
**sheer**  33:25
**sheet**  148:2
**shell**  80:23
**sheriff's**  31:14
**shock**  79:2
**shoot**  16:25
17:6 55:4 61:6
65:22 70:11
72:10,11,12,13
73:20,21,25
75:3 81:9
102:8,21
104:22 105:21
115:8
**shooter**  34:14
117:12,23
118:4,17,25
**shooters**
117:17 118:19

**shooting**  16:24
17:5,16 19:21
20:14,18 21:14
21:15 30:22
32:15 33:20
34:18 61:5
73:13 74:4
75:17 99:4,19
99:23 107:6
109:8 110:8
117:4 119:4
125:14 126:5
145:8
**shootings**  99:17
116:19,23
144:24
**shoots**  126:3,5
**shop**  33:19
**short**  29:13
45:20 64:15
91:4 121:8
136:3 141:25
**shortened**
65:18
**shorter**  70:12
70:14
**shortest**  65:16
**shot**  61:25 75:8
81:17 90:15
119:19
**shotgun**  20:16
20:22,25 21:5
32:3 38:17
81:18

**shotguns** 16:9
16:17 20:12,13
38:21 56:3
92:20,25 93:18
136:4
**shots** 43:11
**shoulder** 55:10
68:19,23
101:23
**show** 48:6
**sic** 9:3,5
**side** 45:11
56:19 60:8
70:9 71:22
77:7 91:2
**sideways** 73:21
78:19
**sig** 16:23
**sights** 64:22
70:7 82:15
**signature** 48:16
77:8 108:9
122:9 147:20
**signatures**
108:9
**signing** 122:12
123:2
**silencer** 74:14
**similar** 13:20
20:17 51:23
76:15 79:19
89:16 97:21,25
135:11
**similarly** 79:4
113:14 115:14

**simple** 41:20
128:20
**simplistic**
22:11
**sir** 16:6 124:11
**sit** 29:25 86:4
**site** 36:23 52:15
**sites** 47:9 52:13
**sitting** 62:21
68:6 77:24
131:22
**situation** 25:6
25:10,15 58:15
62:5,16,22
66:20 68:9,16
77:18,25 78:4
78:24 89:8
103:16,24
104:7 144:3
**six** 19:5 29:7
35:6
**size** 23:22
64:19 66:3
70:4 81:14
83:17
**skeet** 20:15
**sketches** 95:6
**skimmed** 96:25
126:15
**slide** 54:24 55:7
**slightly** 13:2
26:17 32:23
83:18
**small** 74:22
80:3,12,15

81:2,14
**smaller** 41:17
68:3 70:4
80:23,23,24
82:8,22
**smith** 128:12
128:15
**social** 35:11
47:4,7,9,21
108:19
**socially** 14:2
87:5
**society** 137:7
139:19 140:22
**softer** 75:15,25
**sold** 57:20,22
57:24 140:9
**sole** 10:8
**solely** 9:22
**solid** 66:15
**solutions** 60:2
**somebody**
110:12,19
**son** 126:3,4
**sorry** 9:7 50:22
57:23 63:5
74:7 80:7 84:8
84:12 135:7
142:21
**sort** 39:3 58:3
114:21 117:10
**sound** 74:22
75:18 76:19
77:15 79:4
82:12 108:8

**sounds** 19:17
19:18
**source** 112:19
**sources** 67:18
108:18
**southern** 1:1
**spare** 76:20,24
**speak** 46:2,13
95:17 116:20
121:16
**speaking** 3:22
131:5
**special** 51:10
51:14
**specialized**
12:11
**specific** 4:23
8:5 31:20,21
32:3,3 50:25
51:6 52:14
62:16 67:4,17
68:7,7 77:25
78:4 89:7 98:9
132:9 143:20
144:9
**specify** 4:22
**spectrum** 77:7
80:25
**speculation**
43:8 118:19
**speed** 60:9
100:22 102:9
102:10 105:25
**spend** 51:24

**[spent - style]** Page 32

| | | | |
|---|---|---|---|
| **spent** 100:13 | **standpoint** | **statute** 15:24 | **stoner** 22:10 |
| **split** 40:18 | 59:19 | 22:5 93:7 | 39:11 41:4 |
| **spoke** 142:25 | **stands** 49:17,19 | **stay** 47:16 | **stood** 69:16 |
| 143:2 | 74:22 | **steadier** 74:4 | **stop** 33:19 62:3 |
| **spoken** 97:6,14 | **star** 125:24 | **steals** 87:16 | 82:7 126:2 |
| 113:8,11 114:3 | **start** 6:5 9:11 | **steel** 20:19 | **stops** 126:7 |
| 114:6 127:22 | 9:14 27:16 | **step** 17:22 | **storage** 28:24 |
| 128:5,11 | 76:18 130:13 | 137:10 | 65:14 66:8,11 |
| **sport** 21:18 | 130:20 | **steven** 1:7 2:20 | **store** 65:19 |
| 22:22,24 23:3 | **started** 9:13 | 3:18 122:6 | 86:23 94:12 |
| 125:14 | **state** 1:8,25 | **stick** 61:9 | 119:20 120:3 |
| **sporting** 20:16 | 2:16 3:5,9,19 | **sticker** 91:16 | 125:23 |
| 99:19 125:12 | 14:25 22:17 | **stock** 23:15,18 | **stores** 94:8 |
| **sports** 18:14 | 23:13 26:7 | 23:20 24:4 | **stories** 62:12 |
| 99:4,17,23 | 28:8,20 30:3 | 39:24 51:25 | **street** 1:11 2:21 |
| **sportswear** | 31:18 32:10 | 54:19,23,25 | **strikes** 111:5 |
| 53:22 | 44:12 54:6,12 | 56:13 63:19,21 | **strips** 64:4 |
| **spouse's** 66:25 | 67:10 68:11 | 64:8,17,19 | **struck** 93:8 |
| **spring** 30:14 | 128:25 129:19 | 65:2,7,11,12,23 | **struggling** |
| 56:21 57:7,8 | 130:12 135:17 | 66:7,16,21 | 72:15 |
| 63:25 64:3,12 | 136:8,11,15 | 68:8,14,19 | **stuck** 59:8,13 |
| **springfield** | 147:5 | 69:11,12,18,21 | **students** 29:18 |
| 63:5 | **statement** | 84:21 94:22 | **studies** 6:16 |
| **spur** 23:15 | 129:20 | 95:11 101:2,4 | 126:14 |
| **stability** 71:3 | **states** 1:1 17:4 | 101:16,20,25 | **study** 6:14 |
| 71:17 | 28:9,13,15,17 | 105:14,23 | 112:3,6,7,9 |
| **stages** 72:18 | 33:10 62:19 | 107:2,17 108:2 | 113:2,19,22 |
| **stake** 10:7 | 98:16 124:25 | 108:11 109:15 | 114:7 |
| **stand** 49:11 | 125:5 | 118:15 | **stuff** 109:14 |
| **standard** 79:24 | **statistical** | **stock's** 69:8 | 145:14 |
| 83:16 108:3 | 115:11,13 | **stocks** 50:5 | **stumbled** |
| **standardized** | 116:21 | 65:4 106:4,9 | 127:16 |
| 83:24 | **statistics** 98:13 | 106:11,18,21 | **style** 34:25 84:7 |
| **standing** 34:25 | **status** 138:19 | 110:4 | 94:2,7,9,13 |
| 44:19,20 | | | |

**subject** 13:19
14:18
**submit** 26:18
26:18 29:15
**submits** 96:10
**submitted** 19:4
26:5 33:24
35:16
**submitting**
29:3 31:8
**subparagraph**
92:11 93:22
**subscribed**
145:20 148:23
**substance**
14:13 45:25
46:3 121:16
**sue** 34:12
**suit** 34:11 35:7
**suite** 2:4
**suited** 21:3
**summarize**
109:5 124:19
**summer** 35:8
**superintendent**
1:8 3:19 142:6
**suppliers** 96:7
**support** 22:12
24:3 70:24
**suppressed**
77:22
**suppresses**
77:15
**suppression**
42:21

**suppressive**
103:10
**suppressor**
74:6,12,18,24
76:6,18,21
77:14,19 78:8
78:9,13
**suppressors**
76:8 77:5
136:4
**sure** 5:20 7:2
21:21 24:17
31:4,11 34:16
37:12 38:10
41:10 43:4
45:19 53:21
54:11,16 63:2
63:22 68:18
69:13 72:22
75:10 78:5
84:6 85:19
90:20 91:3
93:11 106:14
107:3,11
111:12,21
113:4 116:24
118:6 122:21
128:4 131:16
131:19 134:20
138:8 142:17
143:6,22 144:5
**survey** 33:23
34:3,8 96:18
96:19 97:10,15
99:3 124:14

125:12,18
**surveys** 99:4,6
**susan** 19:15
**suspect** 126:5
**suspended**
14:16
**suzanna** 2:24
**sworn** 3:4
145:20 147:8
148:23
**synagogues**
132:24
**system** 17:17
64:2 119:13
120:7 140:8

**t**

**t** 3:2
**tact** 32:23
**take** 17:22
29:20,21 32:22
40:16 45:18
55:6 59:18
61:25 69:17
70:16 75:18
90:23 92:2
98:25 100:3
110:20 114:9
120:18 141:23
**taken** 1:21 6:23
29:18 31:13
45:21 91:5
121:9 138:10
138:13 142:2
**takes** 55:9
63:25

**talk** 56:12 67:6
70:21 72:23
83:6,12 129:7
138:4
**talked** 46:9,25
68:13
**talking** 67:24
81:7 93:15
107:8 110:22
110:25 129:25
133:15
**talks** 92:11
**tallahassee**
126:10
**tame** 73:25
**target** 20:14
21:14 115:8
**targeting** 74:4
**targets** 20:20
61:7
**tax** 7:25
**team** 4:14,15
46:5 99:15
127:25 128:3,7
**telescope** 23:20
69:9
**telescoping**
50:5 54:23
56:13 63:18,20
64:17 65:2,4,7
65:11,12 66:7
66:21 68:8,14
69:12,18,21
84:21 94:22
95:10 118:15

| | | | |
|---|---|---|---|
| **tell** 5:17 16:8 | **theirs** 52:2 | 131:19,21 | **threats** 25:15 |
| 27:14 30:10 | **theory** 73:8 | 132:15,17,22 | 129:22,24 |
| 49:12 60:4 | **thing** 18:17,20 | 133:4 134:4 | **three** 9:9 10:14 |
| 62:19,22 68:16 | 26:3 38:12 | 135:17 136:12 | 11:14 14:6 |
| 84:18 86:7 | 67:7 83:10 | 137:13 138:8 | 16:18 37:13 |
| 112:15 125:9 | 85:22 99:9 | 138:15,17 | 62:14 63:17 |
| 128:21 | **things** 18:13 | 139:19,21,22 | 73:7 79:17 |
| **telling** 132:25 | 22:16 43:18 | 139:23,25 | 122:19 126:3 |
| **ten** 16:16 60:25 | 90:17 98:6,10 | 140:16,20,21 | 139:24 |
| 60:25 61:7,11 | 110:3 112:11 | 140:23 141:2,7 | **thumb** 23:14 |
| 61:13,16 62:4 | 120:8 133:2 | 141:12,16,20 | **ties** 131:10 |
| 62:23 72:18 | 134:17,24 | 141:22 144:6 | **time** 1:23 14:4 |
| 103:16 121:2 | 139:9 140:23 | **thinking** 25:16 | 29:17 41:12 |
| **tens** 33:9 | **think** 5:15 9:11 | 62:17 67:5 | 44:10,20 70:17 |
| **term** 24:15 | 21:5 23:24 | 76:14 | 99:11 108:4,15 |
| 38:12 54:12 | 29:7 32:20 | **third** 11:8 | 120:24 124:21 |
| 72:23 110:21 | 38:11 39:2 | **thompson** 2:25 | 125:8,20 |
| 129:13 139:5 | 49:19 50:4 | 3:8,16 16:2 | 129:14 130:7 |
| **terms** 44:8 76:5 | 57:10 58:6,7 | 36:3 45:17 | 136:13,16 |
| 135:24,25 | 60:9 66:11,12 | 48:8,19 90:23 | 137:14 143:14 |
| 136:2,3 | 67:17 68:6 | 91:24 109:6 | 145:17 |
| **testified** 3:6 | 76:13 80:14 | 110:18 111:4 | **timeline** 29:13 |
| **testify** 4:7 | 83:24 87:4 | 111:13 120:25 | **times** 14:2 68:2 |
| **testimony** 4:13 | 88:10 93:17 | 123:8,15,18,24 | 79:17 108:19 |
| 4:18 15:13 | 94:18 95:4 | 124:4 131:4 | **timing** 143:12 |
| 45:21 46:4 | 96:24 98:9 | 133:9,17,21 | **tipper** 1:19 |
| 91:5 101:19 | 101:21 103:7 | 135:8 141:23 | 3:11 145:19 |
| 103:22 121:9 | 103:13 105:18 | 142:4 146:4 | 148:21 |
| 121:17 141:20 | 105:22 109:16 | **threads** 23:10 | **today** 3:22 4:7 |
| 142:2 146:2 | 109:17 110:6 | 24:2 | 4:13,19 20:10 |
| 147:10 | 115:18 116:6 | **threat** 25:14 | 62:21 68:6 |
| **texas** 54:6 | 116:25 117:15 | **threatened** | 77:24 94:12 |
| 126:8 | 118:11 120:25 | 135:15 | 127:23 128:6 |
| **thank** 3:14,21 | 122:15 123:8 | **threatening** | **together** 9:14 |
| 45:23 | 130:9,18,23 | 82:5 | 11:9 99:14 |

123:13
**told** 18:9,19
  19:2
**took** 29:9 30:3
**tool** 87:8,10
  88:11 137:5
**tools** 49:15
  50:22 136:21
**top** 5:14 34:6
  58:22 62:9,25
  64:20 71:21
  82:15 112:17
**topic** 98:17
**total** 16:14
**totals** 56:4
**toting** 87:6
**touch** 47:16
**touches** 140:10
**towards** 8:6
**town** 10:17
**tracks** 99:20
**trade** 82:9
  83:22 132:25
**traditional**
  54:18 71:23
  85:6
**train** 102:7
  105:20 139:4
**trained** 31:24
  44:14 60:12
  129:10
**training** 7:24
  31:16,20 32:8
  32:10

**transcript**
  147:9
**transfer** 53:2
**transportation**
  86:19
**trap** 20:15
**travel** 28:19
  73:10
**treated** 14:9,12
**treatment**
  134:7
**treaty** 84:5
**triangle** 64:9
**tried** 18:4
**trigger** 42:5,6,8
  42:10 69:3
  71:2 82:10
  100:12,14,19
  101:8,10,24
  102:4,8 143:24
  143:25
**trinity** 6:10
**triple** 82:17
**true** 38:24 39:3
  59:22 94:7
  147:9
**truth** 127:15,19
**truthful** 4:3
**truthfully** 4:7
**try** 18:11 36:4
  59:7 77:11
**trying** 24:14
  58:25 134:21
  136:20

**tube** 23:21
  63:22,24 64:10
**turns** 101:17
**tv** 108:20
**two** 6:25 9:20
  12:17 26:6
  31:17 39:12
  43:11 53:18
  58:21,24 59:8
  59:8 62:8,14
  70:5 74:10
  76:25 81:11
  121:11 141:24
**type** 28:13
  34:20,23 50:16
  51:19 76:3
  94:3 103:11
  143:4 144:20
**types** 20:14
  22:14 31:16
  39:12 40:4
  115:16
**typical** 84:3
**typically** 73:2
**tyrannical**
  130:5,10,19,24
  131:7,20,24
  132:3,4,19
  135:2,4,18
  136:11 137:8
**tyranny** 129:21
  130:3 131:22
  134:9,25
**tysons** 2:4

| **u** |
| --- |

**u.s.** 83:10
  125:14 138:2,3
**uh** 41:5 110:13
  110:17 123:17
  129:4
**unable** 69:15
**unaware**
  106:12
**unburnt** 77:10
**uncomfortable**
  55:3
**unconstitutio...**
  37:21 43:20
  76:10
**under** 3:24
  15:14,24 16:2
  21:24 22:17
  28:20 50:19
  61:16,24 69:19
  93:22 126:24
  131:15,22
  138:22 139:17
**understand**
  3:23 4:2 115:2
**understanding**
  31:3 41:8
  100:8 119:7
  128:18 129:8
  129:19 138:24
  140:3
**understood**
  24:16
**uniforms** 96:6

**[unit - walls]** Page 36

| | | | |
|---|---|---|---|
| **unit** 104:5 | 86:2 89:23 | 125:25 126:23 | 54:9 65:18 |
| **united** 1:1 17:4 | 95:13,20,23 | **using** 15:23 | 88:22 143:10 |
| 98:16 124:25 | 102:2,18,22 | 110:21 115:7 | **versus** 43:12 |
| 125:5 | 103:18 114:20 | 133:4 134:4,8 | 71:19,25 83:10 |
| **university** 7:6,7 | 115:12,20,25 | **uspsa** 17:4,18 | 83:16 |
| **unobserved** | 116:12 117:14 | **utah** 27:13,16 | **vertical** 84:24 |
| 109:15 | 118:20 139:6 | 27:17,22 28:7 | **videos** 107:25 |
| **unquote** 93:16 | 143:3,3,8,11,14 | 28:20,22 29:18 | 108:12,13,14 |
| **untrained** | 143:18 | 29:21 30:24 | 108:17 |
| 117:16,18 | **used** 16:4 22:13 | 31:18 32:10 | **view** 139:15 |
| **upload** 31:12 | 24:23 33:14 | **utility** 88:11 | 140:18 |
| 31:12 | 41:13 44:9 | **v** | **violate** 116:8 |
| **upper** 50:7,8 | 59:4 76:3 | | **violations** |
| 50:16,18 52:4 | 77:18 80:10 | **vacation** 28:18 | 13:12 |
| 52:6 85:3,7,12 | 84:3 88:23 | **valid** 140:21 | **violence** 117:8 |
| 85:21 | 89:4,8 94:17 | **value** 104:19 | 136:23 |
| **upsetting** 137:6 | 94:19,20,22 | **valve** 73:6 | **violent** 61:21 |
| **use** 14:7 16:22 | 95:3 97:12 | **variant** 142:18 | 138:7 139:21 |
| 19:19 20:13,22 | 107:12 109:15 | 142:24 143:17 | **virginia** 2:4 |
| 21:13,17 22:21 | 114:17,24 | 143:21 144:24 | **volume** 75:7 |
| 24:7,12 25:6 | 115:4,16,17 | **variation** 39:21 | 104:6,18,19 |
| 25:10 33:4,7 | 116:19,23 | 40:8 51:23 | **w** |
| 33:10,13,18,25 | 117:8 120:13 | 85:23 | |
| 39:7,15 41:20 | 129:14 135:3 | **variety** 17:6 | **waiting** 141:16 |
| 42:14 43:15 | 143:17,23 | 20:19 21:16 | **wal** 139:24 |
| 44:23 47:15 | 144:2,8,11,19 | 22:12 31:25 | **walk** 18:2 |
| 51:10,11,15,15 | 144:24 145:8 | **various** 20:14 | 34:13 41:7 |
| 53:17 54:4,15 | 145:10 | 52:16,20 99:20 | 87:22 139:23 |
| 59:20 66:2,4 | **useful** 117:3,12 | 109:3 | 139:24 |
| 66:18 68:15 | 117:23 118:4 | **vegas** 107:6 | **wall** 81:20 |
| 71:23 72:3,3 | 118:16 | 109:8 110:7 | 104:8,11 |
| 75:23 77:22 | **user** 95:15 | **velocity** 83:4 | 132:13 |
| 79:13,24 81:7 | **user's** 23:22 | **vermont** 79:22 | **wallace** 125:17 |
| 81:11 83:25 | **uses** 101:22 | **version** 23:2,4 | **wallet** 30:11 |
| 84:16 85:24 | 112:14 125:22 | 23:5 24:21 | **walls** 104:25 |
| | | 39:14 41:24 | |

**[want - wrap]** Page 37

want 25:16
45:17 53:20
61:7 63:10
71:15 74:18
77:14 80:2
81:2,11 83:11
87:13,14,20
90:23 103:17
104:22 110:3
121:3 122:20
138:4,7 141:21
wanted 41:15
70:12 111:11
wanting 142:15
wants 73:24
war 42:17
130:8 143:13
warn 12:25
warranted 29:2
135:16
washington
68:2 108:19
125:20
water 71:12,13
watered 38:25
way 9:24 39:8
39:19 44:21
45:11 50:14
53:12 54:17
56:23 58:7,20
60:11 63:9
71:20 72:9
74:21 82:20
86:10 93:2,5
94:11,16,18,21

95:7 115:21
135:15,20
147:14
ways 57:4
64:23 115:16
136:10
weapon 16:4
38:5,7,15,19,24
41:16 44:23
66:2 68:15
70:24 72:3
80:3 84:7 85:2
86:21 92:9
95:7 100:11,16
100:17,18,21
102:3 105:12
106:25 107:12
108:10 116:18
118:16 120:14
124:10 126:24
139:6 140:8
145:8,9
weaponry
44:16
weapons 32:21
33:10,17 37:25
38:3,9,11 45:2
51:4,11 55:13
55:18,22 56:4
84:2 90:7
93:17 104:18
104:18 106:17
106:23 114:22
115:8,12,19,24
128:7,9 135:24

136:2 140:24
wearing 119:9
website 36:19
weekend 17:18
weld 64:21
went 5:21 6:7
6:21 18:3 19:3
34:13 52:14,15
111:10 119:19
144:13
westchester 1:7
2:7 5:20,22,25
6:22 17:14,23
25:21,23 27:6
28:4 30:4 32:8
137:8,16 142:7
142:14
whereof 147:16
whim 18:18
white 2:11
53:22
wide 22:12
widely 95:23
wife 46:23 55:3
55:12 56:9
66:3,18 68:25
128:4
wife's 55:18
56:4 79:23
william 96:18
97:3 125:18,19
win 106:8
wise 26:14
wish 103:18

wishfully 76:14
wisniewski
36:7,10
witness 91:3
98:19 100:5
101:19 107:15
111:6,23
113:16 114:12
122:22 133:18
147:7,11,16
witness's 148:2
wobbly 72:7
words 10:24
44:9 136:20
work 7:4,10,24
8:10 11:19,20
20:7 28:19
34:20 36:14
123:6,10,13,22
worked 5:22
9:2
working 10:20
11:7
works 58:21
125:17
world 34:18
45:11 83:11
137:4 143:13
worried 104:10
worry 85:17
worrying 50:13
worship 132:23
worth 137:6
wrap 23:14
54:17

**write** 123:5
**writing** 127:6
 129:14 132:13
**wrong** 21:10
 69:21
**wrote** 123:9,16
 123:19,25
 127:10

### x

**x** 1:2,10

### y

**yeah** 21:12
 36:22 44:10
 45:5 67:22
 82:2 88:8
 89:22 90:22
 102:11 105:5
 105:13 107:21
 114:24 115:23
 116:4 130:7
 138:14 144:12
 145:9
**year** 17:15,15
 17:16 18:12,24
 28:3 62:8 67:8
 77:22 97:2
 119:5 126:4
 140:20
**years** 5:23 6:2
 9:10 10:14
 11:14 12:17
 18:4,16 37:14
 79:18 96:23
 109:21 111:2

**york** 1:1,7,8,11
 1:11,25 2:11
 2:16,22,22 3:5
 3:13 5:21 12:3
 14:25 21:21
 22:17 23:6,8
 23:13 26:7
 27:20,21 28:8
 28:12,17 29:9
 29:16,22,25
 30:3,24 31:18
 32:10 33:18
 34:24 38:10,15
 38:20 39:2,13
 39:20 40:5
 50:19 53:9,23
 53:24 54:8
 56:24 58:4,5
 59:3 60:24
 68:2,3 71:18
 72:13 74:15
 78:14 79:20
 87:22 88:7
 89:15 90:8
 92:9 94:3,8,12
 106:11 108:18
 108:19 114:24
 115:20,22,25
 116:12 117:13
 119:16 120:6
 126:25 130:12
 130:18,19
 135:17 136:8
 136:11,14
 147:5

**york's** 28:15
 114:21
**yorkers** 90:19
 106:10
**younger** 140:24
**yup** 143:15
**yuval** 2:23

### z

**zero** 85:18
**zones** 42:17

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.