# EXHIBIT B

1      UNITED STATES DISTRICT COURT

      SOUTHERN DISTRICT OF NEW YORK

2      ---------------------------------------------X

3      J. MARK LANE, et al.,

4                  Plaintiffs,

5                              Civil Action No:

        - against -          7:22-cv-10989-KMK

6

     MIRIAME E. ROCAH, in her capacity as District

7      Attorney for the County of Westchester, New York

      and STEVEN G. JAMES, in his official capacity as

8      Acting Superintendent of the New York State Police,

9                 Defendants.

10     ---------------------------------------------X

11                28 Liberty Street

                 New York, New York

12

                 May 1, 2024

13                9:57 a.m.

14

15

16

17      DEPOSITION OF JOHN MARK LANE, s/h/a J. MARK

18

19      LANE, a Plaintiff, pursuant to Notice, taken at the

20

21      above place, date and time, before MARIA ACOCELLA,

22

23      a Notary Public within and for the State of

24

25      New York.

Page 2

1     A P P E A R A N C E S:

2

     FLUET

3          Attorneys for Plaintiffs

          1751 Pinnacle Drive

4          Suite 1000

          Tysons, Virginia 22102

5     BY:  NICHOLAS J. ROTSKO, ESQ.

6

7     WESTCHESTER COUNTY LAW DEPARTMENT

8          Attorneys for Defendant

9          MIRIAME E. ROCAH

10         148 Martine Avenue

11         White Plains, New York 10601

12    BY:  FRANCESCA L. MOUNTAIN, ESQ.

13

14

15

16    STATE OF NEW YORK

17    OFFICE OF THE ATTORNEY GENERAL

18    LETITIA JAMES

19        Attorney for Defendant

20        STEVEN G. JAMES

21        28 Liberty Street

22        New York, New York 10005

23    BY:  YUVAL RUBINSTEIN, ESQ.

24        SUZANNA PUBLICKER METTHAM, ESQ.

25        JAMES THOMPSON, ESQ.

```
                                      Page 3
 1                     J. Lane
 2   J O H N    M A R K    L A N E, a Plaintiff
 3   herein, having been first duly sworn by a
 4   Notary Public within and for the State of
 5   New York, was examined and testified as
 6   follows:
 7   EXAMINATION BY
 8   MR. RUBINSTEIN:
 9        Q.      Will you state your name and
10   address for the record, please?
11        A.      John Mark Lane, ████████████
12   Larchmont, New York ██████
13        Q.      Good morning, Mr. Lane.
14        A.      Good morning.
15        Q.      My name is Yuval Rubinstein.  I
16   am an attorney in the New York State Office
17   of the Attorney General, and I represent the
18   Defendant, Steven G. James, Acting
19   Superintendent of the New York State Police
20   in this action.
21              Mr. Lane, you have just been
22   placed under oath, just as you would in a
23   court of law, and it requires you to provide
24   truthful testimony as you would in a court of
25   law, understood?
```

```
                                    Page 4
 1                      J. Lane
 2        A.       Yes.
 3        Q.       Mr. Lane, have you been deposed
 4   before?
 5        A.       I was deposed once in one of
 6   those will contests, because I was a witness
 7   to a will.  I think the deposition took about
 8   ten minutes; and that is the only time.
 9        Q.       And approximately the year?
10        A.       That would have been in the '90s.
11        Q.       And again, if you recall, the
12   jurisdiction, the court?
13        A.       It was in New York City.  That is
14   all I remember.
15        Q.       Mr. Lane, is there any reason
16   you -- I am sorry, my apologies.
17                 I know you have been deposed once
18   before.  I will just go through a couple of
19   quick instructions.
20        A.       Sure.
21        Q.       First of all I would ask you to
22   audibleize your answers.  The court reporter
23   has difficulty picking up ums and ahs and
24   nods of the head.
25                 Certainly I will allow you to
```

```
                                                   Page 5
 1                        J. Lane
 2    finish your answers.  I would just ask you to
 3    allow me to finish my questions.  That way,
 4    we don't speak over each other, which makes
 5    it difficult for the court reporter to pick
 6    up testimony.
 7                 If you need to take a break at
 8    any time, that is fine.  I would just ask you
 9    to finish your answer, and we can certainly
10    take a break as needed.
11                 Mr. Lane, is there any reason you
12    can think of as to why you cannot truthfully
13    testify this morning?
14        A.      No.
15        Q.      Other than your attorney,
16    Mr. Rotsko, have you discussed your testimony
17    this morning with anyone else?
18        A.      No.
19        Q.      Did you review any documents in
20    preparation for this morning's deposition?
21        A.      No, I did not.
22        Q.      Just can you provide once again
23    your full name for the record?
24        A.      John Mark Lane.
25        Q.      And your date of birth?
```

```
                                          Page 6
 1                      J. Lane
 2        A.          ███████████████
 3        Q.       And I just want to go briefly
 4   through your educational history.
 5                   What is your highest level of
 6   education?
 7        A.       Juris doctorate.
 8        Q.       And from which institution?
 9        A.       New York University School of
10   Law.
11        Q.       What year did you obtain that
12   degree?
13        A.       1990.
14        Q.       And do you have a college degree?
15        A.       Yes.
16        Q.       And from what institution?
17        A.       University of North Carolina.
18        Q.       And was it a bachelor's degree?
19        A.       Bachelor's degree; majored in
20   history.
21        Q.       What year did you obtain your
22   bachelor's degree in history?
23        A.       I think it was 1982.
24        Q.       Do you have a high school
25   diploma?
```

```
                                    Page 7
 1                    J. Lane
 2        A.      I dropped out of high school.
 3        Q.      And did you obtain a GED?
 4        A.      I did, yes.
 5        Q.      And what year did you obtain your
 6   GED?
 7        A.      '76, maybe.
 8        Q.      And, if you recall, do you
 9   remember the name of the institution or
10   licensing body that provided you the -- that
11   issued the GED?
12        A.      I don't know.  It was a long time
13   ago.
14        Q.      Understood.
15                Any other educational degree or
16   certificates, Mr. Lane, that you have
17   achieved or received?
18        A.      Certificates, I completed some
19   courses online through Hillsdale College.  I
20   guess they send you certificates, if that
21   counts.
22        Q.      And do you recall how many
23   classes you took, how many online courses?
24        A.      I think I have three.
25        Q.      And do you recall what kind of
```

Page 8

```
1                          J. Lane
2    courses these were?
3         A.      One was a theology course, one
4    was a course on C.S. Lewis.  I can't remember
5    what the other one was.
6         Q.      Okay.  And you received a -- did
7    you receive a certificate?
8         A.      I guess that is what you call it,
9    some sort of thing that you can frame and
10   hang on the wall.
11        Q.      And, if you recall, do you recall
12   the year or years of these online courses?
13        A.      Within the last two years.
14        Q.      And where is Hillsdale College
15   located?
16        A.      It is in Michigan.
17        Q.      Did you ever travel to Michigan
18   for any of these glasses?
19        A.      No.  They were all done online.
20        Q.      Besides these three courses at
21   Hillsdale College, can you think of any other
22   educational certificates or courses that you
23   have taken?
24        A.      Well, I just finished two
25   semesters online through the University of
```

```
                                    Page 9
 1                   J. Lane
 2    the Cumberlands, two semester course on the
 3    old testament.
 4         Q.     And where is the University of
 5    Cumberlands located?
 6         A.     It is in Kentucky.
 7         Q.     And did you receive a certificate
 8    of completion, or something similar?
 9         A.     No.  It is a master's degree
10    program, and I have a ways to go yet.
11         Q.     So, Mr. Lane, you are currently
12    enrolled in a master's degree program?
13         A.     I am, yes.
14         Q.     What would be the master's degree
15    in?
16         A.     Theology.
17         Q.     Do you have an anticipated date
18    when you expect to complete this masters?
19         A.     No.  I am taking my time.
20         Q.     Understood.
21                Besides Hillsdale College and the
22    University of the Cumberlands, any other
23    educational courses or classes that you
24    completed that you can recall?
25         A.     My annual CLE.  That is about it.
```

Page 10

```
 1                      J. Lane
 2        Q.     Sure.  And are you currently
 3   registered -- excuse me.  Are you currently
 4   licensed to practice in the State of
 5   New York?
 6        A.     I am, yes.
 7        Q.     Are you licensed to practice in
 8   any other state decides New York?
 9        A.     Well, no, not in a State court.
10        Q.     Are you licensed in any federal
11   courts?
12        A.     Yes.
13        Q.     Which federal courts?
14        A.     Southern District of New York,
15   Eastern District of New York, Northern
16   District of New York, District of
17   Connecticut, Court of Appeals for the Second
18   Circuit.
19        Q.     Thank you.  So I guess that is a
20   good segue to asking briefly about your
21   employment history.
22               Mr. Lane, are you currently
23   employed?
24        A.     I am self-employed.
25        Q.     Self-employed, okay.
```

Page 11

```
 1                    J. Lane
 2              So do you have a solo legal
 3   practice?
 4        A.    I do, yes.
 5        Q.    And how long have you had a solo
 6   legal practice?
 7        A.    Since January 1, 2024.
 8        Q.    Oh, so recent.
 9              Where is your solo practice
10   located?
11        A.    Larchmont, New York.
12        Q.    Does your solo practice focus on
13   any particular area of law?
14        A.    Whatever people will pay me to
15   do.
16        Q.    Understood.
17              And prior to January 1, 2024,
18   were you employed?
19        A.    Yes.  I was with a law firm.
20        Q.    What was the name of the law
21   firm?
22        A.    Most recently, Lane Crowell,
23   C-R-O-W-E-L-L, LLP.
24        Q.    And this is probably an obvious
25   question:
```

Page 12

1                          J. Lane

2                    Were you the named partner in

3    this firm?

4         A.     I was a named partner.

5         Q.     And where is or was Lane Crowell

6    located?

7         A.     For most of the history of the

8    firm, it was in White Plains, New York.

9         Q.     And approximately what dates,

10   what years, were you a partner at Lane

11   Crowell?

12        A.     Since 2003, although it had

13   different names at different times.

14        Q.     Sure.  And did Lane Crowell, did

15   this firm that went by different names, did

16   you focus on any particular area of law?

17        A.     Well, each attorney in the firm

18   had their own focus, I guess you would say.

19        Q.     And, Mr. Lane, did you have a

20   particular focus in terms of area of law?

21        A.     Well, I generally have been a

22   litigation attorney.

23        Q.     Did you focus on any particular

24   areas of law in terms of litigation?

25        A.     Intellectual property, a lot of

```
                                    Page 13
 1                    J. Lane
 2    it.  Employment law.  I have long somewhat
 3    specialized in racketeering in the RICO
 4    statute, securities litigation, derivative
 5    actions, shareholder disputes.
 6         Q.    And when you were employed at
 7    Lane Crowell, did you litigate any
 8    constitutional cases?
 9         A.    I am sure there were
10    constitutional issues in cases that I
11    litigated.
12         Q.    Were there any recurring
13    constitutional issues that you can recall?
14         A.    You know, it has been a lot of
15    years.
16              No, there has never been a
17    constitutional area that I specialized in.
18         Q.    And did Lane Crowell dissolve?
19    Did the law firm dissolve at the end of 2023?
20         A.    Essentially, yes.
21              I was down -- they were down to
22    three of us, and the other two partners
23    basically retired.
24         Q.    And just for the record, what are
25    those partners' names?
```

Page 14

```
 1                    J. Lane
 2        A.      Susan Larrabee, L-A-R-R-A-B-E-E,
 3   and Thomas Crowell.
 4        Q.      Thank you.
 5                So prior to 2003, were you
 6   employed?
 7        A.      Yes.
 8        Q.      And what was the name of your
 9   employer prior to 2003?
10        A.      Shapiro & Lane, LLP.
11        Q.      And were you one of the named
12   partners in Shapiro & Lane?
13        A.      I was.
14        Q.      Approximately, if you can recall,
15   the years that you were a partner at Shapiro
16   & Lane?
17        A.      I think we formed the firm in
18   1996.
19        Q.      And when you say "we," were there
20   more than one partner that you worked with?
21        A.      I had one partner.
22        Q.      Mr. Shapiro, or Ms. Shapiro?
23        A.      Ms. Shapiro, yes.
24        Q.      What is her full name?
25        A.      Randy.
```

```
                                              Page 15

 1                    J. Lane

 2       Q.      And where was Shapiro & Lane

 3   located?

 4       A.      Well, we were in Greenwich,

 5   Connecticut, briefly, and then in Mamaroneck,

 6   New York.

 7       Q.      Did you have any associates at

 8   Shapiro & Lane?

 9       A.      Over the years, we had a few

10   people, yeah.

11       Q.      And at Shapiro & Lane, were you

12   also focused on litigation, Mr. Lane?

13       A.      Pretty much the same thing.

14       Q.      So same type of litigation as at

15   Lane Crowell, correct?

16       A.      Yes.

17       Q.      And did Shapiro & Lane dissolve

18   in 2003?

19       A.      Yes.

20       Q.      Was Ms. Shapiro still working as

21   an attorney after 2003?

22       A.      I don't know.

23               She moved to Florida.

24       Q.      Understood.

25               Prior to 1996, were you employed,
```

```
                                          Page 16
 1                       J. Lane
 2   Mr. Lane?
 3          A.      Yes.
 4          Q.      And what was the name of your
 5   employer?
 6          A.      I was at Skadden Arps for six
 7   years, I guess.
 8          Q.      In which location were you
 9   practicing at Skadden Arps?
10          A.      Manhattan.
11          Q.      And were you an associate when
12   you were at Skadden Arps?
13          A.      Yes.
14          Q.      Were you assigned to any
15   particular practice area?
16          A.      General litigation, I think they
17   called it.
18          Q.      And I know it has been many
19   years.
20                  Do you recall focusing on general
21   litigation on specific areas of law?
22          A.      A lot of securities litigation.
23          Q.      Anything else besides securities
24   that you focused on?
25          A.      Yes.  I move around a bit.
```

```
                                          Page 17
 1                         J. Lane
 2                  I worked in the antitrust group
 3     for a while.  I did labor department,
 4     intellectual property, products liability.
 5         Q.      And why did you leave Skadden
 6     Arps, I guess that would be in 1996?
 7         A.      Because I billed 4,000 hours that
 8     year.
 9         Q.      That answers my question.
10                  And was Skadden Arps your first
11     legal position --
12         A.      Yes.
13         Q.      -- out of law school?
14         A.      Well, yes.
15                  I was an intern during law
16     school.
17         Q.      And briefly, between the time of
18     your college graduation in 1982 and your
19     entry into law school, were you employed
20     during that five-year period or so?
21         A.      I spent a lot of that time living
22     on a sailboat.
23         Q.      And where was the sailboat
24     located -- strike that.
25                  Where did you sail to generally
```

```
 1                    J. Lane
 2   speaking?
 3        A.    The boat was based on Martha's
 4   Vineyard.
 5        Q.    And were you employed in any
 6   position you can recall during that time
 7   period?
 8        A.    I worked as a carpenter here and
 9   there.
10        Q.    Thank you.
11              Mr. Lane have you served in the
12   military before?
13        A.    No.
14        Q.    Have you ever been arrested,
15   Mr. Lane?
16              MR. ROTSKO:  Objection.
17              Arrests are irrelevant to the
18        legal issues in dispute in this matter
19        and immaterial to the outcome.
20              You may answer, though.
21        A.    Yes.
22        Q.    You have been arrested?
23        A.    Yes.
24        Q.    What date?
25        A.    I don't remember the date.  It
```

```
                                    Page 19
 1                      J. Lane
 2    was mid 1970s.
 3         Q.     And what was the basis for the
 4    arrest, if you recall?
 5         A.     The officer described it as --
 6    and you will have a hard time with this one,
 7    hitchhiking on the interstate.
 8                Now, if you know what I just
 9    said --
10         Q.     As long was we get it on the
11    transcript, I think that is the important
12    thing.
13                What was your understanding,
14    Mr. Lane, of what the officer said?
15         A.     I had to ask him several times.
16         Q.     Sure.
17         A.     It turned out that charge was
18    hitchhiking on the interstate.
19         Q.     And which interstate was this, if
20    you recall?
21         A.     Interstate 40.
22         Q.     Do you recall which state?
23         A.     Tennessee.
24         Q.     Understood.
25                Were you placed under arrest?
```

```
                                    Page 20
 1                    J. Lane
 2        A.      Yeah.  He put us in the car took
 3    us downtown.
 4        Q.      Do you recall the town or city in
 5    Tennessee?
 6        A.      I do.
 7        Q.      And what was that?
 8        A.      Carthage.
 9        Q.      And were you placed in the
10    prison, or the jail, excuse me?
11        A.      He took us into this building.
12                It was basically an old house.
13    There were some little old ladies watching
14    the soaps on the black and white TV.
15                And then he discovered that my
16    friend that I was traveling with was only 17,
17    and he took me aside and explained that that
18    involved a lot of unpleasant paperwork that
19    he didn't want to have to do.
20                So if it was okay with me, he
21    would just fine me $18, cash only, and my
22    buddy could split it with me, and we could
23    leave.
24        Q.      And is that what, in fact,
25    occurred?
```

```
                                        Page 21
 1                    J. Lane
 2        A.      It is.
 3        Q.      So in the end, it was correct, it
 4   was just an $18 fine?
 5        A.      Correct.
 6        Q.      Have you been arrested on any
 7   other occasion, Mr. Lane?
 8        A.      Nope.
 9        Q.      Was that arrest expunged?
10        A.      I have no idea.
11                I suspect there is no record of
12   it.
13        Q.      Understood.
14                Have you ever been investigated
15   by law enforcement, Mr. Lane?
16        A.      Not to my knowledge.
17        Q.      Have you ever had the police
18   called to a residence of yours?
19        A.      By myself, yes.
20        Q.      You have called the police?
21        A.      Yes.
22        Q.      Was it on more than one occasion?
23        A.      I can only think of one, offhand.
24        Q.      Approximately what year was that,
25   if you recall?
```

```
                                    Page 22

 1                      J. Lane

 2        A.      It was last year.

 3        Q.      And which police department did

 4   you call?

 5        A.      Town of Mamaroneck.

 6        Q.      And why did you decide to call

 7   the police in the town of Mamaroneck?

 8        A.      Because we had been burglarized.

 9        Q.      And your residence was

10   burglarized, Mr. Lane?

11        A.      Yes.

12        Q.      And were you interviewed by a

13   police officer?

14        A.      Several.

15        Q.      Did you fill out any paperwork,

16   any report?

17        A.      I don't think so.

18        Q.      Do you know whether the burglar

19   was ever apprehended by the replies?

20        A.      I don't believe they were.

21        Q.      Any other occasion you can think

22   of where you either called the police or

23   someone else called the police?

24        A.      Not that I think of.

25        Q.      Have you ever been subject to a
```

```
                                    Page 23
 1                     J. Lane
 2   restraining order?
 3        A.      No.
 4        Q.      Do you drink alcohol?
 5        A.      Yes.
 6        Q.      Approximately how often do you
 7   drink alcohol?
 8        A.      Three, four times a week.
 9        Q.      Do you use any illegal drugs?
10        A.      No.
11        Q.      Have you ever been treated for
12   mental illness?
13        A.      No.
14        Q.      Have you ever had your driver's
15   license suspended?
16        A.      No.
17                MR. ROTSKO:  Objection.
18                THE WITNESS:  Sorry.
19                MR. ROTSKO:  It is all right.  It
20        is irrelevant to the matters in the
21        claims at issue in this case,
22        immaterial.
23        Q.      Have you ever had any other
24   license suspended or revoked?
25                MR. ROTSKO:  Same objection.
```

```
 1                    J. Lane
 2      A.      No.
 3      Q.      Mr. Lane, have you ever applied
 4   for a federal firearms license?
 5      A.      I have a -- yes.
 6      Q.      Can you briefly describe what a
 7   federal firearms license is?
 8      A.      It is a license issued by the
 9   federal government that permits you to trade
10   in firearms or guns.
11      Q.      And why did you decide to apply
12   for a federal firearms license?
13      A.      At the time, I was interested in
14   historical military rifles, and it would
15   allow me to buy them without having to pay a
16   fee and go through a regular check.
17      Q.      Were there any type of historical
18   military rifles in particular that you were
19   interested in?
20              MR. ROTSKO:  Objection.  Judge
21         Karras has also ruled the licenses are
22         irrelevant to the plaintiff's standing
23         in this case.
24              You may answer.
25      A.      Well, I mean, no, not any
```

Page 25

```
 1                      J. Lane
 2   particular kind.
 3        Q.      And what year did you apply for
 4   this license, if you recall?
 5        A.      I think I have had it for about
 6   ten years or so.  I don't remember exactly.
 7        Q.      Was there an application process?
 8        A.      Oh, yes.
 9        Q.      Can you briefly describe the
10   application process?
11                MR. ROTSKO:  Objection, same as
12        the last objection.
13        Q.      Please.
14        A.      Fill out some forms and send in a
15   check.  That is all I can remember.
16        Q.      Were you interviewed as part of
17   the application process?
18        A.      I don't think so.  I can't
19   remember, but I don't think so.
20        Q.      Were you issued this license
21   approximately ten years ago, if you recall?
22        A.      I think so, yes.
23                I just had to renew it last year
24   or the year before.  I think you have to
25   renew it every five years or so.
```

```
                                      Page 26
 1                   J. Lane

 2              I don't remember the year that I

 3   first got it.

 4      Q.     Have you purchased any firearms

 5   within the -- strike that.

 6              Have you purchased any rifles in

 7   the past three years?

 8              MR. ROTSKO:  Objection.

 9         Irrelevant to the matters at issue in

10         the case.

11      A.     No.

12      Q.     How about, have you purchased any

13   firearms within the past ten years?

14              MR. ROTSKO:  Objection.  Just for

15         clarity's sake, are we referring to

16         firearms as defined under the penal law?

17              MR. RUBINSTEIN:  I mean, that was

18         the first question.

19              And the second question is

20         broader.

21              I think just beyond the New York

22         penal law, just any firearms.

23              MR. ROTSKO:  Just any guns, for

24         clarification?

25              MR. RUBINSTEIN:  Yes.  More
```

```
                                       Page 27
 1                    J. Lane
 2        broadly, beyond -- I don't want to get
 3        too bogged down in the legal
 4        definitions.
 5        Q.        Broadly, any gun have you
 6    purchased within the past ten years, since
 7    you obtained this license?
 8        A.        I have, yes.
 9        Q.        And call it a gun.
10                  What gun have you purchased?
11        A.        Several.
12        Q.        Approximately how many guns have
13    you purchased?
14                  MR. ROTSKO:  Objection.  The
15        history -- plaintiff's history of
16        firearms ownership is irrelevant to the
17        standing in this action.
18        Q.        You can answer.
19        A.        I don't remember all of them.
20                  There is 12 or 15, at least.
21        Q.        And do you still possess these 12
22    to 15 guns?
23        A.        I do.
24        Q.        Where are they stored?
25        A.        They are stored in a safe in my
```

Page 28

1                        J. Lane

2    residence.

3         Q.      And can you briefly describe what

4    types of guns these are, these 12 to 15 guns?

5         A.      I guess they are probably about

6    half shotguns and half rifles, roughly.

7         Q.      Do you have a license -- strike

8    that.

9                 Approximately how many shotguns

10   do you have?

11        A.      I don't know.  Six or eight,

12   maybe.

13        Q.      And is there a specific model

14   that you purchased or make?

15        A.      They are all different models.

16        Q.      Can you briefly describe the

17   models, just for the shotguns?

18        A.      I have, I think it is a Marlin 12

19   gauge pump.  I have a Winchester model 12,

20   which is also a 12 gauge pump that is a

21   vintage gun.  I have two 16 gauge over and

22   under from the 1940s.  I think those are

23   Marlins also.  I have 4-10 brick action

24   single shot; I can't remember the brand.  I

25   have a John Daily trap gun.  It is a single

```
                                      Page 29
 1                    J. Lane
 2   single shot brick action 12 gauge.  I think
 3   there are probably a couple more, but I can't
 4   remember.
 5        Q.       So that is the shotguns.
 6                 Can you briefly describe the make
 7   and models of the rifles that you possess?
 8        A.       I am sure I will miss a couple,
 9   but I have two or three Ruger 10-22's; that
10   is 10-22, is the model number.  I have a
11   Remington 700.  It is a bolt action chambered
12   3-0-8.  I have a Savage bolt action 3-0-8.  I
13   have a Mosin-Nagant.
14        Q.       Can you spell that?
15        A.       M-O-S-I-N, dash, N-A-G-A-N-T.
16        Q.       I think that is four.
17                 Are there any other rifles that
18   you can think of?
19        A.       Yes.  I have two Anschutz,
20   A-N-S-C-H-U-T-Z, competition rifles.  I have
21   a German German Mauser M-98.  I have a
22   Spanish Mauser.  There is probably a couple
23   more I can't remember.
24        Q.       Okay.  Besides these shotguns and
25   rifles that you just testified about, are
```

```
                                        Page 30
 1                      J. Lane
 2   there any other guns that you possess?
 3          A.      I got a couple of pellet guns, if
 4   that counts.
 5          Q.      That does count.
 6                  What are the makes or models?
 7          A.      Oh, I don't remember.
 8          Q.      Besides these shotguns, rifles
 9   and pellet guns, any other arms or guns that
10   you possess?
11          A.      No.
12          Q.      Just to take it back, take a step
13   back, have you applied for a New York State
14   gunsmith license?
15          A.      No.
16          Q.      Have you ever been -- I should
17   have asked this earlier.
18                  Have you been a plaintiff in any
19   other lawsuit besides this one before?
20          A.      Yes.
21          Q.      And what was the defendant in
22   that lawsuit?
23          A.      There are a couple of them.
24          Q.      Let's start with the first one.
25                  Do you recall the name of the
```

Page 31

```
 1                    J. Lane
 2   defendant?
 3        A.      Well, if you mean by first,
 4   chronologically?
 5        Q.      Yeah.
 6        A.      I am not sure.
 7                Let's see.  I sued Amazon.com
 8   because they sold me a computer that was
 9   defective, and they wouldn't make it right.
10        Q.      Okay.  And do you recall the
11   jurisdiction or the court where you sued
12   them?
13        A.      Manhattan Supreme.
14        Q.      And what year was this lawsuit?
15        A.      Actually, it might have been
16   Westchester, because that is where I live.
17                Two or three years ago.
18        Q.      Were you represented by an
19   attorney?
20        A.      Myself.
21        Q.      And were there any other
22   defendants besides Amazon.com?
23        A.      There was as an Amazon vendor
24   that made the computer.
25                I can't remember the name of the
```

```
                                      Page 32
 1                    J. Lane
 2    company.
 3        Q.     And has that lawsuit been
 4    resolved or settled?
 5        A.     It was settled.
 6        Q.     Are the terms of the settlement
 7    confidential?
 8        A.     I can't remember.  Probably.
 9        Q.     So that is the first lawsuit.
10               Have you been a plaintiff in any
11    other lawsuits?
12        A.     I sued State Farm Insurance
13    Company about ten years ago, maybe more.
14        Q.     And do you recall the court?
15        A.     Westchester Supreme.
16        Q.     And what was the basis of the
17    lawsuit?
18        A.     Well, we had a very large tree
19    fall on our house.  It was about hundred
20    thousand dollars in damage.  We had to move
21    out.
22               And our home insurance was with
23    State Farm, and they suggested that we engage
24    a particular contractor to do the work.
25               And the contractor didn't do
```

```
                                     Page 33
 1                      J. Lane
 2   things the way they should have, and so we
 3   sued the contractor and the insurance
 4   company.
 5          Q.      And when you say "we," do you
 6   mean you and another individual?
 7          A.      Well, my wife.
 8                  She may have been the plaintiff,
 9   now that I think about it, yes.
10          Q.      And was this lawsuit resolved?
11          A.      It was.
12          Q.      Was it settled?
13          A.      Yes.
14          Q.      Again, do you know if the terms
15   of the settlement were confidential?
16          A.      I think they were.
17          Q.      Besides these two lawsuits that
18   you have mentioned, have you been a plaintiff
19   in any other lawsuit?
20          A.      I think probably, but I just
21   can't remember.
22          Q.      And your wife's name?
23          A.      Pamela Sullivan.
24          Q.      And how long have you been
25   married to Pamela Sullivan?
```

```
                                       Page 34

 1                     J. Lane

 2        A.      About 450 years.

 3                We were married in 2000.

 4        Q.      And were you married before that?

 5        A.      No.

 6        Q.      So as you sit here, these are the

 7    two lawsuits that you can recall, the two

 8    other lawsuits that you were a plaintiff?

 9        A.      That is what I can recall.

10        Q.      Have you ever been named as a

11    defendant in a lawsuit before?

12        A.      I don't think so.

13        Q.      Have you ever -- other than I

14    guess, this morning, have you provided

15    testimony under oath before?

16        A.      Yes.  I was an expert witness in

17    court in Montreal, Canada.

18        Q.      And what year was your testimony

19    in Montreal, Canada?

20        A.      2008, 2009, something like that.

21        Q.      And can you briefly describe the

22    nature of the lawsuit?

23        A.      It was a trademark dispute.

24        Q.      And who retained you in this

25    lawsuit?  Was it the plaintiff or defendant?
```

```
                                    Page 35

 1                    J. Lane
 2       A.      It was the plaintiff.
 3       Q.      And can you briefly describe the
 4  nature of your expert testimony in that
 5  lawsuit?
 6       A.      I was asked to testify as to
 7  federal trademark law, U.S. Federal trademark
 8  law, for the benefit of the Canadian court.
 9       Q.      And on what basis were you
10  retained as an expert on the U.S. Federal
11  trademark law?
12       A.      I guess some years of practicing
13  trademark law.
14       Q.      And was this lawsuit in Montreal
15  resolved?
16       A.      It was.
17       Q.      Was it settled?
18       A.      I was only the expert witness, so
19  I wasn't involved in the rest of the case.
20       Q.      Understood.
21               Other than this expert testimony
22  in Montreal, have you testified under oath in
23  any other court before, or excuse me, any
24  other circumstances before?
25       A.      Other than that will contest that
```

```
                                        Page 36
 1                   J. Lane
 2    I mentioned, no, I don't think so.
 3        Q.    Okay.  I just want to go back to
 4    your testimony about -- you testified about
 5    these shotguns, these rifles and pellet guns.
 6             Did you purchase these firearms
 7    from a dealer, from a seller?
 8        A.    Well, I purchased them all from
 9    different people.
10        Q.    Do you recall their names?
11             MR. ROTSKO:  Objection.  The
12        plaintiff's history of firearms
13        ownership is irrelevant.  Outside the
14        scope of discovery.
15        A.    I purchased a couple of them
16    through GunBroker.com.  I purchased some of
17    them at gun stores here and there.
18        Q.    Do you recall where the gun
19    stores were located?
20        A.    One in, I think it is in
21    Yorktown, New York, that I go to
22    occasionally.
23        Q.    Do you recall the name of the gun
24    store?
25        A.    I don't recall the name of that
```

```
                                    Page 37
 1                      J. Lane
 2    one, no.
 3         Q.      Any other dealers or stores?
 4         A.      There is one in Carmel, New York.
 5    I think it is called Precision Arms, but I
 6    might be getting that wrong.
 7         Q.      Any other stores or dealers?
 8         A.      There is one in the town of
 9    Coxsackie, New York.
10         Q.      Is that a store?
11         A.      It is a gun store, yes.
12         Q.      Do you recall the name of that
13    store?
14         A.      I don't recall.
15         Q.      Any other stores or dealers that
16    you can recall?
17         A.      Not that I can recall at this
18    moment.
19         Q.      And why did you decide to
20    purchase these shot -- strike that.
21                 Why did you decide to purchase
22    the shotguns that you testified about just
23    now?
24                 MR. ROTSKO:  Objection.
25                 Mr. Lane's motivation for
```

```
                                  Page 38
 1                    J. Lane
 2      purchasing firearms in the past is
 3      irrelevant to his standing in this
 4      action.
 5      A.      Different reasons.  The pump 12,
 6  I use for turkey hunting.  The 16 gauge over
 7  and under, one of them was a gift from my
 8  father, and I bought a twin for it, so we
 9  would have two, just because I saw one
10  available.
11              John Daily gun, I bought to shoot
12  trap.
13              The rest, I just, I guess, found
14  them interesting.
15      Q.      And same question for rifles that
16  you testified about?
17      A.      Uh-huh.
18              MR. ROTSKO:  Same objection.
19      A.      The Ruger 10-22s I bought for
20  sport.  They are fun to mess around with.
21              The several vintage military
22  guns, I bought because, as I mentioned
23  earlier, I just have a historical interest.
24  They are really beautiful guns.
25              The Anschutz rifles, I bought for
```

```
                                        Page 39
 1                    J. Lane
 2    competition shooting.
 3                    Remington 700 and Savage 3-0-8s,
 4    I bought for deer hunting.
 5        Q.      And same question for the pellet
 6    guns?
 7        A.      Those are to shoot mice.
 8        Q.      Okay.  So have you -- put it this
 9    way:  Have you used the shotguns that you
10    testified about?  Have you fired them?
11        A.      I think I fired every gun that I
12    own, yes.
13        Q.      And this is a bit of a broad
14    question, but where have you fired them?
15        A.      Gun ranges, and places where we
16    hunt.
17        Q.      All right.  Any particular gun
18    ranges -- excuse me.  Strike that.
19                    Any specific gun range that you
20    frequent?
21                    MR. ROTSKO:  Objection.  Judge
22        Karras has already ruled that the
23        plaintiff's history of gun usage is
24        irrelevant to his standing to bring this
25        action.
```

```
                                   Page 40
 1                    J. Lane
 2        A.      Well, I like to go to a place in
 3    Connecticut called Blue Mountain Range.  It
 4    is just a really nice family-owned place.  I.
 5                Also go to one in Peekskill,
 6    New York, which is called Blue Hill.
 7                Actually, I might be mixing those
 8    two up.  They are Blue Mountain and Blue
 9    Hill.  Those are outdoor ranges.
10                I go sometimes to a place called
11    Pioneer Shooting Center in Mount Vernon,
12    New York.
13                For several years I went to -- we
14    belonged to a club in Greenwich, Connecticut.
15    I can't even remember the name of the club.
16                Cos Cob Shooting Club, I believe
17    it is called.
18        Q.      Approximately, let's say per
19    month, how often would you say you attended
20    these gun ranges?
21                MR. ROTSKO:  Same objection.
22        A.      Well, I haven't been for the last
23    couple of years, but typically in the summer,
24    at least a couple of times a month.
25        Q.      Okay.  And do you have to be a
```

```
                                    Page 41
 1                    J. Lane
 2   member of any of these gun ranges?
 3        A.      No.
 4                You can be a member at Pioneer,
 5   and we were for a while.
 6                I didn't renew it the last time.
 7        Q.      In terms of hunting, again, are
 8   there any specific locations you can think of
 9   where you go hunting?
10                MR. ROTSKO:  Objection.
11                Mr. Lane's hunting history is
12        irrelevant to this case, as Judge Karras
13        has already ruled.
14        Q.      You can answer.
15        A.      Places in upstate New York.
16                It is kind of like if you ask a
17   fisherman where do you fish, they are not
18   going to tell you.  Public land in upstate
19   New York and some private land that we have
20   permission to use.
21        Q.      Okay.  And the public land, are
22   those state parks or ranges?
23        A.      I don't think they are
24   technically state parks.
25                You probably don't know this, but
```

```
                                          Page 42
 1                    J. Lane
 2   New York State has more public land than any
 3   state in the country.
 4        Q.     I did not know that.
 5        A.     I didn't either, until I started
 6   hunting.
 7               There is a great deal of public
 8   land in this beautiful state.  And a lot of
 9   it isn't even marked, so you kind of have to
10   know where it is.
11        Q.     And you mentioned private land.
12               Are these individuals who give
13   permission to enter on their private land?
14        A.     Yes.
15        Q.     Is there more than one
16   individual?
17        A.     No.
18        Q.     What is the name of this
19   individual?
20        A.     I would rather not say.
21        Q.     Is there a reason why you would
22   rather not say?
23        A.     It is just not relevant, and I
24   don't -- you know, I would just rather not
25   say.
```

```
                                          Page 43
 1                    J. Lane
 2              MR. RUBINSTEIN:  Well, we hold
 3         this open for now.
 4              We may come back to this, but at
 5         least in the record.
 6              MR. ROTSKO:  Just note it is
 7         subject to my objection at the beginning
 8         of the line of questioning about the
 9         hunting history.
10         Q.      Mr. Lane, you mentioned a safe.
11              Did you purchase this safe?
12         A.      I did.
13         Q.      And when did you purchase this
14    safe?
15         A.      I don't know.  12 years ago,
16    maybe.
17         Q.      And why did you decide to
18    purchase this safe?
19         A.      To put guns in.
20         Q.      Approximately how large is this
21    safe, if you can recall?
22         A.      There are two of them, actually,
23    and you can get in either one of them.
24         Q.      And are your guns stored at all
25    times in the safe when you are not using
```

```
                                    Page 44
 1                    J. Lane
 2   them?
 3         A.      Yes.
 4         Q.      Does anyone else besides yourself
 5   have access to this safe?
 6         A.      No.
 7         Q.      Does your wife have access to
 8   this safe?
 9         A.      No.
10         Q.      And is there a code for the safe?
11         A.      It has a key.
12         Q.      A key, okay.
13                 Do you have that -- besides
14   yourself, does anyone else have access to
15   this key?
16         A.      No.
17         Q.      All right.  Mr. Lane, do you own
18   any ammunition?
19         A.      Yes.
20         Q.      And what -- is there a specific
21   type of ammunition that you use?
22                 MR. ROTSKO:  Objection.
23                 Mr. Lane's ammunition ownership
24         is irrelevant to his standing to bring
25         this action.
```

```
                                     Page 45

 1                      J. Lane

 2       A.      What do you mean by type?

 3       Q.      Brand.  My apologies.

 4       A.      I don't remember brands.

 5               I have many brands.

 6       Q.      Approximately -- how should I put

 7   this?  How much ammunition -- and I know that

 8   is sort of a general question, but just

 9   generally speaking, how much ammunition do

10   you own?

11       A.      Enough.

12               MR. ROTSKO:  Same objection.

13       A.      Sorry.  I don't mean to be

14   flippant.

15       Q.      No, it is a general question.

16               Do you know if you own a specific

17   number of rounds of ammunition, I guess?

18               MR. ROTSKO:  Objection.  Same

19       objection.

20       A.      No.  I mean, you know, it is a

21   fairly substantial amount of ammo, because

22   you get it cheaper when you buy it in bulk,

23   and then you don't have to go back again.

24       Q.      Sure.  And where have you

25   purchased this ammunition -- strike that.
```

Page 46

```
 1                    J. Lane
 2              Have you purchased this
 3    ammunition from a particular seller?
 4        A.      I purchase ammunition sometimes
 5    at the Bass Pro Shop in Bridgeport,
 6    Connecticut.
 7        Q.      Anywhere else that you have
 8    purchased ammunition?
 9        A.      Anywhere I happen to be that they
10    have a good price.
11        Q.      And why have you decided to
12    purchase ammunition?
13        A.      Well, I have guns.  They are not
14    much good, unless you have some ammunition.
15        Q.      Mr. Lane, have you ever been in a
16    situation where you need to use a gun for
17    self defense?
18              MR. ROTSKO:  Objection.
19              Mr. Lane's prior history of self
20         defense incidents is irrelevant to his
21         standing to bring this action as, Judge
22         Karras has already ruled period.
23        A.      No.  I have been lucky so far.
24        Q.      Similar question, do you
25    anticipate being in a situation where you
```

```
                                    Page 47
 1                     J. Lane
 2   will need to use a gun to defend yourself?
 3               MR. ROTSKO:  Same objection.
 4       A.      If I were defending myself in
 5   this deposition, and I asked this question, I
 6   would object.  It calls for speculation.
 7               I mean, I don't know.  It could
 8   happen.
 9       Q.      Okay.
10               MR. ROTSKO:  Objection, calls for
11         speculation.
12               MR. RUBINSTEIN:  Fair.
13       Q.      Okay.  And when you say, so it
14   could happen -- well, I know you say it calls
15   for speculation, and it could happen.
16               Have you thought about situations
17   before where you might use a gun for self
18   defense?
19       A.      Sure.
20       Q.      Again, it has not happened.
21               Actually, what situations have
22   you thought about where you might use or want
23   to use gun in self defense?
24       A.      I have two children and a wife,
25   and we live in a house.  People break into
```

```
                                    Page 48
 1                    J. Lane
 2   houses.  We have already been burglarized at
 3   least once recently.
 4            If someone broke into my house,
 5   and I reasonably believed they were
 6   threatening my family, I would certainly not
 7   hesitate to use a gun to defend my family.
 8        Q.    Would you think about using a gun
 9   anywhere outside the house in self defense?
10        A.    Well, I am not usually carrying a
11   gun outside the house, but I guess the same
12   thing:  If I had a gun, and someone was
13   threatening my life or the life and safety of
14   my family, I would use it, yes.
15        Q.    Just briefly, on this burglary,
16   were you inside the house when the burglary
17   occurred?
18        A.    We don't know, actually.
19        Q.    When did you find out that the
20   house had been burglarized?  Was it the next
21   day?
22        A.    I guess.
23            They stole a welder and some
24   other tools.  And my son is a pretty good
25   welder, and I think he was going to weld
```

```
                                      Page 49
 1                    J. Lane
 2   something, and realized the welder was gone,
 3   and we realized someone had broken in and
 4   gotten into the garage and taken the welder.
 5             And when we looked around, we
 6   found other things were missing, as well.
 7        Q.    I don't want to know your
 8   children's names.
 9             What are their ages?
10        A.    My son is 19, and my daughter is
11   22.
12        Q.    And is your son in school?
13        A.    He is not.
14        Q.    And is your daughter in school?
15        A.    She is.
16        Q.    And, Mr. Lane, would a
17   semiautomatic rifle be better for self
18   defense, as compared to other firearms?
19        A.    That is kind of a subjective
20   question.
21             Probably.
22        Q.    And why would it probably be
23   better for self defense, a semiautomatic
24   rifle?
25        A.    For the obvious reason that it
```

```
                                        Page 50
 1                    J. Lane
 2   can be fired more quickly, if you need to
 3   fire it more than once.
 4        Q.     And how do you know that it can
 5   be fired more quickly?
 6        A.     Because that is what a
 7   semiautomatic rifle is.  It is just the
 8   definition of the kind of gun that it is.
 9        Q.     Have you ever fired a
10   semiautomatic rifle?
11        A.     Yes.
12        Q.     And where have you fired a
13   semiautomatic rifle?
14        A.     At gun ranges.
15        Q.     Any gun range in particular?
16        A.     Pioneer Shooting Center, I
17   mentioned.
18        Q.     Anywhere else?
19        A.     Yes.  In North Carolina, where I
20   am from, I used to go to the range with my
21   dad a lot.
22        Q.     And approximately how many years
23   was this, if you recall, in North Carolina?
24        A.     Well, I am 66 years old, and it
25   would have started when I was young; so I
```

```
                                    Page 51
 1                   J. Lane
 2    don't know if that helps, but over many
 3    years.
 4        Q.    Okay.  And I know it has been
 5    many years when you fired these semiautomatic
 6    rifles.
 7              Do you recall the model or the
 8    make?
 9        A.    No, not really.  We had several
10    different guns.
11        Q.    So these rifles, these
12    semiautomatic rifles, belonged to your
13    father?
14        A.    Yes.
15        Q.    Have you, yourself, purchased a
16    semiautomatic rifle before?
17        A.    Yes.  In my list earlier of guns
18    that I own, I mentioned Riverton 22's.
19              That is a semiautomatic rifle.
20        Q.    And the other rifles you
21    mentioned are not semiautomatic?
22        A.    Correct.
23        Q.    What would those other rifles be
24    classified as, if you know?
25        A.    Most of them are bolt action or
```

```
                                    Page 52

 1                    J. Lane

 2    single shot.

 3        Q.     What is the difference between a

 4    semiautomatic rifle and a bolt action or

 5    single shot?

 6        A.     Well, with a semiautomatic rifle,

 7    you put the ammo in the magazine, and it has

 8    a spring mechanism, so that when you shoot,

 9    the force of the discharge of the gun pushes

10    the projectile through the barrel, and it

11    also pushes the spring mechanism back, which

12    allows a new round to enter from the magazine

13    into the chamber, which it then closes back

14    on; so it is an automatic process.

15              So as long as there is ammo in

16    the magazine, you can shoot a round.  It will

17    reload on its own, and then you shoot another

18    round.

19              That is the way a semiautomatic

20    rifle works, I imagine you know.

21        Q.     Sure.

22        A.     A bolt action rifle is similar,

23    in the sense it will usually have a magazine.

24    Sometimes it is internal as opposed to a

25    removal magazine.  You put the ammo in the
```

```
                                   Page 53
 1                    J. Lane
 2   magazine, and every time you fire it, you
 3   pull the bolt back -- up and back, and then
 4   the spring pushes the round up into the
 5   chamber.  And you push the bolt back, and it
 6   loads the round.
 7        Q.     And why did you decide to
 8   purchase this Ruger?
 9        A.     Like I said, they are just fun to
10   shoot.
11        Q.     Was that the first semiautomatic
12   rifle that you purchased yourself?
13        A.     I mean, the only semiautomatic
14   rifles I have ever purchased are Ruger
15   10-22s; so yes.
16        Q.     So you purchased Rugers before?
17        A.     I have two or three of them, yes.
18        Q.     And I guess one thing you
19   mentioned, do you currently own a magazine?
20        A.     The Ruger 10-22s have external
21   magazines.
22        Q.     I should have been clear.
23               Please, so what kind of magazine
24   is it?
25        A.     It is just a little box-like
```

```
                                        Page 54
 1                   J. Lane
 2   thing that you put the bullets in, and it has
 3   a spring in it, and then you push it up into
 4   the bottom of the action of the gun.
 5        Q.    Is that considered a detachable
 6   magazine?
 7        A.    It is a detachable magazine, yes.
 8        Q.    Do you possess any other types of
 9   magazines besides the one you just described?
10        A.    The only magazine -- the only --
11   I think the only magazines I have are
12   detachable magazines, that you called them,
13   for the Ruger 10-22s.
14        Q.    And so when you purchased the
15   Ruger, did it come with this detachable
16   magazine?
17        A.    Yes.
18        Q.    Do you own -- you testified about
19   the Ruger.
20              Do you own any other weapons that
21   would be considered an assault rifle?
22        A.    There is no such thing as an
23   assault rifle.
24              MR. ROTSKO:  Objection.
25              Are you saying that the Ruger
```

```
                                          Page 55
 1                    J. Lane
 2       10-22 is an assault rifle?
 3                MR. RUBINSTEIN:  No.  We can have
 4       that conversation another day.
 5       Q.      But I think the question I want
 6   to ask is:  Under the New York statute, as
 7   you understand it, if you own any assault
 8   rifles?
 9       A.      No.
10       Q.      And why do you not own any
11   assault rifles?
12       A.      Because they are illegal to own
13   in the State of New York.
14       Q.      And I guess I know this is tied
15   to the statute, but what is your personal
16   understanding of an assault rifle?
17                I don't want to get to bogged
18   down in the statute language, just your
19   personal understanding?
20       A.      My personal understanding is it
21   is a political term.
22       Q.      And can you explain what you
23   mean, it is a political term?
24       A.      Well, let me -- I would explain
25   it to you this way.  This is the way I
```

```
                                      Page 56
 1                    J. Lane
 2     sometimes explain it to people.
 3                  The Ruger 10-22, of which I have
 4     several, is a very simple 22 caliber
 5     semiautomatic rifle.  I think it is probably
 6     the most popular gun ever made in America.
 7     They have been making them for 60, 70 years I
 8     guess.  Many hundreds of thousands of them
 9     have been produced.
10                    In other parts of the country,
11     kids learn how to shoot with Ruger 10-22.  It
12     is a real simple gun.  It is perfectly legal
13     in every other jurisdiction in the United
14     States, to my knowledge.
15                    I can take one screw out of the
16     bottom of the stock of the Ruger 10-22 and
17     remove the stock, and using that same screw,
18     I can put a different stock on it that
19     happens to have a folding part on the back.
20                    The gun functions exactly the
21     same.  There is no difference.
22                    Now, it is an illegal assault
23     rifle, under New York Law.  So that is the
24     difference.
25                    It is cosmetic things that really
```

```
                                           Page 57
 1                      J. Lane
 2   don't change the function of the gun.
 3        Q.     So your testimony is that what
 4   you currently own, the Ruger, you would not
 5   classify that as an assault rifle, because of
 6   what you just mentioned in terms of the
 7   stock, correct?
 8        A.     It doesn't have any of the
 9   features that New York considers would make
10   it an assault rifle.
11        Q.     We might come back to this a
12   little later.
13               Mr. Lane, have you applied for
14   any firearms license before?
15               MR. ROTSKO:  Objection.
16        A.     You already asked me that.
17        Q.     I think -- do you possess any
18   firearms license?
19        A.     I possess a federal firearms
20   license.
21        Q.     We have discussed that.
22               I want to talk about other
23   licenses that you own.
24        A.     Oh, I have what they call a Utah
25   license, which theoretically would allow me
```

Page 58

```
 1                      J. Lane
 2   to carry a handgun in states that recognize
 3   the Utah license.
 4        Q.      When did you apply for this Utah
 5   license?
 6        A.      I don't know.  Ten years ago,
 7   maybe.
 8        Q.      And why did you decide to apply
 9   for this Utah license?
10        A.      Well, I don't remember exactly.
11              There is an education process
12   that you have to go through to get it, and I
13   thought that would be helpful.
14        Q.      This may be a bit naive.
15              Is there a reason you decided to
16   apply in the State of Utah?
17              MR. ROTSKO:  Objection.
18              Mr. Lane's out-of-state permits
19        are definitely irrelevant to his
20        standing to bring an action in this
21        case.
22        A.      I applied from my home in
23   New York.
24        Q.      I guess my question is:  Was
25   there a reason why you applied for a license
```

```
 1                    J. Lane
 2   from the State of Utah, in particular?
 3        A.      I think it is the most widely
 4   recognized license in the country.
 5        Q.      And so your understanding was
 6   that you could use this Utah license in other
 7   states?
 8        A.      I think it is 32 states recognize
 9   the Utah license.
10        Q.      Is the State of New York one of
11   those states?
12        A.      No.
13        Q.      And you mentioned carrying
14   handguns.
15                Mr. Lane, do you possess any
16   handguns?
17        A.      I don't.
18                MR. ROTSKO:  Asked and answered.
19        A.      I do not.
20        Q.      And do you currently maintain
21   this Utah license?
22        A.      I do.
23        Q.      Is there a renewal process, if
24   you know?
25        A.      I think it is every five years.
```

```
                                          Page 60
  1                    J. Lane
  2        Q.      Do you recall the last time you
  3   renewed it?
  4        A.      It is two or three years ago.
  5        Q.      And briefly, what information did
  6   you submit for this Utah license?
  7        A.      You have to submit proof that you
  8   received the -- went through the educational
  9   process, and then I can't remember what else.
 10               You have to fill out some forms
 11   and stuff, and send a picture of yourself in.
 12        Q.      What educational process are you
 13   referring to?
 14        A.      It is a course that you take.  I
 15   think it was two or three days, on safety and
 16   use.
 17        Q.      Was it online?
 18        A.      No, it was in person.
 19        Q.      So did you travel to Utah for
 20   this course?
 21        A.      No.
 22        Q.      So the course was outside of
 23   Utah, correct?
 24        A.      It was in New York, yes.
 25        Q.      Were you interviewed before being
```

```
                                     Page 61
 1                      J. Lane
 2    issued this license, this Utah license?
 3         A.      No.
 4         Q.      So you mentioned this federal
 5    license, and you mentioned this Utah license.
 6                 Do you possess any other
 7    licenses, Mr. Lane?
 8         A.      I don't know if it is considered
 9    a license, but I have Connecticut permit that
10    allows me to purchase ammunition in
11    Connecticut.
12         Q.      And when did you apply for this,
13    we will call it an ammunition permit, just
14    for the shorthand?  When did you apply for
15    this license?
16         A.      Again 10, 12 years ago.
17         Q.      And why did you decide to apply
18    for this ammunition license or permit?  We
19    will call it an ammunition permit.
20         A.      Well, I went to the Bridgeport
21    Bass Pro and put some ammo in my basket, and
22    went to the checkout counter.
23                 And the very nice woman at the
24    checkout counter asked to see my permit.  And
25    at that point, I learned that you have to
```

```
                                        Page 62
 1                      J. Lane
 2    have a permit.
 3              So I put the ammo back on the
 4    shelf, and went over to the state trooper's
 5    officer and applied for a permit.
 6         Q.    Do you recall the application
 7    process?  Was there a form?
 8         A.    There is a form.  I think they do
 9    a standard NICS check.
10         Q.    Is that an acronym?
11         A.    N-I-C-S.
12         Q.    And what does that stand for,
13    that acronym?
14         A.    I don't remember.
15         Q.    Was there any educational
16    training for this ammunition permit?
17         A.    I don't think so.  I can't
18    remember.
19              I think I filled it out, you
20    know, while I was there, and just handed it
21    to him.
22              Oh, and they took my picture,
23    yes.
24         Q.    And were you interviewed by
25    anyone?
```

```
                                         Page 63

 1                        J. Lane

 2        A.       I don't think so.

 3        Q.       And do you still maintain this

 4   ammunition permit from Connecticut?

 5        A.       I do.

 6        Q.       And within the past two years,

 7   have you fired ammunition within the state of

 8   Connecticut?

 9        A.       Within the past two years?

10        Q.       Or three years?

11        A.       No.

12        Q.       Do you intend to fire ammunition

13   within the State of Connecticut?

14        A.       I might.

15        Q.       In which situations?

16        A.       Well, if I want to a range in

17   Connecticut.

18                 I mentioned earlier that I go to

19   the Blue Trail range in Connecticut.  And I

20   think I had a Connecticut hunting license at

21   one point, which I might renew.

22        Q.       When were you issued -- if you

23   recall, when were you issued the Connecticut

24   hunting license?

25                 MR. ROTSKO:  Objection.
```

```
                                    Page 64
 1                      J. Lane
 2        A.      I don't remember.
 3                I think I got it because we were
 4   thinking maybe we will do some hunting in
 5   Connecticut, and we just never did.
 6        Q.      Do you recall the application
 7   process?  Was there a form you submitted?
 8        A.      You have to -- well, if I
 9   remember correctly, I had to submit proof
10   that I had a license in the State of New
11   York, or maybe that I had gone through the
12   hunter ed, hunter education process, and I
13   had to submit proof of all that.
14        Q.      And were you interviewed for this
15   hunting license?
16        A.      No.
17        Q.      And is it correct that this
18   hunting license, I guess for lack of a better
19   term, lapsed?
20        A.      As far as I know, every hunting
21   license is good for one season.
22        Q.      So you mentioned a Utah license,
23   the Connecticut ammunition permit, the
24   Connecticut hunting license and the federal
25   license, I believe.
```

```
                                          Page 65
 1                      J. Lane
 2              Any other firearms licenses that
 3   you have been issued?
 4        A.      I don't consider a hunting
 5   license a firearms license.
 6        Q.      That is fair.
 7              Any other licenses that you have
 8   been issued that you have not mentioned so
 9   far in your testimony?
10        A.      I think I did Maine one year.
11        Q.      What type of license was that, do
12   you recall?
13        A.      It would have been a deer
14   license, or big game, I guess they call it.
15        Q.      Do you recall approximately the
16   year?
17        A.      Six, seven years ago, maybe.
18        Q.      All right.  And any other
19   licenses besides what you testified about?
20        A.      Well, I have a law license.
21        Q.      Fair enough.
22              Mr. Lane, have you been issued a
23   firearms license by the State of New York?
24        A.      No, I have not.
25        Q.      Have you ever applied for a
```

```
                                      Page 66
  1                      J. Lane
  2   firearms license with the State of New York?
  3         A.      I didn't even know there was such
  4   a thing until recently.
  5                No, I have not.
  6         Q.      And why have you not applied for
  7   a firearms license with the State of
  8   New York?
  9         A.      Well, other than the gun that we
 10   are here about, I don't really have any
 11   present desire to purchase any additional
 12   guns, so I don't need one.
 13         Q.      So is it your understanding that
 14   for the 12 to 15 firearms -- the 12 to 15 ten
 15   guns that were mentioned, you testified, it
 16   is your understanding that you did not
 17   require a New York firearms license to
 18   possess?
 19                MR. ROTSKO:  Objection, calls for
 20         a legal conclusion.
 21         A.      Yes, that is my understanding.
 22         Q.      What is the basis of your
 23   understanding?
 24         A.      Because that is the law, or it
 25   was, anyway.
```

```
                                            Page 67
 1                       J. Lane
 2        Q.      Can you explain what you mean, it
 3    was, anyway?
 4        A.      Well, I don't know much about it,
 5    because I haven't needed to.
 6                But I think if I were going to
 7    purchase the Ruger 10-22 in the State of
 8    New York, I would need to apply for a
 9    license.
10        Q.      So your understanding is that
11    when you purchased it, you did not require
12    any license from New York?
13        A.      That is correct.
14        Q.      So have you applied for a
15    semiautomatic rifle license, as it is called?
16                MR. ROTSKO:  Objection, asked and
17        answered.
18        A.      That is what we were just talking
19    about.
20                Yes, I have not.
21        Q.      All right.  You might have
22    mentioned this already.
23                Have you ever had a firearm
24    license revoked?
25        A.      No.
```

```
                                        Page 68

  1                        J. Lane

  2        Q.       Have you ever had a firearm

  3   license suspended?

  4        A.       No.

  5        Q.       And if you do intend to apply for

  6   a license at some point, do you know the

  7   jurisdiction that you would be applying to?

  8                 MR. ROTSKO:  Objection, calls for

  9        speculation.

 10        A.       Wherever I am living, I guess.

 11        Q.       Would be that Westchester County?

 12        A.       That is where I live now, yes.

 13        Q.       Have you had any -- other than

 14   your attorney, Mr. Rotsko, have you had any

 15   discussion about applying for a firearm

 16   license in New York?

 17        A.       No.

 18        Q.       Couple more questions, and we can

 19   take a quick break.

 20        A.       Okay.

 21        Q.       Mr. Lane, you might have answered

 22   this already.

 23                 Have you received any firearms

 24   training before?

 25        A.       Yes.
```

```
                                      Page 69
 1                   J. Lane
 2       Q.      Approximately how many courses on
 3   firearms training have you received?
 4       A.      Well, firearms training is a
 5   fairly broad concept.
 6               My father was a lifelong NRA
 7   instructor, and I initially received my
 8   training with him over many years.  I
 9   mentioned that I took the Utah course.  I
10   took the New York State hunter education
11   course, which is a two- or three-day process.
12   I also took an NRA handgun course.
13               That is all I can think of right
14   now.
15       Q.      Just a few questions, and then we
16   can take a break.
17               This New York State hunter
18   education course, do you approximately recall
19   the date that you took the course?
20       A.      Well, let's see.  My son had just
21   turned 12, because that is when you can get
22   your hunting license in New York.
23               And he is 19, so that would have
24   been seven years ago, I guess.
25       Q.      And why did you decide to take
```

```
                                    Page 70
 1                    J. Lane
 2   this training, this hunter education
 3   training?
 4        A.     So that I could get a hunting
 5   license.
 6        Q.     Was it a prerequisite to obtain
 7   the hunting license?
 8        A.     It is, yes.
 9        Q.     Approximately how many hours of
10   training was required?
11        A.     It took three days.
12               I don't remember -- it wasn't all
13   day, all three days, but it was spread over
14   three days.
15               I don't remember how many hours.
16               It was a fairly involved course.
17        Q.     Briefly, what kind of training
18   did you receive over the course of three
19   days?
20        A.     Lots of training and safety.  I
21   would say that is the main focus of the whole
22   program, things like if you see a deer that
23   you want to shoot, make sure you know what is
24   behind it.  Things about where you can and
25   cannot hunt legally.  What kind of guns you
```

```
                                          Page 71
 1                      J. Lane
 2    can use to hunt.  What kind of animals, you
 3    know, the laws pertaining to hunting, and
 4    then things like if you shoot an animal, and
 5    it runs away, how do you find it?  Should you
 6    find it?
 7                 We learned that, for example,
 8    there is a phone number you can call in the
 9    State of New York, and the DDC will come and
10    help you track the animal.  They even bring a
11    helicopter, if necessary.
12                 And then there is a shooting
13    component of it, where you get some target
14    shooting, to make sure you can handle a gun.
15        Q.      This NRA handgun course, do you
16    recall the year that you took this course?
17        A.      I don't think.
18                 I think we produced the
19    certificate.
20        Q.      Why did you decide to take this
21    NRA handgun course?
22        A.      More or less just to advance my
23    knowledge and understanding.
24        Q.      And do you recall where this
25    course was held?
```

```
                                      Page 72
 1                        J. Lane
 2        A.       It was in Norwalk, Connecticut.
 3        Q.       And do you recall approximately
 4   how long this training was, in terms of
 5   hours?
 6        A.       It took several days.
 7                 And then I went with the
 8   instructor several times after.  I don't
 9   think -- I am not sure where we drew the
10   line, in terms of the hours that we had to
11   be -- had to complete the course versus just
12   going for the fun of it, but it was five or
13   six days, at least, that I was with him.
14        Q.       And briefly, can you describe the
15   kind of training that you received over the
16   course of that five or six days?
17        A.       We were at the range similar to
18   what I described with the hunting course:
19   Safety, handling a gun, you know, when to put
20   it down, how to pick it up, things like that.
21                 MR. RUBINSTEIN:  I think we can
22        take a five-minute break, if that is
23        okay, or more?
24                 THE WITNESS:  I am fine.
25                 (Whereupon, a short recess was
```

```
 1                    J. Lane

 2        taken at 11:06 a.m., and testimony

 3        resumed at 11:16 a.m.)

 4        Q.     Mr. Lane, why did you decide to

 5   bring this lawsuit?

 6        A.     Because I would like to purchase

 7   a Springfield Armory Saint rifle.  That is

 8   what they call it.  It is a great name.

 9        Q.     What is a Springfield rifle --

10   strike that.

11               I am sorry.

12               What kind of rifle was that

13   Springfield?

14        A.     It is called -- the model is just

15   called the Saint.

16        Q.     The Saint, okay.

17        A.     Like a 10-22 is called a 10-22.

18               This one is called the Saint.

19        Q.     And are assault rifles important

20   to you?

21        A.     Again, I really -- I don't relate

22   very well to the term, assault rifle.

23        Q.     As you consider it.

24        A.     The gun that I would like to

25   purchase is important to me, yes.
```

```
                                        Page 74
 1                      J. Lane
 2      Q.      And why is it important to you?
 3      A.      Well, I would like to own it.
 4              I mean, I don't know that I need
 5   to have more than that.
 6      Q.      We will come back to that in a
 7   few minutes.
 8              And how did you decide to bring
 9   this lawsuit?
10      A.      Well, I mean, I have been a
11   member of these various gun rights
12   organizations for years.
13              And after the circa versus the
14   Bruen decision, it seemed to me that the
15   world has changed, and the law that prohibits
16   me from purchasing that gun is no longer
17   constitutional.
18      Q.      And which law, in particular, are
19   you referring to?
20      A.      I think they call it the Safe
21   Act.
22      Q.      You mentioned these organizations
23   that you have been a member of.
24              What are the names of these
25   organizations?
```

```
                                    Page 75
 1                    J. Lane
 2        A.      Well, I am member of the NRA.  I
 3   am a member of the NYSRPA, although my
 4   membership may have lapsed.  That is
 5   N-Y-S-R-P-A, New York State Rifle and Pistol
 6   Association.  Second Amendment Foundation.  I
 7   have supported Westchester County Firearms
 8   Owners Association, gun Owners of America.
 9                Those are the ones I can think
10   of.
11        Q.      How about the Firearms Policy
12   Coalition?
13        A.      Yeah.  I am not sure that is a
14   membership organization, but I certainly
15   support the organization.  I believe in what
16   they do.
17        Q.      And when did you join the NRA?
18        A.      The first time I ever joined the
19   NRA?
20        Q.      If there has been more than one,
21   yes.
22        A.      Many, many years ago.
23                Memberships lapse, and you
24   rejoin, and so forth.
25        Q.      And how about NYSRPA?  Do you
```

```
                                        Page 76
 1                    J. Lane
 2   recall when you joined NYSRPA?
 3         A.     I don't.  Around the time we
 4   started hunting, probably.
 5         Q.     The Second Amendment Foundation,
 6   do you recall when you joined that?
 7         A.     I don't.  It is all the same
 8   general time frame.
 9         Q.     Within the past 20 years?
10         A.     Within the past ten years.
11         Q.     The same question for Westchester
12   Firearms -- Westchester County Firearms
13   Association and Gun Owners of the USA.  Also,
14   you joined within the past ten years?
15         A.     Yes.
16         Q.     For any of the organizations that
17   you listed, have you served as an officer?
18         A.     No.
19         Q.     Have you had any
20   communications -- have you had any
21   discussions with officers of these
22   organizations?
23               MR. ROTSKO:  Objection.  Two
24         attorneys from -- one from SAF and one
25         from FPC, Firearms Policy Coalition and
```

```
                                        Page 77
  1                    J. Lane
  2        the Second Amendment Foundation, are
  3        counsel of record in this case, to the
  4        extent to which either of those are
  5        officers of either of those
  6        organizations, that question calls for
  7        attorney-client privileged
  8        communications and work product.
  9              And I will direct Mr. Lane not to
 10        answer.
 11        Q.    Just a couple of follow-ups.
 12              Just for the record, if you know
 13    the names of those two attorneys from the
 14    Second Amendment Foundation and FPC?
 15              MR. ROTSKO:  Objection.
 16              They are right on the pleadings.
 17              MR. RUBINSTEIN:  Okay.  That is
 18        what I wanted to know.
 19        Q.    Besides these two individuals,
 20    can you think of any other officers or
 21    members of these organizations that you have
 22    had any regular discussions with, regular
 23    communications?
 24        A.    Members?
 25        Q.    Other members like yourself, yes?
```

```
                                    Page 78
 1                    J. Lane
 2        A.      I don't generally ask people what
 3    their memberships of -- you know, what
 4    memberships they have, so I don't know.
 5        Q.      Have you attended any events held
 6    by these organizations that you just
 7    mentioned; membership events, for example?
 8        A.      I have attended annual meetings
 9    of the Westchester group.  I think that is
10    it, yeah.
11        Q.      Have you spoken at any of these
12    meetings the Westchester County group?
13                I am sorry.  Were you a speaker?
14        A.      No.
15        Q.      All right.  Again, I don't want
16    to know about any attorney-client
17    communications, but did you approach the
18    Firearms Policy Coalition about bringing this
19    lawsuit?
20        A.      Yes.
21        Q.      And again, without divulging any
22    privileged communications, do you know who
23    you approached?
24        A.      I think my initial contact was
25    with Cody.
```

```
                                        Page 79
  1                      J. Lane
  2        Q.      Cody, is it Wisniewski?
  3        A.      You have to ask him.
  4        Q.      I just might.
  5                And did you know -- we will call
  6   him Cody.
  7                Did you know him before you
  8   decided to file this lawsuit?
  9        A.      No, I did not.
 10        Q.      Were you introduced to Cody?
 11        A.      Yes.
 12        Q.      Did someone introduce you to
 13   Cody?
 14        A.      Someone referred me to Cody.
 15        Q.      And who was that individual?
 16        A.      His name was Mark Smith.
 17        Q.      And is Mark Smith a friend of
 18   yours?
 19        A.      Yes.
 20        Q.      Is he a member of this
 21   organization?
 22        A.      I don't know.
 23        Q.      And what -- again, if this is not
 24   privileged, is Mark Smith an attorney?
 25        A.      He is.
```

```
                                        Page 80
 1                    J. Lane
 2       Q.      Is he your attorney?
 3       A.      No.
 4       Q.      And what -- if you recall, what
 5   did Mark Smith say to you about approaching
 6   Cody?
 7       A.      Although he is not my attorney --
 8   actually, I don't think he and I spoke about
 9   it.  I think he just suggested that Cody and
10   I speak.
11       Q.      And approximately, was this
12   within the past two years?
13       A.      It was right before the lawsuit
14   was brought, I believe.
15       Q.      So that would have been late last
16   year; is that correct?
17       A.      Late -- when did we file,
18   December 2023?
19                MR. ROTSKO:  Late 2022, is when
20       the action was filed.
21       Q.      My apologies.  This lawsuit is
22   longer than I thought it was.
23       A.      Right.  Same here.
24       Q.      My apologies.
25                Did you speak to Cody on the
```

```
                                      Page 81

 1                    J. Lane

 2    phone --

 3              MR. ROTSKO:  Objection.

 4         Q.     -- or was it in person?

 5              MR. ROTSKO:  Objection.  There is

 6         no reason to ask how Mr. Lane talked

 7         with his attorney.

 8         Q.     All right.  Was anyone else

 9    present when you spoke to -- again, without

10    getting into the substance of the

11    communications, how many times did you speak

12    to Cody?

13              MR. ROTSKO:  Objection.  Asking

14         for the number of times Mr. Lane spoke

15         with his attorney is privileged.

16              MR. RUBINSTEIN:  I don't think

17         that is privileged, but we can leave

18         that open.

19              MR. ROTSKO:  Yeah.

20         Q.     How about the Second Amendment

21    Foundation?  Did you approach -- again,

22    without getting into the substance of

23    attorney-client communications, did you

24    approach anyone at the Second Amendment

25    Foundation about this lawsuit?
```

```
 1                    J. Lane
 2      A.      No.  I think they -- it is a
 3 team, so just like I am sure you do in your
 4 office, people work together.  They don't
 5 necessarily talk to all the same people.
 6      Q.      Do you recall the names of
 7 individuals at the Second Amendment
 8 Foundation that you have spoken to about this
 9 lawsuit, again, without going into the
10 substance for now of the communications?
11      A.      I think Adam Kraut is the only
12 one I have spoken to.
13      Q.      Is he one of the two individuals
14 who you mentioned who is named in the
15 complaint that you filed?
16      A.      I believe so.
17      Q.      Before filing this lawsuit -- and
18 I don't want to know any privileged
19 communications -- do you recall having any
20 discussions with anyone else about filing
21 this lawsuit, without going into the
22 substance of any privileged communications?
23      A.      My wife.
24      Q.      Besides your wife, anyone else?
25      A.      My children.
```

Page 83

```
 1                    J. Lane
 2      Q.      Besides your wife and children,
 3  anyone else?
 4      A.      No.
 5      Q.      Take a step back.
 6              Does your wife possess any
 7  firearms?
 8              MR. ROTSKO:  Objection,
 9      irrelevant to Mr. Lane's standing to
10      bring this action.
11      A.      She does not.
12      Q.      And same question for your
13  children?
14              MR. ROTSKO:  Same objection.
15      Q.      If you know?
16      A.      They do not.
17      Q.      Do your wife or children ever go
18  with you when you go hunting, for example?
19              MR. ROTSKO:  Objection.
20              Mr. Lane's family's hunting
21      activities are irrelevant to this case.
22      A.      My son goes hunting with me.
23      Q.      Do you know Mr. Sears, the other
24  plaintiff in this lawsuit?
25      A.      I know who he is.
```

Page 84

```
 1                     J. Lane
 2      Q.     Have you ever met Mr. Sears?
 3      A.     No.
 4      Q.     Have you ever spoken to
 5  Mr. Sears?
 6             MR. ROTSKO:  Objection, calls for
 7      work product.
 8      Q.     Okay.
 9      A.     We have been on the phone at the
10  same time, but I haven't generally spoken
11  with him.
12      Q.     Besides the organizations that
13  you have mentioned, did you speak to any
14  other organizations about filing this
15  lawsuit?
16      A.     No.
17      Q.     Did you speak -- besides
18  Mr. Sears, have you spoken to any other
19  individuals about potentially serving as
20  plaintiffs in this lawsuit?
21      A.     No.
22             MR. RUBINSTEIN:  So I think we
23      can now mark the first exhibit.  I think
24      we can mark this as James Exhibit A.
25             (Whereupon, a document was marked
```

```
                                    Page 85
 1                   J. Lane
 2       as James Exhibit A for identification,
 3       as of this date.)
 4       Q.     Mr. Lane, I am handing you an
 5   exhibit marked as James Exhibit A.
 6               MR. RUBINSTEIN:  And for the
 7       record, it is a three-page document.  It
 8       is was filed on the docket on June 15,
 9       2023 as document number 44.  The title
10       is Declaration of John Mark Lane in
11       Motion to Dismiss.
12       Q.     Do you recognize this document?
13       A.     Yes.
14       Q.     And what is this document?
15       A.     It is the declaration of John
16   Mark Lane in opposition to motion to dismiss.
17       Q.     If you can turn to the last page,
18   is that your signature, Mr. Lane?
19       A.     It is.
20       Q.     I will turn your attention to
21   page one to paragraph four of this
22   declaration.  Do you see that?
23       A.     Yes.
24       Q.     If you can read that sentence to
25   yourself, just that one, paragraph 4.
```

Page 86

1                          J. Lane

2        A.        Yes, I have read it.

3        Q.        It says the Springfield Armory

4    Saint rifle is a semiautomatic firearm that

5    can accept a detachable magazine and has

6    several ergonomic and safety features such as

7    a telescoping stock, a pistol grip and a

8    muzzle device.  It is a small caliber weapon,

9    chambered for the 5.56 time 45 millimeter

10   NATO cartridge.

11              Is this the same weapon, the same

12   rifle that you mentioned earlier in your

13   testimony?

14        A.        Well, I mentioned quite a few.

15        Q.        You mentioned -- your referred to

16   Springfield earlier.

17              Is this the same firearm that you

18   mentioned earlier?

19        A.        It is, yes.

20        Q.        Why do you intend to purchase

21   this rifle, in particular?

22        A.        Well, I like the design.  It is a

23   good old American company.

24              I bet you don't know, the

25   Springfield Armory was created by George

```
                                          Page 87
 1                     J. Lane
 2    Washington.
 3         Q.      I did not know that.
 4         A.      And it is good design.  It is
 5    good for particularly home defense, sport
 6    shooting, some hunting.  Very versatile
 7    weapon.
 8         Q.      Have you ever fired a Springfield
 9    Armory Saint before?
10         A.      I don't think I fired this
11    particular model.
12         Q.      Have you ever held this model
13    before?
14         A.      This particular model, I am not
15    sure.
16                 I have fired a number of AR style
17    guns, but I don't remember the models of all
18    of them.
19         Q.      What kind of AR style rifles do
20    you remember?
21         A.      Like I said, I don't remember the
22    models.
23         Q.      And who would -- if you were to
24    purchase this rifle, who would you purchase
25    it from?  Is there a specific seller?
```

```
                                      Page 88
 1                      J. Lane
 2      A.      Whoever had the best price.
 3      Q.      If you were to purchase this
 4   model, would you carry it with you?
 5      A.      You mean, like everywhere I go?
 6      Q.      Strike that.
 7              Let me put it this way:  If you
 8   were to purchase this rifle, would you put it
 9   in the safe with these other firearms that
10   you possess?
11      A.      I am not sure.
12              It would probably live most of
13   the time in the safe.
14              If I am keeping it for home
15   defense, I would probably find another place
16   to keep it, consistent with whatever the
17   storage laws are at any given time and place.
18      Q.      And if you were to purchase this
19   rifle, can you think of other locations where
20   you might carry it?
21              MR. ROTSKO:  Objection.  This
22          calls for speculation about far off
23          events in the future.
24      A.      I might carry it hunting, if I
25   felt like it, and it was legal to use for the
```

Page 89

```
 1                    J. Lane
 2   kind of hunting and places that I was.
 3        Q.     All right.  Now you mentioned in
 4   paragraph four, detachable magazine.
 5              What would be the purpose of the
 6   detachable magazine for the Springfield
 7   Armory Saint model?
 8        A.     That is just the way the gun is
 9   designed.
10        Q.     So it is designed -- are you
11   familiar with the fixed magazine, Mr. Lane?
12        A.     Yes.
13        Q.     And what is your personal
14   understanding of a fixed magazine?
15        A.     It is not detachable.
16        Q.     Have you ever used a firearm or
17   rifle -- excuse me.
18              Have you used a rifle with the
19   affixed magazine before?
20        A.     Well, I guess it depends on how
21   you define that.
22              I mean, the several bolt action
23   rifles that I have, have what I would call
24   internal magazines.  It is a little bit
25   different from what you are probably
```

```
                                        Page 90
 1                      J. Lane
 2    referring to.
 3              I mean, I guess you would have to
 4    be a little more specific.
 5         Q.    Well, these other firearms that
 6    you have used -- that you possess, excuse
 7    me -- do any of them -- have you used a --
 8    when you fired them, have you used a fixed
 9    magazine for any of these firearms?
10              MR. ROTSKO:  Objection.
11              Just to clear, Mr. Lane testified
12         he didn't possess any firearms, as
13         defined under the penal law.
14         Q.    Just any guns that you possess,
15    have you used a fixed magazine for any of the
16    guns that you possess, just in general?
17         A.    Like I said --
18         Q.    Maybe I misunderstood.  My
19    apologies.
20         A.    I guess it depends on what you
21    mean by fixed magazine.
22         Q.    What is your personal
23    understanding of a fixed magazine?
24              You might have answered this
25    already.
```

Page 91

```
 1                    J. Lane
 2       A.     I think it is kind of a vague
 3  term to me.
 4              It simply means a magazine that
 5  is not removable.
 6       Q.     Do you prefer a detachable
 7  magazine to a fixed magazine?
 8       A.     Yes, I do.
 9       Q.     Why would you prefer a detachable
10  magazine over a fixed magazine?
11       A.     There a number of reasons.
12              One, you can have different kinds
13  of ammo and magazines, and swap them out for
14  different purposes.
15              If the spring goes bad, or
16  something breaks in the magazine, it is easy
17  to just take it out and put another one in.
18  It is more reliable.
19       Q.     And what is the basis for your
20  understanding?
21              In other words, in terms of your
22  testimony now, is that based on research that
23  you conducted, or based on your past
24  experience?
25       A.     Just based on my general
```

Page 92

```
 1                    J. Lane
 2   knowledge of many years of shooting rifles.
 3        Q.      I am sorry.  Take a step back.
 4                When you go hunting, how many
 5   rounds would you fire at one time, generally
 6   speaking?
 7        A.      Hopefully, just one.
 8        Q.      Fair.  But if it is more than
 9   one, how many rounds would you fire?
10        A.      Honestly, I never fire more than
11   one.
12                I would think two.  I think once,
13   my son fired a second round, when he shot a
14   deer and it was running away.
15        Q.      Would you be able to fully defend
16   yourself and your family with a fixed
17   magazine?
18        A.      I wouldn't be as comfortable with
19   that.
20        Q.      Can you explain what you mean,
21   you would not be as comfortable?
22        A.      I refer back to what I said a few
23   minutes ago.
24                A magazine can malfunction or
25   break or wear out.  I would just be much more
```

```
                                        Page 93
 1                     J. Lane
 2    comfortable to be able to swap it out, if I
 3    needed to.
 4         Q.    If you know, could you defend
 5    yourself and your family using a fixed
 6    magazine?
 7              MR. ROTSKO:  Objection.  It calls
 8         for --
 9              MR. RUBINSTEIN:  Please.
10              MR. ROTSKO:  Objection, calls for
11         speculation.
12         A.    I mean, I guess I could defend my
13    family with a kitchen knife, if I had to, but
14    I would rather not.
15         Q.    So could you defend yourself and
16    your family using a fixed magazine?
17              MR. ROTSKO:  Same objection.
18         A.    I don't know.
19              I mean, I would try with whatever
20    I had, whatever tool I had, if I needed to.
21         Q.    If you know, Mr. Lane, is a
22    detachable magazine necessary to fire a
23    Springfield Armory Saint rifle?
24         A.    Well, I am not a gunsmith, but
25    that is the way the gun is made.
```

```
 1                    J. Lane
 2               You would have to have a
 3    magazine, and it is made to have a detachable
 4    magazine.
 5          Q.     Do you know if it could be -- if
 6    the Springfield Armory Saint could be
 7    modified to accept a fixed magazine?
 8          A.     I don't know.
 9          Q.     In paragraph four, Mr. Lane, you
10    also mentioned these three ergonomic and
11    safety features:  A telescoping stock, the
12    pistol grip and the muzzle device, on pages 1
13    and 2.
14               What is a telescoping stock?
15    What is your personal understanding of a
16    telescoping stock?
17          A.     It is a stock that can be
18    adjusted in and out, to change the length of
19    the stock.
20          Q.     And why would you want to use a
21    telescoping stock for this Springfield Armory
22    Saint rifle?
23          A.     Well, in close quarters, a
24    shorter rifle is easier to handle.
25               Yet if you are at a gun range,
```

Page 95

1                    J. Lane

2    target shooting or something, you know, you

3    might want to pull it out to full length.

4         Q.    Have you ever used a telescoping

5    stock before?

6         A.    Probably, yes.

7         Q.    Can you recall any specific

8    occasions where you have used a telescoping

9    stock?

10        A.    I can.

11              I said I grew up at the gun

12   range.

13        Q.    And same question that I had

14   before:  Is the telescoping stock necessary

15   to fire a Springfield Armory Saint rifle?

16        A.    Well, that is what it comes with.

17              I wouldn't want to fire it

18   without a stock.

19              If you are asking me, could some

20   other design be made, I assume it could be.

21              There are many different designs

22   out there, but this is the one that I would

23   like to purchase.

24        Q.    Is it your understanding, the

25   telescoping stock comes with the firearm,

```
                                    Page 96
 1                    J. Lane
 2   with the rifle?
 3        A.      That is my understanding, yes.
 4        Q.      Is the telescoping stock
 5   necessary for self defense?
 6        A.      It is better.
 7        Q.      Can you explain what you mean, it
 8   is better?
 9        A.      I said a few minutes ago, this is
10   a carbine size rifle.  It is small.  It is
11   lightweight.  And the way the stock is
12   designed helps it to be small and
13   lightweight, easy and maneuverable.
14        Q.      My question is a little
15   different, though.
16             My question was:  Is it necessary
17   to have a telescoping stock to use the
18   Springfield Armory Saint for self defense?
19   Not so much preferable, but necessary?
20        A.      I am not even sure I understand
21   the question.
22             That is the way the gun is made.
23   It has a telescoping stock.
24             Could you shoot it without the
25   stock?  I guess.
```

```
                                  Page 97
```

1                    J. Lane

2              I wouldn't think that I would

3    want to.

4         Q.    Do you foresee being in a

5    situation where you would need to use a

6    telescoping stock for self defense?

7         A.    I hope not.

8         Q.    Have you thought about a

9    situation where you would need to use a

10   telescoping stock with this rifle for self

11   defense?

12        A.    It is kind of the same answer I

13   gave earlier, that, yes, of course, I think

14   situations where I might need to defend

15   myself or my family, and I sort of envision

16   what that might look like.

17              But I hope it never happens; but,

18   you know, yes, I thought about it.

19        Q.    And you also mentioned that it is

20   a small caliber weapon chambered for the 5.56

21   times 45 millimeter NATO cartridge.

22              Just for the record -- I actually

23   know this backwards and forwards -- what is

24   your understanding of a caliber?

25        A.    It is the way you measure the

```
                                    Page 98
 1                  J. Lane
 2   width of the bullet.
 3        Q.      And what is the significance of a
 4   small caliber, in particular?
 5        A.      Well, small -- the term small
 6   caliber, I think usually is used to refer to
 7   a weapon that the bullet is less than a
 8   quarter inch in diameter.
 9                So a 22, for example, is a small
10   caliber weapon.  A 1-77 --
11                Those numbers are measurements
12   from -- based on the Imperial system.
13                The 5-56 is a metric measurement,
14   obviously, but that is essentially the same
15   as what they call a 2-23, point 223, which is
16   again, that is the Imperial system.  It is
17   less than a quarter inch in diameter bullet.
18        Q.      And what is a NATO cartridge?
19        A.      I think that simply refers to the
20   fact that this is the cartridge of choice for
21   the NATO military forces.
22        Q.      So it is your understanding, it
23   is used by the military?
24        A.      That is my understanding, yes.
25        Q.      Is the Springfield Armory Saint
```

```
                                    Page 99
 1                    J. Lane
 2   considered an AR-15?
 3        A.     I don't really know what an AR-15
 4   is.
 5               It is an AR style platform, yes.
 6        Q.     What is your understanding of an
 7   AR style platform?
 8        A.     A gun that looks like the Saint.
 9               It has a pistol grip, usually a
10   folding or telescoping stock, flip up sights,
11   detachable magazine.  Sometimes it will have
12   a muzzle device.  It is a style of rifle.
13        Q.     And that is the platform that you
14   just testified about?
15        A.     Yes.
16        Q.     Mr. Lane, is the AR-15 a military
17   style rifle?
18        A.     I am really not sure what that
19   means, military style rifle.
20               There is a history of the
21   development of the AR platform.  I think it
22   stands for ArmaLite rifle.
23               And I think it was original -- I
24   am not sure, but I think it was originally
25   developed for military use.
```

Page 100

1                    J. Lane

2        Q.      What is the basis of your

3    understanding that it was originally

4    developed for --

5        A.      Just read stuff.

6        Q.      Are you familiar with an M-16

7    rifle?

8        A.      I know what an M-16 is, yes.

9        Q.      Based on your understanding, is

10   an AR-15, or is a rifle with an AR platform

11   that you just testified about, is that

12   different than an M-16 rifle?

13       A.      I think so, yes.

14       Q.      How is it different than an M-16?

15       A.      You know, you have to get a

16   gunsmith to explain all that to you.  I am

17   not really qualified to get into the

18   technical details.

19       Q.      Just your personal understanding.

20   To the extent I understand your point, just

21   your personal understanding?

22       A.      If I remember correctly, the M-16

23   is more of a traditional style rifle.

24       Q.      Can you explain?

25       A.      It is a long rifle.

```
 1                    J. Lane
 2      Q.      Compared to one with an AR
 3  platform?
 4      A.      It would be more like a carbine
 5  style rifle, yes.
 6              Although you can probably get an
 7  M-16 in carbine, so I don't know.
 8      Q.      If you can look at paragraph 5.
 9              I have determined that this model
10  rifle best fits my needs to defend myself and
11  my loved ones, if necessary, as well as for
12  other lawful purposes.
13              You might have testified about
14  this before, but why does this particular
15  model best fit your needs to defend yourself
16  and your loved ones?
17      A.      You know, I don't want to be
18  uncooperative or anything.  I answered that
19  question several times, I think.
20      Q.      Okay.  I think my previous
21  understanding was that you just liked this
22  model in particular.
23              You used the word best.  That is
24  the word that I am focusing on, in paragraph
25  5, best fits your needs.  My understanding is
```

```
                                        Page 102
 1                    J. Lane
 2   compared to other models, this is better than
 3   other models?
 4        A.     Well, there are other guns that
 5   would probably fit my needs, other AR style
 6   rifles.
 7               But like I said, I like the
 8   Springfield company, and that is the one that
 9   I would like to own.
10        Q.     And that is why it best fits your
11   needs?
12        A.     That is one of the reasons.
13               I mean, as I said, the design,
14   the weight.  It is very lightweight.  It is
15   small.  Adjustable length stock, detachable
16   magazine, pistol grip, is very handy for
17   controlling it in close space.
18        Q.     Sorry.  Going back to the pistol
19   grip.
20               So okay.  Is there any other
21   reason why you want to use a pistol grip?
22        A.     You use a pistol grip to give you
23   more control.
24        Q.     Okay.  Have you used a pistol
25   grip before with other guns that you owned?
```

```
                                          Page 103
 1                        J. Lane
 2         A.       Not guns that I own.
 3         Q.       But you have used a pistol grip
 4    before?
 5         A.       Yes.
 6         Q.       And for which -- on what
 7    occasions did you use a pistol grip?
 8         A.       Like I said, I grew up at the gun
 9    range in a state where these guns are legal.
10    I fired them many times.
11         Q.       And as with the telescoping
12    stock, does it come with the model, the
13    Springfield Armory Saint?
14         A.       I am sorry, what?
15         Q.       Strike that.
16                  Let me put it this way:  Is the
17    pistol grip necessary to fire the Springfield
18    Armory Saint?
19         A.       Probably not, no.
20         Q.       Would the pistol grip be
21    necessary to use this Springfield Armory
22    Saint for self defense, or defense of your
23    family?
24         A.       It would make it much better.
25         Q.       How would it make it much better?
```

Page 104

1                        J. Lane
2          A.      Like I said, it increases your
3    ability to control the gun.
4          Q.      But would it be necessary to use
5    this model?
6          A.      I think I already answered that.
7          Q.      And I guess a muzzle device, what
8    is your understanding of a muzzle device?
9          A.      Well, there are different kinds
10   of muzzle devices.
11                 The most common would be
12   something that would reduce the sound of the
13   gun, sometimes called a suppressor.
14         Q.      Have you ever used a muzzle
15   device or suppressor, however you want to
16   phrase it?  Have you ever used one?
17         A.      I fired guns that had them.
18         Q.      Again, is that earlier in your
19   youth in North Carolina, or other situations?
20         A.      Like I said, I am not a youth
21   anymore, and I visit my family fairly often,
22   so it would be, you know, in my old age, as
23   well.
24         Q.      Fair.
25                 Would this muzzle device, or

```
 1                    J. Lane
 2   suppressor as you call it, would it be
 3   necessary to fire -- it is necessary to fire
 4   the Springfield Armory Saint?
 5        A.       Nope.
 6        Q.       All right.  And would it be
 7   necessary to use a muzzle device or
 8   suppressor for defense of yourself or your
 9   loved ones?
10        A.       No.  It makes the gun a little
11   safer by reducing the sound, the decibel
12   level that you are subjected to when you fire
13   it.
14        Q.       Are you familiar with a sound
15   silencer?
16        A.       I know the term, yes.
17        Q.       And just for our understanding,
18   is there a difference between a suppressor,
19   as you described it, and a sound silencer?
20        A.       There are different types of
21   suppressors, but I think many people use the
22   term silencer, when they are really referring
23   to a suppressor.
24        Q.       And, if you know, Mr. Lane, can
25   you describe how the suppressor would be
```

1                    J. Lane

2    attached to the Springfield Armory Saint?

3         A.       Well, I believe there is a

4    threaded section on the front of the barrel,

5    and they are typically threaded on.

6         Q.       Okay.  I just want to go back to

7    paragraph 5.

8                  Going back to your testimony

9    about the Springfield Armory Saint being the

10   rifle that best fits your needs to defend

11   yourself and your loved ones, do you recall

12   when you made this determination?

13        A.       I think I wanted one for a long

14   time.

15                 I mean, I have a couple of other

16   Springfield rifles that I just really like.

17        Q.       And do you recall -- I am sorry.

18   Were those -- I believe those were earlier in

19   your testimony, the Springfield models that

20   you testified about?

21        A.       I don't remember.  I don't

22   remember whether I mentioned -- what I

23   mentioned earlier.

24        Q.       That is fair.

25                 Do you recall the other models

```
                                    Page 107
 1                    J. Lane
 2    made by Springfield that you possess?
 3        A.      Well, I have Springfield, it is
 4    called an O3-A3.  It is a Springfield
 5    1903-A3, which is a military rifle, made, I
 6    think, in the 1940s, chambered in 30-06.  And
 7    it has action like butter.
 8        Q.      Yeah, I am just looking earlier.
 9    I don't believe it was in the list.
10              I appreciate you mentioning that.
11              When did you purchase that
12    Springfield 03-A3 model?
13        A.      I think it would have been 2018.
14        Q.      And do you recall why you decided
15    to purchase this Springfield 03-A3 model?
16        A.      Well, I saw it on the rack of a
17    gun store, and the owner showed it to me, and
18    I liked it a lot.
19        Q.      Have you ever fired this
20    Springfield 03-A3 model?
21        A.      Yes.
22        Q.      On how many occasions?
23        A.      Oh, I don't know.  Dozen or so,
24    maybe.
25        Q.      And where have you fired this
```

```
 1                    J. Lane
 2   other Springfield 03-A3 model?
 3        A.     I fired it at both of the outdoor
 4   ranges that I mentioned before, Blue Hill and
 5   Blue Mountain, whatever they are.
 6        Q.     Is this currently maintained in
 7   your safe, Mr. Lane?
 8        A.     It is, yes.
 9        Q.     This 03-A3 model, is it also
10   affixed with these ergomanic and safety
11   features that you just testified about?
12        A.     No.  It is a very traditional
13   straight, long gun.
14        Q.     And would you use this
15   Springfield 03-A3 model for self defense and
16   defense of your loved ones?
17        A.     If I had to, but I would rather
18   not.
19        Q.     And besides the Springfield
20   03-A3, do you own other models made by
21   Springfield?
22                MR. ROTSKO:  Objection.
23                Mr. Lane's collection of firearms
24        is irrelevant to his standing to bring
25        this action.
```

Page 109

1                    J. Lane

2        A.      I honestly can't remember, off

3    the top of my head.

4        Q.      Okay.  And when you made the

5    determination that you wanted to purchase the

6    Springfield Armory Saint, other than

7    attorneys, did you speak to anyone else, in

8    making this determination?

9        A.      No.

10       Q.      Mr. Lane, how did you find out

11   about these specific Springfield models?  I

12   believe you mentioned you went to the gun

13   store for the 03-A3.

14              For these other models made by

15   Springfield, did you hear about them through

16   another way?

17       A.      Well, I mean, they have a

18   website.  You can look at them on the

19   website.

20       Q.      By looking at the website, did

21   you find these to your liking, these models?

22       A.      Yes.

23       Q.      Did you conduct any other

24   research besides the Springfield website?

25   Did you look at any other website?

Page 110

1                        J. Lane

2        A.      I am sure I Googled the model

3   number and found people who were selling it,

4   and things about it.

5                Yeah, I did some research.

6        Q.      Mr. Lane, going back to the

7   Springfield Armory model that you wish to

8   purchase, can you explain how you would use

9   this model to defend yourself in a home?

10       A.      I would point it at an intruder

11  and shoot.

12       Q.      So you would use this inside the

13  home, Mr. Lane?

14       A.      If I had to.

15       Q.      And would you use this model

16  outside the home, for purposes of self

17  defense?

18                MR. ROTSKO:  Objection.

19                I believe you asked that earlier

20       today.

21       A.      You did.

22       Q.      And I apologize if I did.

23                You can answer again.

24       A.      If I was carrying it lawfully

25  somewhere, and it became necessary, I

Page 111

```
 1                    J. Lane
 2  suppose.
 3              I never really thought of -- I
 4  hope such a scenario would never develop.
 5              If I needed to defend myself or
 6  my family anywhere, I would do whatever it
 7  took to do so.
 8       Q.    Now, Mr. Lane, this Springfield
 9  Armory Saint, would it be more effective for
10  use in self defense than the O3-A3 rifle you
11  possess?
12       A.    Yes.
13       Q.    How would it be more effective?
14       A.    It is a smaller, lighter, more
15  maneuverable, adjustable length, has a pistol
16  grip, and it is a semiautomatic rifle.
17       Q.    Same question for the Ruger rifle
18  that you mentioned.
19              Would the Springfield Armory
20  Saint be more effective than the Ruger model
21  for self defense?
22       A.    Much more.
23       Q.    For the same reasons that you
24  provided, or for different reasons?
25       A.    For the additional reason that
```

Page 112

```
1                    J. Lane
2    the Ruger is a 22 caliber rifle, and the 22
3    caliber rifles are not generally considered
4    good self defense weapons.
5         Q.      Why are this not considered good
6    self defense weapons?
7         A.      It is a very light round.  You
8    can probably take four or five of them and
9    walk away.
10        Q.      Can you explain what you mean by
11   that?
12        A.      You shoot someone with the 22
13   they, are probably not going to go down,
14   unless it is perfect hit to the heart or
15   something.  And even then, it is going to be
16   slow.
17                It is not a self defense weapon.
18        Q.      What is the basis for your
19   understanding?
20        A.      Just my general knowledge of
21   guns.
22        Q.      Going back to the Springfield
23   Armory Saint, do you know anyone who uses
24   this particular model inside the home?
25        A.      I don't know.
```

```
                                     Page 113
 1                    J. Lane
 2       Q.      Have you -- other than your
 3  attorneys, have you had any discussions with
 4  anyone about using this model inside the home
 5  for self defense?
 6       A.      I have not.
 7       Q.      And again, I think you might have
 8  answered this before.
 9                In the last portion of paragraph
10  5 you mentioned other lawful purposes.
11                Does that refer to what you
12  testified about today, or anything besides
13  that?
14       A.      No, just what I have said:
15  Target shooting and potentially hunting.
16       Q.      And how would -- why does the
17  Springfield Armory Saint best fit your needs
18  for target shooting?
19       A.      I didn't -- I don't think I ever
20  said it is the best gun for target shooting.
21                If you wanted to ask me about
22  that, I would probably point you to my
23  Anschutz olympic rifle.
24       Q.      That would be better for target
25  shooting?
```

Page 114

1                    J. Lane

2        A.        For competitive shooting, it

3    would be better, yes.

4        Q.        And why would it be -- I am

5    sorry.  Can you spell that?

6        A.        A-N-S-C-H-U-T-Z, Anschutz.

7                  It is a German made gun that is

8    made specifically for competitive use.

9        Q.        Okay.  And how about hunting?

10                 For hunting, would this model,

11   this Springfield Armory Saint, be preferable

12   to other guns that you own for hunting?

13       A.        In some respects, depending on

14   where you are hunting and what you are

15   hunting, yes.

16                 Like I said, it is a very

17   lightweight, easily maneuvered small rifle.

18                 So if you are hunting elk in

19   Minnesota, it probably wouldn't be your first

20   choice.

21                 But most deer hunting in the

22   state of New York is done at fairly close

23   range, and it would be very good in tight,

24   wooded quarters.  It would be a very good gun

25   for that.

Page 115

1                        J. Lane
2         Q.        You might have mentioned this.
3                   When you have gone hunting within
4    the past ten years, is there a model that you
5    preferred, in particular?
6         A.        I usually use my Remington 700.
7         Q.        And why do you prefer to use --
8    why do you usually use the Remington 700 for
9    hunting?
10        A.        It is a gun that I have that I
11   can legally use.  It is a good rifle.
12        Q.        If I could turn your attention,
13   Mr. Lane, to paragraph 6, you write that I
14   have not been able to purchase or possess
15   this rifle because I am a law abiding
16   citizen.  Purchasing and possessing a
17   Springfield Armory Saint is outlawed by
18   New York penal law.
19                  And why do you believe that this
20   particular model Springfield Armory Saint is
21   outlawed by the New York penal law?
22        A.        Well, I can read.  It is.
23        Q.        And can you explain why?
24        A.        Why?  Because the people who
25   write the laws don't know what they are

```
                                      Page 116

 1                      J. Lane

 2    doing.

 3         Q.      My question is:   What are the

 4    features -- what are the features in the

 5    Springfield Armory Saint that make it

 6    unlawful under this statute?

 7         A.       It is my understanding that any

 8    semiautomatic rifle that has either a

 9    telescoping or folding stock, pistol grip,

10    muzzle device, and probably some other

11    features, is considered illegal, is illegal

12    under penal law.

13                   And it has those features, so

14    that means it is illegal, under the penal

15    law.

16         Q.      Other than your attorneys, have

17    you spoken to anyone else about the

18    Springfield Armory Saint being illegal for

19    these reasons?

20                   In other words, have you had any

21    discussion with anyone else besides your

22    attorneys about the Springfield Armory Saint

23    being illegal?

24                   MR. ROTSKO:   Objection.

25                   Mr. Lane's conversations with
```

```
 1                    J. Lane
 2        others don't have anything to do with
 3        the legality or illegality of the
 4        particular firearm.
 5        A.     I don't think I have.  I can't
 6   recall any.
 7        Q.     Do you know whether this model,
 8   this Springfield Armory Saint, can be
 9   modified to comply with this New York Law
10   mentioned in paragraph 6 of your declaration?
11        A.     I don't know.
12        Q.     Have you ever looked into
13   whether -- have you ever conducted any
14   research as to whether the model can be
15   modified to comply with this New York penal
16   law provision?
17        A.     I haven't, but I think it would
18   require eliminating the things that make it
19   an ideal rifle for my purpose.
20        Q.     And what are those things?
21        A.     The things we have been talking
22   about:  The telescoping stock, the pistol
23   grip, the muzzle device.
24        Q.     Also the detachable magazine?
25        A.     Well, the detachable magazine,
```

Page 118

1                        J. Lane

2    right.

3              It is part of the semiautomatic

4    definition, I believe, under that statute; so

5    yes, that would probably also have to be

6    modified.

7              I don't really know.  I am not a

8    gunsmith, so I don't know exactly what is

9    done to make them compliant.

10        Q.    Do you know anyone who possesses

11   a -- do you know anyone else who possesses a

12   semiautomatic rifle, whether it is the

13   Springfield Armory Saint or another model,

14   that has been modified to comply with

15   New York Law?

16        A.    I don't know.

17        Q.    If you look at paragraph 7, it

18   says, I would have purchased this rifle

19   already, as it is my right to do so as a U.S.

20   citizen, but for the firearms ban making

21   purchase in New York a criminal offense and a

22   practical impossibility.  In my experience,

23   New York licensed firearms dealers do not

24   stock or sell non-New York compliant AR-15

25   variants such as the Springfield Armory

Page 119

```
 1                    J. Lane
 2   Saint.
 3              How do you know that?  What is
 4   the basis of your knowledge that it is a
 5   practical impossibility, as you put it, to
 6   purchase this particular model?
 7        A.    Well, I mean, I have been in
 8   quite a few gun stores over the years.  I see
 9   them hanging on the wall in gun stores in
10   other states.  I don't see them in New York.
11        Q.    Have you ever spoken to any
12   firearms seller in the State of New York
13   about purchasing this model?
14        A.    No.
15        Q.    Have you ever spoken to anyone
16   else besides a firearm seller in New York
17   about purchasing this model?
18        A.    No.
19              I don't even know what you mean,
20   spoken to anyone.
21              Asking someone to sell me this
22   gun in New York would be asking them to
23   commit a crime.
24        Q.    Well, let me put it this way --
25   strike that.
```

```
                                        Page 120
 1                   J. Lane
 2              Have you ever spoken to anyone --
 3      besides your attorneys, have you spoken to
 4      anyone about this -- about it being a
 5      practical impossibility to purchase this
 6      rifle?
 7          A.     You know, I don't want to make
 8      more of it than I should, but I am a lawyer.
 9      I know that it is a practical impossibility,
10      because it is an illegal gun under New York
11      law.
12              It shouldn't be, but it is.
13          Q.     But your testimony, you have not
14      spoken to anyone about this model being a
15      practical impossibility, as you put it, to
16      purchase?
17          A.     I don't recall doing so.
18          Q.     Do you know whether this
19      particular model, the Springfield Armory
20      Saint, was ever produced in the State of
21      New York -- strike that.
22              Do you know whether this model
23      was available for purchase in the State of
24      New York, the Springfield Armory Saint?
25          A.     I don't know.
```

Page 121

```
 1                    J. Lane
 2      Q.      Do you know anyone residing in
 3  the State of New York who possesses this
 4  particular model, this Springfield Armory
 5  Saint?
 6      A.      No.  I mean, I don't know -- I
 7  don't know whether -- I don't know what
 8  everyone I know possesses, but I am not aware
 9  of anyone in the State of New York possessing
10  one of these, that someone that I know, no.
11      Q.      Mr. Lane, do you own property in
12  any other states?
13      A.      No.
14      Q.      Do you own any firearms that are
15  currently located in other states?
16      A.      No.
17      Q.      Have you ever purchased a gun in
18  another state besides New York?
19      A.      I purchased the Springfield O3A3
20  in North Carolina.
21      Q.      And you might have testified, I
22  apologize.
23              Do you recall the date that you
24  purchased it?
25      A.      I think it was 2018, but it could
```

```
                                    Page 122
 1                   J. Lane
 2   be 2017.
 3       Q.      Have you ever purchased an
 4   assault rifle in these other states before?
 5               MR. ROTSKO:  Objection, asked and
 6       answered.
 7       A.      No.
 8       Q.      If I turn your attention,
 9   Mr. Lane, to I guess paragraph 8, it says, I
10   would also possess a Springfield Armory Saint
11   rifle if the firearms ban did not make such
12   possession a felony.  I do not want to risk
13   criminal prosecution, and I know New York
14   State has a policy of, quote, vigorously,
15   unquote, enforcing the firearms ban.  The
16   state has prosecuted others who possessed
17   AR-15 variants such as the one I prefer to
18   buy.  If it was not for the firearms ban, I
19   would legally purchase and possess a
20   Springfield Armory Saint at the first
21   opportunity I have.
22               What is the basis for your
23   understanding that New York has a policy of,
24   quote, vigorously enforcing the firearm ban?
25       A.      I have read things here and
```

```
                                        Page 123
  1                    J. Lane
  2    there, I don't remember exactly what.
  3               But I think the State of New York
  4    has made it quite clear that they intend to
  5    enforce their own laws.
  6               I think there is even a website
  7    about the Safe Act that is a State website.
  8        Q.     Have you read this anywhere else
  9    besides the State website?
 10        A.     Probably.
 11        Q.     Do you recall the name or names
 12    of these websites?
 13        A.     No.
 14               Are you saying they wouldn't
 15    enforce it?
 16        Q.     I guess I am going to --
 17               Have you spoken to anyone about
 18    this policy that is mentioned in paragraph 8?
 19        A.     Have I spoken with anyone about
 20    New York State's policy of enforcing laws?
 21        Q.     Yes, correct, as you put it in
 22    paragraph 8?
 23        A.     It is kind of a vague question.
 24        Q.     Mr. Lane, I am just going by what
 25    you wrote in your declaration.
```

```
 1                    J. Lane
 2        A.     Have I spoken with anyone about
 3   what I wrote in this paragraph?
 4        Q.     Yes.
 5        A.     No, I don't think so.
 6        Q.     Do you know anyone within the
 7   State of New York who has been prosecuted for
 8   violating the firearms ban, as it has been
 9   put in your declaration?
10        A.     Not personally, no.
11        Q.     Do you know of anyone, even if
12   you don't know them personally, who has been
13   prosecuted for violating this firearms ban?
14        A.     People have been.
15               You know, this is public
16   knowledge.
17               I don't know their names or
18   anything.
19        Q.     Have you conducted research on
20   individuals that have been prosecuted for
21   violating this New York penal law?
22        A.     Research?
23        Q.     Yes.
24        A.     I don't think so, no.
25        Q.     Turning your attention to
```

```
 1                    J. Lane
 2   paragraph 9, it says, my understanding is
 3   New York licensing scheme for semiautomatic
 4   rifles does not apply to the class of
 5   firearms covered by the firearms ban,
 6   including a Springfield Armory Saint rifle.
 7   I also understand that the licensing scheme
 8   is a shall issue and that I meet all the
 9   eligibility criteria.
10            Do you see that?
11       A.    Yes.
12       Q.    What you mean here by class of
13   firearms covered by the firearms ban?
14       A.    I believe that is what the Safe
15   Act calls an assault rifle.  I think that is
16   what the class of firearms is that we are
17   talking about.
18       Q.    Are there any semiautomatic
19   rifles that are covered by the licensing
20   scheme, as you put it?
21       A.    I am sorry.  What?
22       Q.    Let he phrase it that way.
23            You mentioned a licensing scheme.
24            Are there any assault rifles, or
25   however you want to phrase it, that are
```

```
                                    Page 126
 1                      J. Lane
 2    covered by this licensing scheme?
 3               In other words, you said, it is
 4    my understanding New York licensing scheme
 5    for semiautomatic rifles does not apply to
 6    the class of firearms.
 7               Are there semiautomatic rifles
 8    that are covered by New York's licensing
 9    scheme, if you understand the question?
10               MR. ROTSKO:  Objection.  It calls
11         for a legal conclusion.
12         A.    My understanding is that the new
13    licensing scheme applies to any semiautomatic
14    rifle, except an assault rifle, which is not
15    legal to purchase, under a separate law.
16               You have a licensing requirement
17    for a gun that is legal to purchase.  It
18    doesn't relate to guns that are not legal to
19    purchase.
20         Q.    Let me put it this way:  Are
21    there any semiautomatic rifles that can be
22    purchased -- are there any semiautomatic
23    rifles that can purchased under New York law,
24    that you know of?
25               MR. ROTSKO:  Same objection.
```

```
                                    Page 127
 1                    J. Lane
 2        A.       Sure.   There is many of them.
 3        Q.       Do you know any specific models,
 4   in particular, that can be purchased?
 5        A.       A Ruger 10-22 would be a good
 6   example, yes.
 7        Q.       Other models that you know of?
 8        A.       I don't know the model numbers.
 9                 That is the only one that I have
10   that I presently own.
11        Q.       You mentioned a shall issue,
12   Mr. Lane.
13                 What is your understanding of a
14   shall issue?
15        A.       Well, I think that I am going to
16   step in for my lawyer and say that calls for
17   a legal conclusion, so I object.
18        Q.       I am not asking for you legal
19   understanding; your personal understanding,
20   Mr. Lane?
21        A.       That is kind of hard to separate
22   the two.
23                 But all right.
24                 So what was the question?
25        Q.       What is your personal
```

1                      J. Lane

2    understanding of a shall issue, this

3    quotation?

4         A.      Right.  So my understanding is

5    there are two different kinds of licensing

6    schemes in the world.

7                 A shall issue jurisdiction is a

8    jurisdiction in which if you meet the basic

9    criteria, you can -- they will issue the

10   license so that you can purchase a firearm, a

11   gun.

12                And may issue, it leaves the

13   discretion with the government to decide

14   whether to issue a license.

15        Q.      It says that I meet all the

16   eligibility criteria.

17                What eligibility criteria are you

18   referring to?

19        A.      I think it is basically the same

20   as a NICS check.  That is my understanding.

21        Q.      Paragraph 10 on the last page,

22   Mr. Lane, it says if in the future I need to

23   obtain this license in order to acquire a

24   Springfield Armory Saint, I will apply for

25   it.  Do you see that?

1                    J. Lane

2        A.      Yes.

3        Q.      Under what circumstances would

4    you apply for a license in the future?

5                MR. ROTSKO:  Objection.

6                After the declaration was

7        submitted, Judge Karras ruled that

8        Mr. Lane's licensure status and whether

9        or not he has or will apply for a

10       license semiautomatic license in the

11       future is irrelevant to his standing.

12               MR. RUBINSTEIN:  Counsel, I

13       just -- I have been letting it go, but

14       in terms of the speaking objections, I

15       just ask --

16               MR. ROTSKO:  I was trying to be

17       succinct.

18               MR. RUBINSTEIN:  I don't know if

19       under Rule 30, that is succinct, but the

20       witness can answer.

21       A.      I am sorry.  Can you repeat your

22    question?

23       Q.      Sure.  Under paragraph 10 it says

24    if in the future I need to obtain this

25    license in order to acquire a Springfield

```
                                   Page 130
 1                    J. Lane
 2     Armory Saint, I will apply for it.
 3              Under what circumstances would
 4     you apply for this type of license in the
 5     future?
 6          A.     If the prohibition on purchasing
 7     a gun like the Saint is eliminated, then I
 8     would do so.
 9          Q.     Do you think you would be
10     approved for this type of license?
11          A.     Yes.
12          Q.     What is the basis for your
13     approval?
14          A.     Because I passed many NICS
15     checks, and I have a federal firearms
16     license, and I think I meet the criteria.
17          Q.     How many NICS checks have you
18     passed?
19          A.     Every gun I have ever purchased.
20          Q.     You also write, applying for and
21     obtaining the license at the present moment,
22     however, would not help me obtain my
23     preferred rifle, since the firearms ban would
24     still prevent me from acquiring or possessing
25     a Springfield Armory Saint.
```

```
 1                      J. Lane
 2              Do you know whether you can
 3   presently apply for license for other types
 4   of semiautomatic rifles?
 5        A.      Sure.
 6              MR. ROTSKO:  Objection, asked and
 7        answered.
 8        Q.      And is that what you testified
 9   regarding paragraph 9, correct?
10        A.      I am sorry.  What?
11        Q.      The licensing scheme that you
12   referenced for paragraph 9?
13        A.      I think you have asked this
14   question before, but I think what you asked
15   was, are there semiautomatic rifles that are
16   currently legal --
17        Q.      Yes.
18        A.      -- to purchase in the State of
19   New York?
20              And yes, of course, there are.
21        Q.      Now, is there any reason why you
22   do not intend to apply or purchases these
23   other types of semiautomatic rifles?
24        A.      I have some already, and the only
25   one that I want, I can't buy.
```

```
 1                    J. Lane
 2              MR. RUBINSTEIN:  I think we can
 3       mark this next exhibit as B, James
 4       Exhibit B.
 5              (Whereupon, a document was marked
 6       as James Exhibit B for identification,
 7       as of this date.)
 8       Q.     Mr. Lane, I am handing you a
 9   document marked as James Exhibit B.
10              MR. RUBINSTEIN:  And for the
11       record, it is from a website
12       GunSafety.NY.gov.
13              And I will provide the court
14       reporter the full URL, so we have it in
15       the record.
16       Q.     If you can look at this version,
17   Mr. Lane.
18       A.     Okay.
19       Q.     You can briefly flip through
20   this.
21       A.     I did.
22       Q.     Have you seen this website
23   before, Mr. Lane?
24       A.     I am not sure.  Probably.
25       Q.     Just like to turn your attention
```

Page 133

```
 1                    J. Lane
 2   to the last three pages of this, I guess
 3   third from the last.
 4              And if you can see, there are --
 5   on the last three pages, there are five
 6   semiautomatic rifles; semiautomatic rifles,
 7   not assault.
 8              MR. RUBINSTEIN:  For the record,
 9         it is a Remington 750 Woodmaster, a
10         Browning LongTrac 300, a Ruger Mini 14,
11         and a Mossberg 702 and a Ruger 10-22.
12      Q.    Are you familiar with these
13   rifles mentioned here?
14      A.    Well, I own several Riverton
15   10-22s.
16      Q.    That is my next question.
17      A.    And I don't know that I have
18   fired any of these other ones, but I know
19   what they are.
20      Q.    Again, besides the Ruger 10-22,
21   which you testified about already, have you
22   looked into purchasing these other four
23   models mentioned here?
24      A.    No, I have not.
25      Q.    Why have you not looked into
```

Page 134

```
 1                      J. Lane
 2    purchasing these other four models?
 3         A.      I don't know.
 4                 I have -- like I said, I have
 5    several Ruger 10-22s, and I don't really feel
 6    that I need any of these particular models.
 7         Q.      I know you already testified
 8    about the Ruger 10-22.
 9                 For these other models, could you
10    use them to defend yourself and your loved
11    ones?
12                 MR. ROTSKO:  Calls for
13         speculation.
14         A.      Like I said, Counsel, you could
15    use a kitchen knife, if you had to, but it
16    wouldn't be ideal.
17         Q.      Ideal compared to Springfield
18    Armory Saint?
19         A.      Correct.
20         Q.      Would it also be less than ideal
21    compared to the Ruger 10-22 that you possess?
22         A.      I am sorry?
23         Q.      The Ruger 10-22 the model that
24    you possess -- I believe you mentioned you
25    possess several -- is that preferable for
```

```
 1                    J. Lane
 2  self defense, compared to these other four
 3  models, if you know, that are mentioned here?
 4       A.     I do not know.
 5              The Ruger 10-22, as I said
 6  earlier, is a 22 caliber rifle.  It is not a
 7  great self defense rifle.
 8              MR. RUBINSTEIN:  We can take a
 9         five-minute break.
10              (Whereupon, a short recess was
11         taken at 12:17 p.m., and testimony
12         resumed at 12:28 p.m.)
13       Q.     Before we go any further,
14  Mr. Lane, just a few questions?
15              Back on the record.
16              Is there any reason why you do
17  not currently possess a handgun?
18       A.     I just never really had any
19  interest in handguns, plus, you know, a lot
20  of trouble to go through to get a permit to
21  buy one.
22       Q.     And why do you not have much
23  interest in the handgun?  Is it because of
24  trouble to get a permit?
25       A.     I mean, that is part of it.
```

```
 1                     J. Lane
 2              But it is kind of an aesthetic
 3    thing.  I just think long guns are -- I don't
 4    know what the right word is.  I find them
 5    appealing.  And I just have never had the
 6    same interest in handguns.
 7         Q.      Would a handgun be useful for
 8    self defense for you and your family?
 9              MR. ROTSKO:  Objection, calls for
10         speculation.
11         A.      It could be, yes.
12         Q.      Would it be as effective as
13    the -- for self defense in the home as the
14    Springfield Armory Saint?
15              MR. ROTSKO:  Same objection.
16         A.      There are many different kinds of
17    handguns, so the question is kind of, you
18    know, a little too vague.
19         Q.      Is there any specific model or
20    type of handgun that you believe is effective
21    as a Springfield Armory Saint for self
22    defense?
23         A.      I really don't know different
24    models of handguns.
25         Q.      And that goes to your testimony
```

```
 1                    J. Lane
 2   from now, in terms of aesthetic preference,
 3   right?
 4        A.      As far as self defense, I mean, I
 5   just think that the Saint is a very good
 6   option for that.
 7                  Would a handgun work?  It might
 8   depend on the circumstances and the handgun.
 9                  You know, there is an optics
10   component to it, as well.  If you need to
11   defend yourself, and the person that you need
12   to defend yourself sees something that looks
13   like the Saint, I would hope that they would
14   think twice.
15                  A handgun doesn't have quite that
16   impact.
17                  And I don't know if there are
18   handguns that shoot the 5-56.  There might
19   be, but it is a very good round for self
20   defense.
21                  MR. RUBINSTEIN:  Going to mark
22       this next exhibit as James Exhibit C.
23                  (Whereupon, a document was marked
24       as Defendant's Exhibit C for
25       identification, as of this date.)
```

```
 1                    J. Lane
 2      Q.      Mr. Lane, I am handing you a
 3  document that has been marked as James
 4  Exhibit C.
 5              Do you recognize this document?
 6      A.      I do.
 7      Q.      And have you reviewed this
 8  document before today -- strike that.
 9              What is this document?
10      A.      It is the complaint in this
11  lawsuit.
12      Q.      And is this -- are the
13  allegations in the complaint accurate?
14      A.      To the best of my knowledge, yes.
15      Q.      Now, Mr. Lane, if I can turn your
16  attention to paragraph 19, I believe this
17  would be -- I won't read out the paragraph,
18  but if you can just read it to yourself.
19              Let me know when you are finished
20  with paragraph 19.
21              (Witness is perusing the
22      exhibit.)
23      A.      I have read it.
24      Q.      There is a reference to a survey,
25  William English.  And for the record, it is
```

1                     J. Lane

2   2021 National Firearms Survey Updated

3   Analysis Including Types of Firearms Owned.

4               Have you read this survey?

5        A.     I have not.

6        Q.     Do you know who William English

7   is?

8        A.     Other than apparently the author

9   of this referenced article, no.

10       Q.     Are you an expert in gun

11  ownership in the United States?

12       A.     I don't know really know what

13  that means.

14       Q.     There is a reference here to

15  ownership.  There is a reference to the

16  number of Americans who own AR-15.  Do you

17  see that?

18       A.     I do see that.

19       Q.     Are you an expert regarding the

20  ownership of AR-15s?

21               MR. ROTSKO:  Objection.

22               Mr. Lane is here as a fact

23       witness, not an expert witness.

24       Q.     You can answer.

25       A.     The only thing I have ever been

```
                                    Page 140
 1                    J. Lane
 2   called an expert in was federal trademark
 3   law.
 4             So these are kind of common
 5   knowledge kind of things, you know.  They
 6   don't relate to me specifically.
 7        Q.     The next paragraph, paragraph 20,
 8   if you can see that, read that to yourself.
 9             There is a reference to a
10   National Shooting Sports Foundation, Inc.,
11   Firearms Retailers Survey Report for 2021.
12   Do you see that?
13        A.     I see the reference, yes.
14        Q.     Have you read this survey?
15        A.     No.
16        Q.     Are you familiar with the
17   National Shooting Sports Foundation,
18   Mr. Lane?
19        A.     I have heard of it.
20        Q.     Have you ever spoken to any
21   individual employed by this organization
22   before?
23        A.     I don't know.
24        Q.     I think we can turn to paragraph
25   29.
```

```
1                      J. Lane
2              And again, if you can just read
3    paragraph 29 to yourself, Mr. Lane?
4              Mr. Lane, do you see the second
5    sentence, where it mentions a report by the
6    U.S. Department of Justice, Bureau of Justice
7    Statistics?  Do you see that?
8        A.    I see the reference.
9        Q.    Have you read that report
10   referenced in paragraph 29?
11       A.    I have not.
12       Q.    Now if you see, there is a
13   reference to an article by Gary Kleck and
14   Marc Gertz titled Armed Resistance to Crime:
15   The Prevalence and Nature of Self-Defense
16   with a Gun.  Do you see that, Mr. Lane?
17       A.    I see the reference.
18       Q.    Have you read that article
19   before?
20       A.    No.
21       Q.    Do you know who Gary Kleck is?
22       A.    No.
23       Q.    Do you know who Mark Gertz is?
24       A.    Other than the authors of these
25   pieces, no, I don't know.
```

```
 1                    J. Lane

 2        Q.      As with paragraph 19, are you an

 3   expert regarding encounters with criminal

 4   intruders in the home?

 5        A.      I hope never to be expert in that

 6   topic.

 7                MR. ROTSKO:  Objection.

 8        Q.      And again, paragraph 33, next

 9   page, there is a reference on the second

10   sentence to a widely cited 2004 study saying

11   that these -- quote, these arms are used in a

12   small fraction of gun crimes, and it

13   references a report of Christopher Koper,

14   Updated Assessment of the Federal Assault

15   Weapons Ban Impacts on Gun Markets and Gun

16   Violence 1994 to 2003 from the U.S.

17   Department of Justice.

18                Do you see that, Mr. Lane?

19        A.      I see the paragraph, yes.

20        Q.      Have you read this report from

21   2004?

22        A.      I have not.

23        Q.      Do you know who Mr. Koper is?

24        A.      Other than the author of this

25   article, no.
```

```
                                       Page 143
 1                       J. Lane
 2        Q.        And again -- also, once again,
 3   Mr. Kleck.   There is a reference to Targeting
 4   Guns, Firearms and Their Control.
 5                  Do you see that?
 6        A.        I see that.
 7        Q.        Have you read Targeting Guns,
 8   Firearms and Their Control before?
 9        A.        No.
10        Q.        There is a hyperlink at the
11   bottom of this paragraph regarding FBI
12   statics from 2019 Expanded Homicide Table 8,
13   Crime in the United States.   Do you see that?
14        A.        I do.
15        Q.        Have you viewed that Table 8
16   before, Mr. Lane?
17        A.        I don't think so, no.
18        Q.        Again, are you an expert
19   regarding the use of so-called assault
20   weapons, as it is put here in crimes?
21                  MR. ROTSKO:   Objection.
22                  Mr. Lane is not here as an expert
23        witness.
24        A.        I can save you a lot of trouble
25   by telling you that I am not an expert in
```

Page 144

```
 1                    J. Lane
 2  anything other than the thing that I do for a
 3  living.
 4       Q.    Okay.  Mr. Lane, if you can read
 5  paragraphs 35 to 38 to yourself.
 6              (Witness is perusing the
 7       exhibit.)
 8       A.    Yes, okay.
 9       Q.    At the beginning of paragraph 35
10  it says the arms banned as assault weapons
11  under New York Semiautomatic Firearm Ban are
12  common in all respects, and then it gives
13  several pieces.
14              What is the basis for your
15  understanding that these assault weapons are
16  common?
17       A.    Again, this is common knowledge
18  stuff.  You know, it is not about me
19  specifically, and my desire to purchase a
20  particular gun.
21              However, all you gotta do is go
22  to any range, in almost any state in the
23  country, or any gun shop in almost any state
24  in the country, and you will see plenty of
25  these guns.
```

```
                                        Page 145

 1                     J. Lane

 2        Q.      Do you know if these types of

 3   guns are in common use?

 4        A.      I believe they are.

 5        Q.      What is the basis for your

 6   belief?

 7        A.      I have seen them in common use.

 8        Q.      Where have you seen them?

 9        A.      I just told you.

10        Q.      In gun ranges across the country?

11        A.      Well, not across the country, but

12   in other states.

13        Q.      Are they in common use for lawful

14   purpose?

15        A.      As far as I know, yes.

16        Q.      What is the basis for your

17   knowledge?

18        A.      Simply a general awareness of the

19   laws in other states, and having seen them

20   used in other states.

21        Q.      Are these guns in common use for

22   lawful purposes in the State of New York?

23        A.      Isn't that kind of a ridiculous

24   question?

25                I mean, we are litigating the
```

```
 1                    J. Lane
 2   fact that you can't buy them in the State of
 3   New York, so I don't think so.
 4        Q.      Have you spoken to anyone --
 5   well, you mentioned when you have seen in
 6   other states.
 7                  Have you spoken to anyone about
 8   these weapons being in common use?
 9        A.      You know, it is not really
10   something that comes up, other than places
11   where you can't buy them.
12        Q.      Okay.  If I can turn your
13   attention back to paragraph 14, it would be
14   on page 5 -- I am sorry, page 4.
15        A.      Page 4 of the complaint?
16        Q.      Yes, Paragraph 4 of the
17   complaint.
18                  Just read it to yourself.
19                  (Witness is perusing the
20        exhibit.)
21        A.      The whole paragraph?
22        Q.      Yes.  It is starts on page 4 to
23   page 6.
24        A.      Okay.
25                  (Witness is perusing the
```

Page 147

```
 1                    J. Lane
 2      exhibit.)
 3      A.      Okay.
 4      Q.      Turn your attention to the bottom
 5  of page 4.  There is a reference to the
 6  folding or telescoping stock, and that refers
 7  to what you testified about before?
 8      A.      We have talked about the
 9  telescoping stock, yes.
10      Q.      How does that -- does that differ
11  from a folding scope?
12      A.      One is a telescope, the other
13  folds.
14      Q.      Do you wish to use a folding
15  stock?
16      A.      I wouldn't mind having one.
17      Q.      Would that also will be attached
18  to a Springfield Armory Saint?
19      A.      I don't know if it comes with a
20  folding stock.
21      Q.      Why would you not mind having a
22  folding stock?
23      A.      Well, it is just a cool thing.
24      Q.      And why is it a cool thing?
25      A.      You know, that is a very strange
```

Page 148

```
 1                    J. Lane
 2   question.
 3             Why is anything a cool thing?
 4             It is just about as useful as a
 5   telescoping stock, but not quite.
 6        Q.    And I believe pistol grip, you
 7   testified about.
 8             How about a thumb hold stock?
 9        A.    What about them?
10        Q.    Would you want to possess a thumb
11   hold stock?
12        A.    Sure.
13        Q.    And why?
14        A.    Well, it is a place you put your
15   thumb so you can grab the trigger a little
16   better.
17        Q.    And how about a second hand grip,
18   or protruding grip that can be held by the
19   non-shooting hand.  Do you see that?  Would
20   you want to use that feature?
21        A.    Yes.
22        Q.    Why would you want to use that
23   feature?
24        A.    Again, it gives you more control
25   of the gun.
```

Page 149

1                        J. Lane

2        Q.     And how about bayonet mount?

3   What is you understanding of bayonet mount?

4        A.     It is a thing on the front of the

5   barrel where you can stick a knife.

6        Q.     And would you want to use a

7   bayonet mount, Mr. Lane?

8        A.     I never really thought about it.

9   I never really thought about that.

10       Q.     Okay.  So yes or no, would you

11   want to use a bayonet mount?

12              MR. ROTSKO:  Just to clarify the

13       question, are you asking Mr. Lane to

14       determine today whether he is interested

15       in using a bayonet mount?

16              MR. RUBINSTEIN:  Absolutely, yes.

17       A.     I guess if I had the option, I

18   would consider it.

19       Q.     And why would you consider it?

20       A.     Well, every tool you have adds to

21   your tool kit.

22       Q.     The next one, flash suppressor,

23   muzzle break, muzzle compensator, I think we

24   have covered that.

25              And then there is reference to

```
                                    Page 150
 1                      J. Lane
 2    threaded barrel designed to accommodate a
 3    flash suppressor, muzzle break or muzzle
 4    compensator.
 5                Do you understand what a threaded
 6    barrel is?
 7         A.     Yes.
 8         Q.     And would you use a threaded
 9    barrel designed to accommodate these
10    features?
11         A.     If it was legal to do so.
12         Q.     And why would you use a threaded
13    barrel?
14         A.     It wouldn't use -- the reason you
15    have a threaded barrel, of course, is to
16    install one of these things that are
17    referenced here.
18                So I assume what you are really
19    asking is, would I use one of these things?
20                And my answer is the answer I
21    just gave:  If it was legal to do so, I
22    probably would, yes.
23         Q.     The last one, grenade launcher,
24    do you see that?
25         A.     Yes.
```

1                     J. Lane

2        Q.     Do you know what a grenade

3    launcher is?

4        A.     Vaguely.

5        Q.     What is your understanding of a

6    grenade launcher?

7        A.     A thing that launches a grenade.

8        Q.     Would you use a grenade launcher?

9        A.     I don't think so.

10       Q.     Why would you not use a grenade

11   launcher?

12       A.     I don't have any grenades.

13       Q.     Any other reasons?

14       A.     I don't just see that being the

15   kind of thing that a person would need.

16              That is a military device.

17       Q.     If I can turn your attention to

18   paragraphs 21 through 23, just a brief

19   question, if you can just read these

20   paragraphs.

21              (Witness is perusing the

22       exhibit.)

23       A.     Yes, okay.

24       Q.     There is a reference in these

25   paragraphs to a machine gun.

```
                                    Page 152
 1                  J. Lane
 2              Do you see that, Mr. Lane?
 3       A.     Uh-huh.
 4       Q.     Would you want to use a machine
 5   gun?
 6       A.     I never really thought about it.
 7              I mean, machine guns, I think,
 8   are governed by separate laws.
 9       Q.     Would you want to use a machine
10   gun at some point, Mr. Lane?
11       A.     For what?
12       Q.     That is my question to you,
13   Mr. Lane.
14              MR. ROTSKO:  Objection.
15              The question -- Mr. Lane, the
16       entire case is about him wanting to
17       purchase a semiautomatic gun, not a
18       machine gun.
19              MR. RUBINSTEIN:  Again, I will
20       let this go, please, with the speaking
21       objections.
22       Q.     You can answer, Mr. Lane.
23       A.     I didn't even know what you mean
24   by use.
25              What do you mean?
```

```
 1                    J. Lane
 2      Q.      Have you thought about using a
 3  machine gun for self defense, for example, of
 4  yourself and your loved ones?
 5      A.      Well, I suppose if it was legal
 6  to buy one, and I could afford it, I would
 7  consider it.
 8      Q.      Have you considered purchasing a
 9  machine gun?
10      A.      I have never considered that, no.
11      Q.      And why have you not considered
12  that?
13      A.      Well, I don't think it is very
14  easy to do.
15      Q.      Any other reason?
16      A.      I don't know.  Just never thought
17  about it.
18              MR. RUBINSTEIN:  I think we can
19      mark the next exhibit as D.
20              (Whereupon, a document was marked
21      as James Exhibit D for identification,
22      as of this date.)
23      Q.      Mr. Lane, I am handing you a
24  document that has been marked as James
25  Exhibit D, if you can take a look at that
```

Page 154

```
 1                    J. Lane
 2   document.
 3        A.      Yes.
 4        Q.      Do you recognize this document?
 5        A.      Yes.
 6        Q.      And what is this document?
 7        A.      This is responses to the
 8   interrogatories served on us by the
 9   defendants in this case.
10        Q.      And did you write this document
11   yourself?
12        A.      No, I worked with my counsel.
13        Q.      And when you say counsel, you
14   mean Mr. Rotsko?
15        A.      Yes.
16        Q.      And did you view this document
17   before today?
18        A.      Oh, yes.
19        Q.      If you can turn to the last page,
20   it would be page 15, I guess 14 and 15.
21        A.      Uh-huh.
22        Q.      Page 14, is that your signature,
23   Mr. Lane?
24        A.      Yes.
25        Q.      If you can turn your attention to
```

```
 1                     J. Lane
 2   the response to interrogatory number 5.  I
 3   guess that would be on page 3, from page 3 to
 4   page 7.
 5               If you can please briefly review
 6   the responses?
 7               (Witness is perusing the
 8        exhibit.)
 9        A.     Uh-huh.
10        Q.     As you see, there is a list of
11   sources that are mentioned.  Do you see that,
12   Mr. Lane?
13        A.     Uh-huh.
14        Q.     Di you write this list of
15   sources --
16               MR. ROTSKO:  Objection.
17        Q.     -- in interrogatory number 5?
18               MR. ROTSKO:  Objection, work
19        product.
20               MR. RUBINSTEIN:  You are
21        instructing the witness not to answer?
22               MR. ROTSKO:  Yeah, I am,
23        actually.
24               MR. RUBINSTEIN:  On what basis?
25               MR. ROTSKO:  Because I don't want
```

```
                                    Page 156
 1                     J. Lane
 2        him to tell you whether he wrote the
 3        list or not.
 4               That is the basis, work product.
 5               MR. RUBINSTEIN:  That is not work
 6        product.
 7               In any event, let's leave that
 8        open for now.
 9        Q.     Did you read each of these
10   documents, Mr. Lane?
11        A.     No.  This is sort of, again,
12   public information stuff.
13        Q.     And again, there is a reference
14   to -- it says in addition, and subject to the
15   general and specific objections, plaintiffs
16   have relied upon the below sources and
17   formulating their case and reserve the right
18   to rely on additional publicly available
19   sources at later states in this litigation.
20               Do you see that?
21        A.     Yes.
22        Q.     What is your reference to
23   additional publicly available sources at
24   later stages in this case?
25        A.     Could be any publicly available
```

Page 157

```
 1                    J. Lane
 2   information, as far as I know.
 3        Q.     You can put that to the side,
 4   Mr. Lane.
 5        A.     This whole document?
 6        Q.     Yes.
 7        A.     Okay.
 8        Q.     Have you spoken to anyone else
 9   that you have not mentioned so far today,
10   aside from counsel, about purchasing this
11   Springfield Armory Saint rifle?
12        A.     I have not.
13        Q.     Other than your counsel, have you
14   spoken to anyone that you have not mentioned
15   so far today about the New York State penal
16   law statute that is mentioned in your
17   lawsuit?
18        A.     Have I ever spoken to anyone
19   about the Safe Act?
20        Q.     Yes.
21        A.     Probably.
22        Q.     Do you remember their names?
23        A.     Not really, no.
24               I mean it is just a common
25   subject.
```

```
 1                    J. Lane
 2      Q.      Were these friends of yours?
 3      A.      Could have been.  I don't know.
 4              I don't have any specific
 5  recollection of having such discussions.
 6      Q.      And have you ever spoken to
 7  anyone else today -- anyone else that you
 8  have not mentioned today, about your rights
 9  under the Second Amendment aside from
10  counsel?
11      A.      Seriously?
12      Q.      Yes.
13      A.      I probably spent my whole life
14  talking about the Second Amendment.
15      Q.      With whom?
16      A.      Anyone who would listen.
17      Q.      Can you provide some names?
18      A.      I don't have any specific names.
19              I probably had a lot of
20  conversations with my father about it.
21      Q.      Anyone else besides your father?
22      A.      My son, probably.
23      Q.      Any other friends or
24  acquaintances that you can think of?
25      A.      I don't really talk about guns
```

Page 159

```
 1                    J. Lane
 2   much with people.
 3        Q.      You do, or do not?
 4        A.      I do not, not around here.
 5        Q.      Do you have any social media
 6   accounts, Mr. Lane?
 7        A.      None.
 8        Q.      Have you ever posted anything
 9   online about this Springfield Armory Saint
10   rifle?
11        A.      Never.
12        Q.      Have you ever posted anything
13   online about New York's penal law statute
14   that is mentioned in this lawsuit?
15        A.      I don't think so.
16        Q.      Have you ever posted anything
17   online about this lawsuit?
18        A.      No.
19        Q.      Have you ever posted anything
20   online about your rights under the Second
21   Amendment?
22        A.      No.
23        Q.      Have you ever communicated with
24   your father about this lawsuit?
25        A.      My father is dead.
```

```
 1                    J. Lane
 2      Q.      My apologies.
 3              Have you communicated with your
 4  son about this lawsuit?
 5      A.      I have.
 6      Q.      Have you sent e-mails to your son
 7  about this lawsuit?
 8      A.      No.
 9      Q.      So was it just oral discussion
10  with your son about this lawsuit?
11      A.      When I decided to do this, I
12  talked to my family about it, to make sure
13  they were okay with it.
14      Q.      And that was with your son,
15  specifically?
16      A.      My son, my daughter, and my wife.
17      Q.      Anyone else?
18      A.      No.
19      Q.      Mr. Lane, what relief are you
20  seeking to obtain in this lawsuit?
21      A.      That the provisions of the Safe
22  Act that prevent me from purchasing this
23  Springfield Saint be declared
24  unconstitutional.
25      Q.      And would that be all the
```

Page 161

                        J. Lane

1

2    provisions of the Safe Act be declared

3    unconstitutional?

4         A.      I am not sure.

5                 I haven't read the whole statute

6    in a while.

7         Q.      Are you seeking relief on behalf

8    of anyone else besides yourself?

9         A.      No.  It is not a class action,

10   Counsel.

11        Q.      Even if it is not a class action,

12   are you still seeking relief on behalf of

13   anyone besides yourself?

14                MR. ROTSKO:  Objection.

15        A.      No.

16        Q.      If you win this lawsuit,

17   Mr. Lane, would you be able to purchase this

18   model this Springfield Armory Saint?

19                MR. ROTSKO:  Calls for a legal

20        question -- or answer.

21        A.      I assume so.

22        Q.      What is the basis for your

23   assumption?

24        A.      Well, if we won this lawsuit,

25   then the provisions of Safe Act that prevent

```
                                    Page 162
 1                    J. Lane
 2    me from buying this gun would no longer
 3    exist, and so then, I would be able to
 4    purchase the gun.
 5              I think it is as simple as that.
 6              MR. RUBINSTEIN:  I guess I will
 7         now defer to Ms. Mountain from
 8         Westchester.  This was round one.
 9    EXAMINATION BY
10    MS. MOUNTAIN:
11         Q.    Good afternoon, Mr. Lane.  My
12    name is Francesca Mountain.  I represent
13    Miriame Rocah in her official capacity as
14    District Attorney for Westchester County.
15              I just have a few.
16              You spoke not too long ago -- you
17    were questioned about the difference between
18    using the Springfield Armory Saint various a
19    handgun, in terms of self defense of your
20    home.  Do you remember?
21         A.    Uh-huh.
22         Q.    You just have to say yes.
23         A.    Yes.  I am sorry.
24         Q.    One of the reasons, you said, was
25    for optics, that the Springfield Armory Saint
```

```
 1                    J. Lane
 2   is longer than the handgun, correct?
 3        A.     Well, it is bigger.
 4        Q.     So is it more identifiable as a
 5   gun than a handgun, to someone breaking into
 6   your house.
 7               Is that what you meant, or
 8   something else?
 9        A.     Well, I would think it would be.
10               But yeah.  I mean, it is bigger.
11   You know, you can see it in the dark easier.
12        Q.     Wouldn't a rifle have that same
13   type of impact on an intruder?
14        A.     Well, the Springfield Saint is a
15   rifle.
16        Q.     Okay.  Understood.
17               But you own rifles, correct?
18        A.     Uh-huh.
19        Q.     You have to answer yes or no.
20        A.     Yes, I am sorry.
21               I am not used to be being in this
22   chair.
23        Q.     I know.  It is harder, right?
24        A.     It is.
25        Q.     So a rifle that you own that is
```

```
                                      Page 164
 1                      J. Lane
 2     legal in New York, wouldn't that have the
 3     same sort of effect on an intruder in your
 4     home?
 5          A.      I don't know.
 6                  They look different.
 7                  I am not sure.
 8          Q.      But it is still more -- it is
 9     identifiable as a gun in the dark, a rifle is
10     longer, correct?
11          A.      It is more readily identifiable
12     as a gun than a small handgun, I would think,
13     yes.
14          Q.      You testified earlier that the AR
15     platform was originally developed for
16     military use, correct?
17          A.      I testified that I wasn't certain
18     about that.
19                  I don't remember the history,
20     exactly.
21          Q.      The Springfield Armory Saint is
22     an AR variant; am I saying that correctly?
23          A.      I am not really sure what that
24     means.
25                  I think that is probably right.
```

Page 165

```
 1                    J. Lane
 2        Q.      I guess I mean a type of AR-15
 3   weapon, right?
 4        A.      Yes, yes.
 5        Q.      So are you aware of any AR-15
 6   variant or weapons used in home defense?
 7        A.      Well, you know, I don't really
 8   keep up with the exact facts of people who
 9   have to defend themselves against intruders
10   around the country, so I really wouldn't
11   know.
12                I would think that they would be
13   fairly commonly owned by people who own them
14   for home defense.
15        Q.      I am just asking, based on your
16   knowledge as being part of the various
17   organizations that you are involved in, going
18   to annual meetings, the reading of the news.
19                That is all I asking, just your
20   general knowledge of whether AR-15 variants
21   are used in self defense?
22        A.      I believe they are kept for that
23   purpose by many people.
24                Whether they are used or not
25   depends on whether they have to defend
```

Page 166

```
 1                    J. Lane
 2   themselves, I guess.
 3       Q.     So you couldn't tell me instances
 4   where an AR-15 variant is used for home
 5   defense?
 6       A.     I have been lucky enough that no
 7   one that I personally know has had to defend
 8   themselves against a home invasion by the use
 9   of an AR gun, no.
10       Q.     Understood.
11              But just in your travels in the
12   various organizations that you are involved
13   in, and the annual meetings, that type of
14   thing, has anything been discussed that you
15   have, you know, heard?
16       A.     Well, you know, the annual
17   meetings that I have attended were the
18   Westchester County Firearms Owners
19   Association.
20              And as you certainly know, it is
21   illegal to own an AR in the State of New
22   York.
23              And Westchester being a part of
24   the State of New York, it wouldn't likely
25   come up.
```

```
                                    Page 167
 1                      J. Lane
 2        Q.      I am just asking, you know, so my
 3   only real experiences going to various things
 4   and people talking, right, you get
 5   information, whether it is through education,
 6   and you hear sometimes about instances, or
 7   people giving accounts of various things.
 8                So I am just asking, in your
 9   travels, in your conversations, you said
10   yourself, you have been speaking about the
11   Second Amendment your whole life.
12                So I am just asking about your
13   knowledge.
14                If you don't have that specific
15   knowledge, just tell me that.
16        A.      I am honestly not sure exactly
17   what you are asking.
18        Q.      I am just asking, are you aware
19   of AR-15 variants or weapons being used for
20   home defense?
21        A.      Again, Ms. Mountain, as I said, I
22   have not had the misfortune of knowing anyone
23   who has had to use a firearm to defend their
24   home.
25                And by use, I mean use.
```

Page 168

```
 1                    J. Lane
 2      Q.     Understood.
 3      A.     I think what you are probably
 4  asking is, do I know people who keep them for
 5  purposes of home defense?
 6      Q.     No.  I am asking people that have
 7  used them not.
 8             So necessarily pulling a trigger,
 9  per se, but meaning they have had to use it
10  for optics, you know, in a home, for home
11  defense; that is what I am asking.
12      A.     I don't know any specific people
13  by name that I can relate any specific such
14  incidents.
15      Q.     Do you know, like by state, or
16  something else?
17             So not by name, have you heard of
18  instances?
19      A.     I mean, all you gotta do is pick
20  up the newspaper.
21             And I mean, there is a very
22  famous case a few years ago in Connecticut,
23  very horrible case, and that man
24  unfortunately did not have a weapon to defend
25  his family, and they were murdered.
```

```
 1                    J. Lane
 2       Q.      Are you aware of instances where
 3  AR-15 variants are used to protect family?
 4  Is it the same answer:  To protect home, to
 5  protect family?
 6       A.      It would be the same answer.
 7               I mean, you read about them all
 8  the time, about home invasions, people
 9  needing a firearm to protect their family.
10               Whether they do or don't is going
11  to determine whether it makes it into the
12  headlines.
13       Q.      Right.  Okay.
14               MS. MOUNTAIN:  So just strike the
15       portions that are unresponsive.
16       Q.      I am just asking if you are aware
17  of an AR-15 used.
18               I guess where we might have a
19  disconnect is I am talking about people using
20  it for defense of their home or defense of
21  their family.  That is how I am asking the
22  question.
23       A.      I believe that many of the
24  thousands of people who own AR style guns own
25  them for the purpose of defending their
```

```
                                  Page 170
 1                    J. Lane
 2   families and homes.
 3        Q.     You are not aware of specific, or
 4   instances where they have been used, whether
 5   they pulled the trigger or not, in an
 6   incident where they are protecting their home
 7   or family; is that fair to say?
 8        A.     As I said, you read about them
 9   all the time in the papers, in the news.
10               I don't keep track of every
11   single case, and I don't know specific
12   instances, names or locations.
13        Q.     Are you aware of AR-15 variants
14   or weapons used in mass shootings?
15        A.     I can't think of --
16               You know, I know there have been
17   mass shootings, of course.  And I think
18   probably at least one or two of them that I
19   can think of may have involved some sort of
20   AR type gun.
21               I am not sure exactly.  I haven't
22   kept track of that very carefully.
23        Q.     Would you agree that a weapon
24   used in a mass shooting is dangerous?
25        A.     If people are shot with it, it is
```

```
                                            Page 171
 1                      J. Lane
 2   dangerous.
 3              MS. MOUNTAIN:  I don't have
 4        anything further.
 5              Thank you, Mr. Lane.
 6              MR. RUBINSTEIN:  Just a
 7        five-minute break, and we can just wrap
 8        up.
 9              THE WITNESS:  You got more?
10              MR. RUBINSTEIN:  Hopefully not,
11        but we will see.
12              (Whereupon, a short recess was
13        taken at 1:04 p.m., and testimony
14        resumed at 1:10 p.m.)
15              MR. RUBINSTEIN:  Mr. Lane, we
16        have no further questions.
17              And we want to that you for
18        testifying today.
19              THE WITNESS:  You're welcome, and
20        thank you.
21              (Continued on the following
22        page.)
23
24
25
```

Page 172

1

2          MR. RUBINSTEIN:  I just want to

3      go back on the record to provide the

4      full URL for James Exhibit B and

5      HTTPS://gunsafety.NY.gov/system/files/

6      documents/2020/04/images_ of_

7      rifles_that_R_not_classified_as_assaults

8      _rifles.PDF.

9          (Time noted:  1:12 p.m.)

10

             _____
11                 JOHN MARK LANE

12

   Subscribed and sworn to before me this

13

   _____day of _____, 2024.

14

   _____, Notary

15 Public.

16

17

18

19

20

21

22

23

24

25

Page 173

1

2                    **INDEX TO TESTIMONY**

3                                        Page        Line

4        Examination by              3          7
         Mr. Rubinstein

5
         Examination by              162        9

6        Ms. Mountain

7

8                    **INDEX TO JAMES EXHIBITS**

9                    Description              Page        Line

10       Exhibit A    Motion to Dismiss       84          25

11       Exhibit B    Images                  132         5

12       Exhibit C    Complaint               137         24

13       Exhibit D    Interrogatories         153         20

14

15

16

17

18

19

20

21

22

23

24

25

Page 174

1

2                    CERTIFICATE

3

4      I, MARIA ACOCELLA, a Notary Public within

5    and for the State of New York, do hereby

6    certify:

7      That the witness whose deposition is

8    hereinbefore set forth, was duly sworn by me

9    and that the within transcript is a true

10   record of the testimony given by such

11   witness.

12     I further certify that I am not related to

13   any of the parties to this action by blood

14   or marriage and that I am in no way

15   interested in the outcome of this matter.

16     IN WITNESS WHEREOF, I have hereunto set my

17   hand this 8th day of May, 2024.

18

19

20

         _____

21             MARIA ACOCELLA

22

23

24

25

Page 175

1

2          **WITNESS'S CORRECTION SHEET**

3    **PAGE \ LINE \ CORRECTION**

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20

                    _____

21                       JOHN MARK LANE

22

23   Subscribed and sworn to before me

24   this _____ day of _____, 2024

25   _____, Notary Public.

**[& - 40]**

| & |
| --- |
| **&**   14:10,12,16 |
| 15:2,8,11,17 |

| 0 |
| --- |
| **03**   107:12,15,20 |
| 108:2,9,20 |
| 109:13 |

| 1 |
| --- |
| **1**   1:12 11:7,17 |
| 94:12 |
| **1-77**   98:10 |
| **10**   61:16 |
| 128:21 129:23 |
| **10-22**   29:10 |
| 55:2 56:3,11 |
| 56:16 67:7 |
| 73:17,17 127:5 |
| 133:11,20 |
| 134:8,21,23 |
| 135:5 |
| **10-22's**   29:9 |
| **10-22s**   38:19 |
| 53:15,20 54:13 |
| 133:15 134:5 |
| **1000**   2:4 |
| **10005**   2:22 |
| **10538**   3:12 |
| **10601**   2:11 |
| **10989**   1:5 |
| **11:06**   73:2 |
| **11:16**   73:3 |
| **12**   6:2 27:20,21 |
| 28:4,18,19,20 |
| 29:2 38:5 |

43:15 61:16
66:14,14 69:21
**12:17**   135:11
**12:28**   135:12
**132**   173:11
**137**   173:12
**14**   133:10
146:13 154:20
154:22
**148**   2:10
**15**   27:20,22
28:4 66:14,14
85:8 99:2,3,16
100:10 118:24
122:17 139:16
154:20,20
165:2,5,20
166:4 167:19
169:3,17
170:13
**153**   173:13
**15s**   139:20
**16**   28:21 38:6
100:6,8,12,14
100:22 101:7
**162**   173:5
**17**   20:16
**1751**   2:3
**18**   20:21 21:4
**19**   49:10 69:23
138:16,20
142:2
**1903**   107:5
**1940s**   28:22
107:6

**1957**   6:2
**1970s**   19:2
**1982**   6:23
17:18
**1990**   6:13
**1994**   142:16
**1996**   14:18
15:25 17:6
**1:04**   171:13
**1:10**   171:14
**1:12**   172:9

| 2 |
| --- |
| **2**   94:13 |
| **2-23**   98:15 |
| **20**   76:9 140:7 |
| 173:13 |
| **2000**   34:3 |
| **2003**   12:12 |
| 14:5,9 15:18 |
| 15:21 142:16 |
| **2004**   142:10,21 |
| **2008**   34:20 |
| **2009**   34:20 |
| **2017**   122:2 |
| **2018**   107:13 |
| 121:25 |
| **2019**   143:12 |
| **2020/04**   172:6 |
| **2021**   139:2 |
| 140:11 |
| **2022**   80:19 |
| **2023**   13:19 |
| 80:18 85:9 |
| **2024**   1:12 11:7 |
| 11:17 172:13 |

174:17 175:24
**21**   151:18
**22**   49:11 56:4
98:9 112:2,2
112:12 135:6
**22's**   51:18
**22102**   2:4
**223**   98:15
**23**   151:18
**24**   173:12
**25**   173:10
**28**   1:11 2:21
**29**   140:25
141:3,10

| 3 |
| --- |
| **3**   155:3,3 173:4 |
| **3-0-8**   29:12,12 |
| **3-0-8s**   39:3 |
| **30**   129:19 |
| **30-06**   107:6 |
| **300**   133:10 |
| **32**   59:8 |
| **33**   142:8 |
| **35**   144:5,9 |
| **38**   144:5 |
| **3865**   174:20 |

| 4 |
| --- |
| **4**   85:25 146:14 |
| 146:15,16,22 |
| 147:5 |
| **4,000**   17:7 |
| **4-10**   28:23 |
| **40**   19:21 |

**44** 85:9
**45** 86:9 97:21
**450** 34:2

**5**

**5** 101:8,25
106:7 113:10
146:14 155:2
155:17 173:11
**5-56** 98:13
137:18
**5.56** 86:9 97:20

**6**

**6** 3:11 115:13
117:10 146:23
**60** 56:7
**66** 50:24

**7**

**7** 118:17 155:4
173:4
**70** 56:7
**700** 29:11 39:3
115:6,8
**702** 133:11
**750** 133:9
**76** 7:7
**7:22** 1:5

**8**

**8** 122:9 123:18
123:22 143:12
143:15
**84** 173:10
**8th** 174:17

**9**

**9** 125:2 131:9
131:12 173:5
**90s** 4:10
**98** 29:21
**9:57** 1:13

**a**

**a.m.** 1:13 73:2
73:3
**a3** 107:4,5,12
107:15,20
108:2,9,15,20
109:13 111:10
**abiding** 115:15
**ability** 104:3
**able** 92:15 93:2
115:14 161:17
162:3
**above** 1:21
**absolutely**
149:16
**accept** 86:5
94:7
**access** 44:5,7
44:14
**accommodate**
150:2,9
**accounts** 159:6
167:7
**accurate**
138:13
**achieved** 7:17
**acocella** 1:21
174:4,21

**acquaintances**
158:24
**acquire** 128:23
129:25
**acquiring**
130:24
**acronym** 62:10
62:13
**act** 74:21 123:7
125:15 157:19
160:22 161:2
161:25
**acting** 1:8 3:18
**action** 1:5 3:20
27:17 28:23
29:2,11,12
38:4 39:25
44:25 46:21
51:25 52:4,22
54:4 58:20
80:20 83:10
89:22 107:7
108:25 161:9
161:11 174:13
**actions** 13:5
**activities** 83:21
**actually** 31:15
40:7 43:22
47:21 48:18
80:8 97:22
155:23
**adam** 82:11
**addition**
156:14

**additional**
66:11 111:25
156:18,23
**address** 3:10
**adds** 149:20
**adjustable**
102:15 111:15
**adjusted** 94:18
**advance** 71:22
**aesthetic** 136:2
137:2
**affixed** 89:19
108:10
**afford** 153:6
**afternoon**
162:11
**age** 104:22
**ages** 49:9
**ago** 7:13 25:21
31:17 32:13
43:15 58:6
60:4 61:16
65:17 69:24
75:22 92:23
96:9 162:16
168:22
**agree** 170:23
**ahs** 4:23
**al** 1:3
**alcohol** 23:4,7
**allegations**
138:13
**allow** 4:25 5:3
24:15 57:25

| | | | |
|---|---|---|---|
| **allows** 52:12 | 114:6 | **appealing** | **approved** |
| 61:10 | **answer** 5:9 | 136:5 | 130:10 |
| **amazon** 31:23 | 18:20 24:24 | **appeals** 10:17 | **approximately** |
| **amazon.com** | 27:18 41:14 | **application** | 4:9 12:9 14:14 |
| 31:7,22 | 77:10 97:12 | 25:7,10,17 | 21:24 23:6 |
| **amendment** | 110:23 129:20 | 62:6 64:6 | 25:21 27:12 |
| 75:6 76:5 77:2 | 139:24 150:20 | **applied** 24:3 | 28:9 40:18 |
| 77:14 81:20,24 | 150:20 152:22 | 30:13 57:13 | 43:20 45:6 |
| 82:7 158:9,14 | 155:21 161:20 | 58:22,25 62:5 | 50:22 65:15 |
| 159:21 167:11 | 163:19 169:4,6 | 65:25 66:6 | 69:2,18 70:9 |
| **america** 56:6 | **answered** | 67:14 | 72:3 80:11 |
| 75:8 | 59:18 67:17 | **applies** 126:13 | **ar** 87:16,19 |
| **american** 86:23 | 68:21 90:24 | **apply** 24:11 | 99:2,3,5,7,16 |
| **americans** | 101:18 104:6 | 25:3 58:4,8,16 | 99:21 100:10 |
| 139:16 | 113:8 122:6 | 61:12,14,17 | 100:10 101:2 |
| **ammo** 45:21 | 131:7 | 67:8 68:5 | 102:5 118:24 |
| 52:7,15,25 | **answers** 4:22 | 125:4 126:5 | 122:17 139:16 |
| 61:21 62:3 | 5:2 17:9 | 128:24 129:4,9 | 139:20 164:14 |
| 91:13 | **anticipate** | 130:2,4 131:3 | 164:22 165:2,5 |
| **ammunition** | 46:25 | 131:22 | 165:20 166:4,9 |
| 44:18,21,23 | **anticipated** | **applying** 68:7 | 166:21 167:19 |
| 45:7,9,17,25 | 9:17 | 68:15 130:20 | 169:3,17,24 |
| 46:3,4,8,12,14 | **antitrust** 17:2 | **appreciate** | 170:13,20 |
| 61:10,13,18,19 | **anymore** | 107:10 | **area** 11:13 |
| 62:16 63:4,7 | 104:21 | **apprehended** | 12:16,20 13:17 |
| 63:12 64:23 | **anyway** 66:25 | 22:19 | 16:15 |
| **amount** 45:21 | 67:3 | **approach** | **areas** 12:24 |
| **analysis** 139:3 | **apologies** 4:16 | 78:17 81:21,24 | 16:21 |
| **animal** 71:4,10 | 45:3 80:21,24 | **approached** | **armalite** 99:22 |
| **animals** 71:2 | 90:19 160:2 | 78:23 | **armed** 141:14 |
| **annual** 9:25 | **apologize** | **approaching** | **armory** 73:7 |
| 78:8 165:18 | 110:22 121:22 | 80:5 | 86:3,25 87:9 |
| 166:13,16 | **apparently** | **approval** | 89:7 93:23 |
| **anschutz** 29:19 | 139:8 | 130:13 | 94:6,21 95:15 |
| 38:25 113:23 | | | 96:18 98:25 |

**[armory - barrel]**

103:13,18,21
105:4 106:2,9
109:6 110:7
111:9,19
112:23 113:17
114:11 115:17
115:20 116:5
116:18,22
117:8 118:13
118:25 120:19
120:24 121:4
122:10,20
125:6 128:24
130:2,25
134:18 136:14
136:21 147:18
157:11 159:9
161:18 162:18
162:25 164:21
**arms** 30:9 37:5
142:11 144:10
**arps** 16:6,9,12
17:6,10
**arrest** 19:4,25
21:9
**arrested** 18:14
18:22 21:6
**arrests** 18:17
**article** 139:9
141:13,18
142:25
**aside** 20:17
157:10 158:9
**asked** 30:17
35:6 47:5

57:16 59:18
61:24 67:16
110:19 122:5
131:6,13,14
**asking** 10:20
81:13 95:19
119:21,22
127:18 149:13
150:19 165:15
165:19 167:2,8
167:12,17,18
168:4,6,11
169:16,21
**assault** 54:21
54:23 55:2,7
55:11,16 56:22
57:5,10 73:19
73:22 122:4
125:15,24
126:14 133:7
142:14 143:19
144:10,15
**assaults** 172:7
**assessment**
142:14
**assigned** 16:14
**associate** 16:11
**associates** 15:7
**association**
75:6,8 76:13
166:19
**assume** 95:20
150:18 161:21
**assumption**
161:23

**attached** 106:2
147:17
**attended** 40:19
78:5,8 166:17
**attention** 85:20
115:12 122:8
124:25 132:25
138:16 146:13
147:4 151:17
154:25
**attorney** 1:7
2:17,19 3:16
3:17 5:15
12:17,22 15:21
31:19 68:14
77:7 78:16
79:24 80:2,7
81:7,15,23
162:14
**attorneys** 2:3,8
76:24 77:13
109:7 113:3
116:16,22
120:3
**audibleize** 4:22
**author** 139:8
142:24
**authors** 141:24
**automatic**
52:14
**available** 38:10
120:23 156:18
156:23,25
**avenue** 2:10

**aware** 121:8
165:5 167:18
169:2,16 170:3
170:13
**awareness**
145:18

**b**

**b** 14:2 132:3,4
132:6,9 172:4
173:11
**bachelor's** 6:18
6:19,22
**back** 30:12,13
36:3 43:4
45:23 52:11,13
53:3,3,5 56:19
57:11 62:3
74:6 83:5 92:3
92:22 102:18
106:6,8 110:6
112:22 135:15
146:13 172:3
**backwards**
97:23
**bad** 91:15
**ban** 118:20
122:11,15,18
122:24 124:8
124:13 125:5
125:13 130:23
142:15 144:11
**banned** 144:10
**barrel** 52:10
106:4 149:5
150:2,6,9,13,15

**based** 18:3
  91:22,23,25
  98:12 100:9
  165:15
**basic** 128:8
**basically** 13:23
  20:12 128:19
**basis** 19:3
  32:16 35:9
  66:22 91:19
  100:2 112:18
  119:4 122:22
  130:12 144:14
  145:5,16
  155:24 156:4
  161:22
**basket** 61:21
**bass** 46:5 61:21
**bayonet** 149:2
  149:3,7,11,15
**beautiful** 38:24
  42:8
**beginning** 43:7
  144:9
**behalf** 161:7,12
**belief** 145:6
**believe** 22:20
  40:16 64:25
  75:15 80:14
  82:16 106:3,18
  107:9 109:12
  110:19 115:19
  118:4 125:14
  134:24 136:20
  138:16 145:4

148:6 165:22
  169:23
**believed** 48:5
**belonged** 40:14
  51:12
**benefit** 35:8
**best** 88:2
  101:10,15,23
  101:25 102:10
  106:10 113:17
  113:20 138:14
**bet** 86:24
**better** 49:17,23
  64:18 96:6,8
  102:2 103:24
  103:25 113:24
  114:3 148:16
**beyond** 26:21
  27:2
**big** 65:14
**bigger** 163:3,10
**billed** 17:7
**birth** 5:25
**bit** 16:25 39:13
  58:14 89:24
**black** 20:14
**blood** 174:13
**blue** 40:3,6,8,8
  63:19 108:4,5
**boat** 18:3
**body** 7:10
**bogged** 27:3
  55:17
**bolt** 29:11,12
  51:25 52:4,22

53:3,5 89:22
**bottom** 54:4
  56:16 143:11
  147:4
**bought** 38:8,11
  38:19,22,25
  39:4
**box** 53:25
**brand** 28:24
  45:3
**brands** 45:4,5
**break** 5:7,10
  47:25 68:19
  69:16 72:22
  92:25 135:9
  149:23 150:3
  171:7
**breaking** 163:5
**breaks** 91:16
**brick** 28:23
  29:2
**bridgeport**
  46:5 61:20
**brief** 151:18
**briefly** 6:3
  10:20 15:5
  17:17 24:6
  25:9 28:3,16
  29:6 34:21
  35:3 48:15
  60:5 70:17
  72:14 132:19
  155:5
**bring** 39:24
  44:24 46:21

58:20 71:10
  73:5 74:8
  83:10 108:24
**bringing** 78:18
**broad** 39:13
  69:5
**broader** 26:20
**broadly** 27:2,5
**broke** 48:4
**broken** 49:3
**brought** 80:14
**browning**
  133:10
**bruen** 74:14
**buddy** 20:22
**building** 20:11
**bulk** 45:22
**bullet** 98:2,7,17
**bullets** 54:2
**bureau** 141:6
**burglar** 22:18
**burglarized**
  22:8,10 48:2
  48:20
**burglary** 48:15
  48:16
**butter** 107:7
**buy** 24:15
  45:22 122:18
  131:25 135:21
  146:2,11 153:6
**buying** 162:2

| c | canadian 35:8 | 166:20 | chronologica... |
|---|---|---|---|
| **c** 2:1 11:23 29:20 62:11 114:6 137:22 137:24 138:4 173:12 | **capacity** 1:6,7 162:13 | **certificate** 8:7 9:7 71:19 174:2 | 31:4 |

**c** 2:1 11:23
  29:20 62:11
  114:6 137:22
  137:24 138:4
  173:12
**c.s.** 8:4
**caliber** 56:4
  86:8 97:20,24
  98:4,6,10
  112:2,3 135:6
**call** 8:8 22:4,6
  27:9 57:24
  61:13,19 65:14
  71:8 73:8
  74:20 79:5
  89:23 98:15
  105:2
**called** 16:17
  21:18,20 22:22
  22:23 37:5
  40:3,6,10,17
  54:12 67:15
  73:14,15,17,18
  104:13 107:4
  140:2 143:19
**calls** 47:6,10,14
  66:19 68:8
  77:6 84:6
  88:22 93:7,10
  125:15 126:10
  127:16 134:12
  136:9 161:19
**canada** 34:17
  34:19

**canadian** 35:8
**capacity** 1:6,7
  162:13
**car** 20:2
**carbine** 96:10
  101:4,7
**carefully**
  170:22
**carmel** 37:4
**carolina** 6:17
  50:19,23
  104:19 121:20
**carpenter** 18:8
**carry** 58:2 88:4
  88:20,24
**carrying** 48:10
  59:13 110:24
**carthage** 20:8
**cartridge** 86:10
  97:21 98:18,20
**case** 23:21
  24:23 26:10
  35:19 41:12
  58:21 77:3
  83:21 152:16
  154:9 156:17
  156:24 168:22
  168:23 170:11
**cases** 13:8,10
**cash** 20:21
**center** 40:11
  50:16
**certain** 164:17
**certainly** 4:25
  5:9 48:6 75:14

166:20
**certificate** 8:7
  9:7 71:19
  174:2
**certificates**
  7:16,18,20
  8:22
**certify** 174:6,12
**chair** 163:22
**chamber** 52:13
  53:5
**chambered**
  29:11 86:9
  97:20 107:6
**change** 57:2
  94:18
**changed** 74:15
**charge** 19:17
**cheaper** 45:22
**check** 24:16
  25:15 62:9
  128:20
**checkout** 61:22
  61:24
**checks** 130:15
  130:17
**children** 47:24
  82:25 83:2,13
  83:17
**children's** 49:8
**choice** 98:20
  114:20
**christopher**
  142:13

**chronologica...**
  31:4
**circa** 74:13
**circuit** 10:18
**circumstances**
  35:24 129:3
  130:3 137:8
**cited** 142:10
**citizen** 115:16
  118:20
**city** 4:13 20:4
**civil** 1:5
**claims** 23:21
**clarification**
  26:24
**clarify** 149:12
**clarity's** 26:15
**class** 125:4,12
  125:16 126:6
  161:9,11
**classes** 7:23
  9:23
**classified** 51:24
  172:7
**classify** 57:5
**cle** 9:25
**clear** 53:22
  90:11 123:4
**client** 77:7
  78:16 81:23
**close** 94:23
  102:17 114:22
**closes** 52:13
**club** 40:14,15
  40:16

**coalition** 75:12
76:25 78:18
**cob** 40:16
**code** 44:10
**cody** 78:25
79:2,6,10,13,14
80:6,9,25
81:12
**collection**
108:23
**college** 6:14
7:19 8:14,21
9:21 17:18
**come** 43:4
54:15 57:11
71:9 74:6
103:12 166:25
**comes** 95:16,25
146:10 147:19
**comfortable**
92:18,21 93:2
**commit** 119:23
**common**
104:11 140:4
144:12,16,17
145:3,7,13,21
146:8 157:24
**commonly**
165:13
**communicated**
159:23 160:3
**communicati...**
76:20 77:8,23
78:17,22 81:11
81:23 82:10,19

82:22
**company** 32:2
32:13 33:4
86:23 102:8
**compared**
49:18 101:2
102:2 134:17
134:21 135:2
**compensator**
149:23 150:4
**competition**
29:20 39:2
**competitive**
114:2,8
**complaint**
82:15 138:10
138:13 146:15
146:17 173:12
**complete** 9:18
72:11
**completed** 7:18
9:24
**completion** 9:8
**compliant**
118:9,24
**comply** 117:9
117:15 118:14
**component**
71:13 137:10
**computer** 31:8
31:24
**concept** 69:5
**conclusion**
66:20 126:11
127:17

**conduct** 109:23
**conducted**
91:23 117:13
124:19
**confidential**
32:7 33:15
**connecticut**
10:17 15:5
40:3,14 46:6
61:9,11 63:4,8
63:13,17,19,20
63:23 64:5,23
64:24 72:2
168:22
**consider** 65:4
73:23 149:18
149:19 153:7
**considered**
54:5,21 61:8
99:2 112:3,5
116:11 153:8
153:10,11
**considers** 57:9
**consistent**
88:16
**constitutional**
13:8,10,13,17
74:17
**contact** 78:24
**contest** 35:25
**contests** 4:6
**continued**
171:21
**contractor**
32:24,25 33:3

**control** 102:23
104:3 143:4,8
148:24
**controlling**
102:17
**conversation**
55:4
**conversations**
116:25 158:20
167:9
**cool** 147:23,24
148:3
**correct** 15:15
21:3,5 51:22
57:7 60:23
64:17 67:13
80:16 123:21
131:9 134:19
163:2,17
164:10,16
**correction**
175:2,3
**correctly** 64:9
100:22 164:22
**cos** 40:16
**cosmetic** 56:25
**counsel** 77:3
129:12 134:14
154:12,13
157:10,13
158:10 161:10
**count** 30:5
**counter** 61:22
61:24

country  42:3
  56:10 59:4
  144:23,24
  145:10,11
  165:10
counts  7:21
  30:4
county  1:7 2:7
  68:11 75:7
  76:12 78:12
  162:14 166:18
couple  4:18
  29:3,8,22 30:3
  30:23 36:15
  40:23,24 68:18
  77:11 106:15
course  8:3,4
  9:2 60:14,20
  60:22 69:9,11
  69:12,18,19
  70:16,18 71:15
  71:16,21,25
  72:11,16,18
  97:13 131:20
  150:15 170:17
courses  7:19,23
  8:2,12,20,22
  9:23 69:2
court  1:1 3:23
  3:24 4:12,22
  5:5 10:9,17
  31:11 32:14
  34:17 35:8,23
  132:13

courts  10:11,13
covered  125:5
  125:13,19
  126:2,8 149:24
coxsackie  37:9
created  86:25
crime  119:23
  141:14 143:13
crimes  142:12
  143:20
criminal
  118:21 122:13
  142:3
criteria  125:9
  128:9,16,17
  130:16
crowell  11:22
  12:5,11,14
  13:7,18 14:3
  15:15
cumberlands
  9:2,5,22
currently  9:11
  10:2,3,22
  53:19 57:4
  59:20 108:6
  121:15 131:16
  135:17
cv  1:5

| d |
|---|

d  153:19,21,25
  173:13
dad  50:21
daily  28:25
  38:11

damage  32:20
dangerous
  170:24 171:2
dark  163:11
  164:9
dash  29:15
date  1:21 5:25
  9:17 18:24,25
  69:19 85:3
  121:23 132:7
  137:25 153:22
dates  12:9
daughter  49:10
  49:14 160:16
day  48:21 55:4
  69:11 70:13
  172:13 174:17
  175:24
days  60:15
  70:11,13,14,19
  72:6,13,16
ddc  71:9
dead  159:25
deal  42:7
dealer  36:7
dealers  37:3,7
  37:15 118:23
december
  80:18
decibel  105:11
decide  22:6
  24:11 37:19,21
  43:17 53:7
  58:8 61:17
  69:25 71:20

73:4 74:8
  128:13
decided  46:11
  58:15 79:8
  107:14 160:11
decides  10:8
decision  74:14
declaration
  85:10,15,22
  117:10 123:25
  124:9 129:6
declared
  160:23 161:2
deer  39:4 65:13
  70:22 92:14
  114:21
defective  31:9
defend  47:2
  48:7 92:15
  93:4,12,15
  97:14 101:10
  101:15 106:10
  110:9 111:5
  134:10 137:11
  137:12 165:9
  165:25 166:7
  167:23 168:24
defendant  2:8
  2:19 3:18
  30:21 31:2
  34:11,25
defendant's
  137:24
defendants  1:9
  31:22 154:9

**defending** 47:4
169:25
**defense** 46:17
46:20 47:18,23
48:9 49:18,23
87:5 88:15
96:5,18 97:6
97:11 103:22
103:22 105:8
108:15,16
110:17 111:10
111:21 112:4,6
112:17 113:5
135:2,7 136:8
136:13,22
137:4,20
141:15 153:3
162:19 165:6
165:14,21
166:5 167:20
168:5,11
169:20,20
**defer** 162:7
**define** 89:21
**defined** 26:16
90:13
**definitely** 58:19
**definition** 50:8
118:4
**definitions** 27:4
**degree** 6:12,14
6:18,19,22
7:15 9:9,12,14
**department** 2:7
17:3 22:3

141:6 142:17
**depend** 137:8
**depending**
114:13
**depends** 89:20
90:20 165:25
**deposed** 4:3,5
4:17
**deposition** 1:17
4:7 5:20 47:5
174:7
**derivative** 13:4
**describe** 24:6
25:9 28:3,16
29:6 34:21
35:3 72:14
105:25
**described** 19:5
54:9 72:18
105:19
**description**
173:9
**design** 86:22
87:4 95:20
102:13
**designed** 89:9
89:10 96:12
150:2,9
**designs** 95:21
**desire** 66:11
144:19
**detachable**
54:5,7,12,15
86:5 89:4,6,15
91:6,9 93:22

94:3 99:11
102:15 117:24
117:25
**details** 100:18
**determination**
106:12 109:5,8
**determine**
149:14 169:11
**determined**
101:9
**develop** 111:4
**developed**
99:25 100:4
164:15
**development**
99:21
**device** 86:8
94:12 99:12
104:7,8,15,25
105:7 116:10
117:23 151:16
**devices** 104:10
**di** 155:14
**diameter** 98:8
98:17
**differ** 147:10
**difference** 52:3
56:21,24
105:18 162:17
**different** 12:13
12:13,15 28:15
36:9 38:5
51:10 56:18
89:25 91:12,14
95:21 96:15

100:12,14
104:9 105:20
111:24 128:5
136:16,23
164:6
**difficult** 5:5
**difficulty** 4:23
**diploma** 6:25
**direct** 77:9
**discharge** 52:9
**disconnect**
169:19
**discovered**
20:15
**discovery**
36:14
**discretion**
128:13
**discussed** 5:16
57:21 166:14
**discussion**
68:15 116:21
160:9
**discussions**
76:21 77:22
82:20 113:3
158:5
**dismiss** 85:11
85:16 173:10
**dispute** 18:18
34:23
**disputes** 13:5
**dissolve** 13:18
13:19 15:17

**district**  1:1,1,6
  10:14,15,16,16
  162:14
**divulging**  78:21
**docket**  85:8
**doctorate**  6:7
**document**
  84:25 85:7,9
  85:12,14 132:5
  132:9 137:23
  138:3,5,8,9
  153:20,24
  154:2,4,6,10,16
  157:5
**documents**
  5:19 156:10
  172:6
**doing**  116:2
  120:17
**dollars**  32:20
**downtown**  20:3
**dozen**  107:23
**drew**  72:9
**drink**  23:4,7
**drive**  2:3
**driver's**  23:14
**dropped**  7:2
**drugs**  23:9
**duly**  3:3 174:8

**e**

**e**  1:6 2:1,1,9 3:2
  11:23 14:2,2
  160:6
**earlier**  30:17
  38:23 51:17

  63:18 86:12,16
  86:18 97:13
  104:18 106:18
  106:23 107:8
  110:19 135:6
  164:14
**easier**  94:24
  163:11
**easily**  114:17
**eastern**  10:15
**easy**  91:16
  96:13 153:14
**ed**  64:12
**education**  6:6
  58:11 64:12
  69:10,18 70:2
  167:5
**educational**  6:4
  7:15 8:22 9:23
  60:8,12 62:15
**effect**  164:3
**effective**  111:9
  111:13,20
  136:12,20
**eight**  28:11
**either**  22:22
  42:5 43:23
  77:4,5 116:8
**eligibility**  125:9
  128:16,17
**eliminated**
  130:7
**eliminating**
  117:18

**elk**  114:18
**employed**
  10:23,24,25
  11:18 13:6
  14:6 15:25
  17:19 18:5
  140:21
**employer**  14:9
  16:5
**employment**
  10:21 13:2
**encounters**
  142:3
**enforce**  123:5
  123:15
**enforcement**
  21:15
**enforcing**
  122:15,24
  123:20
**engage**  32:23
**english**  138:25
  139:6
**enrolled**  9:12
**enter**  42:13
  52:12
**entire**  152:16
**entry**  17:19
**envision**  97:15
**ergomanic**
  108:10
**ergonomic**  86:6
  94:10
**esq**  2:5,12,23
  2:24,25

**essentially**
  13:20 98:14
**et**  1:3
**event**  156:7
**events**  78:5,7
  88:23
**exact**  165:8
**exactly**  25:6
  56:20 58:10
  118:8 123:2
  164:20 167:16
  170:21
**examination**
  3:7 162:9
  173:4,5
**examined**  3:5
**example**  71:7
  78:7 83:18
  98:9 127:6
  153:3
**except**  126:14
**excuse**  10:3
  20:10 35:23
  39:18 89:17
  90:6
**exhibit**  84:23
  84:24 85:2,5,5
  132:3,4,6,9
  137:22,22,24
  138:4,22 144:7
  146:20 147:2
  151:22 153:19
  153:21,25
  155:8 172:4
  173:10,11,12

173:13
**exhibits** 173:8
**exist** 162:3
**expanded**
143:12
**expect** 9:18
**experience**
91:24 118:22
**experiences**
167:3
**expert** 34:16
35:4,10,18,21
139:10,19,23
140:2 142:3,5
143:18,22,25
**explain** 55:22
55:24 56:2
67:2 92:20
96:7 100:16,24
110:8 112:10
115:23
**explained**
20:17
**expunged** 21:9
**extent** 77:4
100:20
**external** 53:20

**f**

**fact** 20:24
98:20 139:22
146:2
**facts** 165:8
**fair** 47:12 65:6
65:21 92:8
104:24 106:24

170:7
**fairly** 45:21
69:5 70:16
104:21 114:22
165:13
**fall** 32:19
**familiar** 89:11
100:6 105:14
133:12 140:16
**families** 170:2
**family** 40:4
48:6,7,14
92:16 93:5,13
93:16 97:15
103:23 104:21
111:6 136:8
160:12 168:25
169:3,5,9,21
170:7
**family's** 83:20
**famous** 168:22
**far** 46:23 64:20
65:9 88:22
137:4 145:15
157:2,9,15
**farm** 32:12,23
**father** 38:8
51:13 69:6
158:20,21
159:24,25
**fbi** 143:11
**feature** 148:20
148:23
**features** 57:9
86:6 94:11

108:11 116:4,4
116:11,13
150:10
**federal** 10:10
10:13 24:4,7,9
24:12 35:7,7
35:10 57:19
61:4 64:24
130:15 140:2
142:14
**fee** 24:16
**feel** 134:5
**felony** 122:12
**felt** 88:25
**file** 79:8 80:17
**filed** 80:20
82:15 85:8
**files** 172:5
**filing** 82:17,20
84:14
**fill** 22:15 25:14
60:10
**filled** 62:19
**find** 48:19 71:5
71:6 88:15
109:10,21
136:4
**fine** 5:8 20:21
21:4 72:24
**finish** 5:2,3,9
**finished** 8:24
138:19
**fire** 50:3 53:2
63:12 92:5,9
92:10 93:22

95:15,17
103:17 105:3,3
105:12
**firearm** 67:23
68:2,15 86:4
86:17 89:16
95:25 117:4
119:16 122:24
128:10 144:11
167:23 169:9
**firearms** 24:4,7
24:10,12 26:4
26:13,16,22
27:16 36:6,12
38:2 49:18
57:14,18,19
65:2,5,23 66:2
66:7,14,17
68:23 69:3,4
75:7,11 76:12
76:12,25 78:18
83:7 88:9 90:5
90:9,12 108:23
118:20,23
119:12 121:14
122:11,15,18
124:8,13 125:5
125:5,13,13,16
126:6 130:15
130:23 139:2,3
140:11 143:4,8
166:18
**fired** 39:10,11
39:14 50:2,5,9
50:12 51:5

63:7 87:8,10
87:16 90:8
92:13 103:10
104:17 107:19
107:25 108:3
133:18
**firm** 11:19,21
12:3,8,15,17
13:19 14:17
**first** 3:3 4:21
17:10 26:3,18
30:24 31:3
32:9 53:11
75:18 84:23
114:19 122:20
**fish** 41:17
**fisherman**
41:17
**fit** 101:15 102:5
113:17
**fits** 101:10,25
102:10 106:10
**five** 17:20
25:25 59:25
72:12,16,22
112:8 133:5
135:9 171:7
**fixed** 89:11,14
90:8,15,21,23
91:7,10 92:16
93:5,16 94:7
**flash** 149:22
150:3
**flip** 99:10
132:19

**flippant** 45:14
**florida** 15:23
**fluet** 2:2
**focus** 11:12
12:16,18,20,23
70:21
**focused** 15:12
16:24
**focusing** 16:20
101:24
**folding** 56:19
99:10 116:9
147:6,11,14,20
147:22
**folds** 147:13
**follow** 77:11
**following**
171:21
**follows** 3:6
**force** 52:9
**forces** 98:21
**foresee** 97:4
**form** 62:7,8
64:7
**formed** 14:17
**forms** 25:14
60:10
**formulating**
156:17
**forth** 75:24
174:8
**forwards** 97:23
**found** 38:13
49:6 110:3

**foundation**
75:6 76:5 77:2
77:14 81:21,25
82:8 140:10,17
**four** 23:8 29:16
85:21 89:4
94:9 112:8
133:22 134:2
135:2
**fpc** 76:25 77:14
**fraction** 142:12
**frame** 8:9 76:8
**francesca** 2:12
162:12
**frequent** 39:20
**friend** 20:16
79:17
**friends** 158:2
158:23
**front** 106:4
149:4
**full** 5:23 14:24
95:3 132:14
172:4
**fully** 92:15
**fun** 38:20 53:9
72:12
**function** 57:2
**functions** 56:20
**further** 135:13
171:4,16
174:12
**future** 88:23
128:22 129:4
129:11,24

130:5

**g**

**g** 1:7 2:20 3:18
29:15
**game** 65:14
**garage** 49:4
**gary** 141:13,21
**gauge** 28:19,20
28:21 29:2
38:6
**ged** 7:3,6,11
**general** 2:17
3:17 16:16,20
45:8,15 76:8
90:16 91:25
112:20 145:18
156:15 165:20
**generally** 12:21
17:25 45:9
78:2 84:10
92:5 112:3
**george** 86:25
**german** 29:21
29:21 114:7
**gertz** 141:14,23
**getting** 37:6
81:10,22
**gift** 38:7
**give** 42:12
102:22
**given** 88:17
174:10
**gives** 144:12
148:24

| | | | |
|---|---|---|---|
| **giving** 167:7 | **googled** 110:2 | 55:14 56:8 | 119:8,9,22 |
| **glasses** 8:18 | **gotta** 144:21 | 58:24 64:18 | 120:10 121:17 |
| **go** 4:18 6:3 | 168:19 | 65:14 68:10 | 126:17 128:11 |
| 9:10 24:16 | **gotten** 49:4 | 69:24 89:20 | 130:7,19 |
| 36:3,21 40:2,5 | **governed** 152:8 | 90:3,20 93:12 | 139:10 141:16 |
| 40:10 41:9 | **government** | 96:25 104:7 | 142:12,15,15 |
| 45:23 50:20 | 24:9 128:13 | 122:9 123:16 | 144:20,23 |
| 58:12 63:18 | **grab** 148:15 | 133:2 149:17 | 145:10 148:25 |
| 83:17,18 88:5 | **graduation** | 154:20 155:3 | 151:25 152:5 |
| 92:4 106:6 | 17:18 | 162:6 165:2 | 152:10,17,18 |
| 112:13 129:13 | **great** 42:7 73:8 | 166:2 169:18 | 153:3,9 162:2 |
| 135:13,20 | 135:7 | **gun** 27:5,9,10 | 162:4 163:5 |
| 144:21 152:20 | **greenwich** 15:4 | 28:21,25 36:17 | 164:9,12 166:9 |
| 172:3 | 40:14 | 36:18,23 37:11 | 170:20 |
| **goes** 83:22 | **grenade** 150:23 | 38:11 39:11,15 | **gunbroker.co...** |
| 91:15 136:25 | 151:2,6,7,8,10 | 39:17,19,23 | 36:16 |
| **going** 41:18 | **grenades** | 40:20 41:2 | **guns** 24:10 |
| 48:25 67:6 | 151:12 | 46:16 47:2,17 | 26:23 27:12,22 |
| 72:12 82:9,21 | **grew** 95:11 | 47:23 48:7,8 | 28:4,4 30:2,3,9 |
| 102:18 106:8 | 103:8 | 48:11,12 50:8 | 30:9 36:5 |
| 110:6 112:13 | **grip** 86:7 94:12 | 50:14,15 52:9 | 38:22,24 39:6 |
| 112:15,22 | 99:9 102:16,19 | 54:4 56:6,12 | 43:19,24 46:13 |
| 123:16,24 | 102:21,22,25 | 56:20 57:2 | 51:10,17 66:12 |
| 127:15 137:21 | 103:3,7,17,20 | 66:9 71:14 | 66:15 70:25 |
| 165:17 167:3 | 111:16 116:9 | 72:19 73:24 | 87:17 90:14,16 |
| 169:10 | 117:23 148:6 | 74:11,16 75:8 | 102:4,25 103:2 |
| **good** 3:13,14 | 148:17,18 | 76:13 89:8 | 103:9 104:17 |
| 10:20 46:10,14 | **group** 17:2 | 93:25 94:25 | 112:21 114:12 |
| 48:24 64:21 | 78:9,12 | 95:11 96:22 | 126:18 136:3 |
| 86:23 87:4,5 | **guess** 7:20 8:8 | 99:8 103:8 | 143:4,7 144:25 |
| 112:4,5 114:23 | 10:19 12:18 | 104:3,13 | 145:3,21 152:7 |
| 114:24 115:11 | 16:7 17:6 28:5 | 105:10 107:17 | 158:25 169:24 |
| 127:5 137:5,19 | 34:14 35:12 | 108:13 109:12 | **gunsafety.ny....** |
| 162:11 | 38:13 45:17 | 113:20 114:7 | 172:5 |
| | 48:11,22 53:18 | 114:24 115:10 | |

| gunsafety.ny.... | happened | hillsdale 7:19 | 142:5 |
|---|---|---|---|
| 132:12 | 47:20 | 8:14,21 9:21 | hopefully 92:7 |
| gunsmith 30:14 | happens 56:19 | historical 24:14 | 171:10 |
| 93:24 100:16 | 97:17 | 24:17 38:23 | horrible 168:23 |
| 118:8 | hard 19:6 | history 6:4,20 | hours 17:7 70:9 |

| **h** |
|---|

| h 1:17 3:2 | 127:21 | 6:22 10:21 | 70:15 72:5,10 |
|---|---|---|---|
| 29:20 114:6 | harder 163:23 | 12:7 27:15,15 | house 20:12 |
| half 28:6,6 | head 4:24 | 36:12 39:23 | 32:19 47:25 |
| hand 148:17,19 | 109:3 | 41:11 43:9 | 48:4,9,11,16,20 |
| 174:17 | headlines | 46:19 99:20 | 163:6 |
| handed 62:20 | 169:12 | 164:19 | houses 48:2 |
| handgun 58:2 | hear 109:15 | hit 112:14 | https 172:5 |
| 69:12 71:15,21 | 167:6 | hitchhiking | huh 38:17 |
| 135:17,23 | heard 140:19 | 19:7,18 | 152:3 154:21 |
| 136:7,20 137:7 | 166:15 168:17 | hold 43:2 148:8 | 155:9,13 |
| 137:8,15 | heart 112:14 | 148:11 | 162:21 163:18 |
| 162:19 163:2,5 | held 71:25 78:5 | home 32:22 | hundred 32:19 |
| 164:12 | 87:12 148:18 | 58:22 87:5 | hundreds 56:8 |
| handguns | helicopter | 88:14 110:9,13 | hunt 39:16 |
| 59:14,16 | 71:11 | 110:16 112:24 | 70:25 71:2 |
| 135:19 136:6 | help 71:10 | 113:4 136:13 | hunter 64:12 |
| 136:17,24 | 130:22 | 142:4 162:20 | 64:12 69:10,17 |
| 137:18 | helpful 58:13 | 164:4 165:6,14 | 70:2 |
| handing 85:4 | helps 51:2 | 166:4,8 167:20 | hunting 38:6 |
| 132:8 138:2 | 96:12 | 167:24 168:5 | 39:4 41:7,9,11 |
| 153:23 | hereinbefore | 168:10,10 | 42:6 43:9 |
| handle 71:14 | 174:8 | 169:4,8,20 | 63:20,24 64:4 |
| 94:24 | hereunto | 170:6 | 64:15,18,20,24 |
| handling 72:19 | 174:16 | homes 170:2 | 65:4 69:22 |
| handy 102:16 | hesitate 48:7 | homicide | 70:4,7 71:3 |
| hang 8:10 | high 6:24 7:2 | 143:12 | 72:18 76:4 |
| hanging 119:9 | highest 6:5 | honestly 92:10 | 83:18,20,22 |
| happen 46:9 | hill 40:6,9 | 109:2 167:16 | 87:6 88:24 |
| 47:8,14,15 | 108:4 | hope 97:7,17 | 89:2 92:4 |
|  |  | 111:4 137:13 | 113:15 114:9 |

114:10,12,14
114:15,18,21
115:3,9
**hyperlink**
143:10

**i**

**idea**  21:10
**ideal**  117:19
134:16,17,20
**identifiable**
163:4 164:9,11
**identification**
85:2 132:6
137:25 153:21
**illegal**  23:9
55:12 56:22
116:11,11,14
116:18,23
120:10 166:21
**illegality**  117:3
**illness**  23:12
**images**  172:6
173:11
**imagine**  52:20
**immaterial**
18:19 23:22
**impact**  137:16
163:13
**impacts**  142:15
**imperial**  98:12
98:16
**important**
19:11 73:19,25
74:2

**impossibility**
118:22 119:5
120:5,9,15
**inch**  98:8,17
**incident**  170:6
**incidents**  46:20
168:14
**including**  125:6
139:3
**increases**  104:2
**index**  173:2,8
**individual**  33:6
42:16,19 79:15
140:21
**individuals**
42:12 77:19
82:7,13 84:19
124:20
**information**
60:5 156:12
157:2 167:5
**initial**  78:24
**initially**  69:7
**inside**  48:16
110:12 112:24
113:4
**install**  150:16
**instances**  166:3
167:6 168:18
169:2 170:4,12
**institution**  6:8
6:16 7:9
**instructing**
155:21

**instructions**
4:19
**instructor**  69:7
72:8
**insurance**
32:12,22 33:3
**intellectual**
12:25 17:4
**intend**  63:12
68:5 86:20
123:4 131:22
**interest**  38:23
135:19,23
136:6
**interested**
24:13,19
149:14 174:15
**interesting**
38:14
**intern**  17:15
**internal**  52:24
89:24
**interrogatories**
154:8 173:13
**interrogatory**
155:2,17
**interstate**  19:7
19:18,19,21
**interviewed**
22:12 25:16
60:25 62:24
64:14
**introduce**
79:12

**introduced**
79:10
**intruder**
110:10 163:13
164:3
**intruders**  142:4
165:9
**invasion**  166:8
**invasions**  169:8
**investigated**
21:14
**involved**  20:18
35:19 70:16
165:17 166:12
170:19
**irrelevant**
18:17 23:20
24:22 26:9
27:16 36:13
38:3 39:24
41:12 44:24
46:20 58:19
83:9,21 108:24
129:11
**issue**  23:21
26:9 125:8
127:11,14
128:2,7,9,12,14
**issued**  7:11
24:8 25:20
61:2 63:22,23
65:3,8,22
**issues**  13:10,13
18:18

**[j - know]** Page 16

| j | | | |
|---|---|---|---|
| **j**  1:3,17 2:5 3:1 | 102:1 103:1 | **jail**  20:10 | **keep**  88:16 |
| 3:2 4:1 5:1 6:1 | 104:1 105:1 | **james**  1:7 2:18 | 165:8 168:4 |
| 7:1 8:1 9:1 | 106:1 107:1 | 2:20,25 3:18 | 170:10 |
| 10:1 11:1 12:1 | 108:1 109:1 | 84:24 85:2,5 | **keeping**  88:14 |
| 13:1 14:1 15:1 | 110:1 111:1 | 132:3,6,9 | **kentucky**  9:6 |
| 16:1 17:1 18:1 | 112:1 113:1 | 137:22 138:3 | **kept**  165:22 |
| 19:1 20:1 21:1 | 114:1 115:1 | 153:21,24 | 170:22 |
| 22:1 23:1 24:1 | 116:1 117:1 | 172:4 173:8 | **key**  44:11,12,15 |
| 25:1 26:1 27:1 | 118:1 119:1 | **january**  11:7 | **kids**  56:11 |
| 28:1 29:1 30:1 | 120:1 121:1 | 11:17 | **kind**  7:25 25:2 |
| 31:1 32:1 33:1 | 122:1 123:1 | **john**  1:17 3:11 | 41:16 42:9 |
| 34:1 35:1 36:1 | 124:1 125:1 | 5:24 28:25 | 49:19 50:8 |
| 37:1 38:1 39:1 | 126:1 127:1 | 38:11 85:10,15 | 53:23 70:17,25 |
| 40:1 41:1 42:1 | 128:1 129:1 | 172:11 175:21 | 71:2 72:15 |
| 43:1 44:1 45:1 | 130:1 131:1 | **join**  75:17 | 73:12 87:19 |
| 46:1 47:1 48:1 | 132:1 133:1 | **joined**  75:18 | 89:2 91:2 |
| 49:1 50:1 51:1 | 134:1 135:1 | 76:2,6,14 | 97:12 123:23 |
| 52:1 53:1 54:1 | 136:1 137:1 | **judge**  24:20 | 127:21 136:2 |
| 55:1 56:1 57:1 | 138:1 139:1 | 39:21 41:12 | 136:17 140:4,5 |
| 58:1 59:1 60:1 | 140:1 141:1 | 46:21 129:7 | 145:23 151:15 |
| 61:1 62:1 63:1 | 142:1 143:1 | **july**  6:2 | **kinds**  91:12 |
| 64:1 65:1 66:1 | 144:1 145:1 | **june**  85:8 | 104:9 128:5 |
| 67:1 68:1 69:1 | 146:1 147:1 | **juris**  6:7 | 136:16 |
| 70:1 71:1 72:1 | 148:1 149:1 | **jurisdiction** | **kit**  149:21 |
| 73:1 74:1 75:1 | 150:1 151:1 | 4:12 31:11 | **kitchen**  93:13 |
| 76:1 77:1 78:1 | 152:1 153:1 | 56:13 68:7 | 134:15 |
| 79:1 80:1 81:1 | 154:1 155:1 | 128:7,8 | **kleck**  141:13,21 |
| 82:1 83:1 84:1 | 156:1 157:1 | **justice**  141:6,6 | 143:3 |
| 85:1 86:1 87:1 | 158:1 159:1 | 142:17 | **kmk**  1:5 |
| 88:1 89:1 90:1 | 160:1 161:1 | | **knife**  93:13 |
| 91:1 92:1 93:1 | 162:1 163:1 | **k** | 134:15 149:5 |
| 94:1 95:1 96:1 | 164:1 165:1 | **k**  3:2 | **know**  4:17 7:12 |
| 97:1 98:1 99:1 | 166:1 167:1 | **karras**  24:21 | 13:14 15:22 |
| 100:1 101:1 | 168:1 169:1 | 39:22 41:12 | 16:18 19:8 |
| | 170:1 171:1 | 46:22 129:7 | 22:18 28:11 |

| | | | |
|---|---|---|---|
| 33:14 41:25 | 127:3,7,8 | **koper**   142:13 | 41:1 42:1 43:1 |
| 42:4,10,24 | 129:18 131:2 | 142:23 | 43:10 44:1,17 |
| 43:15 45:7,16 | 133:17,18 | **kraut**   82:11 | 45:1 46:1,15 |
| 45:20 47:7,14 | 134:3,7 135:3 | **l** | 47:1 48:1 49:1 |
| 48:18 49:7 | 135:4,19 136:4 | | 49:16 50:1 |
| 50:4 51:2,4,24 | 136:18,23 | **l**   2:12 3:2 11:23 | 51:1 52:1 53:1 |
| 52:20 55:14 | 137:9,17 | 11:23 14:2 | 54:1 55:1 56:1 |
| 58:6 59:24 | 138:19 139:6 | **labor**   17:3 | 57:1,13 58:1 |
| 61:8 62:20 | 139:12,12 | **lack**   64:18 | 59:1,15 60:1 |
| 64:20 66:3 | 140:5,23 | **ladies**   20:13 | 61:1,7 62:1 |
| 67:4 68:6 | 141:21,23,25 | **lafayette**   3:11 | 63:1 64:1 65:1 |
| 70:23 71:3 | 142:23 144:18 | **land**   41:18,19 | 65:22 66:1 |
| 72:19 74:4 | 145:2,15 146:9 | 41:21 42:2,8 | 67:1 68:1,21 |
| 77:12,18 78:3 | 147:19,25 | 42:11,13 | 69:1 70:1 71:1 |
| 78:4,16,22 | 151:2 152:23 | **lane**   1:3,17,19 | 72:1 73:1,4 |
| 79:5,7,22 | 153:16 157:2 | 3:1,11,13,21 | 74:1 75:1 76:1 |
| 82:18 83:15,23 | 158:3 163:11 | 4:1,3,15 5:1,11 | 77:1,9 78:1 |
| 83:25 86:24 | 163:23 164:5 | 5:24 6:1 7:1,16 | 79:1 80:1 81:1 |
| 87:3 93:4,18 | 165:7,11 166:7 | 8:1 9:1,11 10:1 | 81:6,14 82:1 |
| 93:21 94:5,8 | 166:15,16,20 | 10:22 11:1,22 | 83:1 84:1 85:1 |
| 95:2 97:18,23 | 167:2 168:4,10 | 12:1,5,10,14,19 | 85:4,10,16,18 |
| 99:3 100:8,15 | 168:12,15 | 13:1,7,18 14:1 | 86:1 87:1 88:1 |
| 101:7,17 | 170:11,16,16 | 14:10,12,16 | 89:1,11 90:1 |
| 104:22 105:16 | **knowing** | 15:1,2,8,11,12 | 90:11 91:1 |
| 105:24 107:23 | 167:22 | 15:15,17 16:1 | 92:1 93:1,21 |
| 112:23,25 | **knowledge** | 16:2 17:1 18:1 | 94:1,9 95:1 |
| 115:25 117:7 | 21:16 56:14 | 18:11,15 19:1 | 96:1 97:1 98:1 |
| 117:11 118:7,8 | 71:23 92:2 | 19:14 20:1 | 99:1,16 100:1 |
| 118:10,11,16 | 112:20 119:4 | 21:1,7,15 22:1 | 101:1 102:1 |
| 119:3,19 120:7 | 124:16 138:14 | 22:10 23:1 | 103:1 104:1 |
| 120:9,18,22,25 | 140:5 144:17 | 24:1,3 25:1 | 105:1,24 106:1 |
| 121:2,6,7,7,8 | 145:17 165:16 | 26:1 27:1 28:1 | 107:1 108:1,7 |
| 121:10 122:13 | 165:20 167:13 | 29:1 30:1 31:1 | 109:1,10 110:1 |
| 124:6,11,12,15 | 167:15 | 32:1 33:1 34:1 | 110:6,13 111:1 |
| 124:17 126:24 | | 35:1 36:1 37:1 | 111:8 112:1 |
| | | 38:1 39:1 40:1 | |

113:1 114:1
115:1,13 116:1
117:1 118:1
119:1 120:1
121:1,11 122:1
122:9 123:1,24
124:1 125:1
126:1 127:1,12
127:20 128:1
128:22 129:1
130:1 131:1
132:1,8,17,23
133:1 134:1
135:1,14 136:1
137:1 138:1,2
138:15 139:1
139:22 140:1
140:18 141:1,3
141:4,16 142:1
142:18 143:1
143:16,22
144:1,4 145:1
146:1 147:1
148:1 149:1,7
149:13 150:1
151:1 152:1,2
152:10,13,15
152:22 153:1
153:23 154:1
154:23 155:1
155:12 156:1
156:10 157:1,4
158:1 159:1,6
160:1,19 161:1
161:17 162:1

162:11 163:1
164:1 165:1
166:1 167:1
168:1 169:1
170:1 171:1,5
171:15 172:11
175:21
**lane's** 37:25
41:11 44:23
46:19 58:18
83:9,20 108:23
116:25 129:8
**language** 55:18
**lapse** 75:23
**lapsed** 64:19
75:4
**larchmont** 3:12
11:11
**large** 32:18
43:20
**larrabee** 14:2
**late** 80:15,17
80:19
**launcher**
150:23 151:3,6
151:8,11
**launches** 151:7
**law** 2:7 3:23,25
6:10 11:13,19
11:20 12:16,20
12:24 13:2,19
16:21 17:13,15
17:19 21:15
26:16,22 35:7
35:8,11,13

56:23 65:20
66:24 74:15,18
90:13 115:15
115:18,21
116:12,15
117:9,16
118:15 120:11
124:21 126:15
126:23 140:3
157:16 159:13
**lawful** 101:12
113:10 145:13
145:22
**lawfully** 110:24
**laws** 71:3 88:17
115:25 123:5
123:20 145:19
152:8
**lawsuit** 30:19
30:22 31:14
32:3,9,17
33:10,19 34:11
34:22,25 35:5
35:14 73:5
74:9 78:19
79:8 80:13,21
81:25 82:9,17
82:21 83:24
84:15,20
138:11 157:17
159:14,17,24
160:4,7,10,20
161:16,24
**lawsuits** 32:11
33:17 34:7,8

**lawyer** 120:8
127:16
**learn** 56:11
**learned** 61:25
71:7
**leave** 17:5
20:23 81:17
156:7
**leaves** 128:12
**legal** 11:2,6
17:11 18:18
27:3 56:12
66:20 88:25
103:9 126:11
126:15,17,18
127:17,18
131:16 150:11
150:21 153:5
161:19 164:2
**legality** 117:3
**legally** 70:25
115:11 122:19
**length** 94:18
95:3 102:15
111:15
**letitia** 2:18
**letting** 129:13
**level** 6:5 105:12
**lewis** 8:4
**liability** 17:4
**liberty** 1:11
2:21
**license** 23:15
23:24 24:4,7,8
24:12 25:4,20

27:7 28:7
30:14 57:14,18
57:20,25 58:3
58:5,9,25 59:4
59:6,9,21 60:6
61:2,2,5,5,9,15
61:18 63:20,24
64:10,15,18,21
64:22,24,25
65:5,5,11,14,20
65:23 66:2,7
66:17 67:9,12
67:15,24 68:3
68:6,16 69:22
70:5,7 128:10
128:14,23
129:4,10,10,25
130:4,10,16,21
131:3
**licensed** 10:4,7
10:10 118:23
**licenses** 24:21
57:23 61:7
65:2,7,19
**licensing** 7:10
125:3,7,19,23
126:2,4,8,13,16
128:5 131:11
**licensure** 129:8
**life** 48:13,13
158:13 167:11
**lifelong** 69:6
**light** 112:7
**lighter** 111:14

**lightweight**
96:11,13
102:14 114:17
**liked** 101:21
107:18
**likely** 166:24
**liking** 109:21
**line** 43:8 72:10
173:3,9 175:3
**list** 51:17 107:9
155:10,14
156:3
**listed** 76:17
**listen** 158:16
**litigate** 13:7
**litigated** 13:11
**litigating**
145:25
**litigation** 12:22
12:24 13:4
15:12,14 16:16
16:21,22
156:19
**little** 20:13
53:25 57:12
89:24 90:4
96:14 105:10
136:18 148:15
**live** 31:16
47:25 68:12
88:12
**living** 17:21
68:10 144:3
**llp** 11:23 14:10

**loads** 53:6
**located** 8:15
9:5 11:10 12:6
15:3 17:24
36:19 121:15
**location** 16:8
**locations** 41:8
88:19 170:12
**long** 7:12 11:5
13:2 19:10
33:24 52:15
72:4 100:25
106:13 108:13
136:3 162:16
**longer** 74:16
80:22 162:2
163:2 164:10
**longtrac**
133:10
**look** 97:16
101:8 109:18
109:25 118:17
132:16 153:25
164:6
**looked** 49:5
117:12 133:22
133:25
**looking** 107:8
109:20
**looks** 99:8
137:12
**lot** 12:25 13:14
16:22 17:21
20:18 42:8
50:21 107:18

135:19 143:24
158:19
**lots** 70:20
**loved** 101:11
101:16 105:9
106:11 108:16
134:10 153:4
**lucky** 46:23
166:6

**m**

**m** 3:2 29:15,21
100:6,8,12,14
100:22 101:7
**machine**
151:25 152:4,7
152:9,18 153:3
153:9
**made** 31:24
56:6 93:25
94:3 95:20
96:22 106:12
107:2,5 108:20
109:4,14 114:7
114:8 123:4
**magazine** 52:7
52:12,16,23,25
53:2,19,23
54:6,7,10,16
86:5 89:4,6,11
89:14,19 90:9
90:15,21,23
91:4,7,7,10,10
91:16 92:17,24
93:6,16,22
94:3,4,7 99:11

102:16 117:24
117:25
**magazines**
53:21 54:9,11
54:12 89:24
91:13
**mails** 160:6
**main** 70:21
**maine** 65:10
**maintain** 59:20
63:3
**maintained**
108:6
**majored** 6:19
**make** 28:14
29:6 31:9 51:8
57:9 70:23
71:14 103:24
103:25 116:5
117:18 118:9
120:7 122:11
160:12
**makes** 5:4 30:6
105:10 169:11
**making** 56:7
109:8 118:20
**malfunction**
92:24
**mamaroneck**
15:5 22:5,7
**man** 168:23
**maneuverable**
96:13 111:15
**maneuvered**
114:17

**manhattan**
16:10 31:13
**marc** 141:14
**maria** 1:21
174:4,21
**mark** 1:3,17,17
3:11 5:24
79:16,17,24
80:5 84:23,24
85:10,16 132:3
137:21 141:23
153:19 172:11
175:21
**marked** 42:9
84:25 85:5
132:5,9 137:23
138:3 153:20
153:24
**markets** 142:15
**marlin** 28:18
**marlins** 28:23
**marriage**
174:14
**married** 33:25
34:3,4
**martha's** 18:3
**martine** 2:10
**mass** 170:14,17
170:24
**master's** 9:9,12
9:14
**masters** 9:18
**matter** 18:18
174:15

**matters** 23:20
26:9
**mauser** 29:21
29:22
**mean** 24:25
26:17 31:3
33:6 45:2,13
45:20 47:7
53:13 55:23
67:2 74:4,10
88:5 89:22
90:3,21 92:20
93:12,19 96:7
102:13 106:15
109:17 112:10
119:7,19 121:6
125:12 135:25
137:4 145:25
152:7,23,25
154:14 157:24
163:10 165:2
167:25 168:19
168:21 169:7
**meaning** 168:9
**means** 91:4
99:19 116:14
139:13 164:24
**meant** 163:7
**measure** 97:25
**measurement**
98:13
**measurements**
98:11
**mechanism**
52:8,11

**media** 159:5
**meet** 125:8
128:8,15
130:16
**meetings** 78:8
78:12 165:18
166:13,17
**member** 41:2,4
74:11,23 75:2
75:3 79:20
**members** 77:21
77:24,25
**membership**
75:4,14 78:7
**memberships**
75:23 78:3,4
**mental** 23:12
**mentioned**
33:18 36:2
38:22 42:11
43:10 50:17
51:18,21 53:19
57:6 59:13
61:4,5 63:18
64:22 65:8
66:15 67:22
69:9 74:22
78:7 82:14
84:13 86:12,14
86:15,18 89:3
94:10 97:19
106:22,23
108:4 109:12
111:18 113:10
115:2 117:10

123:18 125:23
127:11 133:13
133:23 134:24
135:3 146:5
155:11 157:9
157:14,16
158:8 159:14
**mentioning**
107:10
**mentions** 141:5
**mess** 38:20
**met** 84:2
**metric** 98:13
**mettham** 2:24
**mice** 39:7
**michigan** 8:16
8:17
**mid** 19:2
**military** 18:12
24:14,18 38:21
98:21,23 99:16
99:19,25 107:5
151:16 164:16
**millimeter** 86:9
97:21
**mind** 147:16,21
**mini** 133:10
**minnesota**
114:19
**minute** 72:22
135:9 171:7
**minutes** 4:8
74:7 92:23
96:9

**miriame** 1:6
2:9 162:13
**misfortune**
167:22
**missing** 49:6
**misunderstood**
90:18
**mixing** 40:7
**model** 28:13,19
29:10 51:7
73:14 87:11,12
87:14 88:4
89:7 101:9,15
101:22 103:12
104:5 107:12
107:15,20
108:2,9,15
110:2,7,9,15
111:20 112:24
113:4 114:10
115:4,20 117:7
117:14 118:13
119:6,13,17
120:14,19,22
121:4 127:8
134:23 136:19
161:18
**models** 28:15
28:17 29:7
30:6 87:17,22
102:2,3 106:19
106:25 108:20
109:11,14,21
127:3,7 133:23
134:2,6,9

135:3 136:24
**modified** 94:7
117:9,15 118:6
118:14
**moment** 37:18
130:21
**month** 40:19,24
**montreal** 34:17
34:19 35:14,22
**morning** 3:13
3:14 5:13,17
34:14
**morning's** 5:20
**mosin** 29:13
**mossberg**
133:11
**motion** 85:11
85:16 173:10
**motivation**
37:25
**mount** 40:11
149:2,3,7,11,15
**mountain** 2:12
40:3,8 108:5
162:7,10,12
167:21 169:14
171:3 173:6
**move** 16:25
32:20
**moved** 15:23
**murdered**
168:25
**muzzle** 86:8
94:12 99:12
104:7,8,10,14

104:25 105:7
116:10 117:23
149:23,23
150:3,3

|  **n**  |

**n** 2:1 3:2,2
29:15,15,15,20
62:11 75:5
114:6
**nagant** 29:13
**naive** 58:14
**name** 3:9,15
5:23 7:9 11:20
14:8,24 16:4
30:25 31:25
33:22 36:23,25
37:12 40:15
42:18 73:8
79:16 123:11
162:12 168:13
168:17
**named** 12:2,4
14:11 34:10
82:14
**names** 12:13,15
13:25 36:10
49:8 74:24
77:13 82:6
123:11 124:17
157:22 158:17
158:18 170:12
**national** 139:2
140:10,17
**nato** 86:10
97:21 98:18,21

**nature** 34:22
35:4 141:15
**necessarily**
82:5 168:8
**necessary**
71:11 93:22
95:14 96:5,16
96:19 101:11
103:17,21
104:4 105:3,3
105:7 110:25
**need** 5:7 46:16
47:2 50:2
66:12 67:8
74:4 97:5,9,14
128:22 129:24
134:6 137:10
137:11 151:15
**needed** 5:10
67:5 93:3,20
111:5
**needing** 169:9
**needs** 101:10
101:15,25
102:5,11
106:10 113:17
**never** 13:16
64:5 92:10
97:17 111:3,4
135:18 136:5
142:5 149:8,9
152:6 153:10
153:16 159:11
**new** 1:1,7,8,11
1:11,25 2:11

2:16,22,22 3:5
3:12,16,19
4:13 6:9 10:5,8
10:14,15,16
11:11 12:8
15:6 26:21
30:13 36:21
37:4,9 40:6,12
41:15,19 42:2
52:12 55:6,13
56:23 57:9
58:23 59:10
60:24 64:10
65:23 66:2,8
66:17 67:8,12
68:16 69:10,17
69:22 71:9
75:5 114:22
115:18,21
117:9,15
118:15,21,23
118:24 119:10
119:12,16,22
120:10,21,24
121:3,9,18
122:13,23
123:3,20 124:7
124:21 125:3
126:4,8,12,23
131:19 144:11
145:22 146:3
157:15 159:13
164:2 166:21
166:24 174:5

**news** 165:18
170:9
**newspaper**
168:20
**nice** 40:4 61:23
**nicholas** 2:5
**nics** 62:9
128:20 130:14
130:17
**nods** 4:24
**non** 118:24
148:19
**nope** 21:8
105:5
**north** 6:17
50:19,23
104:19 121:20
**northern** 10:15
**norwalk** 72:2
**notary** 1:23 3:4
172:14 174:4
175:25
**note** 43:6
**noted** 172:9
**notice** 1:19
**nra** 69:6,12
71:15,21 75:2
75:17,19
**number** 29:10
45:17 71:8
81:14 85:9
87:16 91:11
110:3 139:16
155:2,17

**numbers** 98:11
127:8
**nysrpa** 75:3,25
76:2

**o**

**o** 3:2 11:23
29:15
**o3** 107:4
108:15 111:10
**o3a3** 121:19
**oath** 3:22 34:15
35:22
**object** 47:6
127:17
**objection** 18:16
23:17,25 24:20
25:11,12 26:8
26:14 27:14
36:11 37:24
38:18 39:21
40:21 41:10
43:7 44:22
45:12,18,19
46:18 47:3,10
54:24 57:15
58:17 63:25
66:19 67:16
68:8 76:23
77:15 81:3,5
81:13 83:8,14
83:19 84:6
88:21 90:10
93:7,10,17
108:22 110:18
116:24 122:5

126:10,25
129:5 131:6
136:9,15
139:21 142:7
143:21 152:14
155:16,18
161:14
**objections**
129:14 152:21
156:15
**obtain**  6:11,21
7:3,5 70:6
128:23 129:24
130:22 160:20
**obtained**  27:7
**obtaining**
130:21
**obvious**  11:24
49:25
**obviously**
98:14
**occasion**  21:7
21:22 22:21
**occasionally**
36:22
**occasions**  95:8
103:7 107:22
**occurred**  20:25
48:17
**offense**  118:21
**offhand**  21:23
**office**  2:17 3:16
82:4
**officer**  19:5,14
22:13 62:5

76:17
**officers**  76:21
77:5,20
**official**  1:7
162:13
**oh**  11:8 25:8
30:7 57:24
62:22 107:23
154:18
**okay**  8:6 10:25
20:20 29:24
31:10 36:3
39:8 40:25
41:21 44:12
47:9,13 51:4
68:20 72:23
73:16 77:17
84:8 101:20
102:20,24
106:6 109:4
114:9 132:18
144:4,8 146:12
146:24 147:3
149:10 151:23
157:7 160:13
163:16 169:13
**old**  9:3 20:12
20:13 50:24
86:23 104:22
**olympic**  113:23
**once**  4:5,17
5:22 48:3 50:3
92:12 143:2
**ones**  75:9
101:11,16

105:9 106:11
108:16 133:18
134:11 153:4
**online**  7:19,23
8:12,19,25
60:17 159:9,13
159:17,20
**open**  43:3
81:18 156:8
**opportunity**
122:21
**opposed**  52:24
**opposition**
85:16
**optics**  137:9
162:25 168:10
**option**  137:6
149:17
**oral**  160:9
**order**  23:2
128:23 129:25
**organization**
75:14,15 79:21
140:21
**organizations**
74:12,22,25
76:16,22 77:6
77:21 78:6
84:12,14
165:17 166:12
**original**  99:23
**originally**
99:24 100:3
164:15

**outcome**  18:19
174:15
**outdoor**  40:9
108:3
**outlawed**
115:17,21
**outside**  36:13
48:9,11 60:22
110:16
**own**  12:18
39:12 44:17
45:10,16 51:18
52:17 53:19
54:18,20 55:7
55:10,12 57:4
57:23 74:3
102:9 103:2
108:20 114:12
121:11,14
123:5 127:10
133:14 139:16
163:17,25
165:13 166:21
169:24,24
**owned**  40:4
102:25 139:3
165:13
**owner**  107:17
**owners**  75:8,8
76:13 166:18
**ownership**
27:16 36:13
44:23 139:11
139:15,20

| p | | | |
|---|---|---|---|
| **p** | 143:11 144:9 | **past** 26:7,13 | 62:2,5,16 63:4 |
| **p** 2:1,1 75:5 | 146:13,16,21 | 27:6 38:2 63:6 | 64:23 135:20 |
| **p.m.** 135:11,12 | **paragraphs** | 63:9 76:9,10 | 135:24 |
| 171:13,14 | 144:5 151:18 | 76:14 80:12 | **permits** 24:9 |
| 172:9 | 151:20,25 | 91:23 115:4 | 58:18 |
| **page** 85:7,17,21 | **parks** 41:22,24 | **pay** 11:14 | **person** 60:18 |
| 128:21 142:9 | **part** 25:16 | 24:15 | 81:4 137:11 |
| 146:14,14,15 | 56:19 118:3 | **peekskill** 40:5 | 151:15 |
| 146:22,23 | 135:25 165:16 | **pellet** 30:3,9 | **personal** 55:15 |
| 147:5 154:19 | 166:23 | 36:5 39:5 | 55:19,20 89:13 |
| 154:20,22 | **particular** | **penal** 26:16,22 | 90:22 94:15 |
| 155:3,3,4 | 11:13 12:16,20 | 90:13 115:18 | 100:19,21 |
| 171:22 173:3,9 | 12:23 16:15 | 115:21 116:12 | 127:19,25 |
| 175:3 | 24:18 25:2 | 116:14 117:15 | **personally** |
| **pages** 94:12 | 32:24 39:17 | 124:21 157:15 | 124:10,12 |
| 133:2,5 | 46:3 50:15 | 159:13 | 166:7 |
| **pamela** 33:23 | 59:2 74:18 | **people** 11:14 | **pertaining** 71:3 |
| 33:25 | 86:21 87:11,14 | 15:10 36:9 | **perusing** |
| **papers** 170:9 | 98:4 101:14,22 | 47:25 56:2 | 138:21 144:6 |
| **paperwork** | 112:24 115:5 | 78:2 82:4,5 | 146:19,25 |
| 20:18 22:15 | 115:20 117:4 | 105:21 110:3 | 151:21 155:7 |
| **paragraph** | 119:6 120:19 | 115:24 124:14 | **phone** 71:8 |
| 85:21,25 89:4 | 121:4 127:4 | 159:2 165:8,13 | 81:2 84:9 |
| 94:9 101:8,24 | 134:6 144:20 | 165:23 167:4,7 | **phrase** 104:16 |
| 106:7 113:9 | **particularly** | 168:4,6,12 | 125:22,25 |
| 115:13 117:10 | 87:5 | 169:8,19,24 | **pick** 5:5 72:20 |
| 118:17 122:9 | **parties** 174:13 | 170:25 | 168:19 |
| 123:18,22 | **partner** 12:2,4 | **perfect** 112:14 | **picking** 4:23 |
| 124:3 125:2 | 12:10 14:15,20 | **perfectly** 56:12 | **picture** 60:11 |
| 128:21 129:23 | 14:21 | **period** 17:20 | 62:22 |
| 131:9,12 | **partners** 13:22 | 18:7 46:22 | **pieces** 141:25 |
| 138:16,17,20 | 13:25 14:12 | **permission** | 144:13 |
| 140:7,7,24 | **parts** 56:10 | 41:20 42:13 | **pinnacle** 2:3 |
| 141:3,10 142:2 | **passed** 130:14 | **permit** 61:9,13 | **pioneer** 40:11 |
| 142:8,19 | 130:18 | 61:18,19,24 | 41:4 50:16 |

**pistol** 75:5 86:7
  94:12 99:9
  102:16,18,21
  102:22,24
  103:3,7,17,20
  111:15 116:9
  117:22 148:6
**place** 1:21 40:2
  40:4,10 88:15
  88:17 148:14
**placed** 3:22
  19:25 20:9
**places** 39:15
  41:15 89:2
  146:10
**plains** 2:11
  12:8
**plaintiff** 1:19
  3:2 30:18
  32:10 33:8,18
  34:8,25 35:2
  83:24
**plaintiff's**
  24:22 27:15
  36:12 39:23
**plaintiffs** 1:4
  2:3 84:20
  156:15
**platform** 99:5,7
  99:13,21
  100:10 101:3
  164:15
**pleadings**
  77:16

**please** 3:10
  25:13 53:23
  93:9 152:20
  155:5
**plenty** 144:24
**plus** 135:19
**point** 61:25
  63:21 68:6
  98:15 100:20
  110:10 113:22
  152:10
**police** 1:8 3:19
  21:17,20 22:3
  22:7,13,22,23
**policy** 75:11
  76:25 78:18
  122:14,23
  123:18,20
**political** 55:21
  55:23
**popular** 56:6
**portion** 113:9
**portions**
  169:15
**position** 17:11
  18:6
**possess** 27:21
  29:7 30:2,10
  54:8 57:17,19
  59:15 61:6
  66:18 83:6
  88:10 90:6,12
  90:14,16 107:2
  111:11 115:14
  122:10,19

  134:21,24,25
  135:17 148:10
**possessed**
  122:16
**possesses**
  118:10,11
  121:3,8
**possessing**
  115:16 121:9
  130:24
**possession**
  122:12
**posted** 159:8
  159:12,16,19
**potentially**
  84:19 113:15
**practical**
  118:22 119:5
  120:5,9,15
**practice** 10:4,7
  11:3,6,9,12
  16:15
**practicing** 16:9
  35:12
**precision** 37:5
**prefer** 91:6,9
  115:7 122:17
**preferable**
  96:19 114:11
  134:25
**preference**
  137:2
**preferred**
  115:5 130:23

**preparation**
  5:20
**prerequisite**
  70:6
**present** 66:11
  81:9 130:21
**presently**
  127:10 131:3
**pretty** 15:13
  48:24
**prevalence**
  141:15
**prevent** 130:24
  160:22 161:25
**previous**
  101:20
**price** 46:10
  88:2
**prior** 11:17
  14:5,9 15:25
  46:19
**prison** 20:10
**private** 41:19
  42:11,13
**privileged** 77:7
  78:22 79:24
  81:15,17 82:18
  82:22
**pro** 46:5 61:21
**probably** 11:24
  28:5 29:3,22
  32:8 33:20
  41:25 49:21,22
  56:5 76:4
  88:12,15 89:25

95:6 101:6
102:5 103:19
112:8,13
113:22 114:19
116:10 118:5
123:10 132:24
150:22 157:21
158:13,19,22
164:25 168:3
170:18
**process**  25:7,10
25:17 52:14
58:11 59:23
60:9,12 62:7
64:7,12 69:11
**produced**  56:9
71:18 120:20
**product**  77:8
84:7 155:19
156:4,6
**products**  17:4
**program**  9:10
9:12 70:22
**prohibition**
130:6
**prohibits**  74:15
**projectile**
52:10
**proof**  60:7 64:9
64:13
**property**  12:25
17:4 121:11
**prosecuted**
122:16 124:7
124:13,20

**prosecution**
122:13
**protect**  169:3,4
169:5,9
**protecting**
170:6
**protruding**
148:18
**provide**  3:23
5:22 132:13
158:17 172:3
**provided**  7:10
34:14 111:24
**provision**
117:16
**provisions**
160:21 161:2
161:25
**public**  1:23 3:4
41:18,21 42:2
42:7 124:15
156:12 172:15
174:4 175:25
**publicker**  2:24
**publicly**  156:18
156:23,25
**pull**  53:3 95:3
**pulled**  170:5
**pulling**  168:8
**pump**  28:19,20
38:5
**purchase**  36:6
37:20,21 43:11
43:13,18 46:4
46:12 53:8

61:10 66:11
67:7 73:6,25
86:20 87:24,24
88:3,8,18
95:23 107:11
107:15 109:5
110:8 115:14
118:21 119:6
120:5,16,23
122:19 126:15
126:17,19
128:10 131:18
144:19 152:17
161:17 162:4
**purchased**  26:4
26:6,12 27:6
27:10,13 28:14
36:8,15,16
45:25 46:2,8
51:15 53:12,14
53:16 54:14
67:11 118:18
121:17,19,24
122:3 126:22
126:23 127:4
130:19
**purchases**
131:22
**purchasing**
38:2 74:16
115:16 119:13
119:17 130:6
133:22 134:2
153:8 157:10
160:22

**purpose**  89:5
117:19 145:14
165:23 169:25
**purposes**  91:14
101:12 110:16
113:10 145:22
168:5
**pursuant**  1:19
**push**  53:5 54:3
**pushes**  52:9,11
53:4
**put**  20:2 39:8
43:19 45:6
52:7,25 54:2
56:18 61:21
62:3 72:19
88:7,8 91:17
103:16 119:5
119:24 120:15
123:21 124:9
125:20 126:20
143:20 148:14
157:3

## q

**qualified**
100:17
**quarter**  98:8,17
**quarters**  94:23
114:24
**question**  11:25
17:9 26:18,19
38:15 39:5,14
45:8,15 46:24
47:5 49:20
55:5 58:24

76:11 77:6
83:12 95:13
96:14,16,21
101:19 111:17
116:3 123:23
126:9 127:24
129:22 131:14
133:16 136:17
145:24 148:2
149:13 151:19
152:12,15
161:20 169:22
**questioned**
162:17
**questioning**
43:8
**questions** 5:3
68:18 69:15
135:14 171:16
**quick** 4:19
68:19
**quickly** 50:2,5
**quite** 86:14
119:8 123:4
137:15 148:5
**quotation**
128:3
**quote** 122:14
122:24 142:11

**r**

**r** 2:1 3:2 11:23
14:2,2 75:5
172:7
**rack** 107:16

**racketeering**
13:3
**randy** 14:25
**range** 39:19
40:3 50:15,20
63:16,19 72:17
94:25 95:12
103:9 114:23
144:22
**ranges** 39:15
39:18 40:9,20
41:2,22 50:14
108:4 145:10
**rather** 42:20,22
42:24 93:14
108:17
**read** 85:24 86:2
100:5 115:22
122:25 123:8
138:17,18,23
139:4 140:8,14
141:2,9,18
142:20 143:7
144:4 146:18
151:19 156:9
161:5 169:7
170:8
**readily** 164:11
**reading** 165:18
**real** 56:12
167:3
**realized** 49:2,3
**really** 38:24
40:4 51:9
56:25 66:10

73:21 99:3,18
100:17 105:22
106:16 111:3
118:7 134:5
135:18 136:23
139:12 146:9
149:8,9 150:18
152:6 157:23
158:25 164:23
165:7,10
**reason** 4:15
5:11 42:21
49:25 58:15,25
81:6 102:21
111:25 131:21
135:16 150:14
153:15
**reasonably**
48:5
**reasons** 38:5
91:11 102:12
111:23,24
116:19 151:13
162:24
**recall** 4:11 7:8
7:22,25 8:11
8:11 9:24
13:13 14:14
16:20 18:6
19:4,20,22
20:4 21:25
25:4,21 30:25
31:10 32:14
34:7,9 36:10
36:18,23,25

37:12,14,16,17
43:21 50:23
51:7 60:2 62:6
63:23 64:6
65:12,15 69:18
71:16,24 72:3
76:2,6 80:4
82:6,19 95:7
106:11,17,25
107:14 117:6
120:17 121:23
123:11
**receive** 8:7 9:7
70:18
**received** 7:17
8:6 60:8 68:23
69:3,7 72:15
**recent** 11:8
**recently** 11:22
48:3 66:4
**recess** 72:25
135:10 171:12
**recognize** 58:2
59:8 85:12
138:5 154:4
**recognized**
59:4
**recollection**
158:5
**record** 3:10
5:23 13:24
21:11 43:5
77:3,12 85:7
97:22 132:11
132:15 133:8

**[record - rifle]** Page 28

135:15 138:25
172:3 174:10
**recurring**
13:12
**reduce** 104:12
**reducing**
105:11
**refer** 92:22
98:6 113:11
**reference**
138:24 139:14
139:15 140:9
140:13 141:8
141:13,17
142:9 143:3
147:5 149:25
151:24 156:13
156:22
**referenced**
131:12 139:9
141:10 150:17
**references**
142:13
**referred** 79:14
86:15
**referring** 26:15
60:13 74:19
90:2 105:22
128:18
**refers** 98:19
147:6
**regarding**
131:9 139:19
142:3 143:11
143:19

**registered** 10:3
**regular** 24:16
77:22,22
**rejoin** 75:24
**relate** 73:21
126:18 140:6
168:13
**related** 174:12
**relevant** 42:23
**reliable** 91:18
**relied** 156:16
**relief** 160:19
161:7,12
**reload** 52:17
**rely** 156:18
**remember** 4:14
7:9 8:4 18:25
25:6,15,19
26:2 27:19
28:24 29:4,23
30:7 31:25
32:8 33:21
40:15 45:4
58:10 60:9
62:14,18 64:2
64:9 70:12,15
87:17,20,21
100:22 106:21
106:22 109:2
123:2 157:22
162:20 164:19
**remington**
29:11 39:3
115:6,8 133:9

**removable** 91:5
**removal** 52:25
**remove** 56:17
**renew** 25:23,25
41:6 63:21
**renewal** 59:23
**renewed** 60:3
**repeat** 129:21
**replies** 22:19
**report** 22:16
140:11 141:5,9
142:13,20
**reporter** 4:22
5:5 132:14
**represent** 3:17
162:12
**represented**
31:18
**require** 66:17
67:11 117:18
**required** 70:10
**requirement**
126:16
**requires** 3:23
**research** 91:22
109:24 110:5
117:14 124:19
124:22
**reserve** 156:17
**residence** 21:18
22:9 28:2
**residing** 121:2
**resistance**
141:14

**resolved** 32:4
33:10 35:15
**respects** 114:13
144:12
**response** 155:2
**responses**
154:7 155:6
**rest** 35:19
38:13
**restraining**
23:2
**resumed** 73:3
135:12 171:14
**retailers**
140:11
**retained** 34:24
35:10
**retired** 13:23
**review** 5:19
155:5
**reviewed** 138:7
**revoked** 23:24
67:24
**rico** 13:3
**ridiculous**
145:23
**rifle** 49:17,24
50:7,10,13
51:16,19 52:4
52:6,20,22
53:12 54:21,23
55:2,16 56:5
56:23 57:5,10
67:15 73:7,9
73:12,22 75:5

86:4,12,21
87:24 88:8,19
89:17,18 93:23
94:22,24 95:15
96:2,10 97:10
99:12,17,19,22
100:7,10,12,23
100:25 101:5
101:10 106:10
107:5 111:10
111:16,17
112:2 113:23
114:17 115:11
115:15 116:8
117:19 118:12
118:18 120:6
122:4,11 125:6
125:15 126:14
126:14 130:23
135:6,7 157:11
159:10 163:12
163:15,25
164:9
**rifles** 24:14,18
26:6 28:6 29:7
29:17,20,25
30:8 36:5
38:15,25 51:6
51:11,12,20,23
53:14 55:8,11
73:19 87:19
89:23 92:2
102:6 106:16
112:3 125:4,19
125:24 126:5,7

126:21,23
131:4,15,23
133:6,6,13
163:17 172:7
**rifles.pdf.**
172:8
**right** 23:19
31:9 39:17
44:17 65:18
67:21 69:13
77:16 78:15
80:13,23 81:8
89:3 105:6
118:2,19
127:23 128:4
136:4 137:3
156:17 163:23
164:25 165:3
167:4 169:13
**rights** 74:11
158:8 159:20
**risk** 122:12
**riverton** 51:18
133:14
**road** 3:11
**rocah** 1:6 2:9
162:13
**rotsko** 2:5 5:16
18:16 23:17,19
23:25 24:20
25:11 26:8,14
26:23 27:14
36:11 37:24
38:18 39:21
40:21 41:10

43:6 44:22
45:12,18 46:18
47:3,10 54:24
57:15 58:17
59:18 63:25
66:19 67:16
68:8,14 76:23
77:15 80:19
81:3,5,13,19
83:8,14,19
84:6 88:21
90:10 93:7,10
93:17 108:22
110:18 116:24
122:5 126:10
126:25 129:5
129:16 131:6
134:12 136:9
136:15 139:21
142:7 143:21
149:12 152:14
154:14 155:16
155:18,22,25
161:14,19
**roughly** 28:6
**round** 52:12,16
52:18 53:4,6
92:13 112:7
137:19 162:8
**rounds** 45:17
92:5,9
**rubinstein** 2:23
3:8,15 26:17
26:25 43:2
47:12 55:3

72:21 77:17
81:16 84:22
85:6 93:9
129:12,18
132:2,10 133:8
135:8 137:21
149:16 152:19
153:18 155:20
155:24 156:5
162:6 171:6,10
171:15 172:2
173:4
**ruger** 29:9
38:19 53:8,14
53:20 54:13,15
54:19,25 56:3
56:11,16 57:4
67:7 111:17,20
112:2 127:5
133:10,11,20
134:5,8,21,23
135:5
**rugers** 53:16
**rule** 129:19
**ruled** 24:21
39:22 41:13
46:22 129:7
**running** 92:14
**runs** 71:5

| s |
| --- |

**s** 1:17 2:1 29:15
29:20 62:11
75:5 114:6
**saf** 76:24

**safe** 27:25
43:10,11,14,18
43:21,25 44:5
44:8,10 74:20
88:9,13 108:7
123:7 125:14
157:19 160:21
161:2,25
**safer** 105:11
**safety** 48:13
60:15 70:20
72:19 86:6
94:11 108:10
**sail** 17:25
**sailboat** 17:22
17:23
**saint** 73:7,15
73:16,18 86:4
87:9 89:7
93:23 94:6,22
95:15 96:18
98:25 99:8
103:13,18,22
105:4 106:2,9
109:6 111:9,20
112:23 113:17
114:11 115:17
115:20 116:5
116:18,22
117:8 118:13
119:2 120:20
120:24 121:5
122:10,20
125:6 128:24
130:2,7,25

134:18 136:14
136:21 137:5
137:13 147:18
157:11 159:9
160:23 161:18
162:18,25
163:14 164:21
**sake** 26:15
**savage** 29:12
39:3
**save** 143:24
**saw** 38:9
107:16
**saying** 54:25
123:14 142:10
164:22
**says** 86:3
118:18 122:9
125:2 128:15
128:22 129:23
144:10 156:14
**scenario** 111:4
**scheme** 125:3,7
125:20,23
126:2,4,9,13
131:11
**schemes** 128:6
**school** 6:9,24
7:2 17:13,16
17:19 49:12,14
**scope** 36:14
147:11
**screw** 56:15,17
**se** 168:9

**sears** 83:23
84:2,5,18
**season** 64:21
**second** 10:17
26:19 75:6
76:5 77:2,14
81:20,24 82:7
92:13 141:4
142:9 148:17
158:9,14
159:20 167:11
**section** 106:4
**securities** 13:4
16:22,23
**see** 31:7 61:24
69:20 70:22
85:22 119:8,10
125:10 128:25
133:4 139:17
139:18 140:8
140:12,13
141:4,7,8,12,16
141:17 142:18
142:19 143:5,6
143:13 144:24
148:19 150:24
151:14 152:2
155:10,11
156:20 163:11
171:11
**seeking** 160:20
161:7,12
**seemed** 74:14
**seen** 132:22
145:7,8,19

146:5
**sees** 137:12
**segue** 10:20
**self** 10:24,25
46:17,19 47:17
47:23 48:9
49:17,23 96:5
96:18 97:6,10
103:22 108:15
110:16 111:10
111:21 112:4,6
112:17 113:5
135:2,7 136:8
136:13,21
137:4,19
141:15 153:3
162:19 165:21
**sell** 118:24
119:21
**seller** 36:7 46:3
87:25 119:12
119:16
**selling** 110:3
**semester** 9:2
**semesters** 8:25
**semiautomatic**
49:17,23 50:7
50:10,13 51:5
51:12,16,19,21
52:4,6,19
53:11,13 56:5
67:15 86:4
111:16 116:8
118:3,12 125:3
125:18 126:5,7

| | | | |
|---|---|---|---|
| 126:13,21,22 | **shapiro** 14:10 | **shotguns** 28:6 | **slow** 112:16 |
| 129:10 131:4 | 14:12,15,22,22 | 28:9,17 29:5 | **small** 86:8 |
| 131:15,23 | 14:23 15:2,8 | 29:24 30:8 | 96:10,12 97:20 |
| 133:6,6 144:11 | 15:11,17,20 | 36:5 37:22 | 98:4,5,5,9 |
| 152:17 | **shareholder** | 39:9 | 102:15 114:17 |
| **send** 7:20 25:14 | 13:5 | **showed** 107:17 | 142:12 164:12 |
| 60:11 | **sheet** 175:2 | **side** 157:3 | **smaller** 111:14 |
| **sense** 52:23 | **shelf** 62:4 | **sights** 99:10 | **smith** 79:16,17 |
| **sent** 160:6 | **shoot** 38:11 | **signature** 85:18 | 79:24 80:5 |
| **sentence** 85:24 | 39:7 52:8,16 | 154:22 174:20 | **soaps** 20:14 |
| 141:5 142:10 | 52:17 53:10 | **significance** | **social** 159:5 |
| **separate** | 56:11 70:23 | 98:3 | **sold** 31:8 |
| 126:15 127:21 | 71:4 96:24 | **silencer** 105:15 | **solo** 11:2,5,9,12 |
| 152:8 | 110:11 112:12 | 105:19,22 | **somewhat** 13:2 |
| **seriously** | 137:18 | **similar** 9:8 | **son** 48:24 49:10 |
| 158:11 | **shooting** 39:2 | 46:24 52:22 | 49:12 69:20 |
| **served** 18:11 | 40:11,16 50:16 | 72:17 | 83:22 92:13 |
| 76:17 154:8 | 71:12,14 87:6 | **simple** 56:4,12 | 158:22 160:4,6 |
| **serving** 84:19 | 92:2 95:2 | 162:5 | 160:10,14,16 |
| **set** 174:8,16 | 113:15,18,20 | **simply** 91:4 | **sorry** 4:16 |
| **settled** 32:4,5 | 113:25 114:2 | 98:19 145:18 | 23:18 45:13 |
| 33:12 35:17 | 140:10,17 | **single** 28:24,25 | 73:11 78:13 |
| **settlement** 32:6 | 148:19 170:24 | 29:2 52:2,5 | 92:3 102:18 |
| 33:15 | **shootings** | 170:11 | 103:14 106:17 |
| **seven** 65:17 | 170:14,17 | **sit** 34:6 | 114:5 125:21 |
| 69:24 | **shop** 46:5 | **situation** 46:16 | 129:21 131:10 |
| **several** 19:15 | 144:23 | 46:25 97:5,9 | 134:22 146:14 |
| 22:14 27:11 | **short** 72:25 | **situations** | 162:23 163:20 |
| 38:21 40:13 | 135:10 171:12 | 47:16,21 63:15 | **sort** 8:9 45:8 |
| 51:9 56:4 72:6 | **shorter** 94:24 | 97:14 104:19 | 97:15 156:11 |
| 72:8 86:6 | **shorthand** | **six** 16:6 28:11 | 164:3 170:19 |
| 89:22 101:19 | 61:14 | 65:17 72:13,16 | **sound** 104:12 |
| 133:14 134:5 | **shot** 28:24 29:2 | **size** 96:10 | 105:11,14,19 |
| 134:25 144:13 | 37:20 52:2,5 | **skadden** 16:6,9 | **sources** 155:11 |
| | 92:13 170:25 | 16:12 17:5,10 | 155:15 156:16 |

| | | | |
|---|---|---|---|
| 156:19,23 | **spell** 29:14 | 106:16,19 | **started** 42:5 |
| **southern** 1:1 | 114:5 | 107:2,3,4,12,15 | 50:25 76:4 |
| 10:14 | **spent** 17:21 | 107:20 108:2 | **starts** 146:22 |
| **space** 102:17 | 158:13 | 108:15,19,21 | **state** 1:8,23 |
| **spanish** 29:22 | **split** 20:22 | 109:6,11,15,24 | 2:16 3:4,9,16 |
| **speak** 5:4 80:10 | **spoke** 80:8 81:9 | 110:7 111:8,19 | 3:19 10:4,8,9 |
| 80:25 81:11 | 81:14 162:16 | 112:22 113:17 | 19:22 30:13 |
| 84:13,17 109:7 | **spoken** 78:11 | 114:11 115:17 | 32:12,23 41:22 |
| **speaker** 78:13 | 82:8,12 84:4 | 115:20 116:5 | 41:24 42:2,3,8 |
| **speaking** 18:2 | 84:10,18 | 116:18,22 | 55:13 58:16,18 |
| 45:9 92:6 | 116:17 119:11 | 117:8 118:13 | 59:2,10 62:4 |
| 129:14 152:20 | 119:15,20 | 118:25 120:19 | 63:7,13 64:10 |
| 167:10 | 120:2,3,14 | 120:24 121:4 | 65:23 66:2,7 |
| **specialized** | 123:17,19 | 121:19 122:10 | 67:7 69:10,17 |
| 13:3,17 | 124:2 140:20 | 122:20 125:6 | 71:9 75:5 |
| **specific** 16:21 | 146:4,7 157:8 | 128:24 129:25 | 103:9 114:22 |
| 28:13 39:19 | 157:14,18 | 130:25 134:17 | 119:12 120:20 |
| 41:8 44:20 | 158:6 | 136:14,21 | 120:23 121:3,9 |
| 45:16 87:25 | **sport** 38:20 | 147:18 157:11 | 121:18 122:14 |
| 90:4 95:7 | 87:5 | 159:9 160:23 | 122:16 123:3,7 |
| 109:11 127:3 | **sports** 140:10 | 161:18 162:18 | 123:9 124:7 |
| 136:19 156:15 | 140:17 | 162:25 163:14 | 131:18 144:22 |
| 158:4,18 | **spread** 70:13 | 164:21 | 144:23 145:22 |
| 167:14 168:12 | **spring** 52:8,11 | **stages** 156:24 | 146:2 157:15 |
| 168:13 170:3 | 53:4 54:3 | **stand** 62:12 | 166:21,24 |
| 170:11 | 91:15 | **standard** 62:9 | 168:15 174:5 |
| **specifically** | **springfield** | **standing** 24:22 | **state's** 123:20 |
| 114:8 140:6 | 73:7,9,13 86:3 | 27:17 38:3 | **states** 1:1 56:14 |
| 144:19 160:15 | 86:16,25 87:8 | 39:24 44:24 | 58:2 59:7,8,11 |
| **speculation** | 89:6 93:23 | 46:21 58:20 | 119:10 121:12 |
| 47:6,11,15 | 94:6,21 95:15 | 83:9 108:24 | 121:15 122:4 |
| 68:9 88:22 | 96:18 98:25 | 129:11 | 139:11 143:13 |
| 93:11 134:13 | 102:8 103:13 | **stands** 99:22 | 145:12,19,20 |
| 136:10 | 103:17,21 | **start** 30:24 | 146:6 156:19 |
| | 105:4 106:2,9 | | |

**statics** 143:12
**statistics** 141:7
**status** 129:8
**statute** 13:4
55:6,15,18
116:6 118:4
157:16 159:13
161:5
**step** 30:12 83:5
92:3 127:16
**steven** 1:7 2:20
3:18
**stick** 149:5
**stock** 56:16,17
56:18 57:7
86:7 94:11,14
94:16,17,19,21
95:5,9,14,18,25
96:4,11,17,23
96:25 97:6,10
99:10 102:15
103:12 116:9
117:22 118:24
147:6,9,15,20
147:22 148:5,8
148:11
**stole** 48:23
**storage** 88:17
**store** 36:24
37:10,11,13
107:17 109:13
**stored** 27:24,25
43:24
**stores** 36:17,19
37:3,7,15

119:8,9
**straight** 108:13
**strange** 147:25
**street** 1:11 2:21
**strike** 17:24
26:5 28:7
37:20 39:18
45:25 73:10
88:6 103:15
119:25 120:21
138:8 169:14
**study** 142:10
**stuff** 60:11
100:5 144:18
156:12
**style** 87:16,19
99:5,7,12,17,19
100:23 101:5
102:5 169:24
**subject** 22:25
43:7 156:14
157:25
**subjected**
105:12
**subjective**
49:19
**submit** 60:6,7
64:9,13
**submitted** 64:7
129:7
**subscribed**
172:12 175:23
**substance**
81:10,22 82:10
82:22

**substantial**
45:21
**succinct** 129:17
129:19
**sued** 31:7,11
32:12 33:3
**suggested**
32:23 80:9
**suite** 2:4
**sullivan** 33:23
33:25
**summer** 40:23
**superintendent**
1:8 3:19
**support** 75:15
**supported** 75:7
**suppose** 111:2
153:5
**suppressor**
104:13,15
105:2,8,18,23
105:25 149:22
150:3
**suppressors**
105:21
**supreme** 31:13
32:15
**sure** 4:20 10:2
12:14 13:9
19:16 29:8
31:6 45:24
47:19 52:21
70:23 71:14
72:9 75:13
82:3 87:15

88:11 96:20
99:18,24 110:2
127:2 129:23
131:5 132:24
148:12 160:12
161:4 164:7,23
167:16 170:21
**survey** 138:24
139:2,4 140:11
140:14
**susan** 14:2
**suspect** 21:11
**suspended**
23:15,24 68:3
**suzanna** 2:24
**swap** 91:13
93:2
**sworn** 3:3
172:12 174:8
175:23
**system** 98:12
98:16 172:5

**t**

**t** 29:15,20
114:6
**table** 143:12,15
**take** 5:7,10
30:12,12 56:15
60:14 68:19
69:16,25 71:20
72:22 83:5
91:17 92:3
112:8 135:8
153:25

| | | | |
|---|---|---|---|
| **taken**  1:19 8:23 | **telling**  143:25 | **testifying** | **think**  4:7 5:12 |
| 49:4 73:2 | **ten**  4:8 25:6,21 | 171:18 | 6:23 7:24 8:21 |
| 135:11 171:13 | 26:13 27:6 | **testimony**  3:24 | 14:17 16:16 |
| **talk**  57:22 82:5 | 32:13 58:6 | 5:6,16 34:15 | 19:11 21:23 |
| 158:25 | 66:14 76:10,14 | 34:18 35:4,21 | 22:17,21,24 |
| **talked**  81:6 | 115:4 | 36:4 57:3 65:9 | 25:5,18,19,22 |
| 147:8 160:12 | **tennessee**  19:23 | 73:2 86:13 | 25:24 26:21 |
| **talking**  67:18 | 20:5 | 91:22 106:8,19 | 28:18,22 29:2 |
| 117:21 125:17 | **term**  55:21,23 | 120:13 135:11 | 29:16,18 33:9 |
| 158:14 167:4 | 64:19 73:22 | 136:25 171:13 | 33:16,20 34:12 |
| 169:19 | 91:3 98:5 | 173:2 174:10 | 36:2,20 37:5 |
| **target**  71:13 | 105:16,22 | **thank**  10:19 | 39:11 41:8,23 |
| 95:2 113:15,18 | **terms**  12:20,24 | 14:4 18:10 | 48:8,25 54:11 |
| 113:20,24 | 32:6 33:14 | 171:5,20 | 55:5 56:5 |
| **targeting**  143:3 | 41:7 57:6 72:4 | **theology**  8:3 | 57:17 59:3,8 |
| 143:7 | 72:10 91:21 | 9:16 | 59:25 60:15 |
| **team**  82:3 | 129:14 137:2 | **theoretically** | 62:8,17,19 |
| **technical** | 162:19 | 57:25 | 63:2,20 64:3 |
| 100:18 | **testament**  9:3 | **thing**  8:9 15:13 | 65:10 67:6 |
| **technically** | **testified**  3:5 | 19:12 48:12 | 69:13 71:17,18 |
| 41:24 | 29:25 35:22 | 53:18 54:2,22 | 72:9,21 74:20 |
| **telescope** | 36:4 37:22 | 66:4 136:3 | 75:9 77:20 |
| 147:12 | 38:16 39:10 | 139:25 144:2 | 78:9,24 80:8,9 |
| **telescoping** | 54:18 65:19 | 147:23,24 | 81:16 82:2,11 |
| 86:7 94:11,14 | 66:15 90:11 | 148:3 149:4 | 84:22,23 87:10 |
| 94:16,21 95:4 | 99:14 100:11 | 151:7,15 | 88:19 91:2 |
| 95:8,14,25 | 101:13 106:20 | 166:14 | 92:12,12 97:2 |
| 96:4,17,23 | 108:11 113:12 | **things**  33:2 | 97:13 98:6,19 |
| 97:6,10 99:10 | 121:21 131:8 | 49:6 56:25 | 99:21,23,24 |
| 103:11 116:9 | 133:21 134:7 | 70:22,24 71:4 | 100:13 101:19 |
| 117:22 147:6,9 | 147:7 148:7 | 72:20 110:4 | 101:20 104:6 |
| 148:5 | 164:14,17 | 117:18,20,21 | 105:21 106:13 |
| **tell**  41:18 156:2 | **testify**  5:13 | 122:25 140:5 | 107:6,13 113:7 |
| 166:3 167:15 | 35:6 | 150:16,19 | 113:19 117:5 |
| | | 167:3,7 | 117:17 121:25 |

123:3,6 124:5
124:24 125:15
127:15 128:19
130:9,16
131:13,14
132:2 136:3
137:5,14
140:24 143:17
146:3 149:23
151:9 152:7
153:13,18
158:24 159:15
162:5 163:9
164:12,25
165:12 168:3
170:15,17,19
**thinking** 64:4
**third** 133:3
**thomas** 14:3
**thompson** 2:25
**thought** 47:16
47:22 58:13
80:22 97:8,18
111:3 149:8,9
152:6 153:2,16
**thousand** 32:20
**thousands** 56:8
169:24
**threaded** 106:4
106:5 150:2,5
150:8,12,15
**threatening**
48:6,13
**three** 7:24 8:20
13:22 23:8

26:7 29:9
31:17 53:17
60:4,15 63:10
69:11 70:11,13
70:14,18 85:7
94:10 133:2,5
**thumb** 148:8
148:10,15
**tied** 55:14
**tight** 114:23
**time** 1:21 4:8
5:8 7:12 9:19
17:17,21 18:6
19:6 24:13
41:6 53:2 60:2
75:18 76:3,8
84:10 86:9
88:13,17 92:5
106:14 169:8
170:9 172:9
**times** 12:13
19:15 23:8
40:24 43:25
72:8 81:11,14
97:21 101:19
103:10
**title** 85:9
**titled** 141:14
**today** 110:20
113:12 138:8
149:14 154:17
157:9,15 158:7
158:8 171:18
**together** 82:4

**told** 145:9
**took** 4:7 7:23
20:2,11,17
62:22 69:9,10
69:12,19 70:11
71:16 72:6
111:7
**tool** 93:20
149:20,21
**tools** 48:24
**top** 109:3
**topic** 142:6
**town** 20:4 22:5
22:7 37:8
**track** 71:10
170:10,22
**trade** 24:9
**trademark**
34:23 35:7,7
35:11,13 140:2
**traditional**
100:23 108:12
**trail** 63:19
**training** 62:16
68:24 69:3,4,8
70:2,3,10,17,20
72:4,15
**transcript**
19:11 174:9
**trap** 28:25
38:12
**travel** 8:17
60:19
**traveling** 20:16

**travels** 166:11
167:9
**treated** 23:11
**tree** 32:18
**trigger** 148:15
168:8 170:5
**trooper's** 62:4
**trouble** 135:20
135:24 143:24
**true** 174:9
**truthful** 3:24
**truthfully** 5:12
**try** 93:19
**trying** 129:16
**turkey** 38:6
**turn** 85:17,20
115:12 122:8
132:25 138:15
140:24 146:12
147:4 151:17
154:19,25
**turned** 19:17
69:21
**turning** 124:25
**tv** 20:14
**twice** 137:14
**twin** 38:8
**two** 8:13,24 9:2
13:22 28:21
29:9,19 31:17
33:17 34:7,7
38:9 40:8
43:22 47:24
53:17 60:4,15
63:6,9 69:11

76:23 77:13,19
80:12 82:13
92:12 127:22
128:5 170:18
**type** 15:14
24:17 44:21
45:2 65:11
130:4,10
136:20 163:13
165:2 166:13
170:20
**types** 28:4 54:8
105:20 131:3
131:23 139:3
145:2
**typically** 40:23
106:5
**tysons** 2:4

**u**

**u** 29:20 114:6
**u.s.** 35:7,10
118:19 141:6
142:16
**uh** 38:17 152:3
154:21 155:9
155:13 162:21
163:18
**ums** 4:23
**unconstitutio...**
160:24 161:3
**uncooperative**
101:18
**under** 3:22
19:25 26:16
28:22 34:15

35:22 38:7
55:6 56:23
90:13 116:6,12
116:14 118:4
120:10 126:15
126:23 129:3
129:19,23
130:3 144:11
158:9 159:20
**understand**
55:7 96:20
100:20 125:7
126:9 150:5
**understanding**
19:13 55:16,19
55:20 59:5
66:13,16,21,23
67:10 71:23
89:14 90:23
91:20 94:15
95:24 96:3
97:24 98:22,24
99:6 100:3,9
100:19,21
101:21,25
104:8 105:17
112:19 116:7
122:23 125:2
126:4,12
127:13,19,19
128:2,4,20
144:15 149:3
151:5
**understood**
3:25 7:14 9:20

11:16 15:24
19:24 21:13
35:20 163:16
166:10 168:2
**unfortunately**
168:24
**united** 1:1
56:13 139:11
143:13
**university** 6:9
6:17 8:25 9:4
9:22
**unlawful** 116:6
**unpleasant**
20:18
**unquote** 122:15
**unresponsive**
169:15
**updated** 139:2
142:14
**ups** 77:11
**upstate** 41:15
41:18
**url** 132:14
172:4
**usa** 76:13
**usage** 39:23
**use** 23:9 38:6
41:20 44:21
46:16 47:2,17
47:22,23 48:7
48:14 59:6
60:16 71:2
88:25 94:20
96:17 97:5,9

99:25 102:21
102:22 103:7
103:21 104:4
105:7,21
108:14 110:8
110:12,15
111:10 114:8
115:6,7,8,11
134:10,15
143:19 145:3,7
145:13,21
146:8 147:14
148:20,22
149:6,11 150:8
150:12,14,19
151:8,10 152:4
152:9,24
164:16 166:8
167:23,25,25
168:9
**used** 39:9 50:20
89:16,18 90:6
90:7,8,15 95:4
95:8 98:6,23
101:23 102:24
103:3 104:14
104:16 142:11
145:20 163:21
165:6,21,24
166:4 167:19
168:7 169:3,17
170:4,14,24
**useful** 136:7
148:4

uses  112:23
using  43:25
  48:8 56:17
  93:5,16 113:4
  149:15 153:2
  162:18 169:19
usually  48:10
  52:23 98:6
  99:9 115:6,8
utah  57:24 58:3
  58:4,9,16 59:2
  59:6,9,21 60:6
  60:19,23 61:2
  61:5 64:22
  69:9

**v**

vague  91:2
  123:23 136:18
vaguely  151:4
variant  164:22
  165:6 166:4
variants  118:25
  122:17 165:20
  167:19 169:3
  170:13
various  74:11
  162:18 165:16
  166:12 167:3,7
vendor  31:23
vernon  40:11
versatile  87:6
version  132:16
versus  72:11
  74:13

view  154:16
viewed  143:15
vigorously
  122:14,24
vineyard  18:4
vintage  28:21
  38:21
violating  124:8
  124:13,21
violence  142:16
virginia  2:4
visit  104:21

**w**

w  11:23
walk  112:9
wall  8:10 119:9
want  6:3 20:19
  27:2 36:3
  47:22 49:7
  55:5,17 57:22
  63:16 70:23
  78:15 82:18
  94:20 95:3,17
  97:3 101:17
  102:21 104:15
  106:6 120:7
  122:12 125:25
  131:25 148:10
  148:20,22
  149:6,11 152:4
  152:9 155:25
  171:17 172:2
wanted  77:18
  106:13 109:5
  113:21

wanting  152:16
washington
  87:2
watching  20:13
way  5:3 33:2
  39:9 52:19
  55:25,25 88:7
  89:8 93:25
  96:11,22 97:25
  103:16 109:16
  119:24 125:22
  126:20 174:14
ways  9:10
weapon  86:8
  86:11 87:7
  97:20 98:7,10
  112:17 165:3
  168:24 170:23
weapons  54:20
  112:4,6 142:15
  143:20 144:10
  144:15 146:8
  165:6 167:19
  170:14
wear  92:25
website  109:18
  109:19,20,24
  109:25 123:6,7
  123:9 132:11
  132:22
websites
  123:12
week  23:8
weight  102:14

welcome
  171:19
weld  48:25
welder  48:23
  48:25 49:2,4
went  12:15
  40:13 60:8
  61:20,22 62:4
  72:7 109:12
westchester  1:7
  2:7 31:16
  32:15 68:11
  75:7 76:11,12
  78:9,12 162:8
  162:14 166:18
  166:23
whereof  174:16
white  2:11 12:8
  20:14
widely  59:3
  142:10
width  98:2
wife  33:7 44:7
  47:24 82:23,24
  83:2,6,17
  160:16
wife's  33:22
william  138:25
  139:6
win  161:16
winchester
  28:19
wish  110:7
  147:14

wisniewski
79:2
witness 4:6
23:18 34:16
35:18 72:24
129:20 138:21
139:23,23
143:23 144:6
146:19,25
151:21 155:7
155:21 171:9
171:19 174:7
174:11,16
witness's 175:2
woman 61:23
won 161:24
wooded 114:24
woodmaster
133:9
word 101:23,24
136:4
words 91:21
116:20 126:3
work 32:24
77:8 82:4 84:7
137:7 155:18
156:4,5
worked 14:20
17:2 18:8
154:12
working 15:20
works 52:20
world 74:15
128:6

wrap 171:7
write 115:13,25
130:20 154:10
155:14
wrong 37:6
wrote 123:25
124:3 156:2

**x**

x 1:2,10

**y**

y 75:5
yeah 15:10
20:2 31:5
75:13 78:10
81:19 107:8
110:5 155:22
163:10
year 4:9 6:11
6:21 7:5 8:12
17:8,20 21:24
22:2 25:3,23
25:24 26:2
31:14 34:18
65:10,16 71:16
80:16
years 8:12,13
12:10 13:15
14:15 15:9
16:7,19 25:6
25:21,25 26:7
26:13 27:6
31:17 32:13
34:2 35:12
40:13,23 43:15

50:22,24 51:3
51:5 56:7 58:6
59:25 60:4
61:16 63:6,9
63:10 65:17
69:8,24 74:12
75:22 76:9,10
76:14 80:12
92:2 115:4
119:8 168:22
york 1:1,7,8,11
1:11,25 2:11
2:16,22,22 3:5
3:12,16,19
4:13 6:9 10:5,8
10:14,15,16
11:11 12:8
15:6 26:21
30:13 36:21
37:4,9 40:6,12
41:15,19 42:2
55:6,13 56:23
57:9 58:23
59:10 60:24
64:11 65:23
66:2,8,17 67:8
67:12 68:16
69:10,17,22
71:9 75:5
114:22 115:18
115:21 117:9
117:15 118:15
118:21,23,24
119:10,12,16
119:22 120:10

120:21,24
121:3,9,18
122:13,23
123:3,20 124:7
124:21 125:3
126:4,23
131:19 144:11
145:22 146:3
157:15 164:2
166:22,24
174:5
york's 126:8
159:13
yorktown
36:21
young 50:25
youth 104:19
104:20
yuval 2:23 3:15

**z**

z 29:20 114:6

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.