# EXHIBIT D

# COMMENTARIES

## ON THE

## Laws of England.



*BOOK THE FOURTH.*

BY

Sir WILLIAM BLACKSTONE, Knt.

ONE OF THE JUSTICES OF HIS MAJESTY'S
COURT OF COMMON PLEAS.

*THE SIXTEENTH EDITION,*

WITH THE LAST CORRECTIONS OF THE AUTHOR;

*AND WITH NOTES*

By JOHN TAYLOR COLERIDGE, Esq.

OF THE MIDDLE TEMPLE, BARRISTER AT LAW.

*LONDON:*

PRINTED BY A. STRAHAN,
LAW-PRINTER TO THE KING'S MOST EXCELLENT MAJESTY;
FOR T. CADELL IN THE STRAND;
AND J. BUTTERWORTH AND SON, FLEET-STREET.

1825.

9. THE offence of *riding* or *going armed*, with dangerous or unusual weapons, is a crime against the public peace, by terrifying the good people of the land; and is particularly prohibited by the statute of Northampton, 2 Edw. III. c. 3., upon pain of forfeiture of the arms, and imprisonment during the king's pleasure: in like manner, as by the laws of Solon, every Athenian was finable who walked about the city in armour [o].

10. SPREADING *false news*, to make discord between the king and nobility, or concerning any great man of the realm, is punishable by common law [p] with fine and imprisonment; which is confirmed by statutes Westm. 1. 3 Edw. I. c. 34. 2 Ric. II. st. 1. c. 5. and 12 Ric. II. c. 11.

11. FALSE and *pretended prophecies*, with intent to disturb the peace, are equally unlawful, and more penal; as they raise enthusiastic jealousies in the people, and terrify them with imaginary fears. They are therefore punished by our law, upon the same principle that spreading of public news of any kind, without communicating it first to the magistrate, was prohibited by the antient Gauls [q]. Such false and pretended prophecies were punished capitally by statute 1 Edw. VI. c. 12. which was repealed in the reign of queen Mary. And now by the statute 5 Eliz. c. 15. the penalty for the first offence is a fine of ten pounds and one year's imprisonment; for the second, forfeiture of all goods and chattels, and imprisonment during life. (12)

12. BESIDES actual breaches of the peace, any thing that tends to provoke or excite others to break it, is an offence of [ 150 ]

---

[o] Pott. Antiq. b. 1. c. 26.
[p] 2 Inst. 226. 3 Inst. 198.
[q] " *Habent legibus sanctum, si quis quid de republica a finitimis rumore ac fama acceperit, uti ad magistratum deferat, neve cum alio communicet: quod saepe homines temerarios atque imperitos falsis rumoribus terreri, et ad facinus impelli, et de summis rebus consilium capere, cognitum est.* Caes. de bell. Gall. lib. 6. cap. 19.

---

(12) It is not very important to mention, except for the character of the legislature in the time of Edward the Sixth; but I believe the statute which made the felony was the 33 Hen. 8. c. 14., which was altered by the temporary acts of 3 & 4 Ed. 6. c. 15. and 7 E. 6. c. 11.; these having expired, the 5 Eliz. c. 15. was passed; but the punishments inflicted by the statutes of Edward and Elizabeth were the same.