# EXHIBIT E

# THE
# Statutes at Large,

FROM

# MAGNA CHARTA,

TO THE

# END of the LAST PARLIAMENT, 1761.

---

In EIGHT VOLUMES

---

By OWEN RUFFHEAD, Esq;

---



LONDON:

Printed by MARK BASKET, Printer to the King's Most Excellent Majesty, and by the Assigns of ROBERT BASKET; And by HENRY WOODFALL and WILLIAM STRAHAN, Law Printers to the King's Most Excellent Majesty.

MDCCLXIII.

## C A P. XVII.

### Indictments in the Sheriffs Turn shall be by Roll indented.

*Ex Rot. in Turr.* Lond.

32 Co. 43.

'ITEM the King commandeth, That the Sheriffs and Bailiffs of Franchises, and all other that do take Indictments in their Turns, or elsewhere, where Indictments ought to be made, shall take such Indictment by Roll indented, whereof the one Part shall remain with the Indictors, and the other Part with him that taketh the Inquest; (2) so that the Indictments shall not be imbezilled as they have been in Times past, and so that one of the Inquest may shew the one Part of the Indenture to the Justices, when they come to make Deliverance.'

ITEM le Roi comaunde qe les viscontes & baillifs des franchises & toutz autres qe parnent enditementz a lor tourns ou aillours ou enditementz ferrount faitz preignent tieux enditementz par roule endente dount lune partie demoerge vers les enditours & lautre partie devers cely qi prendra lenqueste issint qe les enditementz ne soient beseleez come avant ces houres ount este & issint qe un de lenqueste peut monstrer lune partie de lendenture a la Justice quant il vendra pur la deliverance faire.

13 Ed. 1. stat. 1. c. 13. 1 Ed. 4. c. 2. *directs Indictments taken in the Sheriff's Turns to be delivered to Justices of the Peace of the same County*; *and see farther* 11 H. 7. c. 15.

Memorandum quod ista duo statuta precedentia missa fuerunt in Hiberniam in forma patenti cum quodam brevi inferius sequenti [a].

---

## *Statutes made at* Northampton *in tribus septimanis Paschæ,* Anno 2 EDW. III. *and* Anno Dom. 1328.

*Ex Rot. in Turr.* Lond. *m.* 28.

"OUR Lord King EDWARD the Third after the Conquest, at his Parliament holden at *Northampton*, at the Three Weeks of *Easter*, in the Second Year of his Reign, desiring that the Peace of his Land, and his Laws and Statutes ordained and used before this Time may be kept and maintained in all Points (2) to the Honour of GOD and of Holy Church, and to the common Profit of the People, (3) by Assent of the Prelates, Earls, Barons, and other great Men, and all the Commonalty summoned to the same Parliament, hath ordained and established in the said Parliament these Things underwritten, in Form following."

NOSTRE Seign' le Roi EDWARD le tierz apres le conqueste a son parlement tenuz a Northampton as trois semeins de Pasch lan de son regne secund desiraunt qe la pees de sa terre & les leis & estatuz avant ces heures ordenez & usez soient gardez et meintenuz en touz poyntz al honour de Dieu et de seinte eglise et a commune profit du poeple par assent des Prelatz Countes et Barons et autres grantz et tote la communalte du Roialme au dit parlement somons ordena et establit en meisme le parlement les choses southescrites en la forme qe sensuit.

## C A P. I.

### A Confirmation of the Great Charter, and the Charter of the Forest.

'FIRST, That the Great Charter, and the Charter of the Forest, be observed in all Points.'

EN primes qe la Grante Chartre & la Chartre de la Foreste soient tenuz en touz pointz.

## C A P. II.

### In what Cases only Pardon of Felony shall be granted. Who shall be Justices of Assise, &c.

In what Cases only the King's Pardon shall be granted.
Chart. de Pard. Br. 10.
2 Salk. 499.
6 Ed. 1. stat. 1. c. 9. 27 Ed. 1. c. 4. *Confirmed by* 10 Ed. 3. stat. 1. c. 2.
*Enforced by* 14 Ed. 3. stat. 1. c. 15.
Regist. 309.

'ITEM, Whereas Offenders have been greatly encouraged, because the Charters of Pardon have been so easily granted in Times past, of Manslaughters, Robberies, Felonies, and other Trespasses against the Peace;" '(2) it is ordained and enacted, That such Charter shall not be granted, but only where the King may do it by his Oath, that is to say, where a Man slayeth another in his own Defence, or by Misfortune. (3) And also they have been encouraged, because that the Justices of Gaoldelivery, and of *Oyer* and *Terminer*, have been pro-

ENsement pur ceo qe meffesours ont este esbauditz de ceo qe chartres de pardon ont este si legerment grantees avant ces heures des homicides roberies felonies & autres trespas countre la pees acorde est & establi qe tiels chartres ne soient mes grantees forsqen cas ou le Roi le poet faire par son ferment cest assavoir en cas ou home tue autre soi defendant ou par infortune. Et auxint ont este esbauditz de ceo qe Justiceries as deliverances des gaoles

[a] *Note;* The Writ here spoken of is not to be found upon the Roll.

*Ex Rot. in Turr. Lond.*

gaoles procurez countre forme de leftatut fait en temps le Roi EDWARD Ael noftre Seignur le Roi qore eft en quele eft contenuz qe les Juftices as affifes prendre affignez fils foient lais facent les deliverances et fi lun foit clerc & lautre lais qe le dit lais affocie a lui un autre du pays facent la deliverance des gaols par quei acorde eft & eftabli qe tiels Jufticeries ne foient mes grantees countre la forme du dit eftatut & qe les affifes atteintes & certificacions foient prifes devant les Juftices communement affignez qe foient bones gentz & loialx & coniffantz de la lei & nemie autres folonc la forme dun autre eftatut fait en temps meifme le Ael Et qe les oiers et terminers ne foient grantees forfque devant les Juftices de lun Baunk & de lautre ou les juftices errantz & ce pur led & orrible trefpas & de lefpeciale grace le Roi folonc forme de ftatut de ce ordene en temps meifme le Ael & nemie autrement.

'cured by great Men againft the Form of the Statute made in the *xxvii Year of the Reign* of King EDWARD, Grandfather to our Lord the King that now is, wherein is contained, 'that Juftices affigned to take Affifes, if they be Laymen, fhall make Deliverance; and if the one be a Clerk, and the other a Layman, that the Lay-judge, with another of the Country affociate to him, fhall deliver the Gaols: (4) Wherefore it is enacted, That fuch Juftices fhall not be made againft the Form of the faid Statute; (5) and that the Affifes, Attaints, and Certifications be taken before the Juftices commonly affigned, which fhould be good Men and lawful, having Knowledge of the Law, and none other, after the Form of another Statute made in the Time of the faid King EDWARD the firft. (6) And that the *Oyers* and *Terminers* fhall not be granted but before Juftices of the one Bench or the other, or the Juftices Errants, and that for great Hurt, or horrible Trefpaffes, and of caufe, the King's fpecial Grace, after the Form of the Statute thereof ordained in Time of the faid Grandfather, and none otherwife.'

Who fhall be Juftices of Affife and Gaol-delivery.
13 Ed. 1. ftat. 1. c. 30.
12 Ed. 2. ftat. 1. c. 3, 4.
To whom Oyers and Terminers fhall be granted, and for what caufe.
Regift. 124, 206.
13 Ed. 1. ftat. 1. c. 29.
*See farther concerning Juftices of Affife* 4 *Ed.* 3. *c.* 2.   20 *Ed.* 3. *c.* 3 *& 6.*   6 *R.* 2. *c.* 5.   8 *R.* 2. *c.* 2.   11 *R.* 2. *c.* 11.   20 *R.* 2. *c.* 3.   14 *H.* 6. *c.* 3.   33 *H.* 8. *c.* 24. *fect.* 1.   1 *Geo.* 1. *c.* 45.   23 *Geo.* 2. *c.* 12. *fect.* 1.

## CAP. III.

### No Man fhall come before the Juftices or go or ride armed.

ENfement acorde eft & eftabli qe nul grant ne petit de quele condition qil foit fauve les Serjantz le Roi en la prefence le Roi & les Miniftres le Roi enfefantz execution des mandementz le Roi ou de lour office & ceux qi font en lour compaignies eidantz as ditz miniftres & auxint autri de fait darmes de pees & ce en lieux ou tielx faitz fe ferront foit fi hardi de venir devant les Juftices le Roi ou autres Miniftres le Roi enfefant lour office a force & armes ne force mefner en affrai de la pees ne de chivaucher ne daler arme ne de nuit ne de jour en faires marchees nen prefence des Juftices ne dautres Miniftres ne nule part aillours fur peins de perdre lour armures au Roi & de lour corps a la prifone a la volunte le Roi. Et qe Juftices le Roi en lour prefences vifcountes & autres Miniftres le Roi en lour baillies feignours des fraunchifes et lour baillifs en yceles et Meire et Baillifs des Citees et Burgs deinz meifmes les Citees et Burghs Burghaldres coneftables et gardeins de la pees deinz lour gardes eient poair affaire execution de ceft acorde. Et qe les Juftices affignez a lour venu en pais eient poair denquere coment tielx Miniftres et feignurs ont ufe lour office en ce et de punir ceux qils troveront qi nount mie fait ce qe a lour office appent.

'ITEM it is enacted, That no Man great nor fmall, of what Condition foever he be, except the King's Servants in his Prefence, and his Minifters in executing of the King's Precepts, or of their Office, and fuch as be in their Company affifting them, and alfo * upon a Cry made for Arms to keep the Peace, and the fame in fuch Places where fuch Acts happen, be fo hardy to come before the King's Juftices, or other of the King's Minifters doing their Office with Force and Arms, (2) nor bring no Force in affray of the Peace, (3) nor to go nor ride armed by Night nor by Day, in Fairs, Markets, nor in the Prefence of the Juftices or other Minifters, nor in no Part elfewhere, upon Pain to forfeit their Armour to the King, and their Bodies to Prifon at the King's Pleafure. (4) And that the King's Juftices in their Prefence, Sheriffs, and other Minifters in their Bailiwicks, Lords of Franchifes, and their Bailiffs in the fame, and Mayors and Bailiffs of Cities and Boroughs, within the fame Cities and Boroughs, and Borough-holders, Conftables, and Wardens of the Peace within their Wards, fhall have Power to execute this Act. (5) And that the Juftices affigned, at their coming down into the Country, fhall have Power to enquire how fuch Officers and Lords have exercifed their Offices in this Cafe, and to punifh them whom they find that have not done that which pertained to their Office.'

3 Inft. 160.
5 Co. 71.
3 Mod. 117.
* Thofe of Feats of Arms of Peace.
7 Ed. 1. ftat. 1. *Enforced by* - R. 2. c. 13.  20 R. 2. c. 1.

## CAP. IV.

### A Confirmation of the Statute of *Lincoln*, concerning the Sufficiency of Sheriffs, &c.

ET pur ce qe la pees ne poet mie eftre bien garde fauntz bons miniftres come vifcountes baillifs & hundreders qi deivent faire execution auxibien des privetez le Roi come dautres chofes tochantes le Roi & fon poeple acorde eft & eftabli qe leftatut fait en temps le Roi EDWARD piere le

"ITEM, Becaufe the Peace cannot be well kept without good Minifters, as Sheriffs, Bailiffs, and Hundreders, which ought to do Execution as well of the King's Privities as of other Things touching our Lord the King and his People;" '(2) it is ordained and eftablifhed, That the Statute made in the Time 'of