# EXHIBIT H

*In the Year of our* LORD, 1795.

Common Field in *Norfolk*. 435



# Acts *and* Laws

Paffed by the GENERAL COURT of *Maffachufetts* :

Begun and held at BOSTON, in the County of SUFFOLK, on Wednefday the Twenty-eighth Day of MAY, ANNO DOMINI, 1794 ; and from thence continued by adjournment, to Wednefday, the Fourteenth Day of January, 1795.

C H A P.  I.

An Act for incorporating certain Land in *Dedham* and *Sharon*, in the County of *Norfolk*, into a Common Field.

WHEREAS *the proprietors of a certain tract of meadow land, lying partly in* Dedham, *and partly in* Sharon, *in the county of* Norfolk, *are defirous to have the fame incorporated into a Common Field* :    Preamble.
BE it enacted *by the Senate and Houfe of Reprefentatives, in General Court affembled, and by the authority of the fame,* That all that tract of land, known by the name of *Pigeon-fwamp Meadow*, lying partly in *Dedham*, and partly in *Sharon*, in the county of *Norfolk*, and included in thebounds following,viz:—Beginning at *Trap-hole Brook*,fo called, intheland of *Nathaniel Sumner*, Efq. where the fence now ftands which   Boundaries. divides faid *Sumner*'s upland from his meadow, and running foutherly

on

on said fence, till it comes to the land improved by *George Sumner*; then through said land nearly the same course, till it comes to the south-west corner of said *George Sumner*'s home meadow, so called; then turning and running easterly in said meadow, as the ditch which forms the fence is made, till it comes to the south end of *Benjamin Hawes*'s meadow; then in the line between said *Hawes*'s meadow, and the land of *William Richards*; then in the line between said *Richards*'s home lot, and the meadow lots, till it comes to *Cumming*'s brook, so called; thence on said brook, till it comes to the line between *Stoughton* and *Sharon*; thence on said line till it comes to *Neponset-river*; thence westerly on said river, till it comes to *Traphole brook*; thence on said brook, till it comes to the bounds first mentioned—shall be considered as *one Common and General Field*; and that the proprietors of said lands, their heirs and successors be, and they hereby are incorporated and invested with all the powers and privileges which the proprietors of Common and General Fields by Law are invested with.

[This Act passed *January* 22, 1795.]

### CHAP. II.

An Act for repealing an Act, made and passed in the year of our Lord, one Thousand six Hundred and Ninety-two, entitled, "An Act for punishing Criminal Offenders," and for re-enacting certain Provisions therein.

*Act repealed.*

BE it enacted by the Senate and House of Representatives, in General Court assembled, and by the authority of the same, That the said Act be, and hereby is repealed, and made wholly null and void.

*Justices of the Peace empowered.*

*And be it further enacted by the authority aforesaid*, That every Justice of the Peace, within the county for which he may be commissioned, may cause to be staid and arrested, all affrayers, rioters, disturbers, or breakers of the peace, and such as shall ride or go armed offensively, to the fear or terror of the good citizens of this Commonwealth, or such others as may utter any menaces or threatening speeches, and upon view of such Justice, confession of the delinquent, or other legal conviction of any such offence, shall require of the offender to find sureties for his keeping the Peace, and being of the good behaviour; and in want thereof, to commit him to prison until he shall comply with such requisition: And may further punish the breach of the Peace in any person that shall assault or strike another, by fine to the Commonwealth, not exceeding *twenty shillings*, and require sureties, as aforesaid, or bind the offender, to appear and answer for his offence, at the next Court of General Sessions of the Peace, as the nature or circumstances of the case may require.

[This Act passed *January* 29, 1795.]