# EXHIBIT J

force & Vrtue en toutz pointz; et outre ceo est auxint assentuz q̃ si ascun alien eit purchacez ou desore purchace ascun benefice de Seinte Esglise Dignite ou autre & en ppre psone p̃igne possession dicelle ou loccupie de fait, deinz mesme le Roialme, soit il a son oeps ppre, ou al oeps dautri sanz especiale congie du Roi, soit il compris en mesme lestatut, & outre ceo encourge en toutz pointz tielx peines & forfaiture come sont ordeignez p un autre estatut fait en lan xxv° del regne luy noble Roi E. aiel n̄re t' le Roi qore est, contre ceux qi purchacent pvisions dabbeies ou Priories; et enoutre au fyn q̃ tielx licences ne se facent desore enavant, le Roi voet & comande a toutz ses lieges & autres qils lour abstiegnent de cy enavant de luy prier dascuns tiels licences doner; et si voet auxi le Roi luy mesmes abstiegner de doner ascune tiele licence, durantes les guerres horspris au Cardinal de Naples ou a autre especiale psone a qi le Roi soit p especiale cause tenuz.

xiij.   Item est ordeignez & assentuz & le Roi defende q̃ desoremes null home chivache deinz le Roialme armez, encontre la forme de lestatut de Norhampton sur ce fait, ne ovesq, lancegay deinz mesme le Roialme, les queux lancegayes soient de tout oustez deinz le dit Roialme come chose defendue p n̄re t' le Roi, sur peine de forfaiture dicelx lancegaies armures & aut's herneys quelconqes es mayns & possession de celluy qi les port'a desore deinz mesme le Roialme contre cestz estatut & ordinances sanz especiale congie de Roi n̄re t'.

xiiij.   Item es briefs de p̃munire fač est assentuz & accordez q̃ ceux v̄s queux tielx briefs sont portez, & qi sont de p̃sent hors de Roialme & sont de bone fame & aient faitz lo' geñalx atto'nes devant lo' deptir, q̃ le Chaunceller [Dengletre¹] pur le temps esteant, p ladvis des Justices purra g'ntier q̃ mesmes les psones purront apparoir & respondre & faire & resceivre ce q̃ la ley demande, p lo' geñalx atto'nes avantdiz siavant come es autres cas & quereles; et ceux psones qi decy enavant passeront p licence n̄re t' le Roi & soient auxint de bone fame, q̃ a lo' requeste le dit Chaunceller p ladvis des Justices lour purra g'ntier defaire lo' geñalx atto'nes en la Chancellerie p patent du Roi devant lo' passer, [a respondre¹] sib̃n es ditz briefs de p̃munire fač, come en aut's quereles en quel cas toutes voies soit exp̃sse mencion [faite¹] des briefs & quereles de p̃munire fač; et celle patente ensi faite, purront des lors les ditz atto'nes en absence de lo' Meistres, respondre p eux & aut's atto'nes desouz eux, devant quelconq, juge du Roialme & faire & resceivre el dit cas, siavant come en null autre cas nientcontresteant ascun estatut fait a cont'rie avant ces heures.

Item sur la grevouse pleinte qest faite des meynteno's des quereles & chaumpto's; est ordeignez & assentuz q̃ lestatutz ent faitz en les ans du regne le Roi Edward aiel n̄re dit t' le Roi primer & quart, et auxint en lan de n̄re t' le Roi qore est primer, soient tenuz & gardez & duement executz en toutz pointz.

Item est assentuz & le Roi defende estroitement q̃ decy enavant nulle psone aliene ou denszein de quelconq, estat ou condicion qil soit amesne ou envoie ou face amesner ou envoier p t're ou p meer hors du Roialme Dengletre as ascunes pties Descoce en prive ne en appt ascune man̄e darmure de blee de brees ne dautre vitaille ou dautre refressh̃chement queconq, sur peine de forfaiture de mesmes les vitailles armures & des autres choses avantdites ensemble avec les niefs vesseulx charettes & chivalx qi les portent ou amesnent, ou de la Vroie value dicelles, si ensi ne soit q̃ le

¹ ² ³ Interlined on the Roll.

Force and Effect in all Points; and moreover it is assented, That if any Alien have purchased, or from henceforth shall purchase any Benefice of Holy Church, Dignity, or other Thing, and in his proper Person take Possession of the same, or occupy it himself within the Realm, whether it be to his own proper Use, or to the Use of another, without especial Licence of the King, he shall be comprised within the same Statute; and moreover shall incur all Pains and Forfeitures in all Points as is before ordained by another Statute made the Five and twentieth Year of the noble King Edward the Third, Grandfather to our Lord the King that now is, against them that purchase Provisions of Abbeys or Priories; and to the Intent that such Licences shall not be from henceforth made, the King willeth and commandeth to all his Subjects and other, that they shall abstain them from henceforth to pray him for any such Licence to be given; and also the King himself will refrain to give any such Licence during the Wars, except to the Cardinal of Naples, or to some other special Person to whom the King is beholden for a special Cause. *who shall also be liable to the Penalties of 25 Ed. III. st. 5. c. 22.* *The King's Licences to the contrary shall not be asked for.*

ITEM, It is ordained and assented, and also the King doth prohibit, That from henceforth no Man shall ride in Harness within the Realm, contrary to the Form of the Statute of Northampton thereupon made, neither with Launcegay within the Realm, the which Launcegays be clearly put out within the said Realm, as a Thing prohibited by our Lord the King, upon Pain of Forfeiture of the said Launcegays, Armours, and other Harness, in whose Hands or Possession they be found that bear them within the Realm, contrary to the Statutes and Ordinances aforesaid, without the King's special Licence. *XIII. No Man shall ride armed contrary to the Statute 2 Edw. III. chapter 3.*

ITEM, In Writs of Præmunire facias, It is assented and agreed, That they against whom such Writs be sued, and who at this Time be out of the Realm, and be of good Fame, and have made their general Atturnies before their departing, that the Chancellor of England for the Time being, by the Advice of the Justices, may grant, that the same Persons may appear to answer, to do, and to receive that Thing which the Law demandeth, by their general Atturnies aforesaid, as well as in other Causes and Quarrels; and those Persons which from henceforth shall pass by the King's Licence, and be of good Fame, that at their Request the Chancellor, by the Advice of the Justices, may grant to them to make their general Atturnies in the Chancery by the King's Patent, before their Passage, to answer as well in the said Writs of Præmunire facias, as in other Writs and Plaints; in which Case express Mention shall be made at all Times of the Writs and Plaints of Præmunire facias; and this Patent so made, the said Atturnies from henceforth, in Absence of their Masters, may answer [for them, and make¹] other Atturnies under them, before any Judge of the Realm, [to¹] do and receive in the said Case as much as in any other Case or Matter, notwithstanding any Statute made to the contrary heretofore. *XIV. For enabling Parties out of the Realm to appoint Attornies in Writs of Premunire.*

ITEM, For the grievous Complaint that is made of Maintainers of Quarrels, and Champertors; It is ordained and assented, That the Statutes thereof made in the First and Fourth Years of King Edward, Grandfather to our Lord the King that now is, and also in the First Year of our Lord the King that now is, shall be holden and kept, and duly executed in all Points. *XV. Statutes 1 Edw. III. stat. 2. c. 14; 4 E. III c. 11; 1 Ric. II. c. 4; against Maintenance, &c. confirmed.*

ITEM, It is assented, and the King straitly defendeth, That from henceforth no Person, Alien nor Denizen, of whatsoever Estate or Condition that he be, shall carry nor send, nor do to be carried nor sent, by Land nor by Sea, out of the Realm of England, to any Parts of Scotland, privily nor apertly, any Manner of Armour, Corn, Malt, or other Victuals, or any other refreshing, upon Pain of Forfeiture of the same Victuals, Armours, and other Things aforesaid, together with the Ships, Vessels, Carts, and Horses which shall bring or carry the same, or of the very Value of the same, except so it be *XVI. No Armour or Victual shall be sent into Scotland without Licence of the King; on Pain of Forfeiture thereof.*

¹ by themselves and    ² and