# EXHIBIT L

**VI.**
Proviso as to Persons whose Wives wear Velvets, &c.
[*See* § I.]

AND be it pvyded and enacted by auc̃tie aforesaid, that if the Wif of any pson or psons were any velvet in the lynyng or other part of her gowne other then in the cuffes or purfels of suche gownẽ, or ellc̃ were any velvet in her kyrtell or were any peticote of silke, that then the husbande of eṽy suche Wiff shall fynde one stoned horse of the stature above in this acte resyted, or shall incurre the abovesaide penaltie and forfaiture of tenne poundes to be levyed and recoṽed as is afore declared: Provyded also that this Acte or any thing therin conteyned shall not extende to charge any pson or psons whose Wif or Wiffes shall were any of the apparell or thingc̃ above rehersed during the tyme such Wif or Wyffes shalbe devorsyd from her or ther husbonde or husbondes, or shall willingly absent her self from her said husbound and duringe suche absence shall were any of the apparell or other thyngc̃ afore resyted: Provyded alwaies that heires w'in age being wardes whose landes teñtc̃ and hereditamentc̃ amount to the yerely value of CC li. shall not be compelled by auc̃tie of this acte till they cũme to ther full age to kepe any horses, althoughe the wiffes of suche heires w'in age were any gowne of Sylke or any Frenche hood or Bonet of Velvet w' any habilyment past or egge of Gold Perle or Stone or any chayne of gold about ther nekkc̃ or in ther plettc̃ or in any apparell of ther bodie; Any thing in this Acte to the contrary notw'stonding.

**VII.**
Proviso for replacing Horses killed in War, &c.

PROVYDED also that if all or any the horses kept by vertue of this acte shall happen to be kyllyd maymyd or lost in the ṽvice of the Kingc̃ warres, That then in eṽy suche case the owners of suche horse or horses so kyllyd maymed pisshed or lost in the warres shall have libtie, by the space of twoo yeres next after suche chaunce of kylling maymyng pisshing or losing ther horses, to pvide other horses in the stede and place of the horses so kylled maymed pisshed or lost in the Warres, w'out any daunger losse or penaltie of this acte; Any thing in this acte to the contrary therof notw'stonding.

**VIII.**
Cart-Horses and Sumpter-Horses.

PROVYDED also that cart horses or sumpter horses shall not be takyn reputed or reckned for any suche horses whiche any pson is or shalbe bounden to kepe by vertu of this acte.

## CHAPTER VI.

### An Acte concerninge Crosbowes and Handguns.

Recital of Stat. 25 H. VIII. c. 17. against shooting with Cross-bows and Hand-guns:

Violation thereof;

WHERE in the Parliament holden at Westm̃ the fyftenthe daye of Januarie in the twenty fyve Yere of the Kinges most gracious Raigne, and there contynued and kepte untill the thirtieth daye of Marche then next ensuynge, amonge diṽse and sondrie holsome and lawdable Actc̃ Statutc̃ and ordyn'ncc̃ one Statute and Ordyn'nce was made and ordeyned for the avoydinge and eschewinge of shotinge in Crosbowes and Handguns; synce the makinge of whiche Acte diṽse malicious and evill disposed psons not only p̃sumynge wilfullye and obstynatlye the violac̃on and breach of the saide Acte, but also of their malicious and evill disposed myndes and purposes have wilfully and shamefully cõmytted ppetrated and done diṽse detestable and shamefull murthers roberies felonyes ryottc̃ and routc̃ with Crosbowes little shorte handguns and little hagbuttc̃, to the great pill and contynuall feare and daunger of the Kingc̃ most lovinge subjectc̃, and also diṽse Kepers of Forestc̃ Chases and Parkc̃ aswell of our saide Soveraigne Lorde as other his Nobles and Cõmons and diṽse Gentlemen Yomen and Servingmen nowe of late have layde aparte the good and laudable excise of the longe bowe, whiche alwaye heretofore hathe bene the suertie savegarde and contynuall defence of this Realme of Englande, and an inestimable dread and terror to the Enemyes of the same, and nowe of late the saide evill disposed psons have used and yet doe daylie use to ryde and goe in the Kingc̃ highe Wayes and elswhere, havinge with them Crosbowes and little handguns, ready furnished with Quarrellc̃ Gunpowder fyer & touche to the great pill and feare of the Kingc̃ most lovinge Subjectc̃: FOR REFORMAC̃ON wherof be it enacted ordeyned and established by the Kinge our Soveraigne Lorde the Lordes sp̃uall and temporall and the Cõmons in this p̃sent Parliament assembled and by thauctoritie of the same, in maner and fourme followinge That ys to saye;

Penalty on Persons, having less than £100. per Annum, keeping or using Cross-bows, &c. £10.

that noe pson or psons of what estate or degree he or they be, excepte he or they in their owne right or in the right of his or their Wyeffc̃ to his or their owne uses or any other to the use of any suche pson or psons, have landes teñtc̃ fees annuyties or Officc̃ to the yerely value of one hundred poundc̃, from or after the laste daye of June next cõmynge, shall shote in any Crosbowe handgun hagbutt or demy hake, or use or kepe in his or their houses or elswhere any Crosbowe handgun hagbut or demy hake, otherwise or in any other manner then ys hereafter in this p̃sent Acte declared, uppon payne to forfeyt for everie tyme that he or they so offendinge cont'rie to this Acte tenne poundes.

**II.**
Length of Hand-guns, &c. to be kept.

AND furthermore be it enacted by thauctoritie aforesaide that no pson or psons, of what estate or degree socver he or they be, from or after the saide laste daye of June shall shote in carye kepe use or have in his house or els where any handgune other then suche as shalbe in the stock and gonne of the lenghe of one hole Yarde, or any hagbutt or demyhake other then suche as shalbe in the stock and gune of the lenghe of thre quarters of one Yarde, uppon payne to forfeyt for everie tyme that he or they shall carie use or have anye suche Gun being not of the lenghe of one whole Yarde or hagbutt or demyhake beinge not of the lenghe of thre quarters of a Yarde, Tenne poundc̃ sterlinge.

Those of less Length may be seized and destroyed by Persons having £100. a Year.

And that it shalbe laufull to everie pson and psons, w^ch have landes teñtc̃ fees annuyties or officc̃ to the yerelye value of one hundred poundc̃ as ys aforesaide, to seise and take everie suche Crosbowe, and also everie handgun beinge in stock and gune shorter in lenghe then one whole Yarde and everie hagbutt and demyhake beinge shorter in lenghe then thre quarters of a Yarde, or any of them; from the Kepinge or possession of everie suche Offendor cont'rie to the forme of this Acte, and the same Crosbowe or Crosbowes to kepe and reteyne to his or their owne

use, and also the same handguns hagbuttſ and demyhakſ so seised and taken within twenty dayes next after the same seisure or takinge to breake and distroye, upon peyne of fourtye Shillingſ for everie Gune so seised and not broken and destroyed, and the same so broken and destroyed to kepe & reteyne to his or their owne use.

AND be it further enacted by thauctoritie aforesaide, that noe p̱son or p̱sons, other then suche as have landſ teñtſ rentſ fees annuyties or Officſ to the yerely value of one hundred Poundſ as ys aforesaide, from or after the saide laste daye of June, shall carrie or have, in his or their Jorney goinge or ridinge in the Kingſ highe waye or elswhere, any Crosbowe bent or Gune charged or furnished withe Powder fier or touche for the same, Except it be in tyme and Service of Warre, upon payne to forfeyt for everie suche Offence tenne poundſ; this p̱sent Acte or any thinge therin conteyned to the contr'ie notwithstandinge. — **III.** Penalty upon unqualified Persons riding, &c. with Guns charged, &c.

AND be it further enacted by thauctoritie aforesaide, that no p̱son or p̱sons from the saide laste daye of June shall in anywise shote in or withe anye handgune demyhake or hagbutt at any thinge at lardge, within any Cittie Boroughe or Markett Towne or within one quarter of a myle of anny Cittie Boroughe or Markett Towne, excepte it be at a Butt or Banck of earth in place convenient, or for the defence of his p̱son or house, upon payne to forfeyte for everie suche Shott tenne poundes; this p̱sent Acte or anny thinge therin conteyned to the contrarie notwithstandinge. — **IV.** None shall shoot at large in Cities, &c.

AND be it further enacted by thauctoritie aforesaide, that noe p̱son or p̱sons of what estate or degre soever he or they be, shall from or after the saide laste daye of June cōmaunde any of his or their servauntſ to shote in any Crosbowe handgune hagbutt or demyhake of his or their saide Masters or of any other p̱sons, at any deare fowle or other thinge excepte it be only at a butt or bank of Earth or in the tyme of Warre as ys abovesaide, upon payne to forfeyt for everie suche offence tenne poundſ : The one moytie of all w^{ch} forfeytures and penalties in this p̱sent Acte above specified shalbe to the Kinge our Soveraigne Lorde his heires and Successors, and thother moytie thereof to the partie that will sue for the same by bill playnt acc̄on of Debte or Informac̄on in anny of the Kingſ Courtſ of Recorde in whiche suyte noe Essoyne p̱tecc̄on nor Wager of lawe shalbe allowed. — **V.** None shall order their Servants to shoot at Deer, &c. with Hand-guns. Application of Penalties.

PROVIDED alwaye and be it enacted by thauctoritie aforesaide, that it shalbe laufull from henceforthe to all Gentlemen Yeomen and Servingemen of everie Lorde or Lordſ sp̱uall or temporall and of all Knightſ Esquiers and Gentlemen, and to all the Inhabitauntſ of Citties Boroughes and Markett Townes of this Realme of Englande, to shote withe any handgune Demyhake or hagbutt at anye butt or bank of Earth onlye in place convenient for the same, so that everie suche handgune Demyhake or hagbutt be of the sev̄all lenghes aforesaide and not under; and that it shalbe laufull to everie of the saide Lorde and Lordſ Knightſ Esquiers and Gentlemen, and the Inhabitauntſ of everie Cittie Boroughe and Markett Towne, to have and kepe in everie of their houses any suche handgune or handgunes of the lenghe of one whole Yarde, or any hagbutt or Demyhake of the lenghe of thre quarters of a Yarde as ys aforesaide and not under, to thintent to use and shote in the same at a butt or banke of Earthe onlye, as ys abovesaid, wherbye they and everie of them by thex̄cise thereof in forme abovesaid may the better ayde and assist to the defence of this Realme when nede shall requyre; this p̱sent Acte or any thinge therein conteyned to the contr'ie notwithstandinge. — **VI.** Shooting at Butts with Hand-guns allowed.

AND be it further enacted by thauctoritie aforesaide, that it shalbe laufull to everie p̱son and p̱sons whiche dwelleth and inhabiteth in anye house standinge and being sett distant twoo furlongſ from any Cittie Boroughe or Towne, to kepe and have in his saide house for the onelye defence of the same handgunes hagbuttſ and demyhakes beinge of the severall lenghes aforesaide and not under, & to use and exc̄ise to shote in the same at any butt or bancke of earthe nere to his house and not otherwise; Any thinge conteyned in this Acte to the contr'ie notwithstandinge. — **VII.** Hand-guns allowed out of Cities for Defence of Houses, &c.

AND furthermore the Kingſ most lovinge Subjectſ the Lordes sp̱uall and temporall and the Cōmons in this p̱sent Parliament assembled, most humblye doe beseche the Kingſ Majestie that it be further enacted by thauctoritie aforesaide, that all t̄res patentſ Fraternyties, and also all other placardſ lycences and billſ assigned heretofore had made or signed by his Highnes or by any other authorised by his Highnes t̄res patentſ under his Great Seale to give licence and placarde to shote in Crosbowes & handgunes or any of them, shalbe from and after the saide laste daye of June frustrate voyde and of none effecte. — **VIII.** Patents, &c. to shoot in Crossbows, &c. declared void. [But see § XIV.]

AND also that it may be further enacted by thauctoritie aforesaide that the saide Statute made in the saide xxv^{th} Yere of the Kingſ most gracious Raigne, and all other Statutſ heretofore made and p̱vided for thavoydinge and restreynt in shotinge of Crosbowes and handguns or for any of them, or for the usinge and kepinge of the same, be from henceforth utterlie voyde and of none effecte : Provided alwayes that everie p̱cesse suyte or Informac̄on conceaved cōmenced and nowe dependinge for any Offence done contr'ie to the forme of the saide Statute made in the said xxv^{th} Yere of the Kingſ moste noble Raigne, or of any other Statute made (¹) p̱vyded for and concerninge the shotinge in Crosbowes and handguns, not repealed, and for the kepinge of the same, shalbe as good and effectuall to the parties that have comenced the (²) and shall stande and be in suche forme effecte and condic̄on as if this Acte had never bene made. — **IX.** 25 H.VIII. c. 17, &c. repealed; Except as to Suits depending.

PROVIDED also that this Acte or any thinge therin conteyned be not in any wise hurtfull or p̱judiciall to any p̱son or p̱sons nowe beinge or that hereafter shalbe appoynted by the Kingſ Highnes, to kepe receyve or take any Crosbowes or Handguns that shalbe forfeyted or taken within the precincte or lib̄tye of the Kingſ forrestſ parkſ or chaces, but that he or they may laufully kepe and reteyne the same Crosbowes or Handguns from tyme to tyme untill suche tyme — **X.** Proviso for Persons keeping Crossbows, &c. seized in Forests :

¹ or *O*.    ² same *O*.

<i>for Makers of Crossbows, &c.</i>
<i>and Merchants dealing therein.</i>

as the further pleasure of the Kingẽ Highnes in that behalfe be to eṽy suche pson shewed & declared: Provided also that this Acte extende not to the makers of Crosbowes or Handguns, but that they may laufully kepe Crosbowes and Handguns Hágbuttẽ and Demyhakes in their houses, and shott in the same onlye for provinge & assayinge of them at a butt or bank of earthe in the place convenient and not otherwise, so that the saide Handguns Hagbuttẽ & Demyhakẽ be of the seṽall lenghes in Stock and Gune as ys above lymitted: Provided also that this Acte nor any thinge therin conteyned extende not or be p̃judiciall to any Marchauntẽ whiche have or shall have any Crosbowes Handguns Hagbuttẽ and Demyhakẽ or any of them to sell within this Realme and to none other use, so that the same Handguns Hagbuttẽ and Demyhakẽ be of the seṽall lenghes in Gune and Stocke as ys above lymitted and not under.

**XI.** *Proclamation of the Act in each County.*

PROVIDED also that noe manner of parson rune in any daunger or take hurte by reason of any penaltye or forfeiture conteyned in this Acte untill suche tyme as pclamacõn be made of the same Acte, within the Countye where the partie that shall or maye offende cont'rie to this Acte dwelleth, by the space of twentye dayes nexte after the makinge of the saide pclamacõn.

**XII.** *Housekeepers not liable to Penalty for their Lodgers keeping Crossbows, &c.*

PROVIDED also that yf any manner of pson bringe or cause to be brought withe him into his lodginge or in or to any other mans house any Crosbowe or Handgune, that then the penaltye and forfeyture, yf any suche be or hereafter shalbe forfeited by reason of this Acte, to rune and be onely upon the bringer of the saide Crosbowe and Handgune and not to the owner of the same lodginge or house, yf the saide [howner¹] of the said lodging or house cause thes aide bringer thereof to take & carrie awaye the saide Crosbowe or Handgune agayne withe him at his departinge; anye thinge in this Acte made to the cont'rie notwithstandinge.

**XIII.** *Offenders may be arrested by any Persons.*

AND be it also enacted by thauctoritie of this p̃sent parliament that if any pson or psons, from or after the laste daye of June next comynge, see or fynde any pson or psons offendinge or doinge cont'rie to the forme and effecte of this Acte, that then it shalbe laufull to everie suche pson or psons pceyvinge fyndinge or seinge anye suche pson or psons so offendinge cont'rie to the fourme of this acte, to arrest and attache eṽy suche offendor or offendors and to bringe or convey the same to the next Justice of Peace of the same Countye where the said offendor or offendors shalbe founde soe offendinge; And that the same Justice of Peace upon a due exiacõn and proeff thereof before him had or made by his discrecõn shall have full power and aucthoritie to sende or cõmytt the same offendor or offendors to the next Gaole, there to remayne till suche tyme as the saide penaltye or forfeyture shalbe trulye contented and paide by the saide offendor; the one moytie of the same penaltye to be paide to the Kingẽ Highnes and thother moytie thereof to the first bringer or conveyer of the saide offendor to the same Justice of Peace.

**XIV.** *Licences, if given, (See § VIII.) shall specify at what Beasts, &c. the Party licensed may shoot, and he shall give Security to obey such Regulations.*

AND be it further enacted by thauctoritie aforesaide, that yf any pson or psons doe at any tyme hereafter obteyne gett or purchase, of the Kingẽ Majestie his heires or successors, any placarde licence or bill assigned to shote in any Crosbowe Handgun Hagbutt or Demyhake cont'rie to the tenor purporte and effecte of this p̃sent acte, that then there shalbe conteyned in everie suche placarde licence and bill assigned, at what beastẽ fowles or other thinges the saide pson or psons so obteyninge any suche placarde licence or bill assigned shall shote, withe any Crosbowe Handgune Hagbutt or Demyhake, or els that everie suche placarde licence and bill assigned hereafter to be obteyned gotten or purchased shalbe clerely voyde frustrate and of none effecte: And also that everie suche pson or psons so obteyninge any suche placarde licence or bill assigned, before they shote in any suche Crosbowe Handgun Hagbutt or Demyhake, in any suche manner or forme as shalbe mencioned in any suche placarde licence or bill assigned, shalbe bounden in the Kingẽ Courte of Chauncerie by recognizaunce in the some of twenty poundẽ to the Kingẽ use withe and upon condicõn that he so obteyninge or havinge the saide licence placarde or bill assigned, shall not shote in any Crosbowe Handgune Hagbutt or Demyhake at any other beastẽ or fowles then in any suche placarde licence or bill assigned shalbe conteyned and specified, and els all suche placardes licencẽ and billẽ assigned so hereafter to be made to any pson or psons not beinge so bounden by recognizaunce in the Courte of Chauncerie as is aforesaide, to be utterlie voide and of none effecte.

**XV.** *Recovery and Application of Penalties.*

AND be it further enacted by thauctoritie aforesaide, that it shalbe laufull to all Justicẽ of Peace in their sessions and to all Stewardẽ and Baylieffẽ in their seṽall leetẽ and lawe dayes to enquyre heare and determyne eṽy suche offence after the saide laste daye of June to be cõmytted and done cont'rie to the tenor of this p̃sent Acte; So that alwayes noe lesse fyne then tenne poundes be assessed upon everie suche p̃sentment and conviccõn made according to the due course of the lawe; the same fyne so by the same Justicẽ of Peace upon everie suche p̃sentment and conviccõn made before them in their Sessions, to be payde and levyed onely to the Kingẽ use; and the one moytie of everie fyne to be assessed by the Stewardẽ or Baylyffẽ of any leete or lawe daye, upon everie p̃sentment and conviccõn before them, to be payde and levyed to the use of the Kinge our Soveraigne Lorde, and (²) the other moytie the one halfe to the owner of the saide leete or lawe daye by distresse or accõn of debte, and thother halfe of the same seconde moytie of the same fyne, to be to the partie that will pursue for the same in any of the Kingẽ Courtẽ by bill playnte informacõn or accõn of debte, in the whiche none Essoyne ptec̃cõn nor wager of lawe shalbe allowed.

**XVI.** *Penalty on Jurors charged to enquire into Offences, who shall conceal the same, 20s.*

AND be it further enacted, that yf any Jurie beinge sworne and charged to enquyre for the Kinge our Soṽaigne Lorde before anye Justicẽ of the Peace or Stewardẽ of leetẽ or lawdayes, of any offencẽ cõmytted or done cont'rie to this p̃sent Acte, doe wilfullie conceale any of the same offencẽ, that then the saide Justicẽ Stewardẽ or Bayliffẽ before whom any concealment shalbe had and done, shall have auctoritie by vertue of this p̃sent Acte from tyme to tyme to chardge and sweare an other Jurie of twelve or mo good and substantiall honest psons to enquire of everie suche concealment, and if any suche concealment be founde and presented by the saide Jurie so chardged to enquyre of the same, that

---

¹ owner *O.*         ² of *O.*

then everie one of the saide fyrste Jurie that so did conceale the same, shall leese and forfeyt for everie suche concelement of evy suche offence twenty shillingꝭ; All whiche forfeytures and penaltyes of twentye shillingꝭ for everie such concealment of everie suche offence so found and p̃sented before the same Justicꝭ of Peace shall holye be levyed and payde to the Kingꝭ use, and the moytie of all the same forfeytures and penaltyes of twenty shillingꝭ, so founde and p̃sented before the Stewardꝭ or Bayliffꝭ of any leete or lawdaye, shalbe levied and paide to the use of the owner of the saide leete or lawdaye by distresse or acc̃ōn of debte, and thother moytie thereof to be to the partie or parties that will sue for the same by acc̃ōn informac̃ōn bill or playnte in any of the Kingꝭ Courtꝭ, in the whiche acc̃ōns informac̃ōns billꝭ or playntꝭ no wager of lawe essoyne nor p̃tec̃ōn shalbe allowed.

PROVIDED alwayes and be it enacted by thauctoritie aforesaide, that yf any p̃son or p̃sons hereafter in any parte do offende or do contr̃ie to the purvewe and remedy of this Acte, whereupon cause of Acc̃ōn for the same offence shalbe geven to the Kinge his heires or successors or to any other p̃son or p̃sons that will sue by vertue of this Acte for the punyshment of the saide offence or forfeytures, that yf the Kinge our Soveraigne Lorde his heires or successors within one yere next and ymediatlye after suche offencꝭ and forfeytures had and made do not pursue their acc̃ōn or acc̃ōns so given by this Acte or cause exāiac̃ōn upon suche defaultꝭ and offencꝭ to be had and made before their counsaile, or other p̃sentmentꝭ thereof to be had accordinge to the meanynge of the same Acte, and everie other p̃son whiche hereafter by vertue of this Acte maye have acc̃ōn or acc̃ōns suyte or informac̃ōn upon this Statute within halfe a yere next and ymediatlye after suche offencꝭ or forfeitures had and made do not comence their suytꝭ informac̃ōn acc̃ōns or p̃sentmentꝭ of and upon the said forfeytꝭ by acc̃ōn or otherwise as in this p̃sent Acte ys lymited and declared, that then aswell the Kinge our Sov̰aigne Lorde his heires and successors, after one yere next after suche offencꝭ and forfeytꝭ had and made yf no suyte in his or their name be taken by acc̃ōn or otherwise as ys before exp̃ssed before the same yere ended & det̃myned, as everie other p̃son after halfe yere next after like Offencꝭ had and done in the fourme aforesaide yf noe suyte thereupon be taken by none of them in fourme above declared, be utterly excluded and debarred of their saide suytꝭ acc̃ōns Informac̃ōns and exāiac̃ōns to them gyven by vertue of the saide Acte, and the partyes and ev̰y of them so offendinge shalbe of all suche Offencꝭ and forfeytꝭ clerely dischardged and quytt; Any thinge in this Acte comprised to the contr̃rie notwithstandinge.

<sup></sup>PROVIDED alwayes and be it enacted by thauctoritie aforesaide that this p̃sent Acte ne any thinge therin conteyned shall in anywise extende or be p̃judiciall unto the Kingꝭ Subjectꝭ resident or inhabitinge nere unto the Coastꝭ of the Sea in any parte of this Realme, their houses beinge not above fyve myles distant from the same Costꝭ, nor also to any of the saide Subjectꝭ inhabitinge within twelve myles of the borders of Scotlande, nor to any the Kingꝭ Subjectꝭ Inhabitauntꝭ of the Towne and Marches of Callice, nor to any of the Inhabit̃untꝭ of the Isles of Jersey Gernesey Anglesey and the Isles of Weight and Man, but that it shalbe laufull for everie of the saide Inhabitauntꝭ at all tymes hereafter to have exc̃ise and use their handguns hagbuttꝭ and demyhakes of the lenghes abovesaide within the lymyttꝭ and Isles abovesaide, so that it be at noe manner of Dere heron Shoveler fesant partriche Wild Swanne or Wilde Elke or any of them; this p̃sent Acte or any thinge therin conteyned to the contr̃ie notwithstandinge.

PROVIDED also that this Acte ne any thinge therin conteyned be in anywise hurtfull or p̃judiciall to any S̃v̰̄nte or p̃son that hereafter, from the saide laste daye of June, shall bend beare carrie charge use or assaye anye Crosbowe or any handgun demyhake or hagbutt of the lenghes abovesaide, by the cōmaundment of his Lorde [and ¹] Master so that the saide S̃v̰̄nte or p̃son doe not shote at any fowle Dere or other Game of what Kynd or nature soever they be; nor also to any suche S̃v̰̄nte p̃son or p̃sons that shall after the saide last daye of June beare or convey any Crosbowe handgun hagbutt or Demyhake of the lenghes aforesaide to any place or places, by the comaundment of his lorde or master that maye shote by auctoritie of this Acte, to be amended repayred delyvered or assayed; so that the saide Servaunte or other p̃son so bringinge or conveyinge the saide Crosbowe handgun hagbutt or demyhake have redye to shewe to ev̰y p̃son requiring the sight thereof one licence in Writinge sealed or subscribed by his saide Lorde or Master to carrie and convey the same Crosbowe handgun hagbutt or demyhake to thintent to be amended repayred assayed or delivered as ys aforesaide.

PROVIDED alwaies that this Acte or any thinge conteyned therein shall not extende to any Owner of any Shippe, for having or kepinge of any handgun hagbutt or demyhake of the sev̰all lenghes in this Acte exp̃ssed or under, only to be had and occupied within their Shippe or other Vessell, or for the carriage and recarriage of them or any of them on lande, or kepinge of them for the onlye ex̃cise and occupyinge of them within their saide Shippe or Vessell; Anye thinge in this Acte to the contr̃ie in any wise notwithstandinge.

*Margin notes:*
XVII. Limitation of Prosecutions; One Year to the King, and Half a Year to others.
XVIII. Proviso for Inhabitants near the Sea Coasts, Scotland, Calais, Jersey, &c.
XIX. Proviso for Servants under Orders of their Masters.
XX. Proviso for Owners of Ships, &c.

---

¹ or O.