# EXHIBIT M

Case 7:22-cv-10989-KMK   Document 79-13   Filed 05/15/24   Page 2 of 2

## CHAPTER I.

An Act for the utter abolicion of all memory of Hostilitie and the Dependances thereof beweene England and Scotland, and for the repressing of occasions of Discord and Disorders in tyme to come.

**For promoting Union between England and Scotland, certain English Acts repealed ; viz. 4 H. V. st. 2. c. 7. Letters of Marque, against the Scots.**

**33 H.VIII. c.6. § 18. Cross-Bows, &c. on the Borders.**

FOR the honour weale and good of theis two mightie famous and auncient Kingdomes of England and Scotland, and for the furtheraunce and advancement of the happie Union already begun in his Majesties Royall pson : Be it enacted by the Kinges most excellent Majestie wᵗʰ the Assent of the Lordꝭ Spirituall and Temporall and the Cōmons in this p̃sent Parliament assembled and by the Authoritie of the same, That one Act made in the fowrth yeere of the Reigne of King Henrie the Fifth, whereby it is enacted, that l̃res of Marte or Reprisall be granted against the People of Scotland, in case where the Subjectꝭ of England have beene spoyled and have complayned and not received Redresse, shall for soe much thereof as soe concerneth the People of Scotland, be utterlie repealed and made void : And also that one Proviso conteyned in an Act made in the three and thirteth yeare of the Reigne of Kinge Henry the Eighte, by which Proviso the Kingꝭ Majesties Subjectꝭ inhabitinge within Twelve Myles of the Borders of Scotland are allowed and pmitted to use Crossebowes Handgunns Hackbuttꝭ or Demyhakes, or to use or keepe in his or their Howses or elswhere any such Crossebowes Handguñes Hackbuttꝭ and Demyhakes, for soe much of the said Proviso as soe concñeth such as shall inhabite within Twelve Miles of the said late Borders, shalbe utterlie repealed and made void.

**II.**
**Repeal of certain other English Acts, viz. 7 Ric. II. c. 16. Importation of Arms, &c. into Scotland ; 31 H.VI. c.3. March Law ; 7 H.VII. c.6. Scotchmen leaving England ; 23 H.VIII. c.16. 1 Eliz. c.7. exporting Horses to Scotland ; 2, 3 P. & M. c.1. 23 Eliz. c.4. letting Lands to Scotchmen.**

**General Repeal of all other unfriendly Laws.**

AND be it further enacted by the Authoritie aforesaid, That theis other Statutes hereafter followinge, That is to say, One Act made in the seaventh yeare of the Raigne of Kinge Richard the Second, whereby it is enacted, That noe Armour Victuall or other Refreshment be caried into Scotland, uppon paine of seizure or forfeiture ; And one other Act made in the one and thirtith yeere of the Reigne of Kinge Henry the Sixt, wherebie it is enacted, That March Lawe be not used out of the Circuit of the Counties of Northumbland Cumberland and Westm̃land or the Towne of Newecastle ; And one other Statute made in the seventh yeere of the Reigne of Kinge Henry the Seaventh, whereby it is enacted, That Scottishmen should avoyde out of the Realme of England within a tyme p̃fixed ; And one other Statute made in the three and twenteth yeere of the Reigne of Kinge Henrie the Eighte ; And a like Statute made in the first yeere of the Reigne of the late Queene Elizabeth, whereby the conveyinge of Horses out of England into Scotland is made Felonie ; And one other Statute made in the second and third yeeres of the Reigne of Kinge Philip and Queene Mary ; And the like Statute made in the three and twenteth yeere of the Reigne of the late Queene Elizabeth, wherebie it is enacted, That noe Landes or Tenementꝭ be lett to Scottishmen upon the Borders ; shalbe utterlie abrogated repealed and made void : And if there had appeared any other Statute of this Realme of England, wherein any thinge is ordeyned enacted or established expresly and by Name against Scottishmen as Enimyes, or Scotland as an Enemye Countrye, to the Kingꝭ of this Realme or the State of the same, Wee should for soe much of them as had soe concñed Scottishmen or Scotland have utterly abrogated and adnulled the same, seinge all Enmitie and Hostilitie of former tymes betweene the two Kingdomes and People is nowe happily taken away, and under the Goverment of his Majestie, as under one Parent and Head turned into frat̃nitye or brotherlie Frindship.

**III.**
**The Effect of this Act to depend on the Repeal of certain Scotch Acts, viz.**
***Temp. Jac. I.* Visiting England ; Assurance with English ; Buying English Goods.**

***Temp. Jac. II.* Visiting England ; Englishmen visiting Scotland ; Supply to Berwick ; Defence against England.**

***Temp. Jac. III.* Resisting Ed. IV. ; Supply of Berwick.**

***Temp. Mary,* Assurance with English.**

***Temp. Jac. VI.* Marriage of Borderers ; English holding Land in Scotland, &c.**

PROVIDED nevertheles and be it enacted by the Authoritie of this p̃sent Parliament, That none of the Articles Braunches or Clauses abovesaid in this Act before conteyned and exp̃essed, shall take effect or be in force or in any wise be deemed or expounded to take effect or be in force to any intent construcc̃on or purpose until theis Actꝭ of Parliament of the Realme of Scotland hereafter followinge, That is to say, One Act made in the tyme of James the First, Kinge of Scotland, by which it was enacted, That all psons remayning in England without the Kingꝭ License did cōmytt Treason ; One other Act made in the tyme of the said Kinge James the First, wherebie any Assurance with Englishe men for takinge P̃teccion from them for Landes or Goodꝭ, is Treason ; One other Act [in ¹] the same Kingꝭ tyme, inhibiting all buyinge and sellinge of Englishe Goodꝭ forbidden, under payne of Escheate ; One other Act made in the tyme of James the Second, Kinge of Scotland, that none should passe into England in tyme of Warre wᵗʰout Licence, under payne of Treason ; One other Act made in the Reigne of the saide Kinge James the Second conteyninge that noe Englishman come into Scotland without conduct, and that noe Scottishman sit under Assurance wᵗʰ them ; One other Acte of the same Kingꝭ tyme, That noe Scottishman supply Barwick or Roxburgh, under paine of Treason ; One other Act made in the tyme of the said Kinge James the Second, That all men be ready for Defence of the Realme against England ; Two Actꝭ made in the tyme of James the Third, King of Scotland, for resisting Kinge Edward the Fourth ; One other Act made in the tyme of the said King James the Third, concñing the upholding of Barwicke and Garisons upon the Borders ; One Act made in the Reigne of Mary late Queene of Scotland, by which it was enacted, That Scottishmen are charged to leave Assurance wᵗʰ Englishmen ; One other Acte made in the tyme of the saide Queene Marie, concñinge assured Scottishmen assistinge the English Armye ; One Act made in the Parliament of Scotland, in the tyme of the most happie Reigne of our most gracious Soveraigne Lord the Kinge that nowe is, conteyninge that the Scottish Borderers are discharged to marry English Borderers Daughters ; And lastlye one other Act made in the tyme of our said Soveriegne Lorde the Kinge, injoyninge the Warden to putt in a Bill the Names of all Englishmen that occupie Landꝭ in Scotland and seeke Redresse accordinge to the Treaties ; shall by Act of Parliament of the said Realme of Scotland be utterlie repealed frustrate and made voide ; And untill alsoe the said

Digitized by Google

Original from
PENN STATE

Generated on 2022-08-23 20:58 GMT / https://hdl.handle.net/2027/pst.000017915502
Public Domain, Google-digitized / http://www.hathitrust.org/access_use#pd-google