# EXHIBIT B

**Exhibit B**
**High-Fatality Mass Shootings in the United States, 1974-2023**

|  | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 1 | 2/18/1974 | Fayette | MS | 7 | N |
| 2 | 10/19/1974 | New Britain | CT | 6 | N |
| 3 | 11/13/1974 | Amityville | NY | 6 | N |
| 4 | 3/30/1975 | Hamilton | OH | 11 | N |
| 5 | 10/19/1975 | Sutherland | NE | 6 | N |
| 6 | 3/12/1976 | Trevose | PA | 6 | N |
| 7 | 7/12/1976 | Fullerton | CA | 7 | N |
| 8 | 2/14/1977 | New Rochelle | NY | 6 | Y |
| 9 | 7/23/1977 | Klamath Falls | OR | 6 | Y |
| 10 | 8/26/1977 | Hackettstown | NJ | 6 | N |
| 11 | 7/16/1978 | Oklahoma City | OK | 6 | N |
| 12 | 1/3/1981 | Delmar | IA | 6 | N |
| 13 | 1/7/1981 | Richmond | VA | 6 | N |
| 14 | 5/2/1981 | Clinton | MD | 6 | N |
| 15 | 8/21/1981 | Indianapolis | IN | 6 | N |
| 16 | 2/17/1982 | Farwell | MI | 7 | N |
| 17 | 8/9/1982 | Grand Prairie | TX | 6 | N |
| 18 | 8/20/1982 | Miami | FL | 8 | N |
| 19 | 9/7/1982 | Craig | AK | 8 | N |
| 20 | 9/25/1982 | Wilkes-Barre | PA | 13 | Y |
| 21 | 2/18/1983 | Seattle | WA | 13 | N |
| 22 | 3/3/1983 | McCarthy | AK | 6 | Y |
| 23 | 10/11/1983 | College Station and Hempstead | TX | 6 | N |
| 24 | 4/15/1984 | Brooklyn | NY | 10 | N |
| 25 | 5/19/1984 | Manley Hot Springs | AK | 8 | N |
| 26 | 6/29/1984 | Dallas | TX | 6 | N |
| 27 | 7/18/1984 | San Ysidro | CA | 21 | Y |
| 28 | 10/18/1984 | Evansville | IN | 6 | N |
| 29 | 8/20/1986 | Edmond | OK | 14 | N |
| 30 | 12/8/1986 | Oakland | CA | 6 | Y |
| 31 | 2/5/1987 | Flint | MI | 6 | N |
| 32 | 4/23/1987 | Palm Bay | FL | 6 | Y |
| 33 | 7/12/1987 | Tacoma | WA | 7 | N |
| 34 | 9/25/1987 | Elkland | MO | 7 | N |
| 35 | 12/30/1987 | Algona | IA | 6 | N |
| 36 | 2/16/1988 | Sunnyvale | CA | 7 | N |

|    | Date       | City                         | State | Deaths | Involved Assault Weapon(s) |
|----|------------|------------------------------|-------|--------|----------------------------|
| 37 | 9/14/1989  | Louisville                   | KY    | 8      | Y                          |
| 38 | 6/18/1990  | Jacksonville                 | FL    | 9      | N                          |
| 39 | 1/26/1991  | Chimayo                      | NM    | 7      | N                          |
| 40 | 8/9/1991   | Waddell                      | AZ    | 9      | N                          |
| 41 | 10/16/1991 | Killeen                      | TX    | 23     | N                          |
| 42 | 11/7/1992  | Morro Bay and Paso Robles    | CA    | 6      | N                          |
| 43 | 1/8/1993   | Palatine                     | IL    | 7      | N                          |
| 44 | 5/16/1993  | Fresno                       | CA    | 7      | Y                          |
| 45 | 7/1/1993   | San Francisco                | CA    | 8      | Y                          |
| 46 | 12/7/1993  | Garden City                  | NY    | 6      | N                          |
| 47 | 4/20/1999  | Littleton                    | CO    | 13     | Y                          |
| 48 | 7/12/1999  | Atlanta                      | GA    | 6      | N                          |
| 49 | 7/29/1999  | Atlanta                      | GA    | 9      | N                          |
| 50 | 9/15/1999  | Fort Worth                   | TX    | 7      | N                          |
| 51 | 11/2/1999  | Honolulu                     | HI    | 7      | N                          |
| 52 | 12/26/2000 | Wakefield                    | MA    | 7      | Y                          |
| 53 | 12/28/2000 | Philadelphia                 | PA    | 7      | N                          |
| 54 | 8/26/2002  | Rutledge                     | AL    | 6      | N                          |
| 55 | 1/15/2003  | Edinburg                     | TX    | 6      | Y                          |
| 56 | 7/8/2003   | Meridian                     | MS    | 6      | N                          |
| 57 | 8/27/2003  | Chicago                      | IL    | 6      | N                          |
| 58 | 3/12/2004  | Fresno                       | CA    | 9      | N                          |
| 59 | 11/21/2004 | Birchwood                    | WI    | 6      | Y                          |
| 60 | 3/12/2005  | Brookfield                   | WI    | 7      | N                          |
| 61 | 3/21/2005  | Red Lake                     | MN    | 9      | N                          |
| 62 | 1/30/2006  | Goleta                       | CA    | 7      | N                          |
| 63 | 3/25/2006  | Seattle                      | WA    | 6      | N                          |
| 64 | 6/1/2006   | Indianapolis                 | IN    | 7      | Y                          |
| 65 | 12/16/2006 | Kansas City                  | KS    | 6      | N                          |
| 66 | 4/16/2007  | Blacksburg                   | VA    | 32     | N                          |
| 67 | 10/7/2007  | Crandon                      | WI    | 6      | Y                          |
| 68 | 12/5/2007  | Omaha                        | NE    | 8      | Y                          |
| 69 | 12/24/2007 | Carnation                    | WA    | 6      | N                          |
| 70 | 2/7/2008   | Kirkwood                     | MO    | 6      | N                          |
| 71 | 9/2/2008   | Alger                        | WA    | 6      | N                          |
| 72 | 12/24/2008 | Covina                       | CA    | 8      | N                          |
| 73 | 1/27/2009  | Los Angeles                  | CA    | 6      | N                          |
| 74 | 3/10/2009  | Kinston, Samson, and Geneva  | AL    | 10     | Y                          |
| 75 | 3/29/2009  | Carthage                     | NC    | 8      | N                          |

|  | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 76 | 4/3/2009 | Binghamton | NY | 13 | N |
| 77 | 11/5/2009 | Fort Hood | TX | 13 | N |
| 78 | 1/19/2010 | Appomattox | VA | 8 | Y |
| 79 | 8/3/2010 | Manchester | CT | 8 | N |
| 80 | 1/8/2011 | Tucson | AZ | 6 | N |
| 81 | 7/7/2011 | Grand Rapids | MI | 7 | N |
| 82 | 8/7/2011 | Copley Township | OH | 7 | N |
| 83 | 10/12/2011 | Seal Beach | CA | 8 | N |
| 84 | 12/25/2011 | Grapevine | TX | 6 | N |
| 85 | 4/2/2012 | Oakland | CA | 7 | N |
| 86 | 7/20/2012 | Aurora | CO | 12 | Y |
| 87 | 8/5/2012 | Oak Creek | WI | 6 | N |
| 88 | 9/27/2012 | Minneapolis | MN | 6 | N |
| 89 | 12/14/2012 | Newtown | CT | 27 | Y |
| 90 | 7/26//2013 | Hialeah | FL | 6 | N |
| 91 | 9/16/2013 | Washington | DC | 12 | N |
| 92 | 7/9/2014 | Spring | TX | 6 | N |
| 93 | 9/18/2014 | Bell | FL | 7 | N |
| 94 | 2/26/2015 | Tyrone | MO | 7 | N |
| 95 | 6/17/2015 | Charleston | SC | 9 | N |
| 96 | 8/8/2015 | Houston | TX | 8 | N |
| 97 | 10/1/2015 | Roseburg | OR | 9 | N |
| 98 | 12/2/2015 | San Bernardino | CA | 14 | Y |
| 99 | 2/21/2016 | Kalamazoo | MI | 6 | N |
| 100 | 4/22/2016 | Piketon | OH | 8 | N |
| 101 | 6/12/2016 | Orlando | FL | 49 | Y |
| 102 | 5/27/2017 | Brookhaven | MS | 8 | Y |
| 103 | 9/10/2017 | Plano | TX | 8 | Y |
| 104 | 10/1/2017 | Las Vegas | NV | 60 | Y |
| 105 | 11/5/2017 | Sutherland Springs | TX | 25 | Y |
| 106 | 2/14/2018 | Parkland | FL | 17 | Y |
| 107 | 5/18/2018 | Santa Fe | TX | 10 | N |
| 108 | 10/27/2018 | Pittsburgh | PA | 11 | Y |
| 109 | 11/7/2018 | Thousand Oaks | CA | 12 | N |
| 110 | 5/31/2019 | Virginia Beach | VA | 12 | N |
| 111 | 8/3/2019 | El Paso | TX | 23 | Y |
| 112 | 8/4/2019 | Dayton | OH | 9 | Y |
| 113 | 8/31/2019 | Midland and Odessa | TX | 7 | Y |
| 114 | 3/15/2020 | Moncure | NC | 6 | U |

|     | Date | City | State | Deaths | Involved Assault Weapon(s) |
|-----|------|------|-------|--------|----------------------------|
| 115 | 6/4/2020 | Valhermoso Springs | AL | 7 | Y |
| 116 | 9/7/2020 | Aguanga | CA | 7 | U |
| 117 | 2/2/2021 | Muskogee | OK | 6 | N |
| 118 | 3/16/2021 | Acworth and Atlanta | GA | 8 | N |
| 119 | 3/22/2021 | Boulder | CO | 10 | Y |
| 120 | 4/7/2021 | Rock Hill | SC | 6 | Y |
| 121 | 4/15/2021 | Indianapolis | IN | 8 | Y |
| 122 | 5/9/2021 | Colorado Springs | CO | 6 | N |
| 123 | 5/26/2021 | San Jose | CA | 9 | N |
| 124 | 1/23/2022 | Milwaukee | WI | 6 | N |
| 125 | 4/3/2022 | Sacramento | CA | 6 | N |
| 126 | 5/14/2022 | Buffalo | NY | 10 | Y |
| 127 | 5/24/2022 | Uvalde | TX | 21 | Y |
| 128 | 7/4/2022 | Highland Park | IL | 7 | Y |
| 129 | 10/27/2022 | Broken Arrow | OK | 7 | N |
| 130 | 11/22/2022 | Chesapeake | VA | 6 | N |
| 131 | 1/4/2023 | Enoch | UT | 7 | N |
| 132 | 1/16/2023 | Goshen | CA | 6 | U |
| 133 | 1/21/2023 | Monterey Park | CA | 11 | Y |
| 134 | 1/23/2023 | Half Moon Bay | CA | 7 | N |
| 135 | 2/17/2023 | Coldwater | MS | 6 | N |
| 136 | 3/27/2023 | Nashville | TN | 6 | Y |
| 137 | 4/30/2023 | Henryetta | OK | 6 | N |
| 138 | 5/6/2023 | Allen | TX | 8 | Y |
| 139 | 10/25/2023 | Lewiston | ME | 18 | Y |
| 140 | 12/5/2023 | San Antonio and Austin | TX | 6 | N |

Note: High-fatality mass shootings are shootings resulting in 6 or more fatalities, not including the perpetrator(s), regardless of location or motive.  For purposes of this Exhibit, a high-fatality mass shooting was coded as involving an assault weapon if at least one of the firearms discharged was defined as an assault weapon in (1) the 1994 federal Assault Weapons Ban; (2) the statutes of the state where the shooting occurred; or (3) a legal or judicial declaration issued by a state official.  Incidents in gray shade are those incidents that occurred at a time when and in a state where legal prohibitions on assault weapons were in effect statewide or nationwide.

Sources: Louis Klarevas, *Rampage Nation: Securing America from Mass Shootings* (2016); Louis Klarevas et al., "The Effect of Large-Capacity Magazine Bans on High-Fatality Mass Shootings," 109 *American Journal of Public Health* 1754 (2019), available at https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305311; and "Gun Violence Archive," available at https://www.gunviolencearchive.org.  The Gun Violence Archive was only consulted for identifying high-fatality mass shootings that occurred since January 1, 2018.