# EXHIBIT C

**Exhibit C**
**Mass Public Shootings in the United States, 1974-2023**

|    | Date       | City                          | State | Deaths | Involved Assault Weapon(s) |
|----|------------|-------------------------------|-------|--------|----------------------------|
| 1  | 3/2/1975   | Smith River                   | CA    | 5      | N                          |
| 2  | 7/12/1976  | Fullerton                     | CA    | 7      | N                          |
| 3  | 2/14/1977  | New Rochelle                  | NY    | 6      | Y                          |
| 4  | 7/23/1977  | Klamath Falls                 | OR    | 6      | Y                          |
| 5  | 8/26/1977  | Hackettstown                  | NJ    | 6      | N                          |
| 6  | 6/17/1978  | Warwick                       | RI    | 4      | N                          |
| 7  | 2/3/1980   | El Paso                       | TX    | 5      | N                          |
| 8  | 6/22/1980  | Daingerfield                  | TX    | 5      | N                          |
| 9  | 7/21/1980  | Coraopolis                    | PA    | 4      | N                          |
| 10 | 5/7/1981   | Salem                         | OR    | 4      | N                          |
| 11 | 10/16/1981 | Allen                         | KY    | 5      | N                          |
| 12 | 5/3/1982   | Anchorage                     | AK    | 4      | N                          |
| 13 | 8/9/1982   | Grand Prairie                 | TX    | 6      | N                          |
| 14 | 8/20/1982  | Miami                         | FL    | 8      | N                          |
| 15 | 2/3/1983   | New York                      | NY    | 4      | N                          |
| 16 | 3/3/1983   | McCarthy                      | AK    | 6      | Y                          |
| 17 | 10/11/1983 | College Station and Hempstead | TX    | 6      | N                          |
| 18 | 5/17/1984  | Manley Hot Springs            | AK    | 8      | N                          |
| 19 | 6/29/1984  | Dallas                        | TX    | 6      | N                          |
| 20 | 7/18/1984  | San Ysidro                    | CA    | 21     | Y                          |
| 21 | 7/24/1984  | Hot Springs                   | AR    | 5      | N                          |
| 22 | 3/16/1985  | Connellsville                 | PA    | 4      | N                          |
| 23 | 8/20/1986  | Edmond                        | OK    | 14     | N                          |
| 24 | 4/23/1987  | Palm Bay                      | FL    | 6      | Y                          |
| 25 | 2/16/1988  | Sunnyvale                     | CA    | 7      | N                          |
| 26 | 7/17/1988  | Winston-Salem                 | NC    | 4      | N                          |
| 27 | 9/22/1988  | Chicago                       | IL    | 4      | N                          |
| 28 | 1/17/1989  | Stockton                      | CA    | 5      | Y                          |
| 29 | 9/14/1989  | Louisville                    | KY    | 8      | Y                          |
| 30 | 6/18/1990  | Jacksonville                  | FL    | 9      | N                          |
| 31 | 10/10/1991 | Ridgewood                     | NJ    | 4      | Y                          |
| 32 | 10/16/1991 | Killeen                       | TX    | 23     | N                          |
| 33 | 11/1/1991  | Iowa City                     | IA    | 5      | N                          |
| 34 | 11/9/1991  | Harrodsburg                   | KY    | 4      | N                          |
| 35 | 11/14/1991 | Royal Oak                     | MI    | 4      | N                          |
| 36 | 3/15/1992  | Phoenix                       | AZ    | 4      | N                          |

|    | Date | City | State | Deaths | Involved Assault Weapon(s) |
|----|------|------|-------|--------|----------------------------|
| 37 | 5/1/1992 | Olivehurst | CA | 4 | N |
| 38 | 10/15/1992 | Watkins Glen | NY | 4 | N |
| 39 | 11/8/1992 | Morro Bay and Paso Robles | CA | 6 | N |
| 40 | 7/1/1993 | San Francisco | CA | 8 | Y |
| 41 | 8/6/1993 | Fayetteville | NC | 4 | N |
| 42 | 10/14/1993 | El Cajon | CA | 4 | N |
| 43 | 12/2/1993 | Oxnard | CA | 4 | N |
| 44 | 12/7/1993 | Garden City | NY | 6 | N |
| 45 | 12/14/1993 | Aurora | CO | 4 | N |
| 46 | 6/20/1994 | Fairchild Air Force Base | WA | 4 | Y |
| 47 | 12/31/1994 | Raeford | NC | 5 | N |
| 48 | 4/3/1995 | Corpus Christi | TX | 5 | N |
| 49 | 7/19/1995 | Los Angeles | CA | 4 | N |
| 50 | 12/19/1995 | Bronx | NY | 5 | N |
| 51 | 2/9/1996 | Fort Lauderdale | FL | 5 | N |
| 52 | 4/24/1996 | Jackson | MS | 5 | Y |
| 53 | 8/19/1997 | Colebrook | NH | 4 | Y |
| 54 | 9/15/1997 | Aiken | SC | 4 | N |
| 55 | 12/3/1997 | Bartow | FL | 4 | N |
| 56 | 12/18/1997 | Orange | CA | 4 | Y |
| 57 | 3/6/1998 | Rocky Hill | CT | 4 | N |
| 58 | 3/24/1998 | Jonesboro | AR | 5 | N |
| 59 | 5/20/1998 | Springfield | OR | 4 | N |
| 60 | 3/10/1999 | Gonzalez | LA | 4 | N |
| 61 | 4/20/1999 | Littleton | CO | 13 | Y |
| 62 | 6/3/1999 | Las Vegas | NV | 4 | N |
| 63 | 7/29/1999 | Atlanta | GA | 9 | N |
| 64 | 9/15/1999 | Fort Worth | TX | 7 | N |
| 65 | 11/2/1999 | Honolulu | HI | 7 | N |
| 66 | 12/30/1999 | Tampa | FL | 5 | N |
| 67 | 3/20/2000 | Irving | TX | 5 | N |
| 68 | 4/28/2000 | Pittsburgh | PA | 5 | N |
| 69 | 12/26/2000 | Wakefield | MA | 7 | Y |
| 70 | 1/9/2001 | Houston | TX | 4 | N |
| 71 | 2/5/2001 | Lisle | IL | 4 | Y |
| 72 | 7/3/2001 | Rifle | CO | 4 | N |
| 73 | 9/8/2001 | Sacramento | CA | 5 | Y |
| 74 | 3/22/2002 | South Bend | IN | 4 | N |
| 75 | 2/25/2003 | Huntsville | AL | 4 | N |

|     | Date | City | State | Deaths | Involved Assault Weapon(s) |
|-----|------|------|-------|--------|---------------------------|
| 76  | 7/8/2003   | Meridian        | MS | 6  | N |
| 77  | 8/27/2003  | Chicago         | IL | 6  | N |
| 78  | 10/24/2003 | Oldtown         | ID | 4  | N |
| 79  | 7/2/2004   | Kansas City     | KS | 5  | N |
| 80  | 11/21/2004 | Birchwood       | WI | 6  | Y |
| 81  | 12/8/2004  | Columbus        | OH | 4  | N |
| 82  | 3/11/2005  | Atlanta         | GA | 4  | N |
| 83  | 3/12/2005  | Brookfield      | WI | 7  | N |
| 84  | 3/21/2005  | Red Lake        | MN | 9  | N |
| 85  | 8/28/2005  | Honey Grove     | TX | 4  | N |
| 86  | 1/30/2006  | Goleta          | CA | 7  | N |
| 87  | 3/25/2006  | Seattle         | WA | 6  | N |
| 88  | 5/21/2006  | Baton Rouge     | LA | 5  | N |
| 89  | 10/2/2006  | Paradise        | PA | 5  | N |
| 90  | 2/12/2007  | Salt Lake City  | UT | 5  | N |
| 91  | 4/16/2007  | Blacksburg      | VA | 32 | N |
| 92  | 12/5/2007  | Omaha           | NE | 8  | Y |
| 93  | 12/9/2007  | Arvada          | CO | 4  | Y |
| 94  | 2/7/2008   | Kirkwood        | MO | 6  | N |
| 95  | 2/14/2008  | DeKalb          | IL | 5  | N |
| 96  | 3/18/2008  | Santa Maria     | CA | 4  | N |
| 97  | 6/25/2008  | Henderson       | KY | 5  | N |
| 98  | 9/2/2008   | Alger           | WA | 6  | N |
| 99  | 3/29/2009  | Carthage        | NC | 8  | N |
| 100 | 4/3/2009   | Binghamton      | NY | 13 | N |
| 101 | 11/1/2009  | Mount Airy      | NC | 4  | Y |
| 102 | 11/5/2009  | Killeen         | TX | 13 | N |
| 103 | 11/29/2009 | Tacoma          | WA | 4  | N |
| 104 | 4/3/2010   | North Hollywood | CA | 4  | N |
| 105 | 6/6/2010   | Hialeah         | FL | 4  | N |
| 106 | 8/3/2010   | Manchester      | CT | 8  | N |
| 107 | 8/14/2010  | Buffalo         | NY | 4  | N |
| 108 | 9/11/2010  | Jackson         | KY | 5  | N |
| 109 | 1/8/2011   | Tucson          | AZ | 6  | N |
| 110 | 8/7/2011   | Copley Township | OH | 7  | N |
| 111 | 9/6/2011   | Carson City     | NV | 4  | Y |
| 112 | 10/12/2011 | Seal Beach      | CA | 8  | N |
| 113 | 4/2/2012   | Oakland         | CA | 7  | N |
| 114 | 5/30/2012  | Seattle         | WA | 5  | N |

|  | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 115 | 7/20/2012 | Aurora | CO | 12 | Y |
| 116 | 8/5/2012 | Oak Creek | WI | 6 | N |
| 117 | 9/27/2012 | Minneapolis | MN | 6 | N |
| 118 | 12/14/2012 | Newtown | CT | 27 | Y |
| 119 | 3/13/2013 | Herkimer | NY | 4 | N |
| 120 | 4/21/2013 | Federal Way | WA | 4 | N |
| 121 | 6/7/2013 | Santa Monica | CA | 5 | Y |
| 122 | 7/26/2013 | Hialeah | FL | 6 | N |
| 123 | 9/16/2013 | Washington | DC | 12 | N |
| 124 | 2/20/2014 | Alturas | CA | 4 | N |
| 125 | 10/24/2014 | Marysville | WA | 4 | N |
| 126 | 6/17/2015 | Charleston | SC | 9 | N |
| 127 | 7/16/2015 | Chattanooga | TN | 5 | Y |
| 128 | 10/1/2015 | Roseburg | OR | 9 | N |
| 129 | 11/14/2015 | Palestine | TX | 5 | N |
| 130 | 12/2/2015 | San Bernardino | CA | 14 | Y |
| 131 | 2/20/2016 | Kalamazoo | MI | 6 | N |
| 132 | 6/12/2016 | Orlando | FL | 49 | Y |
| 133 | 7/7/2016 | Dallas | TX | 5 | Y |
| 134 | 9/23/2016 | Burlington | WA | 5 | N |
| 135 | 1/6/2017 | Fort Lauderdale | FL | 5 | N |
| 136 | 2/6/2017 | Yazoo City | MS | 4 | U |
| 137 | 3/22/2017 | Rothschild | WI | 4 | N |
| 138 | 6/5/2017 | Orlando | FL | 5 | N |
| 139 | 10/1/2017 | Las Vegas | NV | 60 | Y |
| 140 | 11/5/2017 | Sutherland Springs | TX | 25 | Y |
| 141 | 11/14/2017 | Corning and Rancho Tehama | CA | 5 | Y |
| 142 | 1/28/2018 | Melcroft | PA | 4 | Y |
| 143 | 2/14/2018 | Parkland | FL | 17 | Y |
| 144 | 2/26/2018 | Detroit | MI | 4 | N |
| 145 | 4/22/2018 | Antioch | TN | 4 | Y |
| 146 | 5/18/2018 | Santa Fe | TX | 10 | N |
| 147 | 6/28/2018 | Annapolis | MD | 5 | N |
| 148 | 9/12/2018 | Bakersfield | CA | 5 | N |
| 149 | 10/27/2018 | Pittsburgh | PA | 11 | Y |
| 150 | 11/7/2018 | Thousand Oaks | CA | 12 | N |
| 151 | 1/23/2019 | Sebring | FL | 5 | N |
| 152 | 2/15/2019 | Aurora | IL | 5 | N |
| 153 | 5/31/2019 | Virginia Beach | VA | 12 | N |

| | Date | City | State | Deaths | Involved Assault Weapon(s) |
|---|---|---|---|---|---|
| 154 | 8/3/2019 | El Paso | TX | 23 | Y |
| 155 | 8/4/2019 | Dayton | OH | 9 | Y |
| 156 | 8/31/2019 | Midland and Odessa | TX | 7 | Y |
| 157 | 10/6/2019 | Kansas City | KS | 4 | N |
| 158 | 12/10/2019 | Jersey City | NJ | 4 | Y |
| 159 | 2/26/2020 | Milwaukee | WI | 5 | N |
| 160 | 3/15/2020 | Springfield | MO | 4 | Y |
| 161 | 1/9/2021 | Chicago and Evanston | IL | 5 | N |
| 162 | 3/16/2021 | Atlanta | GA | 8 | N |
| 163 | 3/22/2021 | Boulder | CO | 10 | Y |
| 164 | 3/31/2021 | Orange | CA | 4 | N |
| 165 | 4/15/2021 | Indianapolis | IN | 8 | Y |
| 166 | 5/26/2021 | San Jose | CA | 9 | N |
| 167 | 11/30/2021 | Oxford | MI | 4 | N |
| 168 | 12/27/2021 | Denver and Lakewood | CO | 5 | Y |
| 169 | 5/14/2022 | Buffalo | NY | 10 | Y |
| 170 | 5/24/2022 | Uvalde | TX | 21 | Y |
| 171 | 6/1/2022 | Tulsa | OK | 4 | Y |
| 172 | 7/4/2022 | Highland Park | IL | 7 | Y |
| 173 | 10/13/2022 | Raleigh | NC | 5 | N |
| 174 | 11/19/2022 | Colorado Springs | CO | 5 | Y |
| 175 | 11/22/2022 | Chesapeake | VA | 6 | N |
| 176 | 1/21/2023 | Monterey Park | CA | 11 | Y |
| 177 | 1/23/2023 | Half Moon Bay | CA | 7 | N |
| 178 | 3/27/2023 | Nashville | TN | 6 | Y |
| 179 | 4/10/2023 | Louisville | KY | 5 | Y |
| 180 | 5/6/2023 | Allen | TX | 8 | Y |
| 181 | 7/3/2023 | Philadelphia | PA | 5 | Y |
| 182 | 7/15/2023 | Hampton | GA | 4 | N |
| 183 | 10/25/2023 | Lewiston | ME | 18 | Y |

Notes: Mass public shootings are shootings resulting in 4 or more fatalities, not including the perpetrator(s), so long as the act of violence occurred largely in a public setting and was not undertaken in pursuit of an underlying criminal objective. For purposes of this Exhibit, a high-fatality mass shooting was coded as involving an assault weapon if at least one of the firearms discharged was defined as an assault weapon in (1) the 1994 federal Assault Weapons Ban; (2) the statutes of the state where the shooting occurred; or (3) a legal or judicial declaration issued by a state official. Incidents in gray shade are those incidents that occurred at a time when and in a state where legal prohibitions on assault weapons were in effect statewide or nationwide. Typographical and coding errors in the original data set have been corrected for accuracy.

Source: The Violence Project. The source for the comprehensive data set is: The Violence Project, "Mass Shooter Database," version 8.0, 2024, available at https://www.theviolenceproject.org/mass-shooter-database.