**EXHIBIT A**
*Curriculum Vitae for Jaclyn Schildkraut* (begins on next page)

# JACLYN SCHILDKRAUT
Curriculum Vitae
(Updated April 2024)

## CONTACT INFORMATION

Regional Gun Violence Research Consortium
Rockefeller Institute of Government
411 State Street
Albany, NY 12203
Phone: 518.445.4150 (office) | 315.935.6818 (cell)
Email: Jaclyn.Schildkraut@rock.suny.edu
Website: www.JaclynSchildkraut.com
Twitter: @jschildkraut80

## PROFESSIONAL EMPLOYMENT

2023-Present   Executive Director
Regional Gun Violence Research Consortium, Rockefeller Institute of Government

2018-2023   Associate Professor
Department of Criminal Justice, State University of New York at Oswego

2014-2018   Assistant Professor
Department of Criminal Justice, State University of New York at Oswego

2011-2014   Doctoral Instructional Assistant
School of Criminal Justice, Texas State University

## ACADEMIC BACKGROUND

2014   Ph.D., Criminal Justice, Texas State University

*Dissertation:* Mass Murder and the Mass Media: An Examination of the Media Discourse on U.S. Rampage Shootings, 2000-2012

*Committee:* Drs. Mark Stafford (Chair), Marcus Felson, Scott Bowman, & Glenn W. Muschert

2011   M.A., Applied Sociology, University of Central Florida

2009   B.S., Interdisciplinary Studies, University of Central Florida

## RESEARCH AND TEACHING INTERESTS

School and mass shootings; Homicide; Lockdown drills and emergency preparedness; Emergency notification systems; Crime and the media; Criminological theory

## SCHOLARSHIP

*Denotes student co-author

### BOOKS

**Schildkraut, J.**, & G. L. Carter. (Eds.) (2022). *Guns in American society: An encyclopedia of history, politics, culture, and the law* (3rd ed.). ABC-CLIO.

**Schildkraut, J.**, & A. B. Nickerson. (2022). *Lockdown drills: Connecting research and best practices for school administrators, teachers, and parents*. MIT Press.

Knowles, H., B. Altschuler, & **J. Schildkraut**. (2019). *Lights, camera, execution!: Cinematic portrayals of capital punishment*. Lexington Books.

**Schildkraut, J.**, & G. W. Muschert. (2019). *Columbine, 20 years later and beyond: Lessons from tragedy*. Praeger.

**Schildkraut, J**. (Ed.). (2018). *Mass shootings in America: Understanding the debates, causes, and responses*. ABC-CLIO.

**Schildkraut, J.**, & H. J. Elsass. (2016). *Mass shootings: Media, myths, and realities*. Praeger.


### PEER REVIEWED JOURNAL ARTICLES

**Schildkraut, J**., & H. M. Martaindale. (2024). Arm the educators… but not without conditions: A qualitative assessment of law enforcement officers' support for armed teacher policies. *Police Practice and Research, 25*(4), 473-489. https://doi.org/10.1080/15614263.2023.2287218

**Schildkraut, J.**, Greene-Colozzi, E. A., & Nickerson, A. B. (2024). Emergency preparedness drills for active and mass shootings in schools. *Current Psychiatry Reports*. https://doi.org/10.1007/s11920-024-01502-7

**Schildkraut, J.**, Connell, N. M., Barbieri, N., & de Azeredo, R. (2024). American uniqueness revisited: A comparative examination of two school shootings using the path to intended violence. *International Journal of Comparative and Applied Criminal Justice, 48*(2), 143-158. https://doi.org/10.1080/01924036.2023.2221751

**Schildkraut, J.**, H. J. Elsass, M. C. Stafford, & J. Sheingold*. (2024). Understanding more than 50 years of mass public shootings as a function of routine activities. *Homicide Studies, 28*(2), 127-150. https://doi.org/10.1177/10887679221083607

**Schildkraut, J.**, A. B. Nickerson, M. Vogel, & A. Finnerty*. (2024). Assessing the relationship between exposure to violence and perceptions of school safety and emergency preparedness in the context of lockdown drills. *Journal of School Violence*. https://doi.org/10.1080/15388220.2023.2291655

**Schildkraut, J.**, R. G. Cowan, & T. M. Mosher*. (2024). The Parkland mass shooting and the path to intended violence: A case study of missed opportunities and avenues for future prevention. *Homicide Studies, 28*(1), 3-26. https://doi.org/10.1177/10887679211062518

**Schildkraut, J.,** & L. B. Geller. (2023). Mass shootings in the United States: Prevalence, policy, and a way forward. *The ANNALS of the American Academy of Political & Social Science, 704*(1), 181-203. https://doi.org/10.1177/00027162231164484

**Schildkraut, J.,** E. A. Greene-Colozzi, A. B. Nickerson, & A. Florczykowski*. (2023). Can school lockdowns save lives? An assessment of drills and use in real-world events. *Journal of School Violence, 22*(2), 167-182. https://doi.org/10.1080/15388220.2022.2162533

**Schildkraut, J.,** & J. J. Turanovic. (2022). A new wave of mass shootings? Exploring the potential impact of COVID-19. *Homicide Studies, 26*(4), 362-378. https://doi.org/10.1177/10887679221101605

**Schildkraut, J.,** & A. B. Nickerson. (2022). Effects of lockdown drills on students' fear, perceived risk, and use of avoidance behaviors: A quasi-experimental study. *Criminal Justice Policy Review, 33*(8), 787-813. https://doi.org/10.1177/08874034221089867

**Schildkraut, J.,** & M. H. Martaindale. (2022). Should firearms be allowed in K-12 public schools? An analysis of law enforcement's perceptions of armed teacher policies. *Security Journal, 35*(4), 1288-1307. https://doi.org/10.1057/s41284-022-00327-4

Martaindale, M. H., & **J. Schildkraut**. (2022). Armed and considered capable? Law enforcement officers' attitudes about armed teacher policies in the United States. *Crime Prevention and Community Safety, 24*(2), 116-131. https://doi.org/10.1057/s41300-022-00142-4

**Schildkraut, J.,** A. B. Nickerson, & K. R. Klingaman*. (2021). Reading, writing, responding: Educators' perceptions of safety, preparedness, and lockdown drills. *Educational Policy, 37*(6), 1876-1900. http://doi.org/10.1177/08959048211015617

Nickerson, A. B., & **J. Schildkraut**. (2021). Students' state anxiety prior to and after participating in lockdown drills. *School Psychology Review* (Online First). https://doi.org/10.1080/2372966X.2021.1875790

**Schildkraut, J** (2021). Review of Crews' (2020) Handbook of Research on Mass Shootings. *Journal of Criminal Justice Education, 32*(4), 537-539. https://doi.org/10.1080/10511253.2021.1934500

**Schildkraut, J.,** J. Gruenewald, M. Gilliam, & M. Novak. (2021). Framing mass shootings as a social problem: A comparison of ideologically and non-ideologically motivated attacks. *Aggression and Violent Behavior, 60*, 101533. https://doi.org/10.1016/j.avb.2020.101533

Elsass, H. J., **J. Schildkraut**, R. Haenfler, B. V. Klocke, E. Madfis, & G. W. Muschert. (2021). Moral panic, fear of crime, and school shootings: Does location matter? *Sociological Inquiry, 91*(2), 426-454. https://doi.org/10.1111/soin.12407

**Schildkraut, J.,** E. S. Sokolowski*, & J. Nicoletti. (2021). The survivor network: The role of shared experiences in mass shootings recovery. *Victims & Offenders, 16*(1), 20-49. https://doi.org/10.1080/15564886.2020.1764426

**Schildkraut, J.,** & C. M. Carr*. (2020). Mass shootings, legislative responses, and public policy: An endless cycle of inaction. *Emory Law Journal, 69*(5), 1043-1076. https://scholarlycommons.law.emory.edu/elj/vol69/iss5/4/

**Schildkraut, J.**, & A. B. Nickerson. (2020). Ready to respond: Effects of lockdown drills and training on school emergency preparedness. *Victims & Offenders*, *15*(5), 619-638. https://doi.org/10.1080/15564886.2020.1749199

**Schildkraut, J.**, A. B. Nickerson, & T. Ristoff. (2020). Locks, lights, out of sight: Assessing students' perceptions of emergency preparedness across multiple lockdown drills. *Journal of School Violence*, *19*(1), 93-106. https://doi.org/10.1080/15388220.2019.1703720

**Schildkraut, J.**, & J. Gruenewald. (2019). Media salience and frame-changing in the coverage of mass shooting events: A comparison of ideological and non-ideological attacks. *Journal of Criminal Justice and Popular Culture*, *19*(1), 62-89. https://jcjpc.org/volume-19-issue-1-2019

**Schildkraut, J** (2019). A call to the media to change reporting practices for the coverage of mass shootings. *Washington University Journal of Law & Policy*, *60*, 273-292. https://openscholarship.wustl.edu/law_journal_law_policy/vol60/iss1/16/

**Schildkraut, J.**, B. Naman*, & M. C. Stafford. (2019). Advancing responses to mass shootings using a routine activity approach. *Crime Prevention and Community Saf*ety, *21*(4), 346-361. https://doi.org/10.1057/s41300-019-00077-3

**Schildkraut, J.**, C. M. Carr*, & V. Terranova. (2018). Armed and academic: Perceptions of college students on concealed carry on campus policies. *Journal of School Violence, 17*(4), 487-499. https://doi.org/10.1080/15388220.2018.1449655

**Schildkraut, J.**, H. J. Elsass, & K. Meredith*. (2018). Mass shootings and the media: Why all events are not created equal. *Journal of Crime and Justice, 41*(3), 223-243. https://doi.org/10.1080/0735648X.2017.1284689

**Schildkraut, J.**, K. Jennings, C. M. Carr*, & V. Terranova. (2018). A tale of two universities: A comparison of college students' attitudes about concealed carry on campus. *Security Journal, 31*(2), 591-617. https://doi.org/10.1057/s41284-017-0119-9

Carr, C. M.*, **J. Schildkraut**, & A. Rank. (2017). Barriers to the ballot: Implications for the development of state and national crime policies. *Criminal Justice Studies, 30*(3), 276-288. https://doi.org/10.1080/1478601X.2017.1318343

**Schildkraut, J.**, J. M. McKenna, & H. J. Elsass. (2017). Understanding crisis communications: Examining students' perceptions about campus notification systems. *Security Journal, 30*(2), 605-620. https://doi.org/10.1057/sj.2015.9

Elsass, H. J., J. M. McKenna, & **J. Schildkraut**. (2016). Rethinking crisis communications on campus: An evaluation of faculty and staff perceptions about emergency notification systems. *Journal of Homeland Security and Emergency Management, 13*(3), 329-349. https://doi.org/10.1515/jhsem-2016-0047

**Schildkraut, J** (2016). Mass murder and the mass media: Understanding the construction of the social problem of mass shootings in the U.S. *Journal of Qualitative Criminal Justice & Criminology, 4*(1), 1-41. https://www.qualitativecriminology.com/pub/v4i1p1

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2016). Studying school shootings: Challenges and considerations for research. *American Journal of Criminal Justice*, *41*(3), 444-464. https://doi.org/10.1007/s12103-015-9311-9

**Schildkraut, J.**, & M. C. Stafford. (2015). Researching professionals or professional researchers? A comparison of professional doctorates and Ph.D. programs in criminology and criminal justice. *American Journal of Criminal Justice,* 40(1), 183-198. https://doi.org/10.1007/s12103-014-9240-z

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2015). Could it happen here? Moral panics, school shootings, and fear of crime among college students. *Crime, Law and Social Change, 63*(1), 91-110. https://doi.org/10.1007/s10611-015-9552-z

**Schildkraut, J.**, & T. C. Hernandez. (2014). Laws that bit the bullet: A review of legislative responses to school shootings. *American Journal of Criminal Justice, 39*(2), 358-374. https://doi.org/10.1007/s12103-013-9214-6

**Schildkraut, J.**, & G. W. Muschert. (2014). Media salience and the framing of mass murder in schools: A comparison of the Columbine and Sandy Hook massacres. *Homicide Studies, 18*(1), 23-43. https://doi.org/10.1177/1088767913511458

**Schildkraut, J.**, & E. E. Mustaine. (2014). Movin', but not up to the east side: Foreclosures and social disorganization in Orange County, FL. *Housing Studies, 29*(2), 177-197. https://doi.org/10.1080/02673037.2014.848263

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2014). Breaking news of social problems: Examining media consumption and panic over school shootings. *Criminology, Criminal Justice, Law & Society, 15*(2), 31-42. https://ccjls.scholasticahq.com/article/119-breaking-news-of-social-problems-examining-media-consumption-and-panic-over-school-shootings

**Schildkraut, J.**, & G. W. Muschert. (2013). Violent media, guns, and mental illness: The three ring circus of causal factors for school massacres, as related in media discourse. *Fast Capitalism, 10*(1). https://fastcapitalism.uta.edu/10_1/schildkraut10_1.html

**Schildkraut, J** (2013). An inmate's right to die: Legal and *ethical considerations in death row volunteering. Criminal Justice Studies, 26*(2), 139-150. https://doi.org/10.1080/1478601X.2012.720575

**Schildkraut, J** (2012). Media and massacre: A comparative analysis of the reporting of the 2007 Virginia Tech shootings. *Fast Capitalism, 9*(1). https://fastcapitalism.uta.edu/9_1/schildkraut9_1.html

**Schildkraut, J.**, & A. M. Donley. (2012). Murder in black: A media distortion analysis of 2010 homicides in Baltimore. *Homicide Studies, 16*(2), 175-196. https://doi.org/10.1177/1088767912438712

**BOOK CHAPTERS**

**Schildkraut, J.**, & E. A. Greene-Colozzi. (forthcoming). Mass school shootings: Promising approaches for prevention and response. In J. S. Hong, H. C. O. Chan, A. L. C. Fung, & J. Lee (eds.), *Handbook of school violence, bullying, and safety*. Edward Elgar Publishing.

**Schildkraut, J.**, & G. W. Muschert. (2019). Media salience and mass murder: Examining frame changing across mass shooter events, 2000-2012. In S. Daly (Ed.), *Assessing and Averting the Prevalence of Mass Violence* (pp. 129-153). IGI Global.

**Schildkraut, J.**, & B. Dohman*. (2019). Commander or comforter in chief? Examining presidential rhetoric in the wake of mass shootings. In S. Daly (Ed.), *Assessing and Averting the Prevalence of Mass Violence* (pp. 154-193). IGI Global.

Muschert, G. W., & **J. Schildkraut**. (2017). School shootings in the media. In M. Brown (Ed।)., *Oxford Research Encyclopedia of Criminology and Criminal Justice: Oxford Encyclopedia of Crime, Media, and Popular Culture*. Oxford University Press.

**Schildkraut, J**. (2017). Crime news in newspapers. In M. Brown (Ed।)., *Oxford Research Encyclopedia of Criminology and Criminal Justice: Oxford Encyclopedia of Crime, Media, and Popular Cultur*e. Oxford University Press.

**Schildkraut, J.**, & H. J. Elsass. (2016). The influence of media on public attitudes. In L. Wilson (Ed.), *The Wiley Handbook of the Psychology of Mass Shootings* (pp. 117-135). John Wiley & Sons. [Invited Manuscript]

**Schildkraut, J.**, H. J. Elsass, & G. W. Muschert. (2016). Satirizing mass murder: What many think, yet few will say. In L. Eargle and A. Esmail (Eds.), *Gun Violence in American Society: Crime, Justice, and Public Policy* (pp. 233-255). University Press of America.

Muschert, G. W., & **J. Schildkraut**. (2015). School shootings. In H. Montgomery (Ed.), *Oxford Bibliographies in Childhood Studies*. Oxford University Press.

**Schildkraut, J.**, & G. W. Muschert. (2014). Violent media, guns, and mental illness: The three ring circus of causal factors for school massacres, as related in media discourse. In B. Agger & T. Luke (Eds.), *Gun Violence and Public Life* (pp. 61-80). Paradigm Publishers.

**Schildkraut, J**. (2012). The remote is controlled by the monster: Issues of mediatized violence and school shootings. In G. W. Muschert & J. Sumiala (Eds.), *School Shootings: Mediatized Violence in a Global Age* (pp. 235-258). Emerald Publishing Group, Ltd.

**POLICY BRIEFS**

**Schildkraut, J.**, & H. J. Elsass. (2023). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon* (2023 edition). Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/2023-can-mass-shootings-be-stopped/

**Schildkraut, J**. (2022). *Lockdown drills: A widely used yet often misunderstood practice.*  Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/lockdown-drills-a-widely-used-yet-often-misunderstood-practice/

**Schildkraut, J**. (2021). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon* (2021 edition). Regional Gun Violence Research Consortium. https://rockinst.org/issue-area/2021-can-mass-shootings-be-stopped/

**Schildkraut, J.**, K. Grogan, & A. Nabors. (2020). *Should schools be conducting lockdown drills?* WestEd. https://www.wested.org/resources/schools-lockdown-drills/

**Schildkraut, J.**, & K. Grogan. (2019). *Are metal detectors effective at making schools safer?* WestEd. https://www.wested.org/resources/are-metal-detectors-effective-at-making-schools-safer/

**Schildkraut, J**. (2019). *Assault weapons, mass shootings, and options for lawmakers.* Regional Gun Violence Research Consortium, Rockefeller Institute of Government. https://rockinst.org/issue-area/assault-weapons-mass-shootings-and-options-for-lawmakers/

**Schildkraut, J.,** M. K. Formica, & J. Malatras. (2018). *Can mass shootings be stopped? To address the problem, we must better understand the phenomenon.* Regional Gun Violence Research Consortium, Rockefeller Institute of Government. http://rockinst.org/issue-area/can-mass-shootings-be-stopped/

**MANUSCRIPTS UNDER REVIEW**

**Schildkraut, J**., E. A. Greene-Colozzi, & A. B. Nickerson. (2023). *Balancing students' perceptions of safety and emergency preparedness: A quasi-experimental test of protection motivation theory as it relates to lockdown drills*. Under review at *Victims & Offenders* (revise and resubmit, due May 13, 2024).

**GRANTS AND FUNDED PROJECTS**

*Denotes student co-author

**GRANTS AWARDED**

2024-2026   *Extreme risk protection orders, leakage, and social networks: The legislative, behavioral, and social contexts surrounding mass public shooting incidents and plots*. E. A. Greene-Colozzi, B. R. Klein, & **J. Schildkraut**. National Institute of Justice, Award No. 15PNIJ-23-GG-0248-BSCI ($985,776). Co-Investigator.

2023-2024   *Understanding the needs of survivors and communities impacted by mass public shootings*. **J. Schildkraut**. New Jersey Center on Gun Violence Research ($84,990). Principal Investigator.

2023-2024   *School Safety and security review and assessment*. **J. Schildkraut**. Hoosick Falls Central School District ($25,000). Principal Investigator.

2022-2023   *Continued evaluation and assessment of SRP and SRM training and drills*. **J. Schildkraut**. Syracuse City School District ($50,000). Principal Investigator.

2021-2022   *Continued evaluation and assessment of SRP and SRM training and drills*. **J. Schildkraut**. Syracuse City School District ($40,000). Principal Investigator.

2020-2021   *Amending and Assessing the Standard Response Protocol training and drills in Syracuse City School District for COVID*. **J. Schildkraut**. Syracuse City School District ($30,0000). Principal Investigator.

2020-2021   *Perceptions of mass shootings and moral panic among U.S. citizens*. **J. Schildkraut** and H. J. Elsass. State University of New York at Oswego ($2,975). Principal Investigator (Faculty SCA Grant).

2019-2020    *Implementing the Standard Reunification Method in Syracuse City School District*. **J. Schildkraut**. Syracuse City School District ($29,950). Principal Investigator.

2019-2020    *Implementing Standard Response Protocol in Central Square School District*. **J. Schildkraut**. Oswego County Sheriff's Office ($12,0000). Principal Investigator.

2018-2019    *Testing and Implementing the Standard Response Protocol in Syracuse City School District*. **J. Schildkraut**. Syracuse City School District ($30,0000). Principal Investigator.

2018-2019    *The Parkland shooting and systems failures: A review of the evidence*. T. Mosher* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2018-2019    *The Pulse Nightclub shooting and the impact on the local LGBTQ+ community*. K. Rothschild * & **J. Schildkraut**. State University of New York at Oswego ($994). Faculty Mentor (Student SCA Grant).

2017-2018    *Covering rampage: News consumers' perceptions about mass shootings in the media*. R. McHale* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2017-2018    *News consumers' perceptions of the coverage of domestic terrorism*. S. Blum* & **J. Schildkraut**. State University of New York at Oswego ($1,000). Faculty Mentor (Student SCA Grant).

2017-2018    Mass shootings and the needs of survivors. **J. Schildkraut**. State University of New York at Oswego ($2,820). Principal Investigator (Faculty SCA Grant).

2016-2017    *Context matters: Examining mass shootings and the role of county and state level correlates*. C. M. Carr* & **J. Schildkraut**. State University of New York at Oswego ($1,750). Faculty Mentor (Challenge Grant).

**GRANTS UNDER REVIEW**

2024-2027    *An evaluation of the landscape of safety drills for active shooters in U.S. K-12 public schools*. **J. Schildkraut**, A. B. Nickerson, & E. A. Greene-Colozzi. National Institute of Justice ($1,020,357). Principal Investigator.

2024-2026    *Understanding the leakage that precedes mass public shootings and its utility for prevention efforts through public awareness*. **J. Schildkraut**, M. H. Martaindale, & E. A. Greene-Colozzi. U.S. Department of Homeland Security ($457,204). Principal Investigator.

**GRANTS NOT FUNDED**

2024-2026    *How do U.S. civilians and law enforcement officers decide whether to petition for an extreme risk protection order? An evaluation of key factors*. **J. Schildkraut**, M. H. Martaindale, E. A. Greene-Colozzi, B. R. Klein, & A. Lankford. National Collaborative on Gun Violence Research ($344,028). Principal Investigator.

2024-2026   *Understanding the needs of individuals impacted by mass public shootings*. **J. Schildkraut**. National Institute of Justice ($202,339). Principal Investigator.

2023-2025   *Understanding the leakage that precedes mass public shootings and its utility for prevention efforts through public awareness*. **J. Schildkraut**, M. H. Martaindale, & E. A. Greene-Colozzi. U.S. Department of Homeland Security ($339,368). Principal Investigator.

2023-2026   *StaySafe@School: Virtual reality training to help youth respond to active shooters*. J. Yang, D. Schwebel, **J. Schildkraut**, Y. Huang, A. Nickerson, & Y. Zhang. Centers for Disease Control ($1,949,104). Multiple Principal Investigator.

2023-2024   *Understanding the needs of survivors and communities impacted by mass public shootings*. **J. Schildkraut**. National Institute of Justice ($289,226). Principal Investigator.

2020-2022   *The national database of public mass shootings*. **J. Schildkraut**. Proposal submitted to the National Collaborative on Gun Violence Research ($450,280). Principal Investigator.

2020-2022   *Comparing completed and averted mass shootings: Understanding the data and implications for policy*. **J. Schildkraut** & F. Straub (Police Foundation). Proposal submitted to National Institute of Justice ($691,010). Principal Investigator.


**TECHNICAL REPORTS**

**Schildkraut, J**. (2021). *Continued assessment of the Standard Response Protocol implementation and a three-year-review: Final report*. Prepared for the Syracuse City School District.

**Schildkraut, J**. (2020). *Implementing and testing the Standard Response Protocol: Final report*. Prepared for the Oswego County Sheriff's Office and Central Square Central School District.

**Schildkraut, J**. (2019). *Implementing and testing the Standard Response Protocol: Final report*. Prepared for the Syracuse City School District.

**Schildkraut, J.**, & R. J. Borrow*. (2019). *A survey of perceptions of safety and preparedness of Skaneateles Middle and High School students*. Prepared for the Skaneateles (NY) Central School District.

**Schildkraut, J**. (2018). *Perceptions of safety and preparedness at the central office*. Prepared for the Syracuse City (NY) School District.

**Schildkraut, J**. (2018). *Report of the Onondaga County School Safety Task Force*. Prepared for the Onondaga County (NY) District Attorney's Office.

**Schildkraut, J**, H. J. Elsass, & J. M. McKenna. (2016). *Faculty, staff, and students' perceptions of the University's emergency notification system and related training protocols*. Prepared for the State University of New York at Oswego.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2014). *Student perceptions of the University's emergency notification system*. Prepared for the Texas State University Office of Emergency Management.

Sanders, B. A., S. Bowman, A. L. Kringen, M. J. Martaindale, **J. Schildkraut**, V. Terranova, & T. Vaughan. (2013). *Bexar County felony probation terminations 2010 and 2011: Quantitative data results*. Prepared for the Bexar County (TX) Probation Department.

## PROFESSIONAL PRESENTATIONS

*Invited Presentations*

**Schildkraut, J.** & T. Ristoff. (2024). *Lockdown drills 101: From implementation to impact.* Invited keynote presentation at the New York State Education Department School Safety Summit, Albany, NY.

**Schildkraut, J.** (2024). *Lessons learned from critical incident reviews of the Uvalde shooting: Key takeaways for law enforcement, policymakers, practitioners, and schools.* Invited presentation for the 20th Annual Safe Schools Initiative Seminar, University at Buffalo, Buffalo, NY.

**Schildkraut, J.** (2024). *Trauma-informed lockdown drills: What does the evidence show?* Invited presentation for the Committee on Policing and Safeguarding Schools (C-PASS) annual meeting, Saratoga Springs, NY.

*Also presented at:*
North American Active Assailant Conference, Troy, MI (2023)
New York State Education Department School Safety Summit, Albany, NY (2023, Keynote)
19th Annual Safe Schools Initiative Seminar, University at Buffalo, Buffalo, NY (2023)

**Schildkraut, J.** (2024). *Mass shootings in schools: Lessons from tragedy and opportunities for prevention*. Invited presentation to Jefferson Lewis Board of Cooperative Education Services, Watertown, NY.

*Also presented at:*
Sullivan County School Board Association, Watertown, NY (2024)
Tri-Valley Central School District, Grahamsville, NY (2024, webinar)
Greater Southern Tier Board of Cooperative Educational Services, Elmira, NY (2023)
Office for Violence Prevention and Education, Niagara University, Niagara, NY (2023)
Northport Union Free School District, Northport, NY (2023)
Stillwater Central School District, Stillwater, NY (2023)
Queensbury Union Free School District, Queensbury, NY (2023)
Arkansas Safe Schools Conference, Little Rock, AR (2023, Keynote)
New York State School Board Association (2023, webinar)
New York State Education Department School Safety Summit, Albany, NY (2023)
Ottawa Area ISD, Holland, MI (2023)
Committee on Policing and Safeguarding Schools (C-PASS) annual meeting, Saratoga Springs, NY (2023)
Kent ISD, Grand Rapids, MI (2023)
Association of School Business Officials' annual meeting, Saratoga Springs, NY (2022)
DCMO BOCES, Norwich, NY (2022)

**Schildkraut, J.** (2023). *The lockdown debate: "Run Hide Fight" vs. lockdown.* Invited conversation with Katherine Schweit for Joffe Emergency Services, Santa Monica, CA.

**Schildkraut, J.** (2022). *The lockdown drill debate: A look at the current research.* Invited presentation at the Texas School Safety Center annual conference, San Antonio, TX.

**Schildkraut, J.** (2022). *What can we learn from the Uvalde school shooting?* Invited presentation to the North Carolina Task Force for Safer Schools, Raleigh, NC (virtual).

**Schildkraut, J.** (2022). *The SRP lockdown drill: Locks, lights, out of sight... but are we doing this right?* Invited presentation at The Briefings annual meeting, Thornton, CO.

**Schildkraut, J.** (2022). *Mass shootings in our schools.* Invited presentation at the winter workshop of the New York Association of Pupil Transportation, Colonie, NY (virtual).

**Schildkraut, J.,** & A. B. Nickerson. (2021). *The lockdown drill debate: A look at the current research.* Invited presentation for Safe and Sound Schools' National Summit on School Safety, Newtown, CT (virtual).

**Schildkraut, J.** (2021). *Guns in America – The Second Amendment.* Invited panel discussion for Northern Virginia Community College's 2021 Constitution Day program, Alexandria, VA (virtual).

**Schildkraut, J.** (2021). *No Notoriety: Refocusing the conversation after mass shootings.* Invited presentation to the Giffords Law Center to Prevent Gun Violence, San Francisco, CA (virtual).

**Schildkraut, J.** (2021). *What can we learn from previous mass violence events?* Invited presentation at The New York State Office of Victim Services' annual meeting, New York, NY.

**Schildkraut, J.** (2021). *Improvise, adapt, overcome: Findings from a 3-year study implementing and assessing an emergency response protocol.* Invited presentation at The Briefings annual meeting, Wheat Ridge, CO (virtual).

**Schildkraut, J.** (2021). *5 safety drill tips for a safer return to school.* Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J.** (2021). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol.* Invited presentation at The Briefings winter meeting, Wheat Ridge, CO (virtual).

**Schildkraut, J.** (2020). *Lockdown drills: Best practices and key ways to maximize efficiency.* Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J.** (2020). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol.* Invited presentation at The Briefings winter meeting, Wheat Ridge, CO.

**Schildkraut, J.** (2019). *5 ways to measure the efficacy of your school safety protocols.* Invited webinar presentation for Raptor Technologies, Houston, TX.

**Schildkraut, J.** (2019). *Mass shootings, legislative responses, and public policy: An endless cycle of inaction.* Invited panel presentation to the Randolph Thrower Symposium, Emory University School of Law, Atlanta, GA.

**Schildkraut, J**. (2018). *School and mass shootings in America: Now what?* Invited presentation at the National Association of Pupil Transportation annual meeting, Kansas City, MO.

**Schildkraut, J**. (2018). *Mass shootings and the media: Collateral consequences stemming from the news coverage and how to change the narrative*. Invited panel presentation to the Whitney R. Harris Institute, Washington University-St. Louis School of Law, St. Louis, MO.

**Schildkraut, J**. (2018). *School safety and securitization in an age of mass shootings*. Invited presentation at the Genesee Valley Institute for Staff Development meeting, Rochester, NY.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited webinar/guest presentation to the Nevada Governor School Safety Task Force subcommittee on student well-being, Carson City, NV.

**Schildkraut, J**. (2018). *Mass shootings in America: The media, the myths, and the need for No Notoriety*. Invited presentation at the Annual Meeting of the American Freedom Alliance, Los Angeles, CA.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited guest presentation at Central Square school safety meeting, Central Square, NY.

**Schildkraut, J**. (2018). *School shootings in America: How do we protect our schools?* Invited guest presentation to the Oswego County School Safety Task Force, Oswego, NY.

**Schildkraut, J**. (2018). *School and mass shootings in America: Now what?* Invited webinar presentation for the National Association of Pupil Transportation, Albany, NY.

**Schildkraut, J**. (2018). *See something, say something.* Invited guest presentation at Standley Lake High School, Westminster, CO.

**Schildkraut, J**. (2018). *We need to talk about mass shootings: A conversation based on lessons learned at The Briefings, a national school safety symposium at Columbine.* Invited guest presentation at Hobart and William Smith College.

*Also presented at:*
State University of New York at Oswego (2017)

**Schildkraut, J**. (2016). *The aftermath of mass shootings: The gun debate and national crime statistics*. Invited panel presentation, CLAS Brown Bag, SUNY Oswego.

**Schildkraut, J**. (2016). *Mass shootings and the media contagion effect.* Invited panel presentation at the Annual Meeting of the American Psychological Association, Denver, CO.

**Schildkraut, J**. (2016). *A high caliber education: Gun rights, gun violence, and college campuses*. Invited panel presentation at Syracuse University.

**Schildkraut, J**. (2016). *Mass shootings and the "usual suspects": Implications for research and policy*. Invited OzTalk presentation at SUNY Oswego.

**Schildkraut, J**. (2015). *Mass shootings: Understanding the realities through the myths*. Invited guest presentation at Marymount University.

*Conference Presentations*
*Denotes student co-author

**Schildkraut, J.** (2023). *Supporting survivors of mass public shootings: Resource usage in the aftermath of tragedy*. Paper presented at the Annual Meeting of the American Society of Criminology, Philadelphia, PA.

**Schildkraut, J.** (2023). *Posttraumatic change among survivors of mass public shootings: The role of the event impact and social acknowledgement*. Paper presented at the 2023 National Research Conference for the Prevention of Firearm-Related Harms, Chicago, IL.

**Schildkraut, J.**, & M. C. Stafford. (2021). *Understanding mass shootings as a function of routine activities*. Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

Finnerty, A.*, **J. Schildkraut**, & A. B. Nickerson. (2021). *Does school climate impact perceived safety and preparedness in the context of lockdown drills?* Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

Florcyzkowski, A.*, & **J. Schildkraut**. (2021). *Mass shootings and the pathway to violence.* Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

**Schildkraut, J.**, & J. J. Turanovic. (2021). *A new wave of mass shootings? Exploring the potential impact of COVID-19.* Paper presented at the Annual Meeting of the Homicide Research Working Group (virtual).

**Schildkraut, J.**, & H. J. Elsass. (2020). *Are mass shootings epidemic? Assessing moral panic among U.S. citizens.* Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Stafford, M. C., & **J. Schildkraut**. (2020). *Understanding mass shootings as a function of routine activities*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Finnerty, A.*, **J. Schildkraut**, & A. B. Nickerson. (2020). *Do lockdown drills produce anxiety? An assessment of student responses*. Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

Florcyzkowski, A.*, **J. Schildkraut**, & A. B. Nickerson. (2020). *Assessing the impact of lockdown drills on students' perceived safety and preparedness.* Paper accepted for presentation at the Annual Meeting of the American Society of Criminology, Washington, DC. (Conference canceled)

**Schildkraut, J.**, & M. C. Stafford. (2020). *Understanding mass shootings as a function of routine activities*. Paper accepted for presentation at the Annual Meeting of the Academy of Criminal Justice Sciences, San Antonio, TX. (Conference canceled)

**Schildkraut, J.**, & K. Klingaman*. (2019). *Evaluating school safety and preparedness: Findings from implementing an emergency response protocol*. Paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

**Schildkraut, J.**, B. Naman*, & M. C. Stafford. (2018). *Responding to mass shootings with a routine activity approach*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Sokolowski, E.*, & **J. Schildkraut**. (2018). *The survivor network: The role of shared experiences in mass shooting recove*ry. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Cary, J.*, E. R. Bovier, A. Bergin*, & **J. Schildkraut**. (2018). *Raising awareness of secondary trauma with community engagement events on mass shootings and school safety*. Poster presented at the Annual Meeting of the Eastern Psychological Association, Philadelphia, PA.

McHale, R.*, & **J. Schildkraut**. (2018). *Covering rampage: News consumers' perceptions about mass shootings in the media*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, New Orleans, LA.

**Schildkraut, J.**, & J. Gruenewald. (2017). *Blurring the lines: News media framing of ideological and non-ideological mass shootings*. Paper presented at the Annual Meeting of the American Society of Criminology, Philadelphia, PA.

**Schildkraut, J.**, K. Jennings, V. Terranova, & C. M. Carr*. (2017). *A tale of two universities: A red state-blue state comparison of college students' attitudes of concealed carry on campus policies*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Kansas City, MO.

**Schildkraut, J.**, R. Lee, H. J. Elsass, & C. M. Carr*. (2016). *Context matters: Examining mass shootings and the role of county and state level correlates*. Paper presented at presentation at the Annual Meeting of the American Society of Criminology, New Orleans, LA.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2016). *Rethinking crisis communications on campus: An evaluation of faculty and staff perceptions about emergency notifications*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Denver, CO.

Elsass, H. J., & **J. Schildkraut**. (2016). *Mass shootings by the numbers: Understanding the myths and realities*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Denver, CO.

Elsass, H. J., **J. Schildkraut**, & T. C. Hernandez. (2015). *Increasing guardianship in schools after mass shootings: A routine activities approach*. Paper presented at the Annual Meeting of the American Society of Criminology, Washington, DC.

Meredith, K.*, **J. Schildkraut**, & H. J. Elsass. (2015). *Mass shootings and the media: Why all events are not created equal*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Orlando, FL.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2014). *Measurement issues and violent episodic crime: Some thoughts and considerations*. Invited paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

Hernandez, T. C., **J. Schildkraut**, & H. J. Elsass. (2014). *The Sandy Hook Elementary School shooting and changes in mental health legislation: A review of the evidence.* Paper presented at the Annual Meeting of the American Society of Criminology, San Francisco, CA.

McKenna, J. M., **J. Schildkraut**, & H. J. Elsass. (2014). *Understanding crisis communications: Examining students' perceptions about campus notification systems*. Paper presented at the Annual Meeting of the Homicide Research Working Group, San Antonio, TX.

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2014). *Modifying target suitability following the Boston Marathon bombing: A routine activities approach*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA.

Elsass, H. J., **J. Schildkraut**, T. Arford, & M. C. Stafford. (2014). *The effect of the Boston Marathon bombing on fear of crime among college students.* Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Philadelphia, PA.

**Schildkraut, J.**, H. J. Elsass, & M. C. Stafford. (2014). *As seen in the news: Media effects on fear of crime and moral panics*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2013). *Connecting the dots: Assessing the relationship between fear of crime and moral panics*. Paper presented at the Annual Meeting of the American Society of Criminology, Atlanta, GA.

**Schildkraut, J**, A. M. Donley, & S. R. Taylor. (2013). *Headlines in white (not black): Examining newsworthiness of homicide in New Orleans, LA*. Paper presented at the Annual Meeting of the Homicide Research Working Group, Brunswick, LA.

**Schildkraut, J**, & T. C. Hernandez. (2013). *Laws that bit the bullet: A review of legislative responses to school shootings*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

**Schildkraut, J.**, & M. C. Stafford. (2013). *Researching professionals or professional researchers? A comparison of professional doctorates and Ph.D. programs in C.J*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

Elsass, H. J., **J. Schildkraut**, & M. C. Stafford. (2013). *Could it happen here? Moral panics, school shootings, and fear of crime among college students*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

**Schildkraut, J.**, A. M. Donley, & M. Gualtieri. (2012). *Atypical and a typical homicide: Testing a reporter's decision to publish*. Paper presented at the Annual Meeting of the American Society of Criminology, Chicago, IL.

**Schildkraut, J** (2012). *The monster is in control of the remote: Issues of mediatized violence and school shootings*. Paper presented at the Annual Meeting of the Academy of Criminal Justice Sciences, New York, NY.

**Schildkraut, J.**, & E. E. Mustaine. (2011). *Movin', but not on up to the east side: Foreclosures and crime in Orlando, FL*. Paper presented at the Annual Meeting of the American Society of Criminology, Washington, D.C.

**Schildkraut, J** (2011). *Homicide in the headlines: An analysis of the newspaper reporting of Baltimore homicides of 2010*. Paper presented at the Homicide Research Working Group Session Meeting at The American Society of Criminology, Washington, D.C.

**Schildkraut, J.**, & A. M. Donley. (2011). *The Taj MaHoops and the impact on Parramore, an Orlando neighborhood*. Paper presented at the Annual Meeting of the American Sociological Association, Las Vegas, NV.

**Schildkraut, J**. (2011). *Media and mayhem: A comparative analysis of the reportings of the Virginia Tech massacre*. Paper presented at the Annual Meeting of the Society for the Study of Social Problems, Las Vegas, NV.

**Schildkraut, J**, & A. M. Donley. (2011). *Murder in black: A media distortion analysis of homicides in Baltimore*. Paper presented at the Annual Meeting of the Homicide Research Working Group, New Orleans, LA.

**Schildkraut, J**. (2011). *Lessons from Virginia Tech: An examination of emergency response plans in Florida's state universities*. Paper presented at the Annual Meeting of the Southern Sociological Society, Jacksonville, FL.

**Schildkraut, J.**, & B. M. Hanson. (2011). *Murder in prime time: An analysis of the depiction of homicide in crime dramas*. Paper presented at the Annual Meeting of the Southern Sociological Society, Jacksonville, FL.

**Schildkraut, J**. (2011). *Baltimore homicides in the news*. Paper presented at the Annual Meetings of the Southern Criminal Justice Association, Clearwater, FL.


## TEACHING EXPERIENCE

[f]Face-to-face; [o]Online. Courses are offered at the undergraduate level unless otherwise noted.

**Courses Taught**

*SUNY Oswego*
Introduction to Criminal Justice (CRJ 101) [f]
First Year Signature Course: Mass Shootings in America (CRJ 198) [f]
American Criminal Courts and Judicial Process (CRJ 220) [f, o]
Organizational Structure and Communication (PBJ 301) [o]
The Study of Homicide and Lethal Violence (CRJ 312) [f, o]
The Death Penalty (CRJ 313) [f, o]
Crime and the Media (CRJ 330) [o]
Crime Theories and Victimization (CRJ 333) [f, o]
Organized Crime (CRJ 366) [o]
Research Methods for Criminal Justice (CRJ 387) [f, o]
Data Analysis (CRJ 388) [f, o]
Practicum in Criminal Justice (PBJ 397) [o]
Independent Readings/Studies (CRJ 399) [f]
Seminar in Criminal Justice (CRJ 401) [f, o]
Mass Shootings in Society (CRJ 412) [f, o]
Practicum in Teaching Public Justice (CRJ 490) [f]

*University at Albany-SUNY (Adjunct)*
Mass Shootings in Society [Graduate] (RCRJ 659) [o]

*Texas State University*
Introduction to Criminal Justice (CJ 1310) [f]
Research Methods (CJ 3346) [f]
Serial Murder (CJ 4331) [f]
Crime Theories and Victimization (CJ 4340) [f]

**Thesis and Dissertation Committees**

*Dissertation Committee Member*

| | |
|---|---|
| 2023-2024 | Gregory Lawson, Le Moyne College. |
| 2022-2023 | Jennifer LaRose, Louisiana State University. |
| 2020-2023 | Charlotte Berger, Pace University. |
| 2020-2022 | Jeremy Morton, Fielding Graduate University. |

*Master's Thesis Committee Member*

| | |
|---|---|
| 2023-Present | Brynn Schutter, University of Arkansas. |
| 2019 | Sarah Rosenbloom, Loyola University (New Orleans). |
| 2018-2019 | Megan Olive, University of Central Florida. |
| 2018 | Kylei Brown, Michigan State University. |

*Undergraduate Thesis Committee Member*

| | |
|---|---|
| 2020 | Kirsten Klingaman, State University of New York at Oswego (Chair). |

**AWARDS AND HONORS**

| | |
|---|---|
| 2019 | Community Service Award, Onondaga County (NY) District Attorney's Advisory Council. |
| 2016 | Nominee, President's Award for Academic Excellence in Academic Advisement, State University of New York at Oswego. |
| 2015 | SAGE Junior Faculty Professional Development Award, Academy of Criminal Justice Sciences. |
| 2014 | Richard Block Award for Outstanding Dissertation, Homicide Research Working Group. |
| 2014 | Outstanding Doctoral Student, Texas State University. |
| 2014 | Student Paper Competition Winner, Academy of Criminal Justice Sciences. |
| 2013 | Outstanding Doctoral Student, Texas State University. |
| 2013 | Graduate College Dissertation Stipend ($2,000), Texas State University. |
| 2012 | Teaching with Sakai Innovation Award Winner (Higher Education: Face-to-Face Category), Jasig/Sakai. |
| 2011 | Richard Block Award for Outstanding Thesis, Homicide Research Working Group. |
| 2011 | Alpha Kappa Delta International Honors Society Inductee. |

## SERVICE AND ACTIVITIES

**University and Department Service**

*Department Service*

| | |
|---|---|
| 2021-2023 | Personnel Committee, Department of Criminal Justice. |
| 2021-2023 | Faculty Search Committee, Department of Criminal Justice. |
| 2017-2023 | First Year Advisor, Department of Criminal Justice. |
| 2017-2019 | Department Liaison for David F. Cutler '74 Public Justice Excellence Fund, Department of Criminal Justice. |
| 2017-2018 | Peer Mentor, Department of Public Justice. |
| 2015-2017 | Faculty Advisor, Public Justice Club, Department of Public Justice. |
| 2014-2019 | Faculty Search Committee, Department of Public/Criminal Justice. |
| 2014-2018 | Curriculum Development Committee, Department of Public Justice. |

*University Service*

| | |
|---|---|
| 2022-2023 | Campus Safety Advisory Committee, State University of New York at Oswego. |
| 2021-2022 | Student SCA Subcommittee Co-Chair, Scholarly and Creative Activities Committee, State University of New York at Oswego. |
| 2020-2023 | Scholarly and Creative Activities Committee, State University of New York at Oswego. |
| 2019-2023 | New Faculty and Professional Staff Orientation Committee, State University of New York at Oswego. |
| 2017-2019 | Human Subjects Committee, State University of New York at Oswego. |
| 2016-2021 | Personal Safety Committee, State University of New York at Oswego. |
| 2015-2023 | Student Conduct Committee, State University of New York at Oswego. |
| 2015-2019 | Campus Technology Advisory Board, State University of New York at Oswego. |

**Professional Service**

*Manuscript Reviews*

American Journal of Criminal Justice; Crime Media Culture; Crime Prevention and Community Safety; Criminal Justice and Behavior; Criminal Justice Review; Criminal Justice Studies; Criminology & Public Policy; Homicide Studies; Humanities and Social Sciences Communications; Injury Epidemiology; International Social Science Journal; Journal of American College Health; Journal of Criminal Justice and Popular Culture; Journal of Criminal Justice Education; Journal of Criminology; Journal of Mass Violence Research; Journal of Police and Criminal Psychology; Journal of Qualitative Criminal Justice and Criminology; Journal of Risk Research; Journal of School Violence; Journal of Youth Studies; Journalism and Mass Communication Quarterly; Justice Evaluation Journal; Justice Quarterly; Security Journal; Social Problems; Sociological Forum; Sociological Inquiry; The Communication Review; Violence and Gender; Violence and Victims

*Grant Proposal Reviews*

| | |
|---|---|
| 2022 | Office of Juvenile Justice and Delinquency Prevention (OJJDP) |
| 2020 | Centers for Disease Control (CDC) |
| 2020 | Office of Justice Programs (OJP) / National Institute of Justice (NIJ) |

*Book Manuscript/Proposal Reviews*

| | |
|---|---|
| 2020 | Rowman & Littlefield |
| 2019 | University of Michigan Press |
| 2019 | Routledge (Taylor & Francis Group) |
| 2018 | Rowman & Littlefield |
| 2017 | Oxford University Press |
| 2011-2012 | Emerald Publishing (External Reviewer for "School Shootings: Mediatized Violence in a Global Age") |

*Other Professional Service*

| | |
|---|---|
| 2023-Present | Associate Editor, Homicide Studies. |
| 2021-2022 | Research Consultant, Mass Casualty Commission, Halifax, Nova Scotia, Canada. |
| 2021-2022 | Research Consultant, National Center for School Safety, Ann Arbor, MI. |
| 2021-2023 | Consultant, Madison-Oneida BOCES, Verona, NY. |
| 2021-2022 | Consultant, Reading School District, Reading, PA. |
| 2020-Present | Co-Editor and Founder, Journal of Mass Violence Research. |
| 2020-2021 | Research Consultant, Jamesville-Dewitt School District. |
| 2020-Present | Research Consultant, Safe Schools for Alex, Parkland, FL. |
| 2020-Present | Editorial Board, Journal of Qualitative Criminal Justice and Criminology. |
| 2020-Present | Editorial Board, Journal of School Violence. |
| 2020-Present | Editorial Board, Journal of Criminal Justice and Popular Culture. |
| 2020-2021 | Newsletter Committee, Division of Victimology, American Society of Criminology. |
| 2020-2021 | Treasurer, Division of Victimology, American Society of Criminology. |
| 2018-Present | Researcher, Regional Gun Violence Research Consortium / States for Gun Safety, Rockefeller Institute of Government, Albany, NY. |
| 2018-2020 | Chair, Fayetteville-Manlius (NY) Central School District School Safety Task Force. |
| 2018-Present | Member/Report Writer, Onondaga County (NY) School Safety Task Force. |
| 2018-2020 | Member, Skaneateles (NY) School Safety Task Force. |
| 2018-Present | Research Consultant, No Notoriety, Phoenix, AZ. |
| 2016-2017 | Program Committee and Chair of "Media and Social Construction of Crime" section, Annual Meeting of the American Society of Criminology, Philadelphia, PA. |
| 2015-2021 | Treasurer, Criminal Justice Educators Association of New York State. |
| 2014-Present | Research Consultant, Safe and Sound Schools, Newtown, CT. |
| 2014-2017 | Website Administrator, Homicide Research Working Group. |
| 2014-2015 | Membership Coordinator, Homicide Research Working Group. |
| 2013-2014 | Program Co-Chair for Annual Meeting, Homicide Research Working Group. |

| | |
|---|---|
| 2013-2014 | Local Arrangements Committee, Homicide Research Working Group. |
| 2013 | Content Consultant, "Newtown School Shootings" by Lisa Owings, Red Line Editorial, Burnsville, MN. |
| 2012-2013 | Qualitative Research Analyst, Bexar County (TX) Probation Department. |
| 2012-2013 | Research Assistant, "Windows into the Soul: Surveillance and Society in the Age of High Technology" by G. T. Marx, University of Chicago Press, Chicago, IL. |
| 2011-2015 | Merchandise Committee, Homicide Research Working Group. |
| 2011-2012 | Site Selection Committee, Homicide Research Working Group. |
| 2011 | Data Coder, Active Shooters Database, Advance Law Enforcement Rapid Response Training (A.L.E.R.R.T.) Center, San Marcos, TX. |
| 2011 | Research Assistant, "Student Handbook to Sociology Research Methods, Volume II" by A. M. Donley, Facts on File, Inc., New York, NY. |
| 2011 | Research Assistant, HUD-mandated annual Homeless Point-in-Time Count for Central Florida region, Homeless Services Network, Orlando, FL. |

**Selected Media Contributions**

Full list of media appearances available at http://www.jaclynschildkraut.com/in-the-news/

| | |
|---|---|
| 2024 | USA Today, CNN, Newsweek, The Trace, Politifact, Forbes, The Texas Tribune |
| 2023 | The New York Times, Los Angeles Times, San Francisco Chronicle, The Washington Post, BBC, The 74 |
| 2022 | CNN, New York Magazine, Politifact, Texas Tribune, Los Angeles Times, San Francisco Chronicle, Vox, CBC News, Denver Post, The New York Times, TribLive |
| 2021 | CNN, The New York Times, The 74, Smithsonian Magazine, National Public Radio, Denver Post, ABC News / World News Now, Business Insider, SunSentinel |
| 2020 | The Conversation, The Trace, Scripps National |
| 2019 | Huffington Post, Reuters, The Hill, The Washington Post, Associated Press, The Atlantic, Vanity Fair Italy, Colorado Public Radio, NBC News, Teen Vogue, The Conversation, The Crime Report, WebMD |
| 2018 | The Washington Post, Huffington Post, The Hill, BBC News, Buzzfeed News, CBS News, Vox, Las Vegas Review-Journal |
| 2017 | The Telegraph (UK), The Washington Post, The Wall Street Journal |
| 2016 | Christian Science Monitor, Vice, The Guardian |
| 2015 | The Washington Post, The Wall Street Journal, WORLD Magazine |
| 2014 | National Public Radio |
| 2013 | Popular Science |

**Professional Development**

| | |
|---|---|
| 2020 | ACUE Course in Effective Teaching Practices, Oswego, NY. |
| 2018 | Digital Storytelling, Digital Humanities Summer Institute, Victoria, BC. |
| 2012 | Introduction to Geographic Information Systems, Summer Statistics Institute, University of Texas, Austin, TX. |

**PROFESSIONAL AFFILIATIONS**

2023-Present  Society for Advancement of Violence and Injury Research
2021-Present  Division of Public Opinion and Policy, American Society of Criminology
2020-2022     Division of Victimology, American Society of Criminology
2014-Present  Criminal Justice Educators Association of New York State
2011-Present  Academy of Criminal Justice Sciences
2011-Present  Homicide Research Working Group
2010-Present  American Society of Criminology