**EXHIBIT B**

*Mass Shootings in New York State Since 1966*

| DATE | LOCATION | LOCATION TYPE | KILLED | INJURED |
|---|---|---|---|---|
| 12/30/1974 | Olean, NY | School | 3 | 11 |
| 2/14/1977 | New Rochelle, NY | Workplace | 6 | 4 |
| 2/26/1992 | Brooklyn, NY | School | 2 | 0 |
| 10/15/1992 | Watkins Glen, NY | Workplace | 4 | 0 |
| 12/7/1993 | Hicksville, NY | Railroad Car | 6 | 19 |
| 2/23/1997 | New York, NY | Tourist Attraction | 1 | 6 |
| 2/13/2005 | Kingston, NY | Mall | 0 | 2 |
| 9/27/2005 | New Windsor, NY | Workplace | 1 | 2 |
| 8/30/2007 | Bronx, NY | Workplace | 1 | 2 |
| 2/14/2009 | Brockport, NY | Multiple Locations | 4 | 0 |
| 4/3/2009 | Binghamton, NY | Immigration Center | 13 | 4 |
| 8/14/2010 | Buffalo, NY | Restaurant | 4 | 4 |
| 3/13/2013 | Herkimer, NY | Multiple Locations | 4 | 2 |
| 12/20/2014 | Brooklyn, NY | Multiple Locations | 2 | 1 |
| 6/30/2017 | Bronx, NY | Hospital | 1 | 6 |
| 11/3/2018 | Watertown, NY | Nightclub | 0 | 5 |
| 12/12/2020 | Copiague, NY | Restaurant | 2 | 2 |
| 4/20/2021 | West Hempstead, NY | Convenience Store | 1 | 2 |
| 4/12/2022 | New York, NY | Subway | 0 | 10 |
| 5/14/2022 | Buffalo, NY | Grocery Store | 10 | 3 |