**EXHIBIT C**
Mass Shootings by Year, 1966-2023

