**EXHIBIT D**

Average Annual Incidence Rates of Victimization Due to Mass Shootings, 1966-2023



*Note*. The above figure includes the 2017 Las Vegas, NV, mass shooting. With these casualties, the average annual victimization rate for 2016-2023 is 0.063 per 100,000 people; the average annual incidence of death is 0.021 and injuries is 0.042. With the Las Vegas shooting excluded, these figures are 0.046, 0.019, and 0.027, respectively.