**EXHIBIT F**

# EXHIBIT F

# FIREARM HARDWARE RESTRICTIONS TABLE
## (YEARS OF ENACTMENT)

| STATE | TRAP GUNS[i] | CONCEALED CARRY RESTRICT[ii] | OPEN/ ANY CARRY BARRED | AUTOMATIC FIREARMS | SEMI-AUTOMATIC FIREARMS | AMMUNITION FEEDING DEVICES/ FIRING LIMITS |
|---|---|---|---|---|---|---|
| Alabama | | 1839, 1841 | | | | |
| Alaska | | 1896 | | | | |
| Arizona | | 1889 | 1889, 1901 | | | |
| Arkansas | | 1837,1838 1874-75,1881 | 1875, 1881 | 1931 | | 1935 |
| California | | 1849, 1864 | 1878,1917 | 1927, 1933 | | 1927, 1933 |
| Colorado | | 1862 | | | | |
| Connecticut | | 1890, 1923 | 1890 | 1935 | | 1935 |
| Delaware | | 1852 | | 1931 | | |
| District of Columbia | | 1858, 1871 | 1858 | 1932 | 1932 | 1932 |
| Florida | | 1887 | 1838,1868 | 1913[iii], 1933 | | |
| Georgia | | 1837 | 1837,1873 | | | |
| Hawaii | | 1913 | 1852,1913 | 1933 | | 1933 |
| Idaho | | 1909 | | | | |
| Illinois | | 1881,1882, 1883,1885 | | 1931 | 1931† | 1931 |
| Indiana | | 1820 | | 1927, 1929 | | |
| Iowa | 1888 | 1882, 1887, 1897, 1929 | | 1927 | | |
| Kansas | | 1862,1866 1868,1879 | 1868,1872, 1879,1881, | 1933 | | |

| | | 1887 | 1899 | | | |
|---|---|---|---|---|---|---|
| Kentucky | | 1813,1853 | 1801 | | | |
| Louisiana | | 1813 | 1870 | 1932 | 1932† | 1932 |
| Maine | 1919 | 1840 | 1840,1881 | | | |
| Maryland | 1910 | 1872 | 1874,1886 | 1927 | | |
| Massachusetts | | 1836 | 1836,1891, 1903,1927 | 1927 | 1927 | 1927 |
| Michigan | 1875, 1931 | 1887 | 1927,1929 | 1927, 1929 | 1927, 1929 | 1927 |
| Minnesota | 1869, 1873, 1903 | 1870,1882 1884 | 1851,1870 | 1933 | 1933 | 1933, 1933 |
| Mississippi | | 1878 | 1878 | | | |
| Missouri | 1891[iv] | 1873 | 1923 | 1929 | | 1929 |
| Montana | 1921, (hunting) 1923 (hunting) | 1864, 1883 | | 1935 | | 1935 |
| Nebraska | | 1881 | 1872 | 1929 | | |
| Nevada | 1912 | 1881, 1905 | | | | |
| New Hampshire | 1915 | 1909,1913, 1923 | 1909,1913 | | | |
| New Jersey | 1771 | 1686 | 1871,1873 | 1927, 1934 | | 1920, 1927 |
| New Mexico | 1855 | 1852,1853 1859/60, 1864/65 1869,1887 | 1869,1887 | | | |
| New York | 1870[v], 1877 (hunting) 1886 (hunting) | 1891 | 1885,1911, 1913 | 1931, 1933 | | |

| North Carolina | 1826, 1829-30 | 1792 | 1792 | 1917 (hunting) 1933 | | 1917,1933 |
|---|---|---|---|---|---|---|
| North Dakota | 1891, 1895 | 1895 | 1864/65, 1895 | 1931 | | 1931 |
| Ohio | 1881 | 1859 | | 1933 | 1933 | 1933 |
| Oklahoma | 1911 | 1890 | 1890,1891 | | | |
| Oregon | 1925 | 1853 | 1898,1917 | 1933 | | 1933 |
| Pennsylvania | 1873.[vi] | 1851 | 1851 | 1929 | | 1929 |
| Rhode Island | 1890, 1892 | 1893 | | 1927 | 1927 | 1927 |
| South Carolina | 1855 (hunting) 1931 | 1880 | 1901 | 1934 | 1934[†] | 1934 |
| South Dakota | 1909 | 1864/65,1877 | 1864/65, 1877,1903 | 1933 | 1933 | 1933 |
| Tennessee | | 1821 | 1821,1867, 1869,1879, 1881,1893 | | | |
| Texas | | 1870 | 1871,1879, 1879 | 1933 | | 1933 |
| Utah | 1865, 1901 | 1877, 1888 | 1877 | | | |
| Vermont | 1884, 1912 | 1892,1895, 1897 | 1895 | 1923 | | 1923 |
| Virginia | | 1838,1847 1870,1877 1884,1887 1908 | 1847 | 1934 | 1934 | 1934 |
| Washington State | 1909 | 1881 | | 1933 | | 1933 |
| West Virginia | | 1870 | 1882,1891, 1925 | 1925 | | |

| Wisconsin | 1872, 1921 | 1858 | 1858 | 1929, 1933 | | 1933 |
| --- | --- | --- | --- | --- | --- | --- |
| Wyoming | | 1876 | 1876,1893 | 1933 | | |
| NUMBER OF STATES | 25 | 50 (plus D.C.) | 38 | 36 | 8–11 | 26 |
| NUMBER OF LAWS | 38 | 90 | 72 | 44 | 12 | 30 |

---

[i] Sometimes trap guns were also referred to as "infernal machines" or "set-traps."

[ii] These laws prohibited the concealed carrying of certain enumerated weapons or types of weapons. The early laws restricted general weapons carrying, whether concealed or open.

[iii] "It shall, at any time, be unlawful to hunt wild game in Marion County with guns–known as Automatic guns."

[iv] Chillicothe, Mo.: "George Dowell, a young farmer, was fined $50 under an old law for setting a trap-gun. Dowell set the gun in his corn-crib to catch a thief, but his wife was the first person to visit the crib and on opening the door was shot dead." "Shot by a Trap-Gun," South Bend Tribune, Feb. 11, 1891, https://bit.ly/3CtZsfk.

[v] New York City, NY: A burglar was killed by a gun-trap set by a shopkeeper at 301 East 23rd St. A jury concluded that the burglar's death was caused by the trap-gun. The article notes: "As there is a statute against the use of such infernal machines, which might cause loss of life to some innocent person, the jury censured Agostino." After the verdict the man continued to be held under $2000 bail. "The Man Trap," The Buffalo Commercial, Nov. 1, 1870; from the N.Y. Standard, Oct. 29, 1870, https://bit.ly/3SDv2Nf.

[vi] The Wrightsville Star, Wrightsville, Pa., March 7, 1873, 3, https://www.newspapers.com/image/774191522/?terms=%22trap%20gun%22&match=1 "Jesse R. Pennepacker, who shot the colored man Burrell, on Thursday morning last in Columbia [Pa.], by means of a trap gun set for the purpose of preventing his chicken coop from the depredation of thieves, was arrested and taken before Judge Livingston, who released him on bail in the sum of $8,000 for his appearance at court."