**EXHIBIT G**



# Higher TEC.

At two-thirds the weight (and price) of an Uzi, the TEC-9 series clearly stands out among high capacity 9mm assault-type pistols.

Ounce for ounce they deliver more gutsy performance and reliability than any other gun on the market.

TEC-9's are built tough for rugged weather and terrain. And they're built comfortable with an ergonomically designed grip and frame. 36 rounds of firepower make them ideal for self-defense or recreation. Simple, two-step disassembly for easy cleaning makes them convenient.

In Standard or Mini version, blued or stainless steel, the TEC-9's offer rugged, reliable, affordable technology.

Higher TEC.

See the TEC-9 Series at your dealer today.

"... (Intratec) makes a gun that doesn't cost an arm and a leg, yet functions with impeccable reliability."
—Jerry Ahern, Petersen's Handguns



Ask about our hot new TEC-22 Scorpion.



**INTRATEC**

12405 S.W. 130th St.
Miami, Florida 33186