# EXHIBIT B

James E. Yurgealitis: Consulting Engagements 2013 – 2024

(D) – Engaged by Defendant's Counsel

(P) – Engaged by Plaintiff's Counsel

(O) – Engaged by other entity

1. State of Maryland v. Smith, Linwood T, Circuit Court for Baltimore County, Maryland, Case No. 03-K-12-004002 (D) – Defendant's Private Counsel. Case review and consultation.

2. Freidman v. City of Highland Park, Illinois, United States District Court for the District of Illinois, Case No. 1:13-cv-9073 (D) – Defendant's Private Counsel acting as City Attorney. Report & Deposition.

3. Wilson v. Cook County, Illinois, Illinois Supreme Court, Case No. 2012 IL 112026 (D) – Office of the State's Attorney for Cook County, IL. Report & Deposition.

4. Fyock v. The City of Sunnyvale, California, United States District Court for the Northern District of California, Case No. 13-cv-05807 RMW (D) – City Solicitor. Declaration.

5. Wrenn v. District of Columbia, United States District Court for the District of Columbia, Civil Action Case No. 15-162 CKK (D) – U.S. Attorney's Office for the District of Columbia. Report & Deposition.

6. Mosaic Research Management, New York, New York, (O) – Private consulting firm. Confidential business assessment and projection.

7. Worman v. Healey, United States District Court for the District of Massachusetts, Case No. 1:17-cv-10107 (D) – Office of the Attorney General for the Commonwealth of Massachusetts. Report & Deposition.

8. Buckeye Firearms v. City of Cincinnati, Hamilton County, Ohio Court of Common Pleas, Case No. A1803098 (D) – Office of the City Attorney. Report & Deposition.

9. Powell v. The State of Illinois, United States District Court for the Northern District of Illinois, Case No. 18-cv-6675 (D) – Plaintiff's Private Counsel. Consultation.

10. Fletcher v. Century Arms, Circuit Court of the 15th Judicial District, in and for Palm Beach County, Florida, Case No. 502018CA009715 (P) – Plaintiff's Private Counsel. Case Review, Consultation & Deposition.

11. Pullman Arms v. Healey, United States District Court for the District of Massachusetts, Case No. 4:16-40136-TSH (D) - Office of the Attorney General for the Commonwealth of Massachusetts. Report.

Yurgealitis Consulting Engagements 2013 – 2024 contd.

12. United States v. Richard Cooke, United States District Court for the Western District of New York, Case No. 17-CR-0038 (D) – Office of the Federal Public Defender for the Western District of New York. Case review & consultation.

13. Long v. GAMO Outdoor U.S.A. Inc., District Court, Clark County Nevada, Case No. A-16-748401-C (P) – Plaintiff's Private Counsel. Test firing & consultation.

14. Viramontes v. Cook County, IL, United States District Court for the Northern District of Illinois, Case No. 1:21-CV-04595 (D) – Office of the State's Attorney for Cook County, Illinois. Report & Deposition.

15. Arnold, Joseph et al., v. Kate Brown et al - Harney County, OR Circuit Court, Case No. 22CV41008 (D) – State of Oregon. Case review & Court Testimony.

16. Oregon Firearms Federation et al., v. Kotek et al., United States Court for the District of Oregon, Pendleton Division, Case No. 2:22-cv-01815-IM (lead case), 3:22-cv-01859-IM (trailing case), 3:22-cv-01862-IM (trailing case), 3:22-cv-01869-IM (trailing case) (D) – State of Oregon. Case review, declaration, deposition & Court Testimony.

17. National Assn. for Gun Rights & Capen v. Campbell, United States Court for the District of Massachusetts, Case No. 1:22-cv-11431-FDS (D) – Office of the Attorney General for the Commonwealth of Massachusetts. Declaration.

18. Delaware State Sportsman's Assn. et. al. v. Delaware, United States District Court for the District of Delaware, Case No. No. 1:22-cv-00951-RGA (Consolidated), (D) – Office of the Attorney General for the State of Delaware. Declaration & consultation.

19. National Assn. for Gun Rights v. Lopez, United States District Court for the District of Hawai'i, Case No. 1:22-cv-404-DKW-RT (D) – Office of the Attorney General for the State of Hawai'i. Declaration.

20. Harrel et.al. v. Raoul, United States District Court for the Southern District of Illinois, Case No. 23-141-SPM (D) – Office of the Attorney General for the State of Illinois. Declaration, Rebuttal Declaration.

21. Herrera v. Raoul et.al., United States District Court for the Northern District of Illinois, Case No. 1:23-cv-00532 (D) – Office of the District Attorney for Cook County, Illinois. Declaration.

22. Gates et.al. v. Polis, United States District Court for the District of Colorado, Case No. 1:22-cv-01866 (D) – Office of the Attorney General for the State of Colorado. Expert Report, Rebuttal Report.

Yurgealitis Consulting Engagements 2013 – 2024` contd.

23. Herrera v. Raoul et.al., United States District Court for the Northern District of Illinois, Case No. 1:23-cv-00532 (D) – Department of Law, City of Chicago, IL. Declaration.

24. National Association for Gun Rights v. The City of Highland Park, Illinois, United States District Court for the Northern District of Illinois, Case No. 22-cv-4774 (D) – City of Highland Park, IL. Declaration.

25. Rocky Mountain Gun Owners et.al. v. The Town of Superior, Colorado (additional defendants The City and County of Boulder & City of Louisville, CO). United States District Court for the District of Colorado, Case No. 22-cv-1685-RM-NRN (D) – Town of Superior, CO. Expert Report & Rebuttal Report.

26. State of Ohio v. City of Columbus, Ohio, Court of Common Pleas for Fairfield County, Ohio, Case No. 2022 CV 00657 – (D) City of Columbus, OH. Expert Report.

27. Association Of New Jersey Rifle & Pistol Clubs, Inc. et al. v. Platkin et al., Cheeseman et al. v. Platkin et al., Ellman et al. v. Platkin et al., United States District Court for the District of New Jersey, Case No's. 3:18-cv-10507; 1:22-cv-04360; 3:22-cv-04397, (D) - Office of the Attorney General for the State of New Jersey, (D) - Expert Report.

28. Schoenthal v. Raoul, et al., United States District Court for the Northern District of Illinois, Case No. 23-cv-50326, (D) - Office of the District Attorney for Cook County, Illinois – Declaration.

29. Guardian Arms, LLC et al. v. Jay Inslee, et al., No. 23-2-01761-34, Thurston County, Washington Superior Court, (D), Hartford v. Ferguson, Case No. 3:23-cv-05364-RJB, United States District Court for the Western District of Washington – (D) - Pacifica Law Group (Counsel for Intervenor Defendant, Alliance for Gun Safety) – Declaration.

30. State of California, et al. v. Bureau of Alcohol, Tobacco, Firearms and Explosives et.al., United States District Court for the Northern District of California, San Francisco Division, Case No. 3:20-CV-06761-EMC, (P) – Gibson, Dunn & Crutcher LLP (Counsel for plaintiff Giffords Law Center) – Declaration.

31. Lane et. al. v. Rocah et.al, United States District Court, Southern District of New York, Case No. 7:22-cv-10989-KMK, (D), New York State Office of the Attorney General – Expert Report.

32. Mayor and City Council of Baltimore v. Hanover Armory, LLC, Circuit Court of Maryland for Baltimore City, Case No. 24-C-22-002482, (D), Sanford, Heisler, Sharp LLC (Counsel for Plaintiff Mayor and City Council of Baltimore) – In progress.