

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

September 4, 2025

**Via ECF**

The Honorable Kenneth M. Karas
United States District Court for the Southern District of New York
Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

      Re:  <u>Lane v. Cacace</u>, No. 22 Civ. 10989 (KMK)

Dear Judge Karas,

    This Office represents Steven G. James, sued in his official capacity as Superintendent of the New York State Police, in the above-referenced action.  I write on behalf of all parties pursuant to the Court's April 9, 2025 Order, ECF No. 101, as the court decisions underlying the recent stay in this case have now been issued.

    On June 2, 2025, the Supreme Court denied the petition for certiorari in <u>Snope v. Brown</u>, concerning a challenge to Maryland's assault weapon prohibition.  <u>See</u> 145 S.Ct. 1534 (2025).  On August 22, 2025, the Second Circuit issued its decision in <u>National Association for Gun Rights v. Lamont</u>, affirming the denial of a preliminary injunction against Connecticut's assault weapon prohibition.  A copy of the Second Circuit's slip opinion in <u>NAGR</u> is attached to this letter as **Exhibit A**.

    All parties agree that the <u>NAGR</u> decision governs this case and requires judgment to be entered in favor of the State and Westchester County Defendants, but the parties continue to confer about the proper procedural vehicle for doing so.  The parties request the opportunity to submit a joint update in 14 days.

    We thank the Court for its time and consideration.

                                                      Respectfully submitted,

                                                      James M. Thompson
                                                      Special Counsel
                                                      james.thompson@ag.ny.gov

cc: Counsel for all parties (via ECF)