

(703) 590-1234 Tel
(703) 590-0366 Fax

1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
www.fluet.law

VIA CM/ECF

September 22, 2025

Hon. Kenneth M. Karas
United States District Court
for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:  *Lane v. Cacace*, Case No.: 7:22-cv-10989 (Karas, J.)

Dear Judge Karas:

We represent Plaintiffs in this matter. This letter is submitted jointly on behalf of all parties, pursuant to your Honor's Order, dated September 5, 2025 (Dkt. No. 106). As noted in the parties' letter to the Court dated September 4, 2025 (Dkt. No. 105), all parties agree that the Second Circuit's decision in *National Association of Gun Rights v. Lamont* (Case No. 23-1162) governs this case and requires judgment to be entered in favor of the Defendants.

The parties have continued to confer about the proper procedural vehicle for obtaining entry of final judgment. The parties' efforts on this question have not concluded, but warrant continued discussion among the parties on several points. The parties therefore request the opportunity to submit a subsequent joint update in 14 days.

We thank the Court for its time and consideration.

Granted.
So Ordered.
*[signature]*
9/23/25

Respectfully submitted,

*[signature]*

Nicolas J. Rotsko

cc:  Counsel of record (*via CM/ECF*)