UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
J. MARK LANE and JAMES SEARS, :
:
                      Plaintiffs, :
:
        - against - :
:   Case No. 22 Civ. 10989 (KMK)
STEVEN G. JAMES, in his official capacity as :
Acting Superintendent of the New York State :
Police, and SUSAN CACACE, in her official :
capacity as District Attorney for the County of :
Westchester, New York, :
:
                      Defendants. :
--------------------------------------------------------------- X

      PLEASE TAKE NOTICE that, upon the accompanying memoranda of law and upon all prior proceedings, all parties by their undersigned attorneys jointly move the Court before the Honorable Kenneth M. Karas, United States District Judge, for reconsideration of the previously-filed cross-motions for summary judgment, ECF Nos. 71 and 78, together with such other and further relief as the Court deems just and proper.

<table>
<tr><td>

Dated: Tysons, Virginia
November 10, 2025

FLUET
*Attorneys for the Plaintiffs*

By:

  /s/ *Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
nrotsko@fluet.law
e-file@ fluet.law

FPC ACTION FOUNDATION
Cody J. Wisniewski, Esq.
5550 Painted Mirage Road, Suite 320
Las Vegas, Nevada 89149
cwi@fpchq.org

SECOND AMENDMENT FOUNDATION
Adam J. Kraut, Esq.
12500 NE 10th Place
Bellevue, Washington 98005
akraut@saf.org.

</td><td>

Dated: New York, New York
November 10, 2025

LETITIA JAMES
Attorney General
State of New York
*Attorney for Superintendent Steven G. James*

By:

  /s/ *James M. Thompson*
Suzanna Publicker Mettham
Yuval Rubinstein
James M. Thompson
*Assistant Attorneys General*
28 Liberty Street
New York, New York 10005
suzanna.mettham@ag.ny.gov
yuval.rubinstein@ag.ny.gov
james.thompson@ag.ny.gov

</td></tr>
</table>

Dated: White Plains, New York
November 10, 2025

JOHN NONNA
Westchester County Attorney
*Atttorney for District Attorney Susan Cacace*

By:

  /s/ *John Nonna*
John Nonna, Esq.
Gianfranco Arlia, Esq.
Francesca L. Mountain, Esq.
148 Martine Avenue, Suite 600
White Plains, New York 10017
jnonna@westchestercountyny.gov
ggaa@westechestergov.com
frmt@westchestercountyny.gov